


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/23/2026 11:21 EDT

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
Case Opening

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/16/2026

## SYNOPSIS

Since November 28, 2026, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the purpose of the opening of this case.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Operation Puppet Master | MS02PR26MS0003-001 | 2/16/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047439



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

Since November 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, Homeland Security Investigations (HSI) St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

HSI St. Paul is actively conducting a thorough financial investigation to uncover the funding sources used by these groups and to detect any illicit transactions enabling further criminal acts. HSI St. Paul will use the results of this financial investigation to identify those responsible, disrupt ongoing and future unlawful activities, and pursue prosecution of the individuals involved.

This case is opened to document the integration of Homeland Security Investigations (HSI) Undercover Agents (UCAs) into groups, organizations, or other gatherings identified by intelligence information and other sources as potentially threatening to law enforcement personnel in the performance of their duties.

Any individual and/or organization identified for further investigatory action will be documented in their own case file.

AUSA Kristian Weir has accepted this investigation for Federal Prosecution in the District of Minnesota.

This case has also been accepted under CUC Op Keyhole.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-001 | 2/16/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047440