27

share this with Grand Jury.

(Whereupon; exhibit displayed.)

BY MR. LYNCH:

Q   And can you tell us what you see on page 5 of Grand Jury Exhibit 1A?

A   This is kind of a breakdown.  Like I mentioned earlier with members of DAMN being associated with other organizations through the course of the investigation this is just a snapshot of some of the other organizations that members are affiliated with that kind of comprise and make up DAMN.

Q   All right.  We're on page 6.  Can you tell me what you see there?

A   This is kind of a storyboard breakdown of one of the overt criminal acts, a blockade that was executed on January 23rd at the Federal Whipple Building.

Q   And in the middle you have an aerial map of the Whipple Building, is that correct?

A   That is correct.

Q   And we'll talk about this more when we get into the January 23rd incident.

Page 7, can you tell me what you see?

A   This is again another storyboard breakdown of another overt act that they executed, another blockade on March 1st.

WEST COURT REPORTING

00045377

214

A   I have, yes.

Q   These individuals often use their Signal handle at those meetings and identify themselves by that signal handle, is that correct?

A   That's how they will refer to themselves in these meetings.  Very rarely will they ever use their real names.  So for Brian Apland, as an example in these meetings they go a round robin in these meetings, say, "I'm, I'm ███, I'm ████████████," I am -- they go through, they took -- they refer to themselves as those handles.  And then from the UCs and the recordings is how we match them up.

MR. LYNCH:  Ma'am?

A JUROR:  What percentage of the people that showed up at the Whipple Building for these group things are actually Antifa or how many are just people from Minnesota thinking they're doing a great thing?

BY MR. LYNCH:

Q   I'll follow up on that.  So there were, you know, at some of these direct action groups were several, I mean probably hundreds of people who were just peaceful protesters, is that correct?

A   Yes, yeah.  And mult -- there have been multiple protests at the Whipple Building.  One of the things that is abundantly clear not only in guidance but is

00045564

just principles as far as this investigation is, no one is ever investigated or looked at or even researched on for First Amendment protected activities. Every single individual that we have investigated there is a criminal predicate to why we're investigating them, either statements that they have made that are criminal to their actual participation in overt criminal acts.

A JUROR: Does that include both happening in Minneapolis then as well?

THE WITNESS: Yes.

MR. LYNCH: Any other questions? All right. We're getting approval of the Foreperson?

A JUROR: I just have sort of for clarity sake. In the absence of some of the audio difficulties with, you know, some of the evidence is it --

THE REPORTER: What?

A JUROR: -- is it --

THE REPORTER: I can't hear you.

MR. LYNCH: Sorry, █████

A JUROR: In the absence of the audio not working is it accurate to say that it's enough to know that the evidence is there, even though you intended to show it, it doesn't matter necessarily,

00045565

right?

MR. LYNCH:  Yeah, in general.  I mean you guys have probably seen in Grand Jury we don't usually show all the videos or body cam but, yeah, all the overt acts that we went, that we didn't play a corresponding video, those are all true and accurate depictions of the videos, is that correct?

THE WITNESS:  Yes.  I just didn't want people getting stuck thinking --

MR. LYNCH:  Oh, yeah.

THE WITNESS:  -- it didn't work, so...

MR. LYNCH:  And if we had to play everything I mean we'd be here --

A JUROR:  Oh, no.

MR. LYNCH:  Thank you.

A JUROR:  Thank you.

MR. LYNCH:  All right.  Well, with your permission you're excused.

THE WITNESS:  All right.

A JUROR:  Thank you very much.

THE WITNESS:  Thank you.

(Whereupon, the testimony was concluded at 3:19 p.m.)

* * * * *

WEST COURT REPORTING

00045566