

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



05/04/2026 12:42 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
FEDWIRE Admin Summons return
(HSI-MS-2026-037088) - SEIU

**REPORTED BY**
Timothy Gorman
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/30/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. In accordance with National Security Presidential Memorandum-7 (NSPM-7), Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-152 | 4/30/2026 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004816



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/04/2026 12:42 EDT

## DETAILS OF INVESTIGATION

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. In accordance with National Security Presidential Memorandum-7 (NSPM-7), Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

Beginning in December, HSI St. Paul began a multifaceted approach to identify and investigate individuals engaged in acts of violence, destruction of federal property, intimidation of federal officers and employees, and attempts to impede federal operations.

Through this investigation, HSI St. Paul has identified a network of individuals operating online and in person, who are engaging in this behavior by either directly participating or by providing support through fundraising, planning and organization.

Due to the sensitive nature of this investigation the following warning banner is inserted as a precaution for the information returned as result of the Homeland Security Investigation Administrative Summons.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE INFORMATION CONTAINED IN THIS REPORT IS SENSITIVE MATERIAL.  ACCESS AND DISSEMINATION IS LIMITED TO THOSE WHO ARE AUTHORIZED.  PLEASE CONTACT THE AUTHOR OF THIS REPORT OR CASE AGENT FOR FURTHER INFORMATION.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The following Report of Investigation provides preliminary cursory details related to wire transfers from various financial institutions to and from Service Employees International Union (SEIU) main financial institution ███████ of Minneapolis, Minnesota routing number ████████.

March 20, 2026, case agent(s) served an Administrative Summons (HSI-MS-2026-037088) to FEDWIRE to query wire transactions involving the national union – SEIU.  The following return was received April 08, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-152 | 4/30/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004817



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/04/2026 12:42 EDT                                                    Page 3 of 3

A preliminary analysis of the FEDWIRE return revealed that the SEIU national union has numerous wire transactions (To and From) SEIU local unions for various types of debits and credits to include annuity payments, strike payments, strike supplies, investments, union member dues, retiree dues, medical expenses, and pension fund expenses.  The wire transfers referencing debits and credits range in amounts from ███████████

The FEDWIRE return for Admin Summons (FEDWIRE case # 349082) can be in return folder.

This financial investigation involving protest domestic terrorist financing continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-152 | 4/30/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004818