

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

███████████████

# Cover Sheet

| | | | | |
|---|---|---|---|---|
| **To:** | FedWire<br>Subpoena Compliance<br>Custodian of Records<br>███████████████<br>New York, New York ████<br>████████ | **Date:** | 3/7/2026 | |
| | | **Service Methods:** | Fax, Email OR Hard Copy | |
| | | **Carrier Fax:** | ███████████ | |
| | | **Carrier Email:** | ████████████████ | |
| | | **Agent Phone:** | ██████████ | |
| | | **Agent Email:** | █████████████████ | |

**From:**    Timothy Gorman

☐ Urgent          ☒ **Action**                ☐ **Concurrence**        ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-037088-001

Please respond by 3/20/2026 8:00 AM Central

Please search identifiers through FEDWIRE database. See attached

HSI Form 3115 (10/24)                                      Page 1 of 4

00048238

| 1. To (Name, Address, City, State, Zip Code)<br>FedWire<br>Subpoena Compliance<br>Custodian of Records<br>██████████<br>New York, New York ███ | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-MS-2026-037088-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Timothy Gorman<br>Special Agent<br>████████ | Telephone<br>████████<br>Fax | 3/20/2026 8:00 AM Central |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Timothy Gorman | 5. Date of issue - 3/6/2026 7:28 PM Eastern<br><br>By: *[signature]* |
|---|---|
| *[Department of Homeland Security seal]*<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name   Steven Schrank<br>Title   Special Agent in Charge<br>Address   Homeland Security Investigations<br>████████<br><br>Telephone   ████████ |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.03.07 00:28:23 +00:00

HSI Form 3115 (10/24)

00048239

| 1. To (Name, Address, City, State, Zip Code)<br>FedWire<br>Subpoena Compliance<br>Custodian of Records<br>███████████<br>New York, New York ████ | **DEPARTMENT OF HOMELAND SECURITY**<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-MS-2026-037088-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

For the time period, from January 1, 2023, until present please provide FEDWIRE Funds Service transfers for the following people and entities:

SEIU
███████████████
South St. Paul, Minnesota

SEIU
███████████████
Minneapolis, Minnesota 55418

SEIU
███████████████
Minneapolis, Minnesota 55413

SEIU
███████████████
St. Paul, Minnesota 55102

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to:
Special Agent Timothy Gorman ████████████████
Criminal Investigator Katherine Wespetal ████████████████████

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gorman at U.S. Immigration and Customs Enforcement:
███████████████████████

If you have questions, please contact Special Agent Timothy Gorman at ███████████

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

HSI Form 3115 (10/24)

00048240

**END OF DOCUMENT**

HSI Form 3115 (10/24)

00048241