

Homeland Security Investigations
Office of the Special Agent in Charge

**U.S. Department of Homeland Security**
SAC Saint Paul

▮▮▮▮▮▮▮

**TCH No. 12818**
**Rec'd 3/10/2026**
**TCH Confidential**

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Clearing House Interbank Payment System The Clearing House Payments Company L.L.C. Subpoena Compliance ▮▮▮▮▮▮▮ | **Date:** | 3/9/2026 |
| | | **Service Methods:** | Z-Email |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | ▮▮▮▮▮▮▮ |
| | | **Agent Phone:** | |
| | | **Agent Email:** | ▮▮▮▮▮▮▮ |
| **From:** | Terri Botterbusch | | |

☐ **Urgent**    ☐ **Action**    ☐ **Concurrence**    ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-037704-001

Please respond by 3/23/2026 8:00 AM

HSI Form 3115 (10/24)

00048218

| 1. To (Name, Address, City, State, Zip Code)<br>Clearing House Interbank Payment System The Clearing House Payments Company L.L.C.<br>Subpoena Compliance<br>███████████ | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-MS-2026-037704-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Terri Botterbusch<br><br>████████████ | Telephone<br><br>Fax | 3/23/2026 8:00 AM |

**3. Records required to be produced for inspection**

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Terri Botterbusch | 5. Date of issue - 3/9/2026 7:17 PM Eastern<br><br>By: *[signature]* |
|---|---|
| *[DHS seal]*<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name   Steven Schrank<br>Title   Special Agent in Charge<br>Address   Homeland Security Investigations<br>████████████<br><br>Telephone   ████████ |

Digitally Signed by: ████████████  CN=Homeland Security Investigations, O=Homeland Security Investi
Date: 2026.03.09 23:17:50 +00:00

HSI Form 3115 (10/24)

00048219

| 1. | To (Name, Address, City, State, Zip Code)<br>Clearing House Interbank Payment System The Clearing House Payments Company L.L.C.<br>Subpoena Compliance<br>███████████████ | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-MS-2026-037704-001

3.  Records required to be produced for inspection (continued)

The following applies if checked:

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Please provide any and all records on the following people and or entities from January 1, 2023, through March 9, 2026.

Communications Workers of America
███████████████
Washington, DC 20001

Communications Workers of America
███████████████
Amherst, New York 14228

Communications Workers of America
Northwest Savings Bank account ███████

Communications Workers of America
United Business Bank account ███████

Communications Workers of America
Business DDA account ███████

Communications Workers of America
Truist Bank Financial account: ███████

International Federation of Professional and Technical Engineers (CWA)
███████████
Bank of Montreal
Account Numbers: ███████████
Address: ███████████
Toronto, Ontario, Canada
Filer Address: ███████████

███████████
███████████

███████████
███████████

Sunrise Movement Education Fund
███████████

Sunrise Movement
███████████

HSI Form 3115 (10/24)

00048220

Washington, DC 20002

████████████

---

## Method of Response:

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to:
Terri Botterbusch ████████
Criminal Investigator Katherine Wespetal ████████████████

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to  Terri Botterbusch ████████████████████
████████████████████

If you have questions, please contact  Terri Botterbusch at .

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

---

**END OF DOCUMENT**

00048221

00048222