# FEDERAL RESERVE BANK *of* NEW YORK

███████████████████

April 17, 2026

**VIA ELECTRONIC MAIL**

Amber Tallas
Special Agent
U.S. Immigration and Customs Enforcement
████████████████

Dear Special Agent Tallas:

As requested, we have conducted a search of the Fedwire Funds Service in response to a Department of Homeland Security Summons dated March 9, 2026. We conducted searches for the period January 1, 2023 to March 29, 2026.[1]

Enclosed please find files containing potentially responsive electronic wire transfers based on the following search terms:[2]

| Search Terms | Potentially Responsive Hit |
|---|---|
| *COMMUNICATIONSWORKERSOFAMERICA* AND (WASH* OR DC* OR AMHERST*) | Yes |
| *████* AND (COMMUNICATION* OR CWA*) | Yes |
| AND (COMMUNICATION* OR CWA*) | Yes |
| ████* AND (COMMUNICATION* OR CWA*) | Yes |
| *SUNRISEMOVEMENTEDUCATIONFUND* | Yes |
| *SUNRISEMOVEMENT* AND (WASHINGTON* OR DC* OR WDC*) | Yes |
| *████* AND (COMMUNICATION* OR CWA*) | No |
| *INT*LFEDERATION*PROFESSIONAL*TECHNICALENGINEERS* | No |
| *████* AND (FEDERATION* OR CWA*) | No |
| *████ AND (FEDERATION* OR CWA*) | No |
| ████ AND (BAYSIDE* OR QUEENS*) | No |
| ████ AND (BAYSIDE* OR QUEENS*) | No |
| ████ AND (BAYSIDE* OR QUEENS*) | No |
| ████ AND (MINN* OR MN*) | No |

[1] In July 2025 the Fedwire Funds Service replaced its payment processing environment FAIM with ISO 20022. All Fedwire transfers after July 14, 2025, are executed within ISO 20022, while records for transactions prior to July 14, 2025, remain within the FAIM system. As a result, record requests concerning transactions both before and after July 14, 2025, are conducted through a separate manual search in each system. Should your request yield positive results from both FAIM and ISO 20022, your production response will contain two similarly structured Access DB files.

[2] For searches that span the transition date of July 14, 2025, search strings are replicated as close to identical as possible within the restrictions of the syntax variations and limitations of each environment.

████████   |   ████████   |   ████████

FEDERAL RESERVE BANK *of* NEW YORK

Amber Tallas
April 17, 2026

| Search Terms | Potentially Responsive Hit |
|---|---|
| ███████ 1 AND (MINNEAPOLIS* OR MINNESOTA*) | No |
| ██████████ 1 AND (MINNEAPOLIS* AND M*N*) | No |

Please note that the output of these searches is dependent upon the specific search terms used and the limitations of the search logic algorithm employed by our computerized search system.

For your convenience, the electronic wire transfers we are producing are in a Microsoft Access database, which allows you to view the wire transactions in a spreadsheet format or in an individual wire transfer format. **Once in the database only select "View Wires" or "View Wires in Table Format"** do not select "Get Data." Please note that each electronic wire transfer record contains essential information extracted from the Fedwire Funds Service that has been converted into the Access database format. If you should require a hard copy of any of these wires pulled directly from the Fedwire Funds Service for a trial, please let us know.

**For security purposes the enclosed file has been password protected in a WinZip file. Please note you will need to have WinZip on your device to access the Fedwire information. To retrieve your password, please contact ███████████████.**

We believe, to the best of our knowledge, we have produced all responsive transactions based on the search terms referenced above and are in compliance with the above Department of Homeland Security Summons subject to the possible search terms and search logic limitations described above. **All records attached to this letter were made at or near the time of the occurrence of the underlying Fedwire transaction; and were maintained in the ordinary course of the regularly conducted business activity of the Fedwire Funds Service.**

Please note that since April 27, 2009, the processing of all wire transfers through the Fedwire Funds Service requires an exchange of electronic communications between Federal Reserve facilities in New Jersey and Texas. The multistep process proceeds as follows: first, the Fedwire Funds Service initially receives Fedwire funds transfers at the service's primary processing site.[3] The Fedwire Funds Service application then sends a copy of the message to a secondary processing site and waits for confirmation from the secondary processing site that the replicated copy has arrived at that site. After confirmation from the secondary processing site, the Fedwire Funds Service settles the funds transfer by debiting the Fedwire sender's Federal Reserve Bank account and crediting the Fedwire receiver's Federal Reserve Bank account. Therefore, every Fedwire funds transfer processed through the Fedwire Funds Service after April

---

[3] Since 2016, the primary and secondary processing sites have been periodically alternated between the New Jersey and Texas locations.

00035247

## FEDERAL RESERVE BANK *of* NEW YORK

Amber Tallas
April 17, 2026

27, 2009, has involved an exchange of electronic communications between Federal Reserve facilities in New Jersey and Texas.

Please also note that customer or account information associated with funds transferred through the Fedwire Funds Service is not within custody or control of the Federal Reserve Bank of New York. As a result, the records produced herein were identified solely through use of the search terms provided above. They are unrelated to, and have no bearing on, the authority that the individuals and/or entities identified in your summons may have had over the accounts referenced therein.

For your convenience and future reference, we have enclosed a list of clarifications for subpoenas requesting Fedwire information. If you have any questions or concerns, do not hesitate to contact me at █████████████████████████████████

Sincerely,

Associate Managing Director
Financial Intelligence & Investigations Unit

Enclosure

349171-v1

00035248



## Federal Reserve Bank of New York
New York, New York 10045-0001

**Please note the following clarifications for subpoenas requesting Fedwire Funds Service information:**

1. Subpoenas are to be addressed to:  Federal Reserve Bank of New York
███████████████████████████████

2. Subpoenas issued to the New York Fed relating to Fedwire funds transfers should *specifically* be "limited to an electronic copy of all funds transfers processed through the Fedwire Funds Service" for specific names of your target (such as ABC Marine Co. Inc.) and its known locations.  Providing an exact address or addresses is best practice.  Account numbers can also be searched in conjunction with a target's name.

3. Please include a request for a specific period, not to exceed 7 years.  For example, using a search period of "January 1, 2023, to the Present" or "for the last 7 years through the Present."  By asking for the period through the "Present," you will get the latest possible results.

4. Please note we are *not* able to search by DOB or SSN.  As discussed, general or specific *address information* is required.

5. Please e-mail subpoenas to ███████████████████████.  *This is the preferred method of delivery*. It is not necessary to e-mail **and** mail subpoenas. To avoid duplications and delays please email subpoenas to the above referenced address.

6. You must provide an official e-mail address and a physical address for responsive material to be returned in a timely fashion.

7. Responses to subpoenas will be sent via E-MAIL with an encrypted WinZip file containing data in a Microsoft Access database. You will need to have WinZip or a compatible zipping tool on your device to access the Fedwire information. Your production may include two separate Access databases. One will prompt you to select either the "View Wires" or "View Wires in Table Format" buttons to analyze your production. (Do not select "Get Data.")

8. Since the New York Fed does not currently charge to produce information relating to funds transfers processed through the Fedwire Funds Service in response to a subpoena, it is not necessary to attach billing or payment forms to the subpoena.

9. Fedwire Funds Service Requests currently require approximately 6 weeks processing time. This is based on workforce limitations and volume. *When possible, please avoid sending status requests within this time frame.*

00035249