


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

04/20/2026 18:11 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Subpoena results from PayPal
/Venmo ref. Voices for racial justice.

**REPORTED BY**
Terri Botterbusch
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/2/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report of investigation (ROI) documents the subpoena results from PayPal/Venmo for an organization called voices for racial justice.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001111

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

**DETAILS OF THE INVESTIGATION:**

Voices for racial justice is an organization that has an online presence at http://voicesforracialjustice.org and on Instagram and Facebook at voices4jg. Their site accepts donations using Venmo, PayPal, GOOGLE Pay and credit cards.  Per GOOGLE they are physically located at ████████████████████████████ ████ .  Their website lists an address of ██ ████████████████████████████ .  Their website boasts several articles on "ICE OUT" and or "Truth, Freedom and ICE out of MN".  Their website also provides links to Defend the 612, mspwhistles, and Monarca Rapid Response for upcoming neighborhood trainings.

On or about March 7, 2026, HSI SA Terri Botterbusch served an HSI administrative subpoena to PayPal/Venmo.  Subpoena Request: HSI-MS-2026-037346 and HSI-MS-037348.

On or about March 20, 2026, PayPal/Venmo responded with the subpoena results.

**PayPal/Venmo provided the following details for PayPal account** ████████████████ .

████████████████   ████████   ██████████

████████████████   ████████   ████████

████████████████████████████████████████████████████████████████████████████████████████
████████████████████   ████   ██████████   ████████████████████████████████████

**SUMMARY of ACCOUNT:**

████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████

**ADDRESSES provided by PayPal/Venmo:**

████████████████████████████   ████   ██   ██████████████████████████████████████
████████████████████████████████████   ██   ████████████████████████████████████

████████████████████████   ██████   ██   ██   ████████████████████████████████████
████████   ████   ████████████   ██   ████████████████████████████████████

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001112



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





██████████████  ████  ██  █████████████

**PHONE NUMBER linked to Account:**

████  ███████████  ██  ██████  █████  ██████

**TRANSACTIONS LINKED to ACCOUNT:**

████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

██

███████████

████████████████████████

██████████████████

████████████████████

████████████████

██

████████████████

████████████████████████

████████████████

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001113



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 18:11 EDT

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001116



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 18:11 EDT

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 18:11 EDT

PayPal/Venmo provided the following details for PayPal account ███████████.

**TRANSACTIONS Received:**

**FINANCIALS:**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001118



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 18:11 EDT



**TRANSACTIONS:**

Please see Subpoena return details for specific donations.

**PayPal/Venmo provided the following details for PayPal account ▬▬▬▬▬▬▬.**

**Account SUMMARY:**

Please see the PayPal subpoena results for additional details.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-084 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001119