

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:27 EDT

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
January 31, 2026-Sunrise Movement Meeting-UCA9833

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/6/2026

## SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the HSI Undercover Agent (UCA) activity on January 31, 2026, in reference to attending a Sunrise Movement Training that occurred at the Minneapolis Public Library.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Operation Puppet Master | MS02PR26MS0003-005 | 3/6/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047457




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

## DETAILS OF INVESTIGATION

On January 31, 2026, Homeland Security Investigations (HSI), Undercover Agents (UCAs) 9833 and 5022 attended an in-person group meeting sponsored by the Sunrise Movement. The event was titled "Resistance Skills Training with Sunrise Movement Twin Cities". To attend the meeting, the UCAs were required to register online for the event on January 30, 2026. After registering for the event, the UCAs received a confirmation email that the event was to be held at the Minneapolis Public Library located at ███████████████████████████ from 2:00 p.m. to 4:30 p.m.

On January 31, 2026, at approximately 5:16 p.m., Special Agents (SA) James Cutbirth and Jacob Marquis conducted a debrief of UCA 9833.

*Below is a summary of the interview conducted on January 31, 2026, with UCA 9833. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

UCA 9833 arrived at the Minneapolis library at approximately 2:00 p.m. UCA 9833 had originally learned about the meeting from another agent that had provided him/her with the link to register online. UCA 9833 confirmed the meeting was sponsored by Sunrise Movement. Upon arrival, UCA 9833 observed an unknown individual on the first floor holding a "Sunrise Movement" sign directing attendees upstairs. Once UCA 9833 arrived upstairs, he/she observed a female with red curly hair dressed as ███████ directing attendees to the meeting room. UCA 9833 entered the meeting room and then signed in.

UCA 9833 observed approximately twenty (20) to twenty-five (25) attendees in the room. During the first portion (introductory) of the meeting, a speaker educated the attendees on the history of the Sunrise Movement organization and then discussed recent events they considered a "win" for their cause. After the introductory, a female named ███████ with red hair informed the attendees that "breakout" sessions were about to begin. The breakout session groups were divided into three groups that centered around recruiting, action, and de-escalation.

UCA 9833's first session centered around de-escalation that was taught by ███████ and an Asian female named ███████. UCA 9833 recalled approximately ten (10) individuals attending the de-escalation meeting. During the meeting, ███████ and ███████ discussed different rules that pertained to protesting events. The speakers suggested having a police liaison and safety Marshall present during events.

After the de-escalation meeting, UCA 9833 attended a meeting that focused on "Action". The meeting was led by a younger male with long hair named ███████. ███████ told the attendees that he worked as a schoolteacher. There were approximately ten (10) attendees present during the

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-005 | 3/6/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047458



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



"Action" meeting. During the meeting, they discussed events such as the "Hilton Wide Awake" protests that targeted hotels known to house Immigration and Customs Enforcement (ICE) Agents within the Twin Cities area. The meeting provided additional history on "sit-ins" and various protest techniques that had worked in the past.

During the Action meeting, it was made clear that the Sunrise Movement organization focused on "peaceful" protests. UCA 9833 spoke to ███ privately and informed him that he works construction and could build items that might assist other groups with more "direct-action" protests. UCA 9833 told ███ that going to jail did not bother him. ███ acknowledged UCA 9833's comments and then saved UCA 9833's phone number.

Prior to leaving the meeting, UCA 9833 was provided with a QR code that allowed him/her to sign up for a group chat that would alert him/her to other future events. UCA 9833 learned that another meeting sponsored by the Sunrise Movement organization was to be held on February 2, 2026, at 6:30 p.m. at the Minneapolis Public Library located at 300 ████████████████████ ████

Debrief concluded at 5:22 p.m.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-005 | 3/6/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047459