

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:25 EDT

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
December 2025 UCA Activity

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/18/2026

## SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the HSI Undercover Agent (UCA) activity during the month of December 2025.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-002 | 2/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047441



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



06/23/2026 11:25 EDT

## DETAILS OF INVESTIGATION

Prior to the initiation of Operation Puppet Master, Homeland Security Investigations (HSI) St. Paul deployed an HSI undercover agent (UCA) to participate in both virtual and in-person meetings within the Twin Cities area. The objective of these activities was to gather intelligence regarding any organized networks of conspirators—operating online and in person—who may be providing material support to violent opportunists and individuals engaged in impeding federal law enforcement, rioting, destruction of federal property, and assaults on federal agents and officers.

This ROI summarizes the actions taken by the UCA during the month of December 2025, before the formal opening of Operation Puppet Master and outlines the justification for establishing the case to advance the ongoing investigation.

### December 3, 2025:1800-1930 hours – virtual ICEWatch training organized by States at the Core / Protect RP; ROI MS05DR26MS0004-004

On December 3, 2025, from 1800-1930 hours, HSI UCA 9843 attended a virtual ICEWatch training organized by States at the Core / Protect RP. This was a publicly advertised training on social media. The training was heavily focused on documenting immigration efforts, notification of ICE presence, and recordings of ICE activities. They urged participants to observe nonviolently and obey law enforcement commands while documenting themselves doing so. They also advised not to interfere with law enforcement activities and maintain a safe distance as required by law.

HSI UCA 9843 did not record their participation in the training; they simply observed to determine whether there were threats to law enforcement or public safety. Based on this information discussed during this virtual training, there do not appear to be violations relating to 18 USC 111 or threats to public safety.

No further action to be taken unless other information received.

### December 7, 2025: 1600 – 1800 hours –  Upstander Legal Observer Training at the Partnership Academy in Richfield, MN; ROI MS05DR26MS0004-006

On December 7, 2025, HSI UCA 9843, acting in an undercover capacity, attended the Upstander Legal Observer Training at the Partnership Academy in Richfield, MN from 1600 – 1800 hours. This event was publicly advertised on social media. The training was heavily focused on documenting immigration efforts, notification of ICE presence, and recordings of ICE activities. They urged participants to observe nonviolently and obey law enforcement commands while documenting themselves doing so. Additionally, they encouraged recording ICE activities to hold ICE

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-002 | 2/18/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047442



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:25 EDT                                                          Page 3 of 5

accountable and remind them that they are being watched. They also advised to not interfere with law enforcement activities and obey law enforcement commands when asked.

Monarca sponsors a "Rapid Response Network" that is staffed 24 hours a day, 7 days a week to monitor and dispatch trained upstanders when ICE is spotted. HSI UCA 9843 joined the "Rapid Response Network" via a QR code offered during the training.

HSI UCA 9843 did not record their participation in the training; they simply observed to determine whether there were threats to law enforcement or public safety.

Based on this information discussed during this virtual training, there do not appear to be violations relating to 18 USC 111 or threats to public safety. Notifications via the Rapid Response Network that HSI UCA 9843 has received do not encourage any criminal acts. HSI UCA 9843 continues to receive notifications for law enforcement situational awareness purposes.

No further action is to be taken unless other information is received.

**December 13, 2025: 1200 – 1400 hours – Action Training: How to Stop ICE & Build a Revolution, First Universalist Church in Minneapolis, MN hosted by Sunrise Movement – Twin Cities; ROI MS05DR26MS0004–007.**

On December 13, 2025, HSI UCA 9843, acting in an undercover capacity, attended the Action Training: How to Stop ICE & Build a Revolution on December 13, 2025, at First Universalist Church in Minneapolis, Minnesota from 1200 – 1400 hours. This event was hosted by Sunrise Movement – Twin Cities. This event was publicly advertised on social media.

During the meeting, Sunrise Movement – Twin Cities stated they are a nonviolent, direct-action group, focused on mass non-cooperation. Breakout sessions encouraged attendees identify the "pillars" that support ICE. Some of the "pillars" that support ICE included airports, transportation businesses, payroll company, ICE agents, and local businesses. Facilitated discussions between attendees and facilitators developed the following possible actions: surveillance, crashing the ICE hiring website, getting someone in as an ICE agent (with the intent of them disrupting operations), shaming & bullying ICE, sitting outside of the Whipple building, wasting ICE's resources such as flooding their tipline & taking long time during interviews, and organized hotel noise demonstrations.

One attendee was interested in the legality of doxxing and/or posting photographs of the ICE agents to ensure they know they are not welcome in society. Although one member of Sunrise explained that the individuals who followed an ICE agent home and shared their personal information caught a case and to not do that, another member of Sunrise explained that although she was not saying Sunrise would do this, it is harder for all participants to be charged with

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-002 | 2/18/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047443



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



breaking the law. They also discussed blockading vehicles and one member advised more of these ideas could be discussed at their bi-weekly Hub meeting.

