

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 14:37 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA attendace at a virtual meeting on February 10, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/23/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. In accordance with National Security Presidential Memorandum-7 (NSPM-7), Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents UCA attendance at a virtual meeting on 2/10/2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-007 | 3/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000099




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

04/21/2026 14:37 EDT

## DETAILS OF INVESTIGATION

This report was composed by HSI SA Jacob Marquis and uploaded by HSI SA Katherine Wespetal.

On February 10, 2026, Homeland Security Investigations (HSI), Undercover Agent (UCA) 9766 attended a virtual meeting titled "ICE Brutality: Responding to State Violence and the Machinery of Fear" hosted by, and held at, Roosevelt Hall at Hunter College – City University of New York.

On February 11, 2026, Special Agent (SA) SA Jacob Marquis conducted a debrief of UCA 9766.

*The below is a summary of the interview conducted on February 11, 2026, with UCA 9766. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

UCA 9766 described they attended a virtual meeting "ICE Brutality: Responding to State Violence and the Machinery of Fear" hosted by, and held at, Roosevelt Hall at Hunter College – City University of New York. The interest in this meeting centered around guest speaker, ███████ ████████, along with the promotion of the meeting by the Black Cat Worker's Collective. UCA 9766 described that the meeting was more of a panel discussion with questions first coming from the moderator and then from members of the crowd. UCA 9766 further stated that throughout the meeting, there was no discussion of, or call for, violence towards law enforcement. Rather there was significant discussion surrounding previous successes to disrupt ICE operations in Minnesota and New York, and discussion about how to expand "the resistance."

Moderators:

- ███████████████████████████████████
- ███████████████████████████████

Panelists:

- ████████████████████████████████████
- ████████████████████████
- █████████████████████████████████

UCA 9766 advised that they did record the virtual meeting.

The recording is appended to this report as file name: 2026-02-10_20-04-34--Zoom Call--CUNY Hunter.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-007 | 3/23/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000100



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-007 | 3/23/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.