

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 12:01 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA 142 attendance at a workers assembly meeting on 2/15/2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/27/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents UCA 142's attendance at "Workers Assembly to Defeat ICE and Plan the Next Mass Strike" on 2/15/2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-045 | 3/27/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000719



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 12:01 EDT

## DETAILS OF INVESTIGATION

This report was composed by HSI SA James Cutbirth and uploaded by HSI SA Katherine Wespetal.

On February 15, 2026, members of Homeland Security Investigations (HSI), Team 225, conducted an operation in which four (4) UCAs attended an in-person meeting sponsored by over twenty-five (25) organizations to include Black Cat Workers Collective, TCDA, Ray Rainbolt Shooting Club, CWA7250, and Socialists Alternative. The event was titled "Workers Assembly to Defeat ICE and Plan the Next Mass Strike" and was held at the United Labor Center building located at 312 Central Ave SE, Minneapolis, MN.

On February 15, 2026, at approximately 8:34 p.m., Special Agent (SA) James Cutbirth and SA Jacob Marquis conducted a debrief of UCA 142.

*The below is a summary of the interview conducted on February 15, 2026, with UCA 142. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

UCA 142 arrived at the Labor Center around 3:30 p.m. UCA 142 walked to the doors located on the 312 S Central Avenue side of the building. UCA 142 observed three (3) volunteers (2 of which wore orange vests) that were ushering people inside. When UCA 142 and UCA 9883 walked inside, an older male wearing an orange vest asked them how they heard about the meeting at the Labor Center. UCA 142 told the volunteer that he heard about the meeting from a friend that sent him a link to register. UCA 142 and UCA 9883 were allowed inside and proceeded to the elevators. UCA 142 was escorted upstairs to the 2nd floor by another volunteer wearing an orange vest that oversaw the elevators.

Once on the 2nd floor, UCA 142 checked in at the registration tables. UCA 142 stated the meeting started at approximately 4:00 p.m. and approximately two hundred (200) people attended. While upstairs, UCA 142 met with a teacher that was part of the Black Cat Collective. The teacher said she was friends with ███████, who had previously worked as a baggage handler for 30 years at Delta Airlines and is now a member of the Democratic Socialists of America (DSA).

A black male named "DJ" spoke at the beginning and set the ground rules for the meeting. UCA 142 recalled ████████ speaking during the meeting. Multiple resolutions were discussed such as a mass day of action for eviction moratorium on February 27th and a "no work, no school, no shopping" protest on May 1st. The Healthcare Workers for Palestine talked about a National Day of Solidarity. Members of a teacher's union also attended and spoke at the meeting.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-045 | 3/27/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000720



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 12:01 EDT                                                                 Page 3 of 3

A female named ██████████ with the Revolutionary Communists of America spoke about creating a 3rd political party known as a "Workers Party" to run against the Democrats and Republicans. Attendees appeared to have a negative opinion of Minnesota Governor Tim Walz and Minneapolis Mayor Jacob Frey.

There were multiple demands that were presented that included the abolishment of ICE, no state cooperation with ICE, freeing neighbors from jails, drop charges on protesters, and charge the agents involved in the shootings of Renee Good and Alex Pretti. There were speakers that spoke about wanting to abolish the Department of Homeland Security and jails/prisons entirely. After discussion, a decision was made to concentrate on the abolishment of ICE and not DHS.

UCA 142 recognized ██████████ who wore a Ray Rainbolt hat with a star on it. ██████████ appeared to hold status and knew a lot of people in attendance. During the meeting, UCA 142 heard discussions about a plan to get people from other cities ready to disrupt operations when ICE shows up to their city. Those discussions talked about targeting businesses that partner with ICE.

Debrief ended at approximately 9:00 p.m.

The audio recordings made by UCA 142 are appended to this report as file names: 2026-02-15_16-46-23.wav, 2026-02-15_17-46-23.wav, 2026-02-15_18-46-23.wav, and 2026-02-15_19-46-23.wav.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-045 | 3/27/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000721