

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 19:34 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance conducted at Loring Park on February 22, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/29/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report of investigation document surveillance conducted during a de-arrest training on February 22, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-066 | 3/29/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000941



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



04/20/2026 19:34 EDT

## DETAILS OF INVESTIGATION

On February 22, 2026, Homeland Security Investigation (HSI), Special Operation Group (SOG) was tasked with surveilling a de-arrest tactics training at Loring Park, Minneapolis, Minnesota. It should be noted that it was later learned this training was cancelled due to the inclement weather. The following HSI Special Agents (SAs) were present during this surveillance operation:

SOG 1:

Travis Goff

Salvador Orrantia

Manuel Ochoa

Rocco Rauseo

Paul Bradley

Robert Bair

David Leon

Jeremy Acala

Darrin McNeill

SOG 2:

Anthony Tillett

David Deal

Jeremy Jones

Robert Manning

Allie Paredes

Mark Pomerantz

Jason Prasnikar

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-066 | 3/29/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000942



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



04/20/2026 19:34 EDT                                                                    Page 3 of 4

Ryan Regalado

Chris Roberts

Jeremy Sandor

James Staton

Surveillance began around 12:30 PM and ended at approximately (approx.) 2:30 PM. During that time, SAs made the following observations:

At approx. 12:55 PM, SA Tillett received a text message from an undercover agent (UCA) in the park. That text contained a photo of numerous vehicles parked on W. 15th along Loring Park. The UCA said the car parked behind the red car is possibly the organizer's car. A black car is seen parked behind a red SUV in that photo. A copy of that photo will be attached to this case.  The photo was taken by HSI SA Jacob Marquis. Loring Park Exhibit 1

At approx. 12:58 PM, SA Jones walked past the black car (noted above) and described it as a black Mitsubishi with South Dakota temporary tag ███████.  HSI SA Katherine Wespetal requested Criminal Analyst (CA) Samantha Hackbarth run the temporary tag.  CA Hackbarth was unable to conduct a registration check on a temporary tag.

At approx. 1:08 PM, SA Jones texted a photo of that same black Mitsubishi. An unknown male is depicted sitting in the driver's seat of that vehicle. These photos were taken by HSI SA Jeremy Jones. ROI Loring Park Exhibits 2, 3, 4 and 5.

SA Wespetal note: this vehicle is also seen on 2/23/26 at Cameron KENNEDY's apartment building, 3641 17th Avenue South, Minneapolis, MN. Upon further review of these photos the unknown male is believed to be Cameron KENNEDY.

At approx. 1:14 PM, SA Sandor identified the black Mitsubishi as a Mitsubishi Mirage hatchback.

At approx. 1:16 PM, SA Jones observed two white males believed to be associated with the Mitsubishi. SA Jones said one of the males was carrying a Tupperware box containing radios.

At approx. 2:05 PM, SA Jones observed a person holding an anti-ICE sign walk to a blue Subaru with Minnesota (MN) plate ██████. SA Jones saw that person put the sign in the trunk of the Subaru and driveaway. That person walked from the direction of the pedestrian bridge on the west side of Loring Park. SAs were told earlier that people with anti-ICE signs were gathering on the pedestrian bridge. SA Wespetal requested CA Hackbarth conduct a registration check on MN plate ██████.  The check revealed the vehicle was registered to ████████████████ and ████████████ ████████████████████████████.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-066 | 3/29/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000943



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



04/20/2026 19:34 EDT

SA Regalado and SA Paredes observed three people get out of a Subara bearing MN plate ███████. Those people carried anti-ICE signs and walked towards the pedestrian bridge. A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ████████████████████ ████████████████████████████████████████

SA Regalado and SA Paredes saw a person walk from the pedestrian bridge and get picked up by a Ford Explorer with MN plate ██████. A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ████████████████████████████████████████ ██████████████

SA Paredes stated a silver Toyota Corolla with MN plate ████████ is likely associated with the individuals gathering on the bridge. A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ████████████████████████████████████ ██████████

SAs were advised that demonstrators were walking towards a parking area on the southwest corner of Oak Grove Street. At approx. 2:29 PM, SA Jones texted the following MN plates:

████████ seen on a white SUV: A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ███████████████████████████████████████████

████████ seen on a black sedan: A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ████████████████████████████████

███████: A registration check, conducted by CA Hackbarth, revealed the vehicle was registered to ███████████████████████████ ███ █████████████████

SA Jones texted additional photos of the black Mitsubishi and its driver as well as a photo of the blue Subaru (noted above). Loring Park Exhibit 6

Surveillance was terminated and nothing further to report.

It should be noted that this report was primarily composed by SA Tillett. SA Wespetal added the record checks conducted by CA Hackbarth and uploaded.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-066 | 3/29/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000944