

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:31 EDT

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
February 2, 2026-50501 Minnesota Meeting at Augsburg Park Library-UCA5022

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/11/2026

## SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the HSI Undercover Agent (UCA) activity on February 2, 2026, in reference UCA5022, attending a 50501 Minnesota Meeting at Augsburg Park Library.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-008 | 3/11/2026 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047483



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On February 2, 2026, Homeland Security Investigations (HSI), Undercover Agent (UCA) 5022 attended an in-person meeting sponsored by 50501 Minnesota. The slogan for the group that bears its name is "50 protests. 50 states. 1 movement." The event was held from 5:30 p.m. to 7:00 p.m. at the Augsburg Park Library located at ███████████████████████████████████

On February 2, 2026, at approximately 7:28 p.m., Special Agent (SA) James Cutbirth conducted a debrief of UCA 5022.

*The below is a summary of the interview conducted on February 2, 2026, with UCA 5022. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

UCA 5022 arrived at the Augsburg Park library at approximately 5:45 p.m. with UCA 9759. UCA 5022 did not have to register for the event prior to attending. The event was sponsored by 50501 Minnesota. Upon arrival, UCA 5022 walked to the front of the building and saw approximately four (4) greeters that appeared to be watching the parking lot. After entering the building, UCA 5022 immediately observed a large group of people inside a meeting room immediately to the right as you enter the front doors. UCA 5022 observed a table with two females handing out brochures and whistles. The whistles were in English, Spanish, Somali, and Hmong. The brochures had literature that described the different risk assessments that came with protesting and listed roles that could potentially lead to arrest.

The meeting started at 6:00 p.m. with approximately sixty (60) people in attendance. The meeting seemed to be led by a short male that was approximately twenty-five (25) years of age. The unknown male stated he was the leader of the local chapter of 50501 Minnesota. The organization's primary mission at the moment was to get ICE out of Minneapolis. Prior to Operation Metro Surge, the organization protested the "No Kings" movement. Speakers for the organization explained their slogan as "50 Cities. 50 States. 1 Protest." The slogan was then changed to "50 Cities. 50 States. 1 Movement." One of the individuals in attendance was from Portland, Oregon and had come to the meeting to see how the Minneapolis chapter operates.

During the meeting heavy-set male introduced himself as ███████ and spoke about his role in monitoring deportation flights leaving the Minneapolis-Saint Paul International Airport. ████ stated he was a volunteer for the organization and assisted with raising funds for dash cameras to be given to observers operating throughout the city. ████ bragged that there were only 19 people that got onto deportation flights yesterday, when in the past there were hundreds per

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-008 | 3/11/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047484



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:31 EDT

day. ▇ encouraged anyone that had contact with Delta Airlines to try and get more information on the deportation flights. ▇ further stated that Delta Airlines is the only company that has a direct flight from Minneapolis to San Antonio, Texas.

- *Based on an open-source internet search, the individual was identified as* ▇

A white female approximately forth-five (45) to fifty (50) years of age who identified herself as ▇ presented for approximately 20 minutes. The speaker told the audience that she and most of the organization's members have full time jobs and participate in 50501 on a volunteer basis. 50501 Minnesota was described as a 501(c)(4) organization. The speaker informed the audience that volunteers have participated in medical support, organizing a bridge protest, and other non-violent protests.

A female named ▇ spoke and described the organization as "non-violent but not peaceful". ▇ reiterated the fact that there have been several people that have recently wanted to volunteer to help the organization.

During the meeting, operation security was discussed and it was emphasized that ICE Agents may try and infiltrate the organization. A lawyer stood up and encouraged attendees not to put anything in writing that they wouldn't want to be seen in court. The lawyer made a comment about "we may be thinking we want all ICE Agents to die, but don't put those statements in writing." A heavy-set female approximately twenty-five (25) years old spoke about operational security. The female warned attendees not to say anything in the meeting that you would not say to an ICE Agent. The same female stated she had recently started a "Coffee Club" where people can get to know each other on a more personal level. The female stated she was going to be hosting a meeting at a Zion Church soon.

Interview concluded on February 2, 2026, at approximately 7:45 p.m.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-008 | 3/11/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047485