# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



04/23/2026 21:46 EDT

Page 1 of 2

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance of UCA meeting on April 14, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/23/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents the surveillance activity conducted by Special Operations Group (SOG) 2207 on April 14, 2026

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-147 | 4/23/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004786




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/23/2026 21:46 EDT                                    Page 2 of 2

## DETAILS OF INVESTIGATION

This report was composed by Acting Group Supervisor Josh Schottenfeld and uploaded by HSI Special Agent (SA) Katherine Wespetal.

On April 14, 2026, at approximately 1715 hours, SOG agents set up surveillance around St. John's Church located at ████████████████████████ in anticipation of an undercover agent (UC) attending a meeting of the Direct Action Minnesota (DAMN) group that was to take place from approximately 1800 hours to 1930 hours inside the church.

At approximately 1802 hours, SA Bradley Grant confirmed that the UC had been dropped off near the target location and was approaching the church.

At approximately 1830 hours, SA Daniel Malik (driver) and SA Michael Leung (passenger) drove into a parking lot located on the southwest corner of ████████████████████ in St. Paul, MN to collect license plates of the vehicles parked in the lot. Information obtained from past meetings indicated individuals attending the meeting were instructed to park in this lot. SA Leung recorded two videos that are labeled Exhibit 1 04142026 SA Leung and Exhibit 2 04142026 SA Leung. SA Leung ran registration checks on the vehicles.

**Agents Note: The results of those registration checks have been recorded on a separate document that has been provided.**

At approximately 1840, SA Marco Saltarelli and SA Jason Prasnikar were approached by an unidentified male while sitting in SA Saltarelli's government vehicle. The individual stated that he was part of the community and asked if they were ICE. SA Saltarelli pointed to a safety vest and hard hat in his vehicle and told him they were not ICE. The individual stated ok but said he would make sure their license plate was cleared. There was no further interaction with this individual.

At approximately 1948 hours, SA Richard Greene confirmed the UC was clear of the area.

At approximately 1950 hours, surveillance was terminated.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-147 | 4/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004787

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/23/2026 21:46 EDT

DRM Page 1 of 1

**Title**

Registration_checks_from_4.14.26_surveillance.docx

**Upload Date**

04/22/2026 13:22 EDT

**Media Type**

pdf

File attached on the following page

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004788

Below are the completed registration checks conducted by SA Leung on 4.14.26 of cars observed in the parking lot near St. Johns Church, 60 North Kent Street, St. Paul, Minnesota.





00004789

**MN** ▮▮▮▮ **- Black Mini Cooper**



**MN** ▮▮▮▮▮ **- Green Honda Civic**



00004790



*** REGISTRATION HOLDER DETAILS ***

00004791







\*\*\* REGISTRATION HOLDER DETAILS \*\*\*



\*\*\* REGISTRATION HOLDER DETAILS \*\*\*





00004794





00004795



*** VEHICLE DETAILS ***



*** REGISTRATION HOLDER DETAILS ***

00004796





00004797



