

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/12/2026 13:32 EDT

**CASE NUMBER**
DD02PR26MS0003

**CASE OPENED**
4/7/2026

**CURRENT CASE TITLE**
Collateral from [Saint Paul, MN] to [Detroit Metropolitan...

**REPORT TITLE**
April 8, 2026 "Breaking the Ice" Undercover Operation

**REPORTED BY**
Erin Herrgott
SPECIAL AGENT

**APPROVED BY**
Darryl Pugh
RESIDENT AGENT IN CHARGE

**DATE APPROVED**
4/13/2026

## SYNOPSIS

On April 6, 2026, Homeland Security Investigations (HSI) Detroit Metro Airport (DMA) received a collateral investigation request from HSI Special Agent in Charge of Saint Paul, Minnesota, for local support for Undercover Operatives to attend an event in Ann Arbor. This event will take place on April 8, 2026, and is believed to be linked to the ongoing investigation of suspects involved in violations of 18 USC 111 and 18 USC 372. HSI Saint Paul is requesting that UC Agent(s) attend the event equipped with recording devices to collect evidence in support of potential federal criminal charges.

This report of investigation (ROI) serves to document an undercover operation conducted on April 8, 2026, in Ann Arbor, Michigan.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Collateral from [Saint Paul, MN] to [Detroit Metropolitan... | DD02PR26MS0003-002 | 4/13/2026 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00039884



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/12/2026 13:32 EDT

## DETAILS OF INVESTIGATION

In April of 2026, Homeland Security Investigations (HSI) Special Agents (SAs) assigned to the Detroit Metro Airport (DMA) became aware of a "Countrywide Speaking Tour" called "Breaking the ICE:  Lessons from the Resistance in Minnesota".  The tour was advertised via open source as follows:

*"In April, anarchists from the Twin Cities who have participated in resisting the ICE occupation there will travel the country speaking on their experiences.  At each presentation, they will share what they have learned from building rapid response networks, explore how Minnesota thwarted Operation Metro Surge, and draw out lessons about how to defeat fascism"*

The touring group was scheduled to present at the Zion Lutheran Church Sanctuary, located at ██████████████████████████████████████, on April 8, 2026, at 1800 hours.

On April 8, 2026, at approximately 1745 hours, HSI DMA SAs conducted an undercover operation and inserted an undercover agent (hereinafter referred to as UCA 9759) into the "Breaking the ICE" presentation.  The following is a summary and not a verbatim account of the event:

UCA 9759 arrived at the target location at approximately 1745 hours.  The UCA entered the location and observed approximately 20 individuals seated.  The age of the individuals ranged from early 20s to late 70s.  UCA 9759 spoke with a few of the attendees, two of which being ██████████████████████ and ███████████████████████, a married couple and members of the Zion Lutheran Church. ████████ advised that the Church had been approached by the members of the touring group and asked to host the event. ████████ stated that he and a small group of members of the Zion Lutheran Church, are part of a group that supports the ideals of the Minnesota resistance. ████████ informed UCA 9759 that she was part of a mission team that traveled to Uganda, where they assisted in the construction of a hospital. ████████ provided UCA 9759 with her business card which reads as follows:

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [Detroit Metropolitan… | DD02PR26MS0003-002 | 4/13/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00039885




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

The event began at approximately 1800 hours.  By the beginning of the presentation, there were approximately 75 to 100 individuals in attendance.  Four presenters were present, to include three females and one male.  UCA 9759 recognized the male presenter as Callum ROBINET also known as "Juliet".

The presenters took turns describing the events that transpired in Minneapolis, Minnesota, leading up to the deaths of Renee Good and Alex Pretti.  One of the female presenters recalled an incident where ICE agents were "allegedly" attacked by a man with a shovel.  The presenter stated something to the effect of how she wished someone would attack ICE agents with a shovel. The presenters discussed how they formed "Rapid Response Networks" that operated through the end-to-end encrypted application, Signal, to locate and identify ICE agents in the greater Minneapolis area.  The presenters also discussed their protests at the Bishop Henry Whipple Federal Building, describing a particular instance where protestors deployed copious amounts of sex toys.

The presenters noted that there was a basket being passed around to the audience members, and asked for donations from the attendees in order to fund their  travels.  UCA 9759 received the basket and observed multiple cash donations within the basket and a piece of paper that contained a QR code.  The associated URL with the QR is as follows: ██████████████████████ ███████████████████████████

The presenters opened the discussion to questions from the attendees.  One of the attendees, a younger female, took the opportunity to advertise a weekly anti-ICE protest in the Romulus area.  Other attendees asked questions concerning the logistics of the Minneapolis Anti-Ice resistance.

The presentation ended, and UCA 9759 observed a table near the entrance of the location which held various pamphlets, stickers, and other reading material.  UCA 9759 took one of each and provided them to HSI DMA SAs.

UCA 9759 departed from the location at approximately 2010 hours.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [Detroit Metropolitan… | DD02PR26MS0003-002 | 4/13/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00039886