

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/04/2026 13:36 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA 5022's attendance at Left Jab training on May 28, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
6/4/2026

## SYNOPSIS

Since[KP1.1] November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents UCA 5022's attendance at Left Jab training on May 28, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-193 | 6/4/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00044471




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/04/2026 13:36 EDT                                                                                    Page 2 of 2

## DETAILS OF INVESTIGATION

On May 28, 2026, UCA-5022 attended a "Left Jab" meeting/training at ███████████████ ████████████ The following is a summary, may not be in chronological order, and is not verbatim. Reference audio and video recordings for additional details and context.

At approximately 7:05 p.m., UCA-5022 arrived in the downstairs gymnasium area of the University Baptist Church. UCA-5022 was greeted by several people, including Cam aka "Olive Knite".

███████████ led the training. The following people introduced themselves:

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Over the course of approximately two hours, ████████ led a boxing/sparring practice that UCA-5022 participated in. UCA-5022 spoke with several individuals during the training. Individuals UCA-5022 talked to stated they had either found the Left Jab group through DAMN, during Operation Metro Surge, or through Cam.

During part of the training, UCA-5022 noticed Cam was seated upstairs and was on his phone. Following the training, UCA-5022 saw a Signal message in the DAMN group sent by Olive Knite at 8:09 p.m. advertising "De-arrest SWARM training," hosted by Left Jab and to be held in June.

Following the training, Cam added UCA-5022 to the Left Jab Signal group.

**Investigative note**: Due to the physicality of the event, UCA-5022's concealed body-worn audio recorder erroneously fell to the floor of the gymnasium near the end of the training. UCA-5022 briefly left the gymnasium, realized she no longer had the device, and returned to the gymnasium to retrieve the device from the floor. During these approximately three minutes, UCA-5022 was not present in the gymnasium. UCA-5022 is last heard on the body-worn recorder's timestamp at approximately 1:59:58 (the time at which UCA-5022 originally left the gymnasium).

All recordings will be maintained as a part of this case file.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-193 | 6/4/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00044472