

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 15:36 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA 5022 attendance at Whipple Watch training on March 9, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/10/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents Whipple Watch training attended by UCA 5022 on March 9, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-134 | 4/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004389




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

04/20/2026 15:36 EDT

## DETAILS OF INVESTIGATION

This report was composed by UCA 5022 and uploaded by HSI SA Katherine Wespetal.

On March 9, 2026, UCA-5022 was part of a law enforcement briefing and operation to conduct an undercover "onboarding" training with Whipple Watch, an organized group that is subject of investigation MS02PR26MS0003. The onboarding training took place from approximately 7:00 a.m. until 8:30 a.m. and was audio- and video-recorded. The following is a summary of UCA-5022's observations. Reference recordings for additional details and context.

At approximately 7:05 a.m., UCA-5022 arrived at the Fort Snelling North Park-N-Ride and encountered four subjects. A tall, white adult male, approximately 30 years of age, with a reddish-brown beard, blue eyes, and glasses greeted UCA-5022 ███████████████████ ██████████████████████████████ Also present for the training were:

1.  A heavyset white adult woman, approximately 5 feet tall, with a neck tattoo, dyed pink hair, blue framed glasses, and a "Minnesota Frog Brigade" hooded sweatshirt.
2.  A white adult male, approximately 25 years of age with a thin build, wearing a square blue face mask and beanie hat.
3.  A medium build white adult male, approximately 50-55 years of age.

Over the course of the onboarding, ███████  gave an overview of the Whipple Federal Building, parking lot, gates, and surrounding areas. He also spoke about the roles and responsibilities of Whipple Watch members and gave an overview of his knowledge of ICE vehicle and building operations.

The following is a summary of statements made by ██████████

*   Three Signal groups are operated by Whipple Watch:
    *   "Dispatch" is run out of the Whipple Watch Refresh Signal group.
    *   License plates are put in the License Plates Signal group.
    *   The daily schedule is posted in the Schedule and Admin Signal group.
*   Ideal staffing for Whipple Watch is six people watching gates at one time ("observers"), one person on "dispatch," and three "commuters."
*   "Commuters" are people who follow ICE vehicles and are directed by dispatch.
*   Dispatch is run by a person located off-site. Dispatch can guide people where to be on the ground and communicate best practices for the day.
*   Commuters try to wait for a convoy of ICE vehicles that they can follow. Commuters live feed who they are following via a voice call to dispatch. Commuting is the most dangerous role in Whipple Watch.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-134 | 4/10/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004390



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- Getting license plate data from Gate 3 is most effective, because the gate is always active. Gate 1 is not always open and is primarily used by ICE.
- ███████ and ████████ are members who are involved in Whipple Watch planning, training, and operations.
- It is best not to be at the Whipple Building during a protest action because there is a risk of being arrested. ██████ advised against making any statements if detained and advised against yelling at suspected ICE while performing Whipple Watch duties. The National Lawyers Guild telephone number was provided.
- Whipple Watch observers should pair up and be on a live call with Dispatch, so that somebody else knows if an observer has been arrested. Observers should not have expensive personal belongings with them and should not bring pets or children to their shifts. Observers should bring a notebook and pen to write plates down as well as a phone with a camera.
- Shifts run from 5 a.m. to 5 p.m. in two-hour blocks; roles include observer and dispatch.
- Some methods of identifying ICE personnel/vehicles include spotting: dark window tint, dark tint at the top of the windshield (concealing police lights), masked drivers and passengers, erratic driving, obscured plates, no plates, and expired tabs. Cars with multiple occupants also should be photographed and noted, including other factors such as heavy tint. Common ICE vehicles are black SUVs, grey SUVs, Chevy Tahoes, Jeep Cherokees, and Wagoneers.
- The Whipple Watch observer lists in the License Plate Signal chat whether vehicles are "highly suspicious" or "confirmed suspicious." ██████ stated that it is better to state on the chat that a vehicle is questionably ICE than to positively identify it, if the observer is not sure.
- The license plate tracker used by Whipple Watch was "redone." Photos sent are added to the database, and the person adding them can include comments about why the vehicle is suspected of being ICE.
- Regarding cars with suspected ICE personnel leaving for the day: the plate is useful for "hotel checks for noise demos."
- Regarding cars and people who are not necessarily identified as ICE: Some people mistakenly drive to the Whipple building because their GPS routes them there, and they immediately drive back out. Many Minnesotans who are not ICE also drive with dark tints and expired tabs. Many rental vehicles were once used by ICE and are not anymore; "We're working on finding a better way to get them out when they've circulated out of the fleet, but it takes a little bit of time to get that information." Some people walking into the building /parking lot are going to visit relatives or attend court, and people in orange vests are there to help people out. There are administrative staff, courthouse personnel and visitors, and a small number of other federal employees who work in the Whipple building and are not ICE.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-134 | 4/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004391



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 15:36 EDT                                                      Page 4 of 4

- ▄▄▄▄ described and showed the best places for observers to stand and take pictures from, including places where holes are already cut in the fences. ▄▄▄▄ advised against cutting holes as it would be destruction of federal property. ▄▄▄▄ advised sending batches of photos in 5-, 10-, 15-minute, and up to half an hour intervals.

- Vehicles with people wearing tactical gear should be called out immediately. "Drop everything, get that information out immediately." "Put that into our main chat and then also in the license plate chat as well." The dispatcher will put up the alert for it, and a commuter will be tasked. Calling out whether a "convoy" goes east or west is helpful to the commuters who are sitting in a parking lot.

- According to ▄▄▄▄, recently, ICE personnel have frequently been waving instead of giving the middle finger and antagonizing observers. There is also far less total traffic than there used to be. Outbound traffic has shifted from the morning to closer to midnight. In December, hundreds of vehicles left at 4:30 p.m. because 4:30 is when they would get off work.

- ▄▄▄▄ stated, "Fun fact, ICE has no authority to enforce laws on U.S. citizens. So if you were ever stopped by an officer and they claim to be ICE, just drive away. There's no requirement for them to like, they can't do anything about it, or they're not supposed to. If they do anything about it, then that's on them. And definitely take photographs of that situation occurring. But if you're like 'I'm a U.S. citizen!' and drive away, thumb's up to that."

- ▄▄▄▄ explained that especially when the weather was colder, agents were easily identifiable by their clothing, particularly coats, hoodies, and beanies that were all the same or similar. ▄▄▄▄ also mentioned that if agents leave in their gear and go to their hotel, "somebody's going to find their hotel," and therefore they generally will not leave with gear showing.

▄▄▄▄ provided QR codes to join the three Signal chat groups. UCA-5022 joined all three groups.

The recordings are saved in the Golden Drive in folder: 3_9_2026 Whipple Watch Onboarding UCA 5022.

On March 23, 2026, HSI SA Katherine Wespetal provided UCA 5022 with two pictures of ▄▄▄▄ ▄▄▄▄ UCA 5022 believed the photos were of ▄▄▄▄ who conducted the training. The pictures shown to UCA 5022 are appended to this report as Whipple Watch Photos.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-134 | 4/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004392