

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 14:39 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA attendance at a TCDA meeting on 02/01/2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/18/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. In accordance with National Security Presidential Memorandum-7 (NSPM-7), Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report details the attendance of UCA 9843 at a TCDA meeting on 02/01/26.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-005 | 3/18/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000064




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

04/21/2026 14:39 EDT                                                      Page 2 of 5

## DETAILS OF INVESTIGATION

This report was composed by HSI SA Jacob Marquis and uploaded by HSI SA Katherine Wespetal.

Interview of UCA 9843 on February 1, 2026

On February 1, 2026, members of Homeland Security Investigations (HSI), Undercover Agent (UCA) 9843 attended a group meeting sponsored by the Twin Cities Direct Action (TCDA) Propaganda and Communications Team. The event was titled "Art Club" and was held from 3:00 p.m. to 5:00 p.m. at the Prince of Peace Lutheran Church located at ███████████████████████████████

On February 1, 2026, at approximately 5:39 p.m., Special Agents (SA) James Cutbirth and Jacob Marquis conducted a debrief of UCA 9843.

*Below is a summary of the interview conducted on February 1, 2026, with UCA 9843. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

Upon arrival at the meeting, UCA 9843 entered the building through a door located next to the main entrance doors, went down the hallway, and the entrance to the meeting room was the last door on the left. UCA 9843 did not see anyone else in the building other than those attending the meeting. During the meeting, the attendees had to turn off their phone's Bluetooth and place the device in airplane mode. Some attendees had faraday bags that they placed their device in.

### INDIVIDUALS IN ATTENDANCE

UCA 9843 recalled there were approximately 10 people in attendance at the meeting. UCA 9843 recognized ████, who was described as a female with "they/them" pronouns, bright green short hair, nose ring, pale skin and drove a tan Nissan. UCA 9843 recognized ████ ███████████████████████, who was described as a tall white female with red pixy cut glasses, and oversized clothing. ███████████ had not been involved in TCDA before. At first attendees questioned how she knew about the meeting. When ███████████ stated, she learned about the meeting from ███████████, the attendees felt comfortable with her being there. UCA 9843 recognized ███████ from a prior TCDA meeting, who was described as a white male, bald, approximately 5'11", with a large bump on his head. ███████ is a self-proclaimed anarchist.

- *Agent note: A screenshot of ███████ from open source media was provided from UCA9843, and has been provided in the electronic case file.*

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-005 | 3/18/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

04/21/2026 14:39 EDT

UCA 9843 recognized "Cam Kennedy", who was described as a white male, approximately 160 pounds, with brown hair, wearing a hoodie and pants. Cam is a self-proclaimed anarchist and is known to attend "Left Jab", which is a leftist martial arts group that teaches classes on how to "unarrest" and "swarm" law enforcement in order to free individuals that have been taken into custody. Cam talked a lot about communications and marketing strategies. Cam appeared to know ███████ and considered his vouch for ███████ as a "strong vouch".

UCA 9843 recalled a white male named ██████ that attended the meeting. █████ was described as a white male, brown hair, and possibly attends Left Jab with Cam.

UCA 9843 recognized █████ who was also known as ████████ in the signal chat and possibly works as a nurse or is in marketing. UCA 9843 believed ████ was possibly a CEO and founder of a restaurant called █████ or █████. ████ was not in the original TCDA chat but was recognized from being at the January 11 meeting. █████ appeared to want to lead the meeting.

UCA 9843 recalled an older white male with "salt and pepper" hair that was in attendance. The male appeared to be the spouse of ████████, who was also in attendance. UCA 9843 believed the husband/wife couple acquired the church for the meeting to be held. UCA 9843 recalled ██████████████ who is a social worker with brown hair. UCA 9843 recalled an Asian female that went by █████████ that was in attendance.

