

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/21/2026 14:43 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Undercover activity from January 1 - 26, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/13/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. In accordance with National Security Presidential Memorandum-7 (NSPM-7), Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report details HSI Undercover Agents (UCAs) activity from January 1-26, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-003 | 3/13/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000057





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

04/21/2026 14:43 EDT

## DETAILS OF INVESTIGATION

The report below was composed by HSI SA Jacob Marquis and uploaded by HSI SA Katherine Wespetal.

This ROI summarizes the actions taken by the UCAs during the time period of January 1-26, 2026, as it relates to subjects of this investigation.

### January 11, 2026: Meeting- In Person-Attended-9843

On January 10, 2026, HSI UCA 9843 (hereinafter, UCA) received a flyer in the general Whipple Watch advertising an "Emergency Meeting on Resistance to ICE Occupation" being held at ███████████████████████████ at 1:00pm on January 11, 2026. UCA asked if they could attend and users "Isaac" said yes and to tell anyone who asked that he vouched for them.

UCA arrived and met with security for the event and was directed upstairs to a large conference room after explaining the were with the Whipple Watch.

The meeting began and the following was observed:

A tall white male with long brown hair in a braid, named ███████ was the moderator.

Isaac, a white male with red hair and red beard claimed he was with Black Cat

Workers Collective, aka "Ike" introduced the meeting and ███████

Everyone moved around into associated Rapid Response Groups or organizations they were associated with and broke out into groups and discussed things that have worked so far; each group shared.

Then a bald old man associated with the airport and another labor union (possibly ███████ —he was on the live meeting the UCA attended) told everyone to save the date of 1/23 as there would be a big event happening that date, which would be explained later that week.

Everyone broke out into groups for the roles they were interested in for 1/23: hard\blockade (man described using a junk car or something similar to block an area), soft blockade (human blockade), mass commuting (driving around the Whipple to prevent anyone leaving), civil disobedience and "march"

A skinny red headed individual with a pixie cut and thin build (female) introduced herself as ███████ and said she was with Veterans for Peace and Whipple.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-003 | 3/13/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000058



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



Known Whipple people ▇▇▇▇▇ and ▇▇▇▇▇▇ were present.

Before the meeting ended, ▇▇▇ created a signal group called TCDA where all members from the meeting joined to coordinate actions for 1/23. Further subgroups were created from this chat to accomplish the tasks, which is where the first flyer with the TCDA logo showed up.

### January 16, 2026: Whipple Watch North Lot Meeting

On January 16, 2026, HSI UCA 9843 (hereinafter, UCA), attended Vetted onboarding for Whipple Watch.  This meeting was to be held in the North Parking Lot near the Whipple.

About 10 people attended, it was led by ▇▇▇▇ And ▇ — ▇ drives a MN plates red Subaru Outback. Both are members of the DSA. ▇ runs dispatch for Whipple. All observers are requested to call into the Whipple Watch Signal Chat to coordinate with dispatch / other observers about vehicles leaving or other actions. The dispatcher then relays the information as necessary to the appropriate rapid response networks (other signal chats geographically located throughout the cities)

There is a distinct division in Whipple Watch amongst those who feel called to protest vs those who feel called to observe. Observers are advised to focus on license plates, get photos and send them to the "Whipple Plates chat". This chat appears to serve as the foundational chat for many other organizations in the area with license plate data.

▇ said that ▇▇▇▇▇▇ or ▇▇▇▇▇ would be good points of contact to be involved in the protesting portion of the Whipple. (Note: ▇▇▇▇ was arrested and cited by FPS today. Vetted chats said he had his burner phone on him).

Observers are set up at the North Commuter lot, gate 1 (ICE gate), gate 2 (GSA gate), gate 3 (main gate) from 0500-1700 each day with shifts occurring in 2-hour chunks.

### January 19, 2026: "1/23 General Strike Against ICE!"

On January 19, 2026, HSI UCA 9843 (hereinafter, UCA), attended an in person "1/23 General Strike Against ICE! ORGANIZING MEETING" that was held at the La Dona Cerveceria located at ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇.  The meeting was a general discussion on the upcoming walk out on ICE event being held on January 23rd. The meeting was hosted by SEIU-26 and Socialist Alternative.  The HSI UCA also spoke to a subject who identified themselves as ▇▇▇▇▇▇ and that they were part of the Black Cat Worker's Collective.  The organizations that attended are listed as follows:

- **SEIU-26**– Minnesota's Property Services Union

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-003 | 3/13/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- **Socialist Alternative** – revolutionary organization working to build a movement for a democratic, socialist society. We are campaigning for a new party of working people and fighting for an end to all capitalist oppression and exploitation.
- **Black Cat Worker's Collective**– class struggle anarchist organization committed to workplace struggle, housing justice, community self-defense, internationalism, and revolution.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-003 | 3/13/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000060