

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 17:52 EDT

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
March 28, 2026 surveillance of SANT, DOYLE and ROBINET at No Kings.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/2/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents surveillance of SANT, DOYLE and ROBINET conducted on March 28, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-094 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001340



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

Generated by: AGS Travis Desmond, uploaded by SA Katherine Wespetal.

Date: March 28, 2026

Targets/Locations:

- Emmett DOYLE (████████████████████████████)
- Callum ROBINET (████████████████████████)
- Isaac SANT (████████████████████████)

**Emmett DOYLE** (█████████████████████████)

Agents present: SA Bill Cassels, SA Greg Bowie, SA Nate Clammers

0900 – Surveillance initiated

0940 – DOYLE, wearing a black jacket and dark colored jeans, exited his residence and entered his ██████████████████. DOYLE/vehicle then departed the area. Agents surveilled DOYLE from his residence to the area near the State Capitol located at ███████████████████████ ████████████████.

0945 – DOYLE parked his vehicle near a sign that said "No Kings parking" at ████████████ ██████████ DOYLE exited his vehicle and walked east towards a large crowd gathered in the area. Agents lost visual surveillance of DOYLE.

1015 – Surveillance terminated.

**Callum ROBINET** (████████████████████████)

Agents present: AGS Travis Desmond, SA Keelie Le Blanc, SA John Epple, SA Matt McInerny

0900 – Surveillance initiated

0951 – ████████████████ bearing ████████ attempted to block in SA Matt McInenry while he was parked facing north on the east curbline of █████████████████████. SA McInerny was able to depart the area and the ██████████ did was not able to follow.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-094 | 4/2/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001341

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 17:52 EDT

1012 – ROBINET, wearing blue jeans and a black jacket, exited his residence and entered his ██████████████████████████. Agents surveilled ROBINET to a McDonalds located at ███ ██████████████████████.

1020 – ROBINET departed McDonalds.

1029 – ROBINET returned to his residence.

1039 – Two White Female Adults and one White Male Adult walk towards ROBINET residence and wait outside. ROBINET exited the residence and spoke with the unknown persons.

1040 – ROBINET and the three unknown subjects begin walking westbound on ████████████.

1043 – ROBINET and the three unknown subjects arrive to a bus stop located on ██████████ ██████████████████████.

1045 – ROBINET is now seen wearing a dark red scarf/beanie covering his head and face.

1056 – ROBINET and the three unknown subjects enter the █████████████████████ bus. The bus then traveled eastbound on ██████████.

1117 – ROBINET and the three unknown subjects exit the bust near ███████████████████████.

1122 – ROBINET last seen at ████████████████████████ while joining a large group of protestors.

**SANT** ██████████████████████████

1110 – SANT and possible ██████ entered SANT's ████████████████████ bearing ████████ and departed the area. Agents initiated mobile surveillance.

1126 – SANT parked at a parking lot located at ██████████████████████ SANT then exited parking lot and surveillance team lost visual.

1135 – SANT observed parking his vehicle in a parking lot located at ████████████████████ SANT and possible ████████ then exited the vehicle.

1136 – SANT observed at the corner of ████████████████████ SANT observed wearing "Aviator" style glasses.

1143 – SANT observed at ██████████████████████ SANT then went into a large crowd and surveillance agents lost visual.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-094 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001342



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/20/2026 17:52 EDT

1145 – Surveillance terminated.

Image-1.jpg: Image of a ██████████ bearing ██████████ taken by SA McInerny.

Image-2-4.jpg: Images of ROBINET taken by SA Cassels.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-094 | 4/2/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001343