

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:50 EDT

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
UCA 5022's attendance at anti-war protest on March 7, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
5/6/2026

## SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities. In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report documents UCA 5022's attendance at anti-war protest on March 7, 2026.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Operation Puppet Master | MS02PR26MS0003-027 | 5/6/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047539



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:50 EDT

## DETAILS OF INVESTIGATION

This report was composed by UCA 5022 and uploaded by SA Katherine Wespetal.

On March 7, 2026, UCA-5022 was part of a law enforcement briefing and operation to conduct surveillance of several organized groups who are subjects of investigation MS02PR26MS0003. UCA-5022 viewed a flyer advertising the event, titled "Stop the War on Iran!" which listed support for the event from 50501, Veterans for Peace, and the Sunrise group. The top of the flyer also read, "National Day of Action." Several other UCAs were also part of the same operation but UCA-5022 did not interact with them at the event. UCA-5022 and UCA 137 did not record audio nor video of the event.

At approximately 3:19 p.m., UCA-5022 and UCA 137 drove by the location and observed a crowd of approximately 100 people gathered at the north side of Peavey Field Park, Minneapolis, MN. At approximately 3:30 p.m., UCA-5022 and UCA 137 arrived on foot at the park and stood within the gathering.

UCA-5022 observed and heard that the Party for Socialism and Liberation ("PSL") had organized and was leading the event. Several speakers spoke to the crowd from the bed of a pickup truck, and several people appeared to be press and were filming the event for media distribution. UCA-5022 recognized an individual from a prior PSL-led event attended on February 9, 2026. The heavy-set young white woman who led the February 9 event was present.

UCA-5022 and UCA 137 did not have extended interactions with any members of the crowd. Many people were also not identifiable/recognizable due to wearing face coverings.

UCA-5022 observed that during the event, several people appeared to be conducting event overwatch, or "marshaling." They were wearing reflective vests, were wearing red hats, and carried radios. They were located at the edges of the crowd.

*Investigative note: Based on training and experience, UCA-5022 is aware that organizations involved in the activities that are subject of this investigation utilize tactics including placing "marshals" to serve as lookouts and conduct internal communications and security at events.*

At approximately 4:05 p.m., the event concluded. UCAs observed that the pickup truck used to host the speakers had Minnesota license plate ███████ UCA-5022 and UCA 137 departed the area without incident.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-027 | 5/6/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047540




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/23/2026 11:50 EDT

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-027 | 5/6/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047541