

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
January 1-26,2026 UCA Activity

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/28/2026

## SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the HSI Undercover Agents (UCA) activity during the time period of January 1-26, 2026.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047446



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:26 EDT

## DETAILS OF INVESTIGATION

Prior to the initiation of Operation Puppet Master, Homeland Security Investigations (HSI) St. Paul deployed an HSI undercover agent (UCA) to participate in both virtual and in-person meetings within the Twin Cities area. The objective of these activities was to gather intelligence regarding any organized networks of conspirators—operating online and in person—who may be providing material support to violent opportunists and individuals engaged in impeding federal law enforcement, rioting, destruction of federal property, and assaults on federal agents and officers.

This ROI summarizes the actions taken by the UCA's during the time period of January 1-26, 2026, before the formal opening of Operation Puppet Master and outlines the justification for establishing the case to advance the ongoing investigation.

### January 5, 2026: Weekly Meeting - In Person-Attended-9843

On January 5, 2026, HSI UCA 9843 (hereinafter, UCA) attended a hub meeting for Sunrise Movement from 1830 - 2000 at the Minneapolis Central Library.

The meeting was hosted by ▓▓▓▓▓▓▓ and a variety of core team members, including ▓▓▓▓▓▓▓ ▓▓▓▓▓. Discussions ranged from the potential risk levels for actions, such as green (no risk of arrest), yellow (unlikely arrest, but increased agitation by police possible), orange (possible misdemeanors) and red (certain arrest - illegal actions). HSI UCA was part of the Action Group for this meeting, but no definitive plans were made for any illegal actions.

This meeting was not recorded; HSI UCA observed the meeting to determine whether there were threats to law enforcement or public safety. Based on this information discussed during this meeting, there were indications of a potential conspiracy to impede federal law enforcement operations with the groups' orange and red actions, specifically related to the gathering of members at hotels and actions directed at the officers staying in the SAC St. Paul Area of Responsibility during Operation Metro Surge.

### January 9, 2026: 1900-2100 Noise Demonstration - Canopy by Hilton ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ Attended by UCA's 9087, 9843, 9766

On January 9, 2026, Homeland Security Investigations (HSI), Undercover Agents (UCA) attended a noise demonstration that was organized by Sunrise Movement - Twin Cities Hub, PSL, and DSA. The noise demonstration was to be held at the Canopy by Hilton, located at ▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓▓▓

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047447



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/23/2026 11:26 EDT                                                    Page 3 of 8

On January 9, 2026, UCA9766, and UCA9087 entered the noise demonstration after UCA9843 was in place with the purpose of maintaining extreme close cover of UCA9843 as well as generally observing the noise protest.  UCA9766 estimates that there were a couple hundred people at the noise protest which was directly in front of Canopy by Hilton Hotel and had shut down ███████ ██████ between █████████████████████████████████████ in Minneapolis.  At one point, organizers requested the noise demonstration to stop making noise so that speakers could speak to the crowd which they did using, at times a bullhorn and at other times a microphone and amplifier.  The speakers stood in the bed of a pickup truck, but UCA9766 could not hear the content of what the speakers were saying.

Once the noise demonstration was done, the pickup truck began leading a march of demonstrators down ███████████ towards ██████████████████ and someone/people began setting off mortar-style fireworks from within the crowd.  UCA9766 could not tell who or how many people were setting off the fireworks but noted that they were not clearing the buildings and were detonating right next to some of the windows of Canopy by Hilton and ████████████  The march proceeded Northwest on ████████████████████, and UCA9766, along with the other two UCAs left the demonstration and returned to base.

### January 11, 2026: Meeting- In Person-Attended-9843

On January 10, 2026, HSI UCA 9843 (hereinafter, UCA) received a flyer in the general Whipple Watch advertising an "Emergency Meeting on Resistance to ICE Occupation" being held at ████████████████████████ at 1:00pm on January 11, 2026. UCA asked if they could attend and users "Isaac" said yes and to tell anyone who asked that he vouched for them.

UCA arrived and met with security for the event and was directed upstairs to a large conference room after explaining the were with the Whipple Watch.

The meeting began and the following was observed:

A tall white male with long brown hair in a braid, named ████████ was the moderator.

Isaac, a white male with red hair and red beard claimed he was with Black Cat

Workers Collective, aka "Ike" introduced the meeting and ████████

Everyone moved around into associated Rapid Response Groups or organizations they were associated with and broke out into groups and discussed things that have worked so far; each group shared.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047448



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Then a bald old man associated with the airport and another labor union (possibly ▮▮▮▮▮▮▮▮ —he was on the live meeting the UCA attended) told everyone to save the date of 1/23 as there would be a big event happening that date, which would be explained later that week.

