JIM JORDAN, Ohio
CHAIRMAN

JAMIE RASKIN, Maryland
RANKING MEMBER

ONE HUNDRED NINETEENTH CONGRESS

# Congress of the United States

## House of Representatives

COMMITTEE ON THE JUDICIARY

2138 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6216

(202) 225–6906
judiciary.house.gov

April 30, 2026

Mr. Aakash Singh
Associate Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Mr. Singh:

If "weaponization of the government" means anything, it surely includes arresting, investigating, and prosecuting individuals and groups simply for making political statements the President dislikes. It must mean prosecuting a major and respected civil rights organization that has fought the Ku Klux Klan and neo-Nazis for decades simply for having the audacity to call the President's loyal shock troops who stormed the Capitol on January 6, 2021, white nationalists and domestic terrorists.

Since President Trump took office and installed partisan loyalists (including yourself) to lead the Department of Justice (DOJ), the DOJ has embarked on a campaign targeting dissent and First Amendment protected activity. You began with major law firms, universities, and the news organizations.[1] You continued with protestors and those who dared to question the brutal and illegal immigration raids taking place across the country, before moving on to targeting Members of Congress who advised the military to follow the law.[2] You are now attempting to prosecute non-profits like the Southern Poverty Law Center (SPLC) simply because you disagree with their point of view.[3] The Committee on the Judiciary has received whistleblower reports that you ordered the U.S. Attorney's Office for the Middle District of Alabama to rush through the indictment of the SPLC despite serious concerns about the strength of the case.[4]

---

[1] Mike Spector, et al., *How Trump's Crackdown on Law Firms Is Undermining Legal Defenses for the Vulnerable*, REUTERS (July 31, 2025), www.reuters.com/investigations/trumps-war-big-law-leads-firms-retreat-pro-bono-work-underdogs-2025-07-31/; American Civil Liberties Union, *Trump's Attacks on Press Freedom Escalate: NPR, PBS Funding Cuts Explained* (Aug. 5, 2025), www.aclu.org/news/free-speech/trumps-attacks-on-press-freedom-escalate-npr-pbs-funding-cuts-explained.

[2] Alan Feuer, et al., *'Go Big and Go Loud': Inside the Justice Dept.'s Push to Prosecute Protesters,* N.Y. TIMES (Mar. 19, 2026), https://www.nytimes.com/2026/03/19/us/politics/justice-dept-prosecute-protesters.html.

[3] Ryan J. Reilly, *Southern Poverty Law Center Indicted on Charges That It Fraudulently Paid Informants in Extremist Groups*, NBC NEWS (Apr. 21, 2026), www.nbcnews.com/politics/justice-department/southern-poverty-law-center-says-targeted-trump-administration-rcna341237.

[4] Whistleblower Information Provided to the House Committee on the Judiciary, Minority.

Mr. Aakash Singh
Page 2

You have risen through the ranks of DOJ due to your personal fealty to Donald Trump and willingness to violate the Constitution for, as you call him, your "chief client."[5] When the American people rose up in protest against the brutal immigration crackdown in Minnesota, including the killings of Renée Good and Alex Pretti by federal agents, you reportedly issued instructions on a conference call to U.S. Attorneys' Offices around the country to "go after the protesters with everything you have" and to "go big" and "go loud."[6] You also reportedly carried out President Trump's demand that DOJ prosecute the Open Society Foundation, a pro-democracy philanthropy that sponsors grassroots organizations, and you directed a handful of federal prosecutors around the country to draft plans to investigate the group.[7] You further directed the Federal Bureau of Investigation (FBI) to "compile a list of groups or entities engaged in acts that may constitute domestic terrorism," including those who voice "opposition to law and immigration enforcement."[8] When prosecutors voiced concern about these dubious and politically motivated orders, you explained that President Trump is their "chief client" and anyone uncomfortable with advancing his directives should "step aside."[9]

This shocking abuse of federal prosecutorial power to attack civil society culminated last week in an indictment of a preeminent civil rights organization, the SPLC, for the "crime" of attempting to study, investigate, and expose white nationalist groups. In a move that would make George Orwell's Ministry of Truth blush, your DOJ indicted the SPLC for its strategy of using insiders to provide information about violent extremist groups, claiming that their use of paid informants to undermine the Ku Klux Klan and other extremist groups actually constituted material "support" to those organizations and defrauded SPLC's donors.[10]

The concerns registered by experienced prosecutors about the profound weakness of this case are well-founded. For decades, the FBI itself has paid informants inside domestic and international terror groups to gather intelligence on their activities and dismantle them. The meritless indictment of the SPLC would therefore surely come to haunt the FBI, which has been sending money to its own informants within these groups and criminal organizations for decades. Indeed, it should trouble the FBI for another reason: the Bureau has used information *provided by SPLC informants* for years.[11] Should the FBI itself be indicted as a co-conspirator?

