# DHS - ICE - HSI: Clearview AI Face Search Results

DHS - ICE - HSI Authorized Use Only



**Report prepared on:** Jan 21, 2026

**Report prepared by:** ██████████████████

---

**Case number:** Ms05fr26ms004

| Original search image | Original search image |
|---|---|



Searched by: Guy Gino

████████████████

Search date: Jan 21, 2026

Search link: https://app.clearview.ai/app/
investigation/8662954d-
d8bd-48a2-9cf2-53e8537ebf6e/search/
2565ec94-efe6-4cf7-b30a-6cd61135a5a1



---

*Accepted Results are results that have been selected by users.

**Less Likely Results are results that Clearview AI deems a less likely match. They can only be exported if a user accepts the result.

---

**Disclaimer:** Facial recognition search results are to be treated as investigative leads and should not be solely relied upon for making an arrest. Investigators are required to conduct thorough investigations, independently verify identifications, and adhere to applicable laws and agency policies regarding facial recognition search results. The information in this document is for internal use only, except as authorized to be shared. These search results are not intended or permitted to be used as admissible evidence in a court of law or any court filing.

00005769

Original Search Image    Result Image    Full Result Image

  

 Accepted by Guy Gino *

**Link:** https://www.rightsanddissent.org/news/last-remaining-charges-dismissed-against-trump-inauguration-protesters/

**Title:** Last Remaining Charges Dismissed Against Trump Inauguration Protesters - Defending Rights & Dissent

**Index Date:** Aug 17, 2022

### EXIF Data

| | | | | | |
|---|---|---|---|---|---|
| **Make** | Apple | **Flash** | 24 | **Model** | iPhone 8 |
| **F Number** | 1 | **Date Time** | 2018:04:10 10:26:12 | **Lens Make** | Apple |
| **Software** | 11.2.1 | **Lens Model** | iPhone 8 back camera 3.99mm f/1.8 | **Scene Type** | |
| **Color Space** | 65535 | **Exif Offset** | 194 | **Exif Version** | 0221 |
| **Focal Length** | 3 | **Orientation** | 1 | **X Resolution** | 72 |
| **Y Resolution** | 72 | **Exposure Mode** | 0 | **Exposure Time** | 0 |
| **Metering Mode** | 5 | **White Balance** | 0 | **Aperture Value** | 1 |
| **Sensing Method** | 2 | **Custom Rendered** | 2 | **Exif Image Width** | 4032 |
| **Resolution Unit** | 2 | **Brightness Value** | 9 | **Exif Image Height** | 3024 |
| **Exposure Program** | 2 | **Flash Pix Version** | 0100 | **ISO Speed Ratings** | 20 |
| **Subject Location** | 3624, 1337, 177, 178 | **Date Time Original** | 2018:04:10 10:26:12 | **Scene Capture Type** | 0 |
| **Y Cb Cr Positioning** | 1 | **Date Time Digitized** | 2018:04:10 10:26:12 | **Exposure Bias Value** | 0 |
| **Shutter Speed Value** | 10 | **Subsec Time Original** | 937 | **Subsec Time Digitized** | 937 |
| **Focal Length In35mm Film** | 28 | **Components Configuration** | | | |

00005770

| Original Search Image | Result Image | Full Result Image |
| --- | --- | --- |
|  |  |  |

Accepted by Guy Gino *

**Link:** ██████████████████████

**Title:** OCCUPY LA, Nov. 28, 2011 |

**Index Date:** Sep 26, 2022

### EXIF Data

| Make | NIKON CORPORATION | Flash | 0 | Model | NIKON D3 |
| --- | --- | --- | --- | --- | --- |
| F Number | 3 | Date Time | 2011:11:28 16:36:26 | Color Space | 1 |
| Exif Offset | 110 | Focal Length | 24 | Light Source | 0 |
| Exposure Mode | 1 | Exposure Time | 0 | Metering Mode | 5 |
| White Balance | 0 | Aperture Value | 3 | Exposure Program | 1 |
| ISO Speed Ratings | 1000 | Date Time Original | 2011:11:28 06:45:37 | Max Aperture Value | 3 |
| Scene Capture Type | 0 | Date Time Digitized | 2011:11:28 06:45:37 | Exposure Bias Value | 0 |
| Shutter Speed Value | 5 | | | | |

