

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/06/2026 18:44 EDT

Page 1 of 4

**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
UCA 9843 attendance at DAMN meeting on 3/15/2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
5/6/2026

## SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report UCA 9843's attendance at virtual DAMN (Direct Action Minnesota) meeting held on March 15, 2026.

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004828



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/06/2026 18:44 EDT

## DETAILS OF INVESTIGATION

On March 15, 2026, HSI UCA 9843, acting in an undercover capacity, attended the bi-weekly Twin Cities Direct Action (TCDA) now known as DAMN (Direct Action Minnesota) meeting (held virtually via Signal due to weather) from about 1430 hours to 1600 hours. The below is simply a summary and does not encompass all conversations within the meeting. Please refer to the recording for specific wording.

*Note: During the virtual meeting, HSI UCA 9843 encountered technology issues. About an hour of the meeting was recorded on HSI UCA 9843's undercover laptop and the remainder of the meeting was screen recorded on HSI UCA 9843's undercover phone. The two recordings are appended to this report as file names: XXX and XXX.*

- Ike (signal names of "Ike" and "Tony Success"), a mid-thirties white male with red hair and a red beard, acted as the moderator / host for the entire meeting.
- Approximately 30 people attended the meeting, including the following Signal names:



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-156 | 5/6/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

05/06/2026 18:44 EDT



- ██████████████
- █████
- ██
- ███
- The following agenda items were discussed:
  - Propaganda Group:
    - Discussed creating merchandise & will collaborate with the Federal Ammunition Action working group (note: no date or plan for this action has been decided as of March 15, 2026)
  - Materials Group:
    - "██" requested more assistance from DAMN members for the Federal Ammunition Action, specifically people involved in the group
      - HSI UCA 9843 was added to this project group and specifically asked by "████"
  - Misc. Updates:
    - "██" discussed a large National Lawyers Guild Meeting happening on Thursday March 19, 2026 for those who have been arrested during the "Occupation"
      - Mentioned Mitchell Hamline School of Law will be assisting arrestees with representation
    - Vetting: debates and discussion over whether more "vetters" are needed
  - Upcoming project groups include a Food Sovereignty Group (██), a specific fundraiser group (date TBD), and an "alternative commuting" working group (Ike)
    - Alternative commuting efforts were discussed, including the concept of "baiting" ICE into following commuters and then coordinating with local rapid response networks to show up in numbers
    - "Ike" suggested taking a "more militant" posture for those who could.
  - The next meeting would be March 31, 2026 from 1800 hours to 1930 hours
    - ████ offered to host, either at his apartment complex (████████████████) or at a nearby church he claims to be a key-holder at.
    - Ike mentioned that he would not be at the next meeting, as he will be on the East Coast.

Additional notes include the continued discussion of fundraising to support actions, jail support, and medical support; "██" brought up concerns about the state case against individuals in Atlanta (agent note: "Cop City") who were involved in similar efforts and how the case was dropped on a technicality. "Ike" acknowledged the concern and how he was indicted 9 years ago for "wearing black" but beat the charge and that nine individuals in Texas (agent note: "Prairieland 9") were recently convicted of terrorism for similar reasons. "Ike" suggested utilizing cash.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-156 | 5/6/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004830



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/06/2026 18:44 EDT

This report was composed by UCA 9843 and uploaded by HSI SA Katherine Wespetal.

Investigation continues.

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00004831