# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/23/2026 09:56 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance of Kennedy on April 12, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/20/2026

**SYNOPSIS**

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

The following concerns the surveillance activity of Cameron Michael KENNEDY conducted by Special Operations Group 2207 (SOG) on April 12, 2026.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

This report was composed by SOG Acting Group Supervisor (AGS) Josh Schottenfeld and uploaded by HSI Special Agent (SA) Katherine Wespetal.

On April 12, 2026, at approximately 10:30 AM, SOG agents began surveillance in the area of KENNEDY's known address located at [redacted] to monitor the activity of KENNEDY in anticipation of KENNEDY possibly holding a meeting at the University Baptist Church located at [redacted]

Upon arrival, SOG agents observed that KENNEDY's known vehicle, a [redacted] was not parked anywhere on the street or in the alley behind the [redacted] SA Michael Leung observed a brand new [redacted] parked in the alley. Agents were not able to observe the license plate as the vehicle had car dealer plates still on the car. SA Leung took a photo of the vehicle. (Exhibit 1 04122026 SA Leung)

At approximately 12:10 PM, with no sign of KENNEDY at his residence, agents departed the residence and headed over to the University Baptist Church.

At approximately 12:27 PM, SA Artez Briseno observed three vehicles park in the parking lot of the Arvonne Fraser Library located directly across the street from the church. Two of the vehicles were occupied by one male each and the third vehicle had a male and a female. SA Briseno took photos of the three vehicles. (Exhibits 2-4 04122026 SA Briseno). SA Briseno also observed a fourth male being dropped off by a vehicle outside of the church at approximately the same time. SA Briseno observed all five individuals enter what appeared to be a basement door of the church.

SA Leung ran registration checks on the three vehicles which produced the following results:

[redacted] Motorcycle with North Dakota License Plate# [redacted] - Registered to [redacted] (Registration Expired)

[redacted] Jeep Cherokee with Minnesota License Plate# [redacted] Registered to [redacted]

[redacted] Ford F150 with Minnesota License [redacted] Registered to [redacted] (Vehicle with the male and female)



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



At approximately 2:12 PM, SA Briseno observed four of the five individuals depart from the church. SA Briseno took a video of the individuals leaving the church. (Exhibit 5 04122026 SA Briseno)

At approximately 2:15 pm, SA Briseno confirmed that all three of the vehicles departed the library parking lot.

None of the individuals observed were KENNEDY and neither KENNEDY, the vehicle registered to KENNEDY or the Mitsubishi Mirage were observed in the vicinity of the church.

At approximately 2:30 PM surveillance was terminated.

The investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_2_04122026_SA_Briseno.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_1_04122026_SA_Leung.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_4_04122026_SA_Briseno.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_3_04122026_SA_Briseno.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.