# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/23/2026 21:44 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance of Kennedy on April 19, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/23/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

The following concerns the surveillance activity of Cameron Michael KENNEDY conducted by Special Operations Group 2207 (SOG) on April 19, 2026:



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



### DETAILS OF INVESTIGATION

This report was composed by SOG Acting Group Supervisor (AGS) Josh Schottenfeld and uploaded by HSI Special Agent (SA) Katherine Wespetal.

On April 19, 2026, at approximately 11:45 AM, SOG agents began surveillance in the area of the University Baptist Church located at [redacted] in anticipation of KENNEDY holding a possible meeting at the church at approximately 12:30 PM.

At approximately 12:30 PM, SA Artez Briseno and SA Duane Green observed approximately seven people enter the church through the basement door. None of these individuals appeared to be KENNEDY.

At approximately 1:15 PM, SA Greg Bowie drove to KENNEDY's residence located at [redacted] to see if KENNEDY'S registered vehicle was present. KENNEDY'S [redacted] was not present. The [redacted] with temporary dealer plates was visible in the same spot as seen on 4/12/26 (Exhibit 1 04192026 SA Bowie).

At approximately 1:40 PM, SA Briseno drove through the library parking lot across from the church and observed seven vehicles parked there. One of those vehicles, a Jeep [redacted] with license plate [redacted] registered to [redacted] was observed on 04/12/2026 in the same lot between approximately 12:30 pm to 2:15 pm. SA Briseno took photos of the seven vehicles (Exhibit 2-8 04192026 SA Briseno).

At approximately 2:35 PM-2:42 PM, SA Briseno and SA Green observed 9 individuals depart from the church. SA Briseno took a video of the individuals leaving the church (Exhibit 9 04122026 SA Briseno).

At approximately 3:00 PM, SA Briseno drove through the library parking lot to check which vehicles had departed once the individuals exited the church. Three of the vehicles had departed. Registration checks were conducted on those vehicles, and the results were as follows:

[redacted] Honda Civic- MN Plate [redacted] [redacted], Address: [redacted]

[redacted] Nissan Versa- MN Plate [redacted] - [redacted], Address: [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



[redacted] Jeep Grand Cherokee- MN Plate [redacted] - [redacted], Address: [redacted]

The following registration checks were conducted on the vehicles that remained in the parking lot:

[redacted] Hyundai Sonata-MN Plate [redacted] -[redacted], Address: [redacted]

[redacted] Toyota RAV 4- MN Plate [redacted] -[redacted] Address: [redacted]

[redacted] Subaru Outback- MN Plate [redacted] - [redacted] Address: [redacted]

[redacted] Subaru Outback- WI Plate [redacted] - [redacted] Address: [redacted]

At approximately 3:07 PM, SA Green observed two individuals, a male and a female, who had departed the church leave in a [redacted] Subaru Impreza (Exhibit 10 04192026 SA Green). SA Briseno obtained a photo of the two individuals by using a screenshot from a video he had taken (Exhibit 11 04192026 SA Briseno). Registration checks on the vehicle had the following results:

[redacted] Subaru Impreza- MN Plate# [redacted] - [redacted] Address: [redacted]

Neither KENNEDY nor his vehicle was observed during this surveillance.

At approximately 3:12 PM, surveillance was terminated.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_4_04192026_SA_Briseno.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_3_04192026_SA_Briseno.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION





**Title**

Exhibit_2_02192026_SA_Briseno.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_5_04192026_SA_Briseno.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS
REPORT OF INVESTIGATION
OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

Exhibit_1_04192026_SA_Bowie.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.