# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/18/2026 14:35 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance of [redacted] (Cameron Michael KENNEDY)

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
Jeremy Ripplinger
SPECIAL AGENT

**DATE APPROVED**
6/18/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This Report of Investigation (ROI) will document surveillance of [redacted] (residence of Cameron Michael KENNEDY)



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On June 8th, 2026, Homeland Security Investigations (HSI) Special Agents (SAs) were assigned surveillance of Cameron Michael KENNEDY (KENNEDY), known to reside at [redacted] (TARGET PREMISES).

The following HSI SAs were assigned to the surveillance team:

- Tim Gerber (Team Leader)
- Yue Her (Assistant Team Leader)
- Gregg Gregory
- Megan Palmer
- Pierre Mathieu
- Oscar Lara
- Tito Tijerina
- William Pena

Preliminary research of the TARGET PREMISES found at the following link [redacted] reveals [redacted] is located on the [redacted] level and [redacted] is located on the [redacted] level. [redacted] features [redacted] and [redacted] and is approximately [redacted] square feet.

Minnesota Driver and Vehicle Service (DVS) records reveal the following vehicles are registered to the TARGET PREMISES:

- [redacted] (registered to KENNEDY);
- [redacted] (registered to KENNEDY);
- [redacted] (registered to KENNEDY);
- [redacted] (registered to Nicole Wamma, suspected girlfriend of KENNEDY)

On June 8th, 2026, at approximately 1645 hours, HSI SA Timothy Gerber conducted a drive-by of the TARGET PREMISES. The TARGET PREMISES can be described as a [redacted]. [redacted]

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-239 | 6/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



[redacted]

During the drive-by, SA Gerber also observed [redacted], registered to KENNEDY, parked in front the TARGET PREMISES, in addition to "ICE OUT" and "ICE OUT MSP" signs posted on the property.

During the operation, SA Gerber captured two photos, titled "1645 – Vehicle Front of Residence 1" and "1645 – Vehicle Front of Residence 2".

On June 9th, 2026, at approximately 0700 hours, HSI SAs Pena, Gregory, and Palmer initiated surveillance of the TARGET PREMISIS. HSI SA's observed the [redacted] parked in front of the TARGET PREMISES, located in the same spot as the previous day. Additionally, SAs observed the following vehicles parked behind the residence:

- [redacted] (registered to [redacted]);
- [redacted] (aforementioned)

At approximately 1230 hours, HSI SAs surveillance was detected by local countersurveillance. Surveillance was subsequently terminated.

No activity was observed with KENNEDY or [redacted] at the TARGET PREMISES.

During the operation, SA Pena captured two photos, titled "1520 – Vehicles Rear of Residence" and "1523 – Vehicles Rear of Residence [redacted]" and SA Palmer captured three photos, titled "1523 – Front of Residence 1", "1523 – Front of Residence 2", and "1523 – Front of Residence 3".

On June 10th, 2026, at approximately 0600 hours, HSI SAs Gerber, Palmer, and Tijerina initiated surveillance of the TARGET PREMISIS. HSI SA's observed the [redacted] parked in front of the TARGET PREMISES, located in the same spot as the days prior. Agents also observed [redacted] and [redacted] parked behind the residence.

At approximately 0650 hours, HSI SAs surveillance was detected by local countersurveillance. Surveillance was subsequently terminated.

No activity was observed with KENNEDY or [redacted] at the TARGET PREMISES.

During the operation, HSI SA Gerber captured four photos, titled "0610 – Vehicle Front of Residence", "0611 – Vehicles Rear of Residence 1", "0611 – Vehicles Rear of Residence 2", and "0611 – Vehicles Rear of Residence 3".



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



At approximately 1100 hours, HSI SAs Mathias and Gregory resumed surveillance of the TARGET PREMISIS. No movement to any of the vehicles was noted.

At approximately 1350 hours, HSI SAs surveillance was detected by local countersurveillance. Surveillance was subsequently terminated.

No activity was observed with KENNEDY or [redacted] at the TARGET PREMISES.

During the operation, HSI SA Gregory captured three photos, titled "1348 - Countersurveillance 1", "1348 - Countersurveillance 2", and "1348 - Countersurveillance 3".

On June 11th, 2026, at approximately 0745 hours, HSI SA Tijerina conducted a drive-by of the TARGET PREMISES. SA Tijerina observed [redacted] parked in front of the TARGET PREMISES, located in the same spot as the days prior

At approximately 1315 hours, HSI SA Gerber conducted a drive-by of the TARGET PREMISES. [redacted] was not observed parked in front or behind the TARGET PREMISES.

