# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance conducted on February 23, 2026 of various addresses.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/29/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report document surveillance conducted at various locations on February 23, 2026.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On February 23, 2026, Homeland Security Investigation (HSI), Special Operation Group 2 (SOG 2) was tasked with surveilling multiple addresses of named subjects in Minneapolis, Minnesota. The following HSI Special Agents (SAs) were present during this surveillance operation:

Anthony Tillett

David Deal

Jeremy Jones

Allie Paredes

Mark Pomerantz

Jason Prasnikar

Ryan Regalado

Chris Roberts

Jeremy Sandor

[redacted] SAs Assigned: J. Jones, A. Paredes, M. Pomerantz, J. Sandor, D. Deal.

SAs Jones, Paredes, and Pomerantz surveillance begin/end times: 11:00 AM / 12:00 PM.

At approximately 11:02 AM, SA Paredes observed vehicles bearing the following Minnesota license plates parked on the north side of [redacted] Avenue in front of the target house: [redacted], [redacted], [redacted], and [redacted]. The vehicle bearing [redacted] was a [redacted] minivan.

At approximately 11:10 AM, SA Jones observed three vehicles parked in the rear driveway of the target house, bearing the following Minnesota license plates: [redacted], [redacted], and [redacted].

At approximately 11:15 AM, SA Pomerantz observed four vehicles parked on the south side of [redacted] Avenue, across the street from the target house but only saw the following three license plates: [redacted] (or [redacted]), [redacted], and [redacted].



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At 11:30 AM, SA Jones observed four vehicles parked on the south side of [redacted] Avenue, across the street from the target house, bearing the following Minnesota license plates: [redacted], [redacted], and [redacted].

Per database checks, the vehicles observed were registered to the following people:

[redacted]

[redacted] Callum Nicholas Robinet, [redacted]

SAs Deal, Jones, and Sandor surveillance begin/end times: 5:00 PM / 5:20 PM. SA Jones observed a snow-covered SUV parked behind [redacted] bearing Minnesota plate [redacted]. SAs Deal, Jones, and Sandor observed the following vehicles, bearing Minnesota plates, parked on the south side of Marshall Ave across the street from [redacted]: a [redacted] F150 [redacted], a [redacted] Expedition [redacted], a [redacted] minivan [redacted], a [redacted] Chevrolet passenger van [redacted], a Lincoln [redacted], a [redacted] Civic [redacted], and an Infiniti [redacted]. SAs observed the following vehicles parked directly in front of [redacted] on the north side of the street: a [redacted] Civic [redacted],

Per database checks, the vehicles observed were registered to the following people:

[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



[redacted]. SAs Assigned: D Deal, J Jones, R Regalado, J Sandor, T Tillett.

SAs Regalado and Tillett surveillance begin/end times: 10:00 AM / 10:10 AM. SAs did not observe any vehicles associated with [redacted] near the residence.

SAs Deal and Sandor surveillance begin/end times: 11:30 AM / 11: 45 AM. SA Sandor took 2 pictures of the house. SAs Deal and Sandor described the house as [redacted]. The SAs did not observe any vehicles in either the front or the rear of [redacted] (IMG_0112 and IMG_0113)

SAs Deal, Jones, and Sandor surveillance begin/end times: 4:15 PM / 4:50 PM. SAs observed a [redacted] Chevrolet Equinox bearing Minnesota plate [redacted] parked in front of [redacted] no vehicles were parked in the rear of the house.

Per database checks, the vehicle observed was registered to the following person:

[redacted]. SAs Assigned: D Deal, R Regalado, J Sandor, T Tillett.

SAs Regalado and Tillett being/end times: 9:50 AM / 10:00 AM. SAs Regalado and Tillett did not observe any vehicles associated with [redacted].

SAs Deal and Sandor surveillance begin/end times: 11:05 AM / 11:20 AM. SA Sandor rook five pictures of the residence and vehicle. SAs describe [redacted] as a blue house that faces east. SAs observed a [redacted] Ford Ranger bearing Minnesota license plate [redacted] parked on the street between [redacted]. The Ranger had an [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



[redacted] SAs did not observe any other vehicles near [redacted] IMG_105, IMG_106, IMG_0109, IMG_0110, IMG_0111)

Per database checks, the vehicle observed was registered to the following person:

[redacted]

[redacted] SAs Assigned: D Deal, R Regalado, J Sandor, T Tillett.

SAs Regalado and Tillett surveillance begin/end times: 10:55 AM / 11:05 AM. SAs did not observe any vehicles associated with Brian APLAND at the address.

SAs Deal and Sandor surveillance begin/end times: 11:50 AM / 12:15 PM. SA Sandor took 11 pictures of the residence and vehicle. SAs observed a [redacted] bearing Minnesota license plate [redacted] parked at the [redacted] (IMG_0115-IMG_0125)

Per database checks, the vehicle observed was registered to the following person:

[redacted] Brian Stillwell Apland, [redacted]

[redacted]. SAs Assigned: R Regalado, T Tillett.

Surveillance begin/end times: 11:35 AM / 11:45 AM. SAs did not observe any vehicles associated with [redacted] at the address. SA Regalado took photos of the business. IMG_0126 and IMG_0127.

[redacted]. SAs Assigned: R Regalado, T Tillett.

Surveillance begin/end times: 11:10 AM / 11:20 AM. SAs observed a [redacted] Volkswagen [redacted] bearing Minnesota license plate [redacted] parked in front of the residence. SAs observed a female loading unidentified objects into the trunk. This residence is associated with Brian APLAND.

[redacted] SAs Assigned: J Prasnikar, C Roberts.

Surveillance begin/end times: 10:15 AM / 10:40 AM. SA Roberts took photos of the residence and vehicle parked in front of the residence. SAs observed a [redacted] Mitsubishi bearing a [redacted] temporary/paper license plate [redacted] in the rear windshield parked in front of the residence. That vehicle was previously seen on 2/22/2026 at a demonstration near Loring Park, Minneapolis, MN. While driving by the house separately, both SAs were followed by an adult female driving a [redacted]. (IMG_0014-0017 and IMG_0053-0055)



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Surveillance was terminated and nothing further to report.

This report was composed by SA Jeremy Jones and uploaded by HSI SA Katherine Wespetal.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0055.jpg




OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_0127.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0054.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0053.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_0017.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_0016.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_0014.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0015.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0126.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0113.jpeg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0112.jpeg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_0111.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0110.jpg



[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0106.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION





**Title**

IMG_0105.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION



**Title**

IMG_0109.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0123.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0119.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0120.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0124.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION





**Title**

IMG_0115.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0122.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0118.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0125.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0116.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0121.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_0117.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.