# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance Report from February 26, 2026

**REPORTED BY**
Amber Tallas
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/2/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents surveillance conducted on February 26, 2026 of various addresses associated with this investigation.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



### DETAILS OF INVESTIGATION

On February 26, 2026, Homeland Security Investigations (HSI) Special Operations Group 2 (SOG2) of Operation Metro Surge, St. Paul, MN, conducted surveillance of various people of interest to determine a pattern of life and other potential intelligence. The people and addresses surveilled during the operation are listed below:

[redacted] (Emmett DOYLE)

[redacted] (Isaac SANT)

[redacted] (Cameron KENNEDY)

[redacted] (Unidentified)

The following Special Agents (SA) were present during the surveillance operation throughout the day:

Anthony Tillett

David Deal

Jeremy Jones

Allie Paredes

Mark Pomerantz

Jason Prasnikar

Ryan Regalado

Chris Roberts

Jeremy Sandor

At approximately 6:30 AM, SA Regalado and SA Tillett arrived at [redacted] and observed SANT's [redacted] bearing MN license plate [redacted] parked in front of the residence facing south.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At approximately 8:32 AM, SA Prasnikar observed a black cat decal above the main entrance to [redacted] SA Prasnikar took one photograph of the residence, which was appended to this report. (IMG 3727).

At approximately 11:28 AM, SA Regalado and SA Tillett witnessed DOYLE walk from his residence to his truck and back to into the residence. SA Tillett took photographs of DOYLE, which are appended to this report. (IMG 3657-3665).

At approximately 11:31 AM, SA Tillett observed DOYLE leave his residence and drive his truck to the rear of his residence. SA Tillett observed DOYLE remove apparent shields made of plywood and plastic 55-gallon drums from the bed of his truck and place them in the fenced yard behind his residence.

At approximately 11:38 AM, DOYLE departed the rear of his residence. SOG2 surveilled DOYLE to Wildflyer Coffee, [redacted] DOYLE was observed walking into the shop and shortly after, walking out of the coffee shop with coffee in his hand.

At approximately 11:54 AM, SA Regalado and SA Tillett observed DOYLE depart Wildflyer Coffee and drive north on Minnehaha Avenue. SOG2 surveilled DOYLE until he arrived at the Hennepin United Methodist Church, [redacted] SOG2 witnessed DOYLE meet with multiple unidentified individuals driving separate vehicles. SA Sandor witnessed DOYLE unload multiple signs with writing "ICE OUT" from a [redacted] and place them into the bed of his truck. Additionally, SA Sandor observed three other vehicles of interest associated with individuals meeting with DOYLE. SA Sandor took multiple photographs and one video of vehicles and unidentified individuals, which are appended to this report. During the surveillance, SA Tillett conducted a record check of the [redacted], which revealed the registered party as [redacted]. All vehicles are listed below. (IMG 3732-3737 taken by SA Deal, Signal photos captured by SA Tillet)

[redacted] Chevrolet Volt [redacted]: Registered to [redacted], 3513 [redacted]

[redacted] Toyota RAV4/[redacted] Registered to [redacted], [redacted]

[redacted] Tesla/[redacted]: Registered to [redacted], [redacted]

[redacted] Honda CRV/[redacted]: [redacted] Address: [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At approximately 12:21 PM, SA Deal observed DOYLE depart from the church with multiple painted signs in the bed of his truck.

At approximately 12:39 PM, SA Pomerantz observed DOYLE arrive at his residence and park in the front of his residence.

At approximately 12:49 PM, SA Pomerantz observed DOYLE depart his vehicle and walk into his residence.

At approximately 13:00 PM, SA Pomerantz witnessed a [redacted] Chevrolet sedan, bearing MN license plate [redacted], registered party: [redacted], [redacted], park near the residence, and a white female depart the vehicle.

