# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 17:24 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
OSINT and Subpoena Returns For melttheicemn and defend612

**REPORTED BY**
Robert Kurtz III
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/2/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This ROI will focus on the information gathered via open-source intelligence and investigative techniques to include subpoena returns.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

**Details of Investigation**

The information is a nonverbatim synopsis of material obtained from open-source electronic records and tools. Original content may contain grammatical, spelling, or formatting errors. Minor corrections have been made for ease of reading and continuity, without altering the substantive meaning.

Open-source domain and infrastructure research was conducted on defend612.com and melttheicemn.com, using WHOIS history, DNS records, TLS certificate transparency logs, and limited passive HTTP observations.

For melttheicemn.com, WHOIS history indicates the domain was created on or about 07 February 2026 through TUCOWS.COM, CO. The public record lists the registrant as "REDACTED FOR PRIVACY," with all address fields redacted and the location set to country code KN and state [redacted] Registrar status entries show the domain as "active" with transfer and update restrictions in place and an expiration date in 2027. Registrar abuse contact is domainabuse@tucows.com, and registrant contact is available only through tieredaccess.com contact URLs.

DNS records dated 08 February 2026 show melttheicemn.com using May First Movement Technology name servers: [redacted]), [redacted]), and [redacted]). At the same time, the domain resolved to IP address [redacted] in the United States, with the ISP identified as May First Movement Technology and [redacted]. The DNS SOA record listed [redacted].com as the administrative email contact.

Mail exchange (MX) records for melttheicemn.com pointed to [redacted]), [redacted], and [redacted]). These records indicate that May First Movement Technology also provided inbound mail handling for the domain.

Passive HTTP observations from 10 February 2026 show melttheicemn.com responding with HTTP status 200 and server software identified as [redacted]. The associated website title string was recorded as "Melt the ICE MN - Bring the Heat, Melt the ICE." On 11 March 2026 the title remained "Melt the ICE MN - Bring the Heat, Melt the ICE," and the site operator field in the passive data identified "May First Movement Technology." Screenshot metadata captured on or about 10 February 2026 and 11 March 2026 confirms that web content was present at those times.

TLS certificate transparency logs beginning 07 February 2026 show multiple certificates for melttheicemn.com issued by an authority with issuer common name [redacted]" These certificates list



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



subject alternative names for melttheicemn.com and www.melttheicemn.com, with validity periods generally from 07 February 2026 through 08 May 2026. Additional certificates include one that lists only melttheicemn.com and others that again cover both the apex domain and www subdomain, with issuance events observed between 07 and 16 February 2026 and again on 16 March 2026.

Agent's Note: The presence of valid TLS certificates for melttheicemn.com and www.melttheicemn.com is consistent with standard HTTPS deployment for the main site and its "www" alias. Certificate logs confirm that encrypted web services were provisioned but do not disclose how the site was used or by whom.

For defend612.com, WHOIS history shows the domain was created on or about 06 December 2025 through [redacted]. The public registrant data is "REDACTED FOR PRIVACY," with city, street, and postal code redacted and the location reported as country code KN and state [redacted] Registrar status entries show the domain as "active" with client transfer and update prohibitions, an expiration date in December 2031, registrar abuse contact email [redacted], and registrant contact via tieredaccess.com URLs.

DNS records from 06-07 December 2025 show defend612.com initially using Njalla name servers: [redacted]. The DNS SOA contact was listed as [redacted]. Additional observations on 07 December 2025 also record the domain using [redacted] with a DNS SOA contact of [redacted]. From December 2025 through at least March 2026, passive DNS repeatedly shows defend612.com resolving to IP address [redacted] in the United States, associated with Google LLC infrastructure (ASNs including [redacted]).

Mail exchange (MX) records dated 07 December 2025 identify [redacted] as inbound mail servers for defend612.com.

Agent's Note: SiteGround is known to host customer websites on Google Cloud infrastructure. The combination of SiteGround name servers, Google-hosted IP address [redacted], nginx server software, and the [redacted] is consistent with defend612.com being hosted on a SiteGround-managed environment backed by Google infrastructure, with third-party antispam filtering for email. The initial [redacted] name servers followed by SiteGround name servers suggest that DNS management transitioned from [redacted] defaults to SiteGround's hosting platform shortly after registration.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Passive HTTP data from 20 December 2025 records defend612.com responding with HTTP status 200 and server type [redacted], indicating that the domain was actively serving web content at that time. Screenshot metadata from December 2025 and January 2026 confirms that web content was present, although the captured data does not include the visible page.

TLS certificate transparency logs from December 2025 through March 2026 show multiple certificates associated with defend612.com. Certificates with issuer common name [redacted] list subject alternative names defend612.com and www.defend612.com, with validity beginning on 08 December 2025 and extending into March 2026. Certificates with issuer [redacted] are wildcard certificates covering *.defend612.com and defend612.com, with validity starting on or about 06 December 2025 and renewed in early February 2026. Later [redacted] certificates in February and March 2026 continue this wildcard pattern.

Agent's Note: The wildcard certificates (*.defend612.com) enable HTTPS for any subdomain of defend612.com without requiring separate certificates.

Subpoena returns obtained from the registrar and related providers were used to correlate the above infrastructure with account-level information. Those returns identify [redacted], located at [redacted], as the registrant, administrative, billing, and technical contact for both defend612.com and melttheicemn.com. The contact records list the first name "Host," last name "Master," organization [redacted] and a common VOIP phone number [redacted]. Role-specific email addresses follow the pattern [redacted]

Agent's Note: Carrier lookup for the phone number shows the line as active, possible VOIP, ported multiple times, and currently operated by [redacted].

Agent's Note: Open-source review of [redacted] indicates that [redacted] markets itself as a privacy-focused domain registration and hosting provider that registers domains on behalf of clients to shield their identities in public records. The address [redacted] appears in the Panama Papers leak associated with offshore entities, which is consistent with the use of nominee or mailbox services.

This concludes information that was ascertained from subpoena returns and open-source research regarding the domains defend612.com and melttheicemn.com.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-101 | 4/2/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.