# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 16:04 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Subpoena Returns From Fly.io and Subsequent Info

**REPORTED BY**
Robert Kurtz III
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/7/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This ROI will focus on the information gathered via open-source intelligence and investigative techniques to include subpoena returns.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

Details of Investigation

The information set forth below is a nonverbatim synopsis of material obtained from subpoena returns, provider account and network-activity records, open-source electronic records, investigative resources, and associated investigative research. The original records and source material may contain technical, tabular, or formatted content, as well as grammatical or spelling errors. Minor corrections and formatting changes have been made for ease of reading and continuity, without altering the substantive meaning.

Records produced in response to legal process included hosting-platform administrative data for a user account associated with the email address [redacted] along with related organizational and application information. Additional records from an integrated payment processor identified a corresponding customer profile, payment instrument, and account status data linked to the same email address and to [redacted] The hosting provider also supplied an account-information export and multiple log datasets, including SSH session logs tied to the same verified email address and outbound-connection records for a workload associated with the application environment. Supplemental IP-information records identified the internet service provider (ISP) and autonomous system number (ASN) associated with the account-signup IP address.

Separately, investigative-resource reporting and OSINT were reviewed to identify and corroborate the full name, date of birth, address history, telephone numbers, vehicles, and property holdings associated with [redacted] These records were used to attribute the online infrastructure to a specific physical person.

These materials were reviewed to identify the individual associated with the relevant hosting account; to document the applications deployed under that account, including an application labeled "mn-dvs-plates"; and to determine what billing, access, network-activity, and real-world identity information was available to characterize usage of the associated infrastructure and its potential relevance to the investigation.

Background Information

As part of separate investigative activity, agents reviewed Signal chat communications obtained in the course of the investigation. Within those chats, investigators identified a URL containing the string "mn-dvs-plates[.]fly[.]dev" (defanged here for reporting) that appeared to



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



reference an external web-based resource. In a controlled environment, agents accessed the URL and observed that it resolved to a Fly.io-hosted application later identified in provider records as "mn-dvs-plates."

Based on this identification, legal process was directed to Fly.io and its integrated payment processor to obtain account-identifying, billing, and technical records associated with the Fly.io account controlling the mn-dvs-plates application and related workloads. The email address [redacted] and the name [redacted] were among the identifiers used to scope the provider returns and subsequent investigative-resource queries.

Subpoena and OSINT Sources / Scope of Records

Agent's Note: The records summarized in this section consist of subpoena returns and provider-generated exports from an online hosting platform and its billing ecosystem, as well as supplemental IP-information data, government driver and vehicle-registration records, and investigative resources. These materials typically include user-identifying data, organizational information, application metadata, limited connection information, basic financial configuration, and high-level identity and asset data. They do not include full application content or detailed transaction histories absent additional targeted legal process.

Subpoena returns and provider exports from Fly.io and Stripe included:

- User-level administrative information for a Fly.io account identified by internal "User ID" 1436177 and "Hashid" w9djy9o37xkyn78v, associated with the email address [redacted] and the name [redacted]
- Organization-level information for [redacted] with "Org ID" 1497260 and "Org Slug" [redacted] listing [redacted] as an admin.
- Application listings and status information, including:
    - "mn-dvs-plates" (deployed, "machines" platform), created on or about 2026-02-23 01:51 UTC.
    - "plate-to-registration" (deployed, "machines" platform), created on or about 2026-02-25 14:48 UTC.
    - "fly-builder-frosty-violet-8046" (suspended), created on or about 2026-02-23 01:51 UTC.
- Limited connection information, including a "Signup IP" and "Last IP" of 97[.]127[.]89[.]1.
- An "account_info" CSV export summarizing the Fly.io account: full name, email, user ID, organization details, timestamps, authentication method, email-verification and 2FA status, account status, payment plan, Stripe Customer ID, Metronome customer ID, and a card fingerprint.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

- Stripe customer-record data for customer [redacted] including the name [redacted] email address [redacted] "customer since" date in February 2026, tax status, language preference, and a default Visa card ending in [redacted], with no active subscriptions and no completed payments.

