# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/23/2026 11:36 EDT



**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
February 9, 2026-Party for Socialism and Liberation Meeting-UCA5022

**REPORTED BY**
Jacob Marquis
NO TITLE FOUND

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/16/2026

### SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.

In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report of investigation (ROI) details the HSI Undercover Agent (UCA) activity on February 9, 2026, in reference UCA5022, attending an in-person meeting hosted by the Party for Socialism and Liberation (PSL).



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On February 9, 2026, Homeland Security Investigations (HSI), Undercover Agent (UCA)5022 attended an in-person meeting sponsored by the Party for Socialism and Liberation (PSL). The event was held at the Minneapolis Central Library located at [redacted]

On February 9, 2026, at approximately 8:09 p.m., Special Agents (SA) James Cutbirth and SA Jacob Marquis conducted a debrief of UCA 5022.

*The below is a summary of the interview conducted on February 9, 2026, with UCA 5022. The summary is not intended to be a verbatim account of the interview and does not memorialize all statements made during the interview.*

UCA 5022 believed approximately fifty (50) people attended the PSL meeting. The meeting appeared to be well structured and political in nature. Speakers educated the attendees on what Socialism is and what the world would look like under a Socialist system of government.

On approximately two (2) or three (3) occasions, the subject of getting ICE out of Minneapolis was discussed. However, there was no indication that members of the group wanted to use violence towards ICE Agents. Members of the organization passed out whistles and then asked attendees to sign up for the "Action Network". The Action Network is a signal chat that members are divided into depending on the area of the city they live in. The Action Network serves as a means of communication to alert members of ongoing ICE operations. UCA 5022 joined the "North MPLS Volunteers" signal chat to monitor any future threats towards ICE Agents.

- *Agent note: Based on the interview of UCA 5022, Case Agents do not believe future meetings to the PSL are necessary since no violations of 18 USC 111 or threats towards public safety were discussed.*

Interview concluded at 8:14 p.m.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Puppet Master | MS02PR26MS0003-014 | 3/16/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.