Because of the above-mentioned discussions, along with the identification of ICE hotels, further attendance was determined to be necessary to rule out violations of law.

HSI UCA 9843 was added to the group's announcements chat after this meeting. A message went out in the announcement group that a hotel demo was planned and then cancelled due to issues verifying the locations where ICE was staying. Due to the safety concern for ICE employees, HSI UCA 9843 messaged the organizer, ███ [agent note: ███████████ ], and offered to assist with verifying the locations. █████ replied and advised the following was how the group has been identifying hotels: after receiving a tip, members go to the hotel and look for confirmation of ICE presence, such as known ICE cars recognized by license plate or a staff member confirmation; ██████ asked HSI UCA 9843 if they would be comfortable approaching staff after she trained HSI UCA 9843. HSI UCA 9843 declined.

### December 19, 2025: Review of website www.defend612.com.

On December 19, 2025, HSI UCA 9843 reviewed the website www.defend612.com which outlines toolkits and resources for creating an Immigration and Customs Enforcement (ICE) Rapid Response (RR) group. [agent note: these groups and similar are associated with the following of ICE vehicles from the federal building, arriving at locations where ICE / HSI operations are taking place, and notifying targets of investigation that ICE is present in the area, potentially compromising officer safety and security]. HSI UCA 9843 reviewed the documents which included a list of neighborhood rapid response network signal links, as well as an ICE ESCALATION AGAINST OBSERVERS Signal chat whose description included "To support legal action against ICE, please share brief accounts (NOT PICTURES/VIDEOS) of ICE: detaining observers, pepper spraying, assault, other violence, stopping or following cars home, working w/local law enforcement". HSI UCA 9843 joined the public signal chat group because of concerns relating to officer safety.

### December 22, 2025: 1830 – 2000 hours – Bi-Weekly: Hub meeting of Sunrise Twin Cities via Zoom; ROI MS05DR26MS0004-009.

On December 22, 2025, from 1830 – 2000 hours, HSI UCA 9843, acting in an undercover capacity, attended the bi-weekly Hub meeting of Sunrise Twin Cities via Zoom. The in-person event was held at the Minneapolis Central Library and posted about in the Sunrise – Twin Cities announcement chat.

The goal of HSI UCA 9843's attendance was to learn more about upcoming events for operational security of any affected ICE employees, as well as understand the intent of the events and possible interactions with ICE.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-002 | 2/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047444



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:25 EDT                                                                              Page 5 of 5

HSI UCA 9843 learned that the next hotel noise demonstration would be held at Hampton Inn – Eagan, where ▋▋▋▋▋▋ claimed ICE had 16 rooms rented. HSI UCA 9843 advised HSI management for operational security. Other discussions during the meeting included the risks of being arrested and the implementation of group safety marshals to keep everyone safe.

HSI UCA 9843 volunteered to assist in the "action" team of HSI UCA 9843. This group appeared to be involved in the planning of mass-non-cooperation where the potential of violations of law could occur, as well as threats to ICE employees and public safety. During the breakout session, HSI UCA 9843 learned that there is multiple signal chats dedicated to the hotel scouting and license plate gathering / running of ICE agents. The license plate gathering is a collaborative effort with "Whipple Watch," the known agitator group stationed outside of the Whipple Building. HSI UCA 9843 was added by the team leader for the "action team" to this signal chat group.

**December 26, 2025: Arrest of ▋▋▋▋▋▋**

On December 26, 2025, HSI UCA 9843 received a group message in the ICE ESCALATION AGAINST OBSERVERS that an "observer" had been arrested by Hennepin County Sheriff's Office relating to his aggressive following of an ICE vehicle. During the discussion relating to his detention, a request for a "plate check" was sent to the group followed by another Signal link to post the "plate check" request in the daily "rapid response" Signal chat. Due to officer safety concerns, HSI UCA 9843 followed the link to the "rapid response" chat associated with the "plate check" request. Multiple "plate checks" are requested daily in this chat with participants either "confirming" they are ICE or not. At the end of each day, the administrators of the chat request that everyone leave the group and delete it, then move to a newly created chat specific to the day.

During the discussion of the "observer," later identified as ▋▋▋▋▋▋ ▋▋▋▋▋▋ ▋▋▋▋▋▋, participants indicated that his spouse posted information related to his charges in the SS (South Side) Minneapolis Rapid Response chat. Discussions in this chat revolve around how to "chase ICE out," "plate checks" as well as photographs of agents, vehicles, "commuting" (following ICE vehicles) and blowing whistles, and providing "a safe place" for vulnerable [undocumented] people to stay.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-002 | 2/18/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047445