UCA 9843 recalled a male named ██████ who went by ████████ and is a musician was in attendance. When security was brought up during the meeting, █████ made a comment about security being important, but it can also be "teared". He further explained that the government can call three hundred thousand (300,000) people domestic terrorists, but they can't call fifty million (50,000,000) people domestic terrorists. █████ further explained that the more people that get involved in the TCDA cause, the easier the group needs to make it to join.

UCA 9843 recalled a "male looking" individual named █████, who had bright orange shoulder length hair. █████ appeared to have organized the event.

- *Agent note: A screenshot of the Signal chat listing attendees at the meeting was placed into the electronic case file.*

## TOPICS DISCUSSED

UCA 9843 described the meeting as democratic in nature in the sense that everyone talked over each other. UCA 9843 felt the meeting was not well organized and topics were not clearly discussed. As an organization, TCDA will be "re-vetting" its members to include those in attendance at the meeting. TCDA is concerned about people trying to infiltrate the organization.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-005 | 3/18/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

The three topics discussed centered around Communication, Action, and Marketing. During the communications portion, attendees discussed various ways to communicate such as social media, video clips/edits, and databases to reach different types of people. ▇▇▇▇▇▇▇ used the term "radicalized" and spoke about the importance of reaching people that are radicalized but don't realize it yet.

During the Action portion, there was nothing discussed about upcoming "direct actions". Attendees discussed financing and "open collective", which is a type of secured "go-fund" type platform. The attendees agreed to come up with two (2) to three (3) action items and campaign themes for the meeting on Thursday February 5, 2026. The meeting on February 5th was to establish the purpose of TCDA.

During the Marketing portion, attendees discussed using social media and text messages to reach their intended audience. Members wanted to use "visuals" as a way to tell the story of TCDA.

Cam discussed the current state of finances within TCDA. Cam stated there was approximately five thousand ($5,000) dollars that was raised for the January 23 blockade. Cam explained that out of approximately one hundred (100) people that donated to the blockade, the majority of the funds came from only twenty (20) to thirty (30) people. Cam seemed to be the main person pushing for funds and wanted to stockpile materials to assist with other organizations.

Cam talked about "being on the precipice of a revolution". Cam explained there is a civil war going on in America and Democratic party is not helping and the conservatives are the "regime". Cam stated he lives in the ▇▇▇▇ neighborhood and that his street has a blockade that lets traffic slowly go through and if an ICE agent attempts to go through, they are stopped.

Attendees talked about "doxing" and they were upset with the statistics of ICE agents with "rap sheets". Attendees want to stop and abolish ICE. The abolishment of ICE is not their only goal but rather is just one aspect of their movement. During the meeting, attendees applauded the strategy of a woman on Instagram that posts the "ICE Agent of the Day" where she identifies an ICE Agent and then lists their crimes.

## UCA 9843 IDENTIFIES ATTENDEES BY PICTURE

UCA 9843 was shown multiple pictures labeled A-E (reference attachment labeled "1 February 2026 for a list of the pictures shown to UCA - Prince of Peace Roseville - Registration Plates" 9843). UCA 9843 identified the following below:

-
- ▇▇▇▇▇▇▇
- ▇▇▇▇▇▇

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-005 | 3/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 14:39 EDT

- ███████████████████████
- ████████

- *Agent note: The intel workup of the registrations and the photos that were shown to UCA9843 labeled A through E were placed into the electronic case file. The only items shown to UCA9843 during the debrief were the documents labeled A through E.*

## ACTION ITEMS SENT TO ATTENDEES

After the meeting, UCA 9843 was sent a list of action items that needed to be completed by each attendee. The action items included the following:

- Review open collective and alternative systems for handling funds
- Share campaign ideas
- Share media connections and what roles you want to play and platforms to set up
- Set up a proton email

Interview concluded on February 1, 2026, at approximately 6:08 p.m.

The intel workup of vehicles in attendance for the meeting and the photo sheets A through E have been added into DRM reference to this ROI.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-005 | 3/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000068