Everyone broke out into groups for the roles they were interested in for 1/23: hard\blockade (man described using a junk car or something similar to block an area), soft blockade (human blockade), mass commuting (driving around the Whipple to prevent anyone leaving), civil disobedience and "march"

A skinny red headed individual with a pixie cut and thin build (female) introduced herself as ▮▮▮▮▮▮▮ and said she was with Veterans for Peace and Whipple.

Known Whipple people ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮ were present.

Before the meeting ended, ▮▮▮ created a signal group called TCDA where all members from the meeting joined to coordinate actions for 1/23. Further subgroups were created from this chat to accomplish the tasks, which is where the first flyer with the TCDA logo showed up.

### January 12, 2026: 1800 – 1830 hours – Defend612 virtual via Zoom

On January 12, 2026, HSI UCA 9766 attended a virtual meeting hosted by Defend612. At approximately 1800 hours, UCA9766 entered the Zoom meeting to observe. UCA9766 attended the first 30 minutes of the meeting during which time UCA9766 identified the audience consisting of approximately 1,400 individuals. UCA9766 did not see any known members of Defend612 leading the meeting. Further, UCA9766 did not see any indication that this meeting was coordinating, or otherwise training, people to commit or conspire to commit violations of 18 USC 111. At approximately 1830 CST, UCA9766 left the Zoom meeting.

### January 12, 2026: 1830–2000 hours–Sunrise Movement–Twin Cities via Zoom

On January 12, 2026, HSI UCA 9843 (hereinafter, UCA) attended a virtual meeting hosted by Sunrise Movement–Twin Cities.  The meeting occurred from approximately 1830–2000 hours, and 27 participants were observed attending the virtual meeting.  During the meeting, attendees broke into groups that covered marshal training, communication, and base building. Attendees spoke about the importance of de-escalation and then went over an upcoming noise demonstration occurring on Friday January 16, 2026, between the hours of 1900–2100 at an unknown hotel that was housing ICE.  Part of the meeting also spoke about an upcoming new and existing member training to be held on Saturday January 17, 2026.

### January 13, 2026: UCA assistance of surveillance for Team 195

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047449



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

06/23/2026 11:26 EDT

On January 13, 2026, several HSI UCA's assisted team 195 with a surveillance and identification operation located at ▮▮▮▮▮▮▮▮▮▮▮▮▮ Richfield MN. UCA's spoke with ▮▮▮▮▮ to confirm the appointment to view the apartment. UCA's met with the building manager ▮▮▮▮ Upon arrival, the UCA's immediately noticed 3 Hispanic females outside the apartment building, who immediately went back inside as the UCA's exited their vehicle. ▮▮▮ led the UCA's to the third floor and walked to apartment number 312. Once inside, a black male two other unidentified females who all appeared to be Haitian were inside the apartment. The target of the surveillance op was not inside the apartment. The UCA's asked why the tenants are moving out to which ▮▮▮ said "I do not know. It may be due to all the ICE stuff, and maybe they cannot go to work." She further stated that "there are also multiple Mexican families that are in the downstairs apartments that are afraid to leave and go to work.

### January 13, 2026: Whipple Building Protest Arrest

On January 13, 2026, 5 HSI UCA's deployed to the Whipple Federal building, to observe the crowd movement outside the gates and to potentially identify any threats against federal law enforcement, the public, and federal property. During the UCA's deployment, they observed and relayed intelligence reference a female who had thrown larger rocks at government vehicles entering the gate leading into the Whipple building. That intelligence was passed on to the JOC, which subsequently led to the arrest of the individual. Video from a local news reporting from the scene corroborated the female throwing rocks and striking vehicles.

On January 13, 2026, Homeland Security Investigations (HSI), was conducting covert surveillance of a large crowd that was protesting outside of the main gate leading into the Bishop Henry Whipple Federal Building, located ▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 2:27 P.M. Special Agent (SA) Marquis, was contacted by an HSI undercover agent (UCA), that a female was throwing rocks at government vehicles as they were entering into the main gate. Subsequently, a video was sent from the HSI UCA to SA Marquis that showed the female throwing rocks. In review of the video, SA Marquis observed a black female, wearing green pants, a black jacket, with a black hood, wearing a white mask over their face, and a black backpack on her back. SA Marquis observed that the female was carrying an object in her right hand and as a black Chevy SUV turned into the area leading to the front gate, she threw that object at the SUV and struck it. There is an audible thud on the video, consistent with a hard object striking a vehicle. The female then appears to have dropped something and picks that up, before reaching into her pocket and throwing more objects appearing to be rocks at a black Dodge Charger.