DOJ's exercise in gaslighting-by-indictment also requires America to bury its head in the sand and pretend SPLC's payments to infiltrate white nationalist groups were meant to support

---

[5] Alan Feuer et al., *'Go Big and Go Loud': Inside the Justice Dept.'s Push to Prosecute Protesters,* N.Y. TIMES (Mar. 19, 2026), https://www.nytimes.com/2026/03/19/us/politics/justice-dept-prosecute-protesters.html.

[6] *Id*.

[7] Devlin Barrett, *Justice Dept. Official Pushes Prosecutors to Investigate George Soros's Foundation*, N.Y. TIMES (Sept. 25, 2025), https://www.nytimes.com/2025/09/25/us/politics/justice-trump-george-soros-foundation.html.

[8] Michael Wilner & Ana Ceballos, *Justice Department Drafting List of Domestic Terrorists*, L.A. TIMES (Dec. 11, 2025), https://www.latimes.com/politics/story/2025-12-11/justice-department-drafting-list-of-domestic-terrorists.

[9] Ben Penn, *In-Your-Face DOJ Aide Rides Prosecutors for 'Chief Client' Trump*, BLOOMBERG LAW (Feb. 19, 2026), https://news.bloomberglaw.com/us-law-week/in-your-face-doj-aide-rides-prosecutors-for-chief-client-trump.

[10] *U.S. v. Southern Poverty Law Center*, CR. No. 2026cr139-ECM, Indictment, https://www.justice.gov/opa/media/1437146/dl.

[11] *Why Was the Southern Poverty Law Center Indicted on Federal Fraud Charges?,* THE GUARDIAN (Apr. 21, 2026), www.theguardian.com/us-news/2026/apr/21/splc-fraud-charges-explained?.

Mr. Aakash Singh
Page 3

them, despite evidence to the contrary presented in its charging document. The indictment alleges that one of the SPLC's undercover informants "entered the headquarters of a violent extremist group and stole 25 boxes of their documents," then passed them along to an SPLC employee.[12] Apparently, under this DOJ, stealing files from a domestic terror group is the same as "supporting" them.

Even more absurdly, the indictment alleges that the SPLC made some form of misrepresentation to SPLC's donors because it used their donations to pay these informants. But not only is it well known that the SPLC has used paid informants to infiltrate and expose these white nationalist groups, and not only is there no evidence presented in the indictment that any actual donors were misled, there is no legal requirement that the SPLC explain down to the penny how it will use donors' money.[13] Even putting aside that decisive flaw, donors could easily have found out about this program. The SPLC's historic use of paid informants to infiltrate and weaken violent white nationalist groups is so well known that a 1996 *New York Times* article—a full three decades ago—noted that the SPLC had "undercover operatives" and "spies" at a white nationalist convention in the wake of the Oklahoma City bombing.[14] DOJ's legal argument seems to be that SPLC's donors were defrauded because they could not have possibly had access to important facts ... that were printed in the paper of record in this country. Even more fatal to your case, some of these allegedly defrauded donors just stated publicly that not only did they not feel misled by SPLC, but they knew of these actions, telling the press unequivocally: "We knew they were paying informants."[15] That perfectly lawful tactic was a calling card, and may have even been an attraction, to SPLC's donors.

You have nonetheless charged forward with a makeshift and nonsensical indictment, perhaps because the SPLC has publicly opposed and exposed numerous organizations that support the President and do his bidding—like the Proud Boys, Oath Keepers, and the Three Percenters—and called them hate groups. And who can blame you? It does look abhorrent to many Americans that the President pardoned hundreds of members of these hate groups who attacked the Capitol and hundreds of police officers on his behalf.[16] No wonder the President has celebrated this indictment and linked it, bizarrely, to the 2020 election—which was nowhere mentioned in the indictment.

---

[12] *U.S. v. Southern Poverty Law Center*, CR. No. 2026cr139-ECM, Indictment, https://www.justice.gov/opa/media/1437146/dl.

[13] Matt Ford, *The Justice Department Sides with the Ku Klux Klan*, THE NEW REPUBLIC (Apr. 23, 2026), https://newrepublic.com/article/209432/justice-department-klan-splc-suit.