00005771

| Original Search Image | Result Image | Full Result Image |
|---|---|---|
|  |  |  |

 Accepted by Guy Gino *

**Link:** https://flickr.com/photos/24728938@N08/6462849515

**Title:** 1,000 Durbans International Action for Climate Justice_0097

**Index Date:** Nov 11, 2021

### EXIF Data

| | |
|---|---|
| **Exif Offset** | 26 |

| Original Search Image | Result Image | Full Result Image |
|---|---|---|
|  |  |  |

 Accepted by Guy Gino *

**Link:** https://flickr.com/photos/24728938@N08/6462853283

**Title:** 1,000 Durbans International Action for Climate Justice_0098

**Index Date:** Nov 11, 2021

### EXIF Data

| | |
|---|---|
| **Exif Offset** | 26 |

00005772



**Link:** https://flickr.com/photos/10462828@N03/8922596013

**Title:**

**Index Date:** Sep 15, 2022

| EXIF Data | | | | | |
|---|---|---|---|---|---|
| **Artist** | ▮▮▮ | **Copyright** | ▮▮▮ | **Exif Offset** | 74 |



**Link:** ▮▮▮

**Title:** ▮▮▮

**Index Date:** Jan 20, 2026

00005773

Original Search Image    Result Image    Full Result Image

  

✓ **Accepted** by Guy Gino *

**Link:** https://www.buzzfeednews.com/article/zoetillman/trump-inauguration-protests-project-veritas

**Title:** Prosecutors Just Dropped More Inauguration Day Protest Cases After They Got In Trouble Over Project Veritas Videos

**Index Date:** Aug 17, 2022

---

Original Search Image    Result Image    Full Result Image

 

 ✓ **Accepted** by Guy Gino *

**Link:** https://www.youtube.com/v/M5uyW1tIoMU?version=3

**Title:** Not About a Riot

**Index Date:** Oct 14, 2023

00005774

| Original Search Image | Result Image | Full Result Image |
|---|---|---|
|  |  |  |

✓ Accepted by Guy Gino *

**Link:** https://baltimorewatchdog.com/2019/04/04/boots-riley-says-that-capitalism-is-not-the-answer/

**Title:** ▇▇▇▇ says that capitalism is "Not" the answer | The Baltimore Watchdog

**Index Date:** Oct 04, 2022

### EXIF Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date Time** | 2019:04:03 21:17:08 | **Software** | Windows Photo Editor 10.0.10011.16384 | **Color Space** | 1 | | |
| **Exif Offset** | 2242 | **Orientation** | 1 | **Date Time Original** | 2019:04:03 21:15:26 | | |
| **Date Time Digitized** | 2019:04:03 21:15:26 | **Processing Software** | Windows Photo Editor 10.0.10011.16384 | **Subsec Time Original** | 00 | | |
| **Subsec Time Digitized** | 00 | | | | | | |

| Original Search Image | Result Image | Full Result Image |
|---|---|---|
|  |  |  |

✓ Accepted by Guy Gino *

**Link:** https://instagram.com/p/_5VQqqS_UQ

**Title:** ▇▇▇▇▇▇▇▇

**Index Date:** Nov 13, 2018

00005775



**Original Search Image**     **Result Image**     **Full Result Image**

✓ Accepted by Guy Gino *

**Link:** ███████████████████████

**Title:** ███████████████

**Description:** ███████ is on Facebook. Join Facebook to connect with ███████ and others you may know. Facebook gives people the power to share and makes the world more open and connected.

**Index Date:** Aug 05, 2022



**Original Search Image**     **Result Image**     **Full Result Image**

✓ Accepted by Guy Gino *

⚠ Less Likely Result **

**Link:** https://www.youtube.com/v/fJe-Y8R7ejM?version=3

**Title:** ███████ in Baltimore Maryland, tearing down posters of kidnapped Israeli children

**Index Date:** Nov 04, 2023

00005776