The day prior, HSI Undercover Agents (UCA) advised that KENNEDY is known to teach martial arts or "Left Jab" training on [redacted] at University Baptist Church, [redacted].

At approximately 1600 hours, HSI SA Gerber observed [redacted] at the TARGET PREMISIS and initiated surveillance due to the likelihood KENNEDY would be leaving for training shortly thereafter.

At approximately 1620 hours, an individual, appearing to match the description of KENNEDY, was observed exiting the TARGET PREMISES and entering [redacted]. The individual was observed to be a Caucasian male, wearing a green sweatshirt, white undershirt, and dark gray pants. HSI SA Gerber recorded the individual entering the vehicle and provided it to HSI the UCA for identity confirmation. The UCA advised SA Gerber that the individual observed was KENNEDY.

Due to presence of agents at University Baptist Church and lack of support near the TARGET PREMISES, surveillance at the TARGET PREMISIS was terminated and KENNEDY was not pursued.

At approximately 1630 hours, HSI SA Gerber received a text message from the HSI UCA which stated the following, "He [KENNEDY] said in the Left Jab chat that he's driving from [redacted] and will be at that same church. He and a black male will be coaching it tonight. I expect at least one of them will be carrying equipment like boxing gloves/pads. I'm guessing they'll be last to leave as well."



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



At approximately 1900 hours, HSI SA Mathias observed [redacted] entering the parking lot of Arvonne Fraser Library, [redacted], directly north of University Baptist Church. HSI SA Mathias, walking with SA Palmer, recorded KENNEDY and another Caucasian male walk from the library parking lot to University Baptist Church for what is believed to be martial arts training. It should be noted KENNEDY was observed wearing the same attire as seen by SA Gerber outside the TARGET PREMISES. This recording was provided to two HSI UCAs who both identified the individual dressed in green as KENNEDY.

At approximately 1912 hours, surveillance was terminated.

During the operation, SA Gerber recorded one video, titled "1824 – KENNEDY Entering Vehicle". SA Mathias recorded one video, titled "1903 – KENNEDY Arriving at University Baptist Church". And SA Gerber captured three photos, titled "1914 – KENNEDY Parking at Arvonne Fraser Library 1", "1914 – KENNEDY Parking at Arvonne Fraser Library 2", and "1915 – KENNEDY Parking at Arvonne Fraser Library 3".

On June 12th, 2026, at approximately 0950 hours, HSI Technical Enforcement Officer Christopher Leonard advised SA Gerber that a pole camera was placed overlooking the TARGET PREMISIS from [redacted]

The following pole camera footage was reviewed by SA Gerber:

At approximately 1215 hours, KENNEDY, operating [redacted], arrived at the TARGET PREMISES. KENNEDY remained in his vehicle for approximately ten minutes before entering through [redacted] of the property.

At approximately 1715 hours, KENNEDY exited through the [redacted] of the property. KENNEDY departed the TARGET PREMISES operating [redacted].

At approximately 1800 hours, KENNEDY, operating [redacted], arrived at the TARGET PREMISES. KENNEDY entered through the [redacted].

At approximately 1820 hours, KENNEDY exited through [redacted]. KENNEDY departed the TARGET PREMISES operating [redacted].

The following pole camera footage was reviewed by SA Gerber:

On June 13th, 2026, at approximately 1725 hours, KENNEDY, operating [redacted], arrived at the TARGET PREMISES. KENNEDY obtained a package from the doorstep of the TARGET PREMSIES off [redacted] and carried the package through [redacted].



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



*[Agent Note: [redacted] had not been present at the TARGET PREMISES since June 12th, 2026, at approximately 1820 hours.]*

At approximately 1950 hours, KENNEDY exited through t[redacted] and walked towards [redacted]. Approximately 5 minutes later, KENNEDY returned to the residence and entered through [redacted].

The following pole camera footage was reviewed by SA Gerber:

On June 14th, 2026, at approximately 1220 hours, KENNEDY exited [redacted]. KENNEDY departed the TARGET PREMISES operating [redacted]

At approximately 1610 hours, KENNEDY, operating [redacted], arrived at the TARGET PREMISES. KENNEDY entered through [redacted].

At approximately 1811 hours, KENNEDY exited through [redacted]. KENNEDY departed the TARGET PREMISES operating [redacted]

At approximately 1830 hours, KENNEDY, operating [redacted], arrived at the TARGET PREMISES. KENNEDY entered through [redacted].

The following pole camera footage was reviewed by SA Gerber:

On June 15th, 2026, no activity was observed with KENNEDY or [redacted] at the TARGET PREMISES.

INVESTIGATION CONTINUES



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.