At approximately 13:20 PM, SA Pomerantz observed a Ford Escape, bearing MN license plate [redacted], registered party: [redacted], [redacted], [redacted], park near the residence. SA Pomerantz witnessed a male depart the vehicle, glance into the bed of DOYLE's truck, and get back into their vehicle then drive away. SA Pomerantz subsequently observed DOYLE remove the signs from the bed of his truck and carry them into his residence.

At approximately 13:30 PM, SA Pomerantz witnessed DOYLE depart the residence in his truck. SOG2 surveilled DOYLE onto the I-94W. SA Tillett and SA Regalado witnessed DOYLE pull off exit 30 and drive north. SA Tillett and SA Regalado witnessed DOYLE pull into the Timbergrove business complex and park in front of Skaalvenn Distillery, [redacted] Shortly after, DOYLE departed the business park and headed back onto I-94W.

At approximately 2:05 PM, surveillance was ceased on DOYLE as he continued west on I-94W.

At approximately 2:30 PM, SA Paredes and SA Jones conducted surveillance at [redacted], and observed the following vehicle license plates on vehicles parked at the residence.

[redacted]: [redacted], [redacted], [redacted]

[redacted]

At approximately 3:00 PM, SA Paredes and SA Jones conducted surveillance at [redacted], [redacted], and observed the following vehicle license plates on vehicles parked at the residence.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



[redacted]

At approximately 5:36 PM, SA Deal drove past [redacted], [redacted], and did not observe any vehicle parked out front.

At approximately 6:42 PM, SA Jones drove past [redacted] and observed DOYLE's vehicle parked out front.

At approximately 6:50 PM, SOG2 began surveillance at [redacted]

At approximately 7:06 PM, SA Sandor witnessed a dark Toyota Corolla bearing MN license plate [redacted], registered party: [redacted], [redacted], arrive and park at the residence.

At approximately 7:12 PM, SA Sandor observed a [redacted] Honda Civic bearing MN license plate [redacted], registered party: [redacted], [redacted] #[redacted] arrive and park at the residence.

At approximately 7:30 PM, SA Tillett observed via the pole camera, an unidentified vehicle, which appeared to be a Chevrolet Volt arrive at the rear of DOYLE's residence, [redacted]. SA Tillett observed DOYLE and an unidentified individual unload apparent signs into the rear of DOYLE's residence. SA Tillett took screenshot photographs, which are appended to this report. (IMG 3667,3670,3691, and 3694).

At approximately 7:42 PM, SA Tillett observed via the pole camera, the unidentified individual return to their vehicle and drive north on [redacted].

At approximately 7:53 PM, SAs of SOG2 drove by the residence and identified the following license plate parked at or near the residence on the eastern side of the street:

[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



[redacted]

At approximately 8:05 PM, SAs of SOG2 walked by the residence and identified the following license plate parked at or near the residence on the western side of the street:

[redacted]

At approximately 9:05 PM, SAs of SOG2 concluded surveillance. No further information was collected during the surveillance operation on February 26, 2026. All information collected during the operation was reviewed for relevancy to this investigation.

This report was composed by SA Ryan Regalado and uploaded by HSI SA Amber Tallas.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 18:08 EDT DRM Page 1 of 28

**Title**

IMG_3670.JPG






This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3694.JPG




OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_3737.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 18:08 EDT



**Title**

signal-2026-02-26-121606.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

signal-2026-02-26-121659.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3735.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3664.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3659.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

signal-2026-02-26-121005.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION





**Title**

IMG_3733.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3667.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

signal-2026-02-26-121625.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3691.JPG




OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_3736.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

signal-2026-02-26-124303.JPG






This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_3732.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3727.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_3658.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION





**Title**

signal-2026-02-26-121640.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3734.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3660.JPG



[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

signal-2026-02-26-121010.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3657.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3662.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3665.JPG



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**Title**

IMG_3661.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 18:09 EDT



**Title**

signal-2026-02-26-124910.JPG




OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Title**

IMG_3663.JPG





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.