Technical and network-activity records from Fly.io included:

- SSH session logs (CSV format) listing multiple "New SSH session" entries for [redacted] with verified=true between approximately 2026-03-26 and 2026-04-01, timestamped in UTC.
- Outbound-connection records (CSV format) reflecting numerous TCP port 443 connections originating from internal Fly.io addresses [redacted] df1f:9299:1 to external IP addresses attributed to:
  - AMAZON-02 (Amazon Web Services) in the United States.
  - CLOUDFLARENET (Cloudflare).

Supplemental IP-information records associated with the Fly.io user account included:

- A signup event on or about 2026-02-22 19:56:22 UTC from IP address [redacted]
- Attribution of [redacted] to CenturyLink Communications LLC (AS209) in the United States.
- Notations that [redacted] was "IP used to sign up for Fly.io account" and "Last IP recorded in Fly.io user record."

Government driver-license records (Minnesota) returned:

- A driver record for [redacted] male, with a date of birth on [redacted], linked to Minnesota driver license number [redacted].
- A current non-commercial Class D driver license, issued in [redacted] and expiring in [redacted], with a restriction requiring corrective lenses.

Investigative resources provided:

- Identity, address history, and SSN-summary information for [redacted] date of birth on [redacted].
- Multiple current and historical residential addresses in Minnesota, [redacted] [redacted] and [redacted]
- Associated email addresses, including [redacted], [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



- Associated telephone numbers, including wireless numbers in the [redacted].
- Property-ownership records for residential properties in [redacted].
- Motor-vehicle records indicating joint registrations and titles for multiple vehicles, including [redacted], often jointly registered with [redacted] at the same Minnesota addresses.

Account, Subscriber, Domain, and Hosting Information

Hosting-provider user and organization records reflected:

- The primary Fly.io user account was listed with the full name [redacted] and the email address [redacted]. The account was associated with internal "User ID" [redacted] and "Hashid" [redacted]
- The account-creation timestamp was "2026-02-22 19:56:34 UTC."
- The account's authentication method was "Google SSO [redacted] indicating authentication via a Google single-sign-on workflow.
- Email verification was recorded as "true," indicating successful verification of [redacted]

Organization-level data showed:

- An organization named [redacted] with "Org Slug" [redacted] and "Org ID" [redacted]
- The organization was created approximately one second after the user account, on "2026-02-22 19:56:35 UTC."
- [redacted] was listed as "admin" of this personal organization.

Application and hosting metadata associated with this organization included:

- An application titled "mn-dvs-plates," recorded as "deployed" on a "machines" platform, created on "2026-02-23 01:51 UTC."
- An application titled "plate-to-registration," recorded as "deployed" on a "machines" platform, created on "2026-02-25 14:48 UTC."
- An internal builder resource titled "fly-builder-frosty-violet-8046," created on "2026-02-23 01:51" and shown as "suspended."

Billing and customer-linkage fields in the Fly.io account_info export included:

- "Stripe Customer ID: [redacted]."
- "Card Fingerprint: [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- "Metronome Customer ID: [redacted]

Stripe records for [redacted] reflected:

- Customer name [redacted] and email address [redacted]
- "Customer since" a date in February 2026, consistent with the Fly.io account-creation date.
- A default Visa card summarized as [redacted] expiring in [redacted]

Government driver-license records (Minnesota) corroborated the identity of the subject as:

- [redacted]," male, with a date of birth in [redacted]
- A current driver authorization ID [redacted] jurisdiction authority code "MN," with:
  - Non-commercial Class D license.
  - Non-commercial status "Valid."
  - Issue date in [redacted] expiration date in [redacted]
  - Driving restriction code "2," described as "Corrective Lenses."
- A recorded residence address at:
  - [redacted] Minnesota [redacted] ([redacted] County, USA).

Investigative resources for [redacted] showed:

- Date of birth on [redacted], with an SSN issued in Minnesota in the [redacted] (full SSN omitted here).
- A current/recent primary address at:
  - [redacted], with records showing occupancy from approximately [redacted], and listing [redacted] as the owner.
- Additional current or recent addresses associated with [redacted], including:
  - [redacted] ([redacted] County), with ownership information listing [redacted]" and [redacted]" as owners, and prior occupancy and ownership records dating back to approximately [redacted]
  - [redacted]
  - [redacted]
  - [redacted].
  - Historical addresses in [redacted]; [redacted]; and at [redacted] ([redacted] College).