The HSI UCA also passed on that the female had gone to a brown minivan in the parking lot closest to the main gate. SA Marquis passed the above information to the joint operations center (JOC) as actionable intelligence.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047450




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

SA Marquis was also able to find a live-stream video that happened to capture the incident live. The livestream was by DRM News, and the title of the video was labeled "Live Minneapolis Protesters Rally Against ICE After Fatal Shooting of Renee Good   DRM News   AC1F".  The following is the link to the video and this was also provided to the JOC: LIVE: Minneapolis Protesters Rally Against ICE After Fatal Shooting of Renee Good   DRM News   AC1F. (The URL for this video link is https://www.youtube.com/watch?v=l-Qgre4Pv50)

## January 14, 2026: 24th St Area, Minneapolis OIS

On January 14, 2026, an OIS occurred in the area of ███████████████████. A large crowd was reported to be surrounding the scene and federal officers were being surrounded.  As the above was reported, 7 HSI UCA's responded to the area to be in the crowd and monitor and identify potential threats against federal law enforcement, the public, and federal property.  While on scene numerous projectiles, and fireworks were directed at the federal and local officers on the scene and the officers deployed numerous less lethal munitions, including tear gas and pepper balls. As the UCA's were leaving they observed and documented what appeared to be government vehicles being destroyed by agitators. The UCA's were able to obtain numerous photos and videos of agitators, of which will be further inspected for any criminal violations.

## January 16, 2026: Whipple Watch North Lot Meeting

On January 16, 2026, HSI UCA 9843 (hereinafter, UCA), attended Vetted onboarding for Whipple Watch.  This meeting was to be held in the North Parking Lot near the Whipple.

About 10 people attended, it was led by ███████ And ██ — ██ drives a MN plates red Subaru Outback. Both are members of the DSA. ██ runs dispatch for Whipple. All observers are requested to call into the Whipple Watch Signal Chat to coordinate with dispatch / other observers about vehicles leaving or other actions. The dispatcher then relays the information as necessary to the appropriate rapid response networks (other signal chats geographically located throughout the cities)

There is a distinct division in Whipple Watch amongst those who feel called to protest vs those who feel called to observe. Observers are advised to focus on license plates, get photos and send them to the "Whipple Plates chat". This chat appears to serve as the foundational chat for many other organizations in the area with license plate data.

██said that ███████████ or ████████ would be good points of contact to be involved in the protesting portion of the Whipple. (Note: █████████ was arrested and cited by FPS today. Vetted chats said he had his burner phone on him).

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047451



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Observers are set up at the North Commuter lot, gate 1 (ICE gate), gate 2 (GSA gate), gate 3 (main gate) from 0500-1700 each day with shifts occurring in 2-hour chunks.

### January 17, 2026: Whipple Building Protest Arrest

On January 17, 2026, numerous HSI UCA's deployed to the Whipple Federal building, to observe the crowd movement outside the gates and to potentially identify any threats against federal law enforcement, the public, and federal property.  The crowd was a larger size and during the deployment, a UCA observed a tall white male, dressed in all black, run out from the crowd, throw a rock at a marked and stationary Federal Protective Service vehicle, and run back into the crowd.  This intelligence was passed on through the JOC and that male was subsequently arrested.

### January 19, 2026: "1/23 General Strike Against ICE!"

On January 19, 2026, HSI UCA 9843 (hereinafter, UCA), attended an in person "1/23 General Strike Against ICE! ORGANIZING MEETING" that was held at the La Dona Cerveceria located at ███████████ ████████████████     The meeting was a general discussion on the upcoming walk out on ICE event being held on January 23rd. The meeting was hosted by SEIU-26 and Socialist Alternative.  The HSI UCA also spoke to a subject who identified themselves as ███████████ and that they were part of the Black Cat Worker's Collective.  The organizations that attended are listed as follows:

- **SEIU-26**- Minnesota's Property Services Union
- **Socialist Alternative** – revolutionary organization working to build a movement for a democratic, socialist society. We are campaigning for a new party of working people and fighting for an end to all capitalist oppression and exploitation.
- **Black Cat Worker's Collective**- class struggle anarchist organization committed to workplace struggle, housing justice, community self-defense, internationalism, and revolution.

### January 20, 2026: "NOTES FROM INSIDE THE SEIGE" Virtual Meeting

On January 20, 2026, HSI UCA 9843 (hereinafter, UCA), attended a virtual meeting titled "NOTES FROM INSIDE THE SEIGE" that was sponsored by the Workers Resist Caucus (DSA).  This meeting had to be registered for and asked not to be made public.  The description of the meeting was listed as "Join a panel of rapid responders, school protectors, parents, educators, and union members for an unrecorded conversation about the deepening resistance to the ICE occupation of Minnesota".  The meeting was attended by approximately 30 to 40 individuals.  The discussion revolved around general resistance against ICE.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047452



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-003 | 2/28/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00047453