[14] Michael Janofsky, *The Nation; Private Groups Lead Charge in War on Far Right*, N.Y. TIMES (Apr. 14, 2026), https://www.nytimes.com/1996/04/14/weekinreview/the-nation-private-groups-lead-charge-in-war-on-far-right.html.

[15] Noah Hurowitz, "*We Knew They Were Paying Informants*": *SPLC Donors Reject Trump DOJ Fraud Claims*, THE INTERCEPT (Apr. 24, 2026), https://theintercept.com/2026/04/24/splc-donors-fraud-doj-kash-patel/.

[16] Southern Poverty Law Center, *Hate Map*, www.splcenter.org/hate-map/ (last accessed Apr. 24, 2026).

Mr. Aakash Singh
Page 4



Donald J. Trump ✓ ⬛
@realDonaldTrump

The Southern Poverty Law Center, one of the greatest political scams in American History, has been charged with FRAUD. This is another Democrat Hoax, along with Act Blue, and many others. If it is true, the 2020 Presidential Election should be permanently wiped from the books and be of no further force or effect! Thank you for your attention to this matter. President DJT

2.75k ReTruths   9.31k Likes                    Apr 24, 2026, 1:13 AM

You can tell a lot about someone by who their enemies are. In the 1980s, KKK members firebombed the SPLC's offices in Montgomery, Alabama. Just a few years later, members of a Klan-related group (the White Patriot Party) were indicted for plotting to kill the SPLC's co-founder.[17] For decades, the SPLC and its staff have received death threats from neo-Nazi groups and white nationalists. Turn to the present day, and President Trump's FBI is labeling the SPLC a "partisan smear machine," deriding their list of hate groups as fiction, ridiculously accusing them of "manufacturing racism,"[18] and indicting them for their activities in subverting these same groups. No one is accusing the Trump Administration of working for the white nationalist groups, but they do seem to have the same enemies.

The Trump DOJ's directive to investigate and prosecute organizations that fight hate is not new. It is part of a broader push by the Trump Administration to define political dissent as a national security threat. And you are playing a crucial part in this shameful effort. In the wake of peaceful protests against Trump Administration policies, you ordered U.S. Attorneys to "hound" protestors without a legal basis.[19] While issuing this instruction, you cited National Security Presidential Memorandum 7 (NSPM-7). NSPM-7, issued last year, significantly expanded the definition of domestic terrorism to include even minor crimes, and cited, without evidence, a shadowy cabal of left-wing groups organizing violence against the government.[20]

Since last summer, the Department of Homeland Security (DHS) has sought a record number of charges under the statutes mentioned in NSPM-7, and DOJ, in turn, has brought a multitude of indictments against protestors. For one statute, 18 USC § 111, which makes it a

---

[17] Rebecca Boone, *What to Know About the Southern Poverty Law Center*, Assoc. Press (Apr. 21, 2026), https://apnews.com/article/southern-poverty-law-center-civil-rights-8e89883257af70bf153b7b044acd76f0.

[18] Noah Hurowitz, *"We Knew They Were Paying Informants": SPLC Donors Reject Trump DOJ Fraud Claims*, The Intercept (Apr. 24, 2026), https://theintercept.com/2026/04/24/splc-donors-fraud-doj-kash-patel/.

[19] Alan Feuer, et al., *'Go Big and Go Loud': Inside the Justice Dept.'s Push to Prosecute Protesters,* N.Y. Times (Mar. 19, 2026), https://www.nytimes.com/2026/03/19/us/politics/justice-dept-prosecute-protesters.html.

[20] National Security Presidential Memorandum (NSPM-7), *Countering Domestic Terrorism and Organized Political Violence*, The White House (Sept. 25, 2025), https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.

Mr. Aakash Singh
Page 5

crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with federal officers,[21] Immigration and Customs Enforcement (ICE) referrals to DOJ are up 400% from 2024.[22]

DHS has attributed this drastic increase in referrals to a supposed onslaught of assaults against ICE. This is largely a myth. There is virtually no evidence that protestors are, *en masse*, impeding or assaulting police officers. Last fall in Chicago, federal officers arrested 92 individuals for assaulting or impeding federal officers. As of February, 74 cases have resulted in no charges. In 13 of those cases, charges were filed and dismissed. Only five of the 92 cases, or 7%, have pending charges as of February.[23] In Los Angeles, the U.S. Attorney's Office has failed to obtain a conviction in all six cases that have gone to trial—a farcical 0% conviction rate and an embarrassment for an office that typically wins 90% of trials.[24] Numerous principled prosecutors have resigned rather than carry out your unlawful directives. In Minnesota, the second-in-command of the U.S. Attorney's Office resigned rather than investigate Renée Good's widow for ties to left wing groups, following an ICE agent murdering her wife in the street.[25]