Email addresses associated with [redacted] in investigative resources included:

- [redacted].
- [redacted] and [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

- [redacted]
- [redacted]

Telephone numbers associated with [redacted] included:

- Wireless number [redacted]6 (Verizon Wireless-MN in [redacted] associated with addresses including [redacted] and [redacted]
- Wireless number [redacted] (historically associated with [redacted] area addresses and employment records).
- Additional historical numbers associated with [redacted] and [redacted] main lines.

Vehicle and property records tied to [redacted] further corroborated these identities and addresses, indicating joint registrations and titles with [redacted] and family members at the [redacted] and [redacted], Minnesota addresses.

Analytic note: The independent convergence of identity information from Fly.io, Stripe, Minnesota driver and vehicle records, and investigative resources—each linking [redacted] (date of birth [redacted]) to the email address [redacted] to addresses including [redacted], MN) and [redacted], MN), and to specific vehicles—strongly supports the conclusion that the Fly.io account and associated applications (including mn-dvs-plates) are controlled by the same individual reflected in these government and investigative-resource records.

Communications, Connection Logs, IP and Domain Activity

Agent's Note: Connection logs and IP-related records from hosting providers typically show the network addresses from which accounts were created or last accessed, as well as how workloads in the provider's environment communicated with external infrastructure. These network-level records identify the IP addresses seen by the provider and remote networks, which may correspond to residential or commercial ISPs, mobile carriers, VPN endpoints, or cloud-service environments. IP address information alone does not conclusively identify a physical individual or device but can be used in combination with other evidence to narrow possible locations or corroborate usage patterns.

User-level connection information

Within Fly.io's "User Signup Details" and supplemental IP-information records, the following network information was present:



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

- "Signup IP" was listed as [redacted]
- "Last IP" was also listed as [redacted]
- A "GOOGLE CLIENT ID" field was recorded as [redacted] and "SIGNUP DURATION" as [redacted] consistent with relatively rapid completion of a Google SSO-based signup process.
- Supplemental IP-information records associated [redacted] with [redacted] [redacted] [redacted] in the United States and described the IP as both the signup IP and the last IP recorded in the Fly.io user record.

Analytic note: The use of the same IP address [redacted] for both signup and last-seen events, combined with attribution to [redacted], is consistent with the Fly.io account being created and last accessed during the relevant period from a [redacted] residential or small-business connection. While the IP information alone does not uniquely identify the physical subscriber, it is consistent with use by a single household connection and can be correlated with additional records (such as ISP subscriber information or address data) if obtained.

SSH session logs

SSH session logs provided by Fly.io contained multiple entries between approximately 2026-03-26 and 2026-04-01. Each entry indicated a "New SSH session" with:

- [redacted]
- [redacted]
- Timestamps at clustered intervals, including:
  - 2026-03-26: entries around 11:00 UTC and 14:33 UTC.
  - 2026-03-27 through 2026-03-29: recurring entries around 11:00 UTC, with additional sessions in the late afternoon and early evening.
  - 2026-03-30 and 2026-03-31: entries around 11:00 UTC and in the evening.
  - 2026-04-01: entries around 11:00 UTC.

Agent's Note: SSH session entries generally reflect remote command-line access to deployed machines or workloads by an authenticated user. The logs at this level confirm that sessions were initiated and associated at the control plane with the verified Fly.io user account tied to [redacted] but do not record the specific commands executed or data accessed.

Analytic note: The repeated SSH sessions over multiple consecutive days, particularly the recurring cluster around 11:00 UTC, are consistent with ongoing administrative access by the account associated with [redacted]

Outbound-connection records



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Outbound-connection records showed numerous TCP connections on port 443 originating from:

- IPv4 source address [redacted]
- IPv6 source address [redacted]

These addresses were annotated with:

- A common internal identifier [redacted]
- Region/location [redacted]
- Worker label [redacted]
- Protocol [redacted] and, in many entries, a nominal connection-duration field (e.g., 60.0 seconds).