The sheer number of uncharged, dropped, or unsuccessful cases brought by these offices—along with your pretextual and fact-divorced indictment of the SPLC—demonstrates that federal prosecutors, under your leadership, are bringing cases without probable cause or any reasonable expectation of winning at trial. Instead, the clear purpose of your directive and the onslaught of bogus cases is to intimidate and stifle criticism of this Administration's policies. As the right-leaning Cato Institute put it, while documenting dozens of cases where ICE threatened to arrest ordinary citizens due to their constitutionally protected activity, "*The Government Unconstitutionally Labels ICE Observers as Domestic Terrorists.*"[26]

These actions, taken in reckless disregard of citizens' constitutional rights, represent a serious breach of DOJ's duty to administer justice impartially and in accordance with the Constitution. Given the extraordinary concerns raised by DOJ's activities and your key role in these efforts, we request you appear for a transcribed interview with this Committee to determine the nature and extent of your actions. Please contact Democratic Committee staff no later than May 14, 2026, to schedule this interview.

In addition, to fully inform this interview and our oversight. We request you provide us with all the following documents, no later than May 14, 2026:

---

[21] 18 U.S. Code § 111 – Assaulting, resisting, or impeding certain officers or employees, www.law.cornell.edu/uscode/text/18/111.

[22] Will Sytsma & Nick Schwellenbach, *DHS Assault Cases Spiked to a Record High. Experts and Judges Have Raised Alarms*, PROJECT ON GOVERNMENT OVERSIGHT (Feb. 24, 2026), www.pogo.org/investigates/dhs-assault-cases-spiked-to-a-record-high-experts-and-judges-have-raised-alarms.

[23] Sam Levin, *DOJ Cases Against Protesters Keep Collapsing as Officers' Lies Are Exposed in Court*, THE GUARDIAN (Feb. 21, 2026), www.theguardian.com/us-news/2026/feb/21/doj-protesters-federal-agents-cases.

[24] Brittny Mejia, *'Amateur Hour at the U.S. Attorney's Office': L.A. Prosecutors Face More Losses in Protest Cases*, L.A. TIMES (Apr. 3, 2026), www.latimes.com/california/story/2026-04-03/u-s-attorneys-office-losses-protest-cases.

[25] Ernesto Londono, *Six Prosecutors Quit Over Push to Investigate ICE Shooting Victim's Widow*, N.Y. Times (Jan. 13, 2026), www.nytimes.com/2026/01/13/us/prosecutors-doj-resignation-ice-shooting.html.

[26] David Bier, *The Government Unconstitutionally Labels ICE Observers as Domestic Terrorists*, CATO INST. (Dec. 15, 2025), https://www.cato.org/blog/dhs-policy-threatening-arresting-ice-observers-violates-their-rights.

Mr. Aakash Singh
Page 6

1.     All records regarding the FBI's use of SPLC informants and information in criminal or civil matters from 1996 to 2026;

2.     All communications—including emails, text messages, and messages sent via encrypted or third-party platforms—among DOJ leadership, yourself, the FBI, U.S. Attorneys' Offices, and third parties concerning the investigation and indictment of the SPLC, protest-related prosecutions, or NSPM-7 from January 2025 to the present day;

3.     All agendas, notes, recordings, summaries, or follow-up materials from the January 2026 conference call referenced above, as well as any related meetings or calls; and,

4.     A list of all cases brought under NSPM-7 or related authorities, including their current status and disposition.

Finally, the Committee expects DOJ to preserve all documents and communications relating to the matters described in this letter. This preservation obligation includes but is not limited to: emails; text messages; messages sent via applications such as Signal, WhatsApp, or other encrypted platforms; handwritten notes; draft documents; calendar entries; and call logs. This obligation applies to communications on both official and personal devices and accounts, and to all current and former DOJ personnel and contractors. Please confirm in writing that you and DOJ have taken all necessary steps to comply with this preservation requirement.

We look forward to your prompt compliance with these critical oversight requests.

Very truly yours,

Jamie Raskin
Ranking Member

Mary Gay Scanlon
Ranking Member
Subcommittee on the Constitution
  and Limited Government

cc:     The Honorable Jim Jordan, Chairman

The Honorable Chip Roy, Chairman
Subcommittee on the Constitution and Limited Government