Destination IPs and attributes included:

- Multiple Amazon Web Services endpoints (AMAZON-02, United States), such as:
  - [redacted]
- Multiple Cloudflare endpoints (CLOUDFLARENET), represented as IPv6 addresses including:
  - [redacted]
- Multiple Akamai endpoints (Akamai International B.V., US), represented as IPv6 addresses including:
  - [redacted]

Agent's Note: At this level of detail, outbound-connection logs confirm that an internal Fly.io workload [redacted] established numerous encrypted HTTPS sessions to external infrastructure operated by Amazon Web Services, Cloudflare, and Akamai.

Analytic note: The pattern of sustained, repeated HTTPS connections to a mix of Amazon, Cloudflare, and Akamai endpoints is consistent with an actively running web or API application that relies on third-party services, CDNs, or upstream APIs. The repeated use of the same internal worker label and IPs is suggestive of a single logical workload or a small set of workloads making these calls.

Financial and Transactional Records

Agent's Note: Financial and billing-related records from a hosting provider and its payment processor can help determine whether an account has an active payment instrument, whether any charges have occurred, and whether there is a history of subscriptions or invoices. Even when no



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

transactions are present, the existence of a stored payment method can tie an account more strongly to a particular individual through card details and billing identifiers.

The Fly.io account_info export indicated:

- "Stripe Customer ID: [redacted] linking the Fly.io account to a Stripe customer record.
- "Payment Plan: Pay As You Go," indicating usage-based billing rather than a fixed recurring subscription.
- "Billing Status: Good Standing," suggesting no overdue invoices or suspended billing status at the time of the records.

Stripe records for [redacted] reflected:

- Customer name [redacted] with email address [redacted]
- "Customer since" a date in [redacted]
- A default Visa card summarized as [redacted] expiring [redacted]
- No active subscriptions and no recorded payments.

The Fly.io export also recorded a "Card Fingerprint: [redacted]" representing an internal token for the same card.

Analytic note: The presence of a default Visa card ending in [redacted] a pay-as-you-go plan in good standing, and consistent identifiers across Fly.io and Stripe is consistent with an account configured for usage-based billing but that, as of the records reviewed, had not incurred subscription charges or completed payments.

Additional Investigative Steps Based on Subpoena and OSINT

After identifying a URL containing the string "mn-dvs-plates[.]fly[.]dev" during review of Signal chats, investigators used legal process to obtain Fly.io account records and billing information for the controlling account. The returns:

- Confirmed that the mn-dvs-plates application was deployed under the personal organization [redacted] and administered by the Fly.io user account tied to [redacted]
- Provided SSH session logs demonstrating repeated authenticated SSH access by the same verified email address between late March and early April 2026.
- Provided outbound-connection records showing ongoing HTTPS traffic from the associated Fly.io workload to Amazon Web Services, Cloudflare, and Akamai infrastructure.


This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Investigators then reviewed investigative resources to further attribute the Fly.io account to a physical person and residence. These records:

- Identified [redacted] date of birth in [redacted] as a licensed Minnesota driver with license number [redacted], valid through [redacted] and a recorded residence at [redacted]
- Corroborated that the same name and date of birth were associated with multiple vehicles (including [redacted] registered and titled at [redacted], often jointly with [redacted] and family members.
- Confirmed current or past ownership of real property at [redacted] and [redacted] by [redacted], with sale and loan details consistent with a high-value residential profile.
- Associated the email address [redacted] and the telephone number [redacted] with these Minnesota addresses.

Investigators also conducted open-source research on [redacted] professional background. Open-source professional profiles and similar publicly available biographies indicated that:

- [redacted] was employed as a [redacted] at [redacted], working on [redacted] related to [redacted].
- Prior roles included [redacted] positions at [redacted]), [redacted] ([redacted]), and [redacted]).
- Earlier in his career, [redacted] served as [redacted] at [redacted], where he helped build a [redacted] using JavaScript, CSS, and back-end technologies including LAMP; held [redacted] roles at [redacted] focused on [redacted]; worked as a [redacted] at [redacted] enhancing [redacted]; and interned at [redacted] on [redacted].

Additional open-source review located a public software-development profile on a code-hosting platform under the name [redacted] with the username [redacted] The profile:

- Listed the location as Minnesota, US, consistent with investigative-resource address records.
- Showed the handle [redacted] which matches the local part of the Fly.io login email address [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- Reflected activity in early 2026 and pinned repositories related to [redacted] written in [redacted], indicating ongoing work with [redacted].

Agent's Note: The professional-history and code-hosting profile information above were derived from open-source professional and technical profiles and similar publicly accessible materials and are treated as OSINT. They were used to understand [redacted] likely technical skill set and experience with cloud-based, automation, and real-time systems, and were not obtained from Fly.io, Stripe, CLEAR, or other investigative-resource providers.

Investigators also reviewed open-source media reporting. This review included a [redacted] article in a Minnesota-based news outlet [redacted] regarding ICE's use of [redacted] The article summarized a civil legal declaration filed in litigation against ICE [redacted]

- [redacted]
- [redacted]

Agent's Note: The open-source article and underlying declaration indicate that an individual with the same name and Minnesota connections as [redacted] was acting as an ICE observer.

Analytic note: The open-source description of [redacted] professional history and public code-hosting activity is consistent with an individual capable of designing, deploying, and maintaining complex, cloud-based and data-intensive applications, including services that interact with external APIs, real-time event streams, and AI-driven analytics. This technical background is consistent with the observed deployment of applications such as mn-dvs-plates and plate-to-registration on a platform like Fly.io and with the observed SSH and outbound-connection patterns. Separately, the open-source reporting regarding [redacted] as an ICE observer in [redacted] is consistent with the identity, address, and vehicle-registration information obtained for [redacted]. The information is relevant to the investigation as it corroborates that [redacted] has been active in observing ICE operations in Minnesota and that his vehicle has been the subject of prior law-enforcement attention.

Summary and Assessment



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



The subpoena returns, provider account exports, SSH-session logs, outbound-connection records, supplemental IP-information data, Minnesota driver and vehicle records, and investigative resources reviewed for this Report consistently attribute a Fly.io hosting account, a "personal" organization, and the mn-dvs-plates and plate-to-registration applications to an individual identified as [redacted] (date of birth in [redacted]

The Fly.io account was created on or about [redacted] via Google SSO using the email address [redacted] and the associated [redacted] organization was created almost simultaneously. The mn-dvs-plates application was deployed beginning on or about [redacted], with an additional plate-to-registration application deployed on or about [redacted] The account's security configuration at the time of the records reflects verified email but disabled two-factor authentication.

User-level IP information indicates that both the signup and last-recorded IP address for the account were [redacted] attributed to [redacted] in the United States. This is consistent with the account being created and last accessed from a [redacted]-provided connection during the relevant period.

SSH-session logs show numerous "New SSH session" events between [redacted] and [redacted] tied to the verified email address [redacted] indicating active remote administration of one or more Fly.io workloads under the account.

Outbound-connection logs show sustained HTTPS traffic on TCP port 443 from internal addresses associated with a Fly.io worker [redacted] to Amazon Web Services, Cloudflare, and Akamai endpoints.

OSINT and investigative resources, corroborate that:

- [redacted] is a Minnesota-licensed driver with a valid Class D license through [redacted] requiring corrective lenses.
- The subject's current or recent primary residence is [redacted] where he appears as the property owner.
- The subject also has a long-term association with [redacted], and ownership records for [redacted], as well as historical residences in [redacted], [redacted], and [redacted]
- Multiple vehicles, including [redacted], are jointly registered or titled to [redacted] and [redacted] at the [redacted] and [redacted] addresses, with liens held by [redacted], [redacted], and other institutions.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- The email address [redacted] and telephone numbers [redacted] and [redacted] are associated with these addresses and employment records, including prior work as a [redacted].

Analytic note: Overall, the combined Fly.io, Stripe, IP-ownership, SSH-session, outbound-connection, driver-license, vehicle-registration, property, Signal-chat, and investigative-resource data are consistent with a single individual, [redacted], having established, funded (via a stored Visa card), and actively managed the hosting environment in which the mn-dvs-plates application operated. The linkage is supported by consistent use of [redacted] across account, authentication, SSH-session, and investigative-resource data; temporally aligned creation and access timestamps; shared identifiers (Stripe customer ID, card fingerprint, internal worker labels); and independent corroboration of identity, residence, and vehicle ownership from OSINT and investigative-resource sources.

This concludes information that was ascertained from subpoena returns and associated hosting-provider, payment-processor, SSH-session, IP-information, government motor-vehicle, Signal-chat, and investigative-resource data.

The investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.