*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

# Machine Translation/Transcription

"Machine Translation Disclaimer: The user acknowledges that any machine translation resulting from the use of the DHS ICE HSI Title-III and Linguistics Unit's Machine Translation and Transcription platform is solely for the purposes of convenience and efficiency. As it is unclear if machine translation would be legally admissible in a court proceeding or valid for inclusion in legal documents, the user agrees not to attempt to introduce machine translation into evidence in any legal proceeding or include such translation in any legal document."

| | | | |
|---|---|---|---|
| **HSI Case Number:** | MS02PR26MS0004 | **Case Name:** | MS02PR26MS0004 |
| **Uploaded By:** | Katherine Wespetal | **Uploaded Date:** | 7/23/2026 8:30 PM |
| **Filename:** | Interview of UCA5022 on January 31, 2026.WMA | | |
| **Original Languages:** | English United States | | |
| **File Hash:** | vEtDjbw+J2jj03bIS1rvow8IGRpS5elKC+dZ/Q1R2d4= | | |

| **Raw Transcript:** | **Translated Text:** |
|---|---|
| 0:00:00.52 - SA Marquis: Saturday, January 31st, 5:27 PM.<br>0:00:04.12 - SA Marquis: This is Special Agent of Marquis here, along with Special Agent James Cutbirth and UCA.<br>0:00:10.36 - UCA 5022: 5022.<br>0:00:12.08 - SA Marquis: And just doing a quick debrief from your in person meeting, can you tell us where you went for a meeting today?<br>0:00:20.24 - UCA 5022: I went to the Public Library, to the Doty meeting room, and later broke off to a small theater room that was across the hall from it.<br>0:00:33.08 - SA Marquis: And this, what did you have to do to get into this meeting for today?<br>0:00:37.76 - UCA 5022: Originally last night I signed up via a link that I had for the Sunrise group.<br>0:00:43.36 - UCA 5022: I put my UC information in and then when I walked into the room, I verified on a piece of paper that they had printed out that my UC name was there.<br>0:00:54.84 - UCA 5022: I added my UC phone number and my UC e-mail address to it.<br>0:00:58.4 - SA Marquis: Was there any other information they needed or that was it?<br>0:01:01.32 - UCA 5022: That was it<br>0:01:04.36 - SA Marquis: OK Where was that when you walked into the library?<br>0:01:08.56 - SA Marquis: Where was that sheet at?<br>0:01:11.52 - UCA 5022: I walked into the library on the 1st floor, took the elevator up to the second floor to the left to the Doty meeting room.<br>0:01:18.28 - UCA 5022: Walked into the room after passing a sign that said Sunrise on it.<br>0:01:22.8 - UCA 5022: And to the right, on a small folding table was the kind of check in area with somebody behind the the desk named [redacted], who's checking people in. | 0:00:00.52 - SA Marquis: Saturday, January 31st, 5:27 PM.<br>0:00:04.12 - SA Marquis: This is Special Agent of Marquee here, along with Special Agent James Cumberth and UCA.<br>0:00:10.36 - UCA 5022: 5022.<br>0:00:12.08 - SA Marquis: And just doing a quick debrief from your in person meeting, can you tell us where you went for a meeting today?<br>0:00:20.24 - UCA 5022: I went to the Public Library, to the Doty meeting room, and later broke off to a small theater room that was across the hall from it.<br>0:00:33.08 - SA Marquis: And this, what did you have to do to get into this meeting for today?<br>0:00:37.76 - UCA 5022: Originally last night I signed up via a link that I had for the Sunrise group.<br>0:00:43.36 - UCA 5022: I put my UC information in and then when I walked into the room, I verified on a piece of paper that they had printed out that my UC name was there.<br>0:00:54.84 - UCA 5022: I added my C phone number and my C e-mail address to it.<br>0:00:58.4 - SA Marquis: Was there any other information they needed or that was it?<br>0:01:01.32 - UCA 5022: That was it, OK.<br>0:01:04.36 - SA Marquis: Where was that when you walked into the library?<br>0:01:08.56 - SA Marquis: Where was that sheet that?<br>0:01:11.52 - UCA 5022: I walked into the library on the 1st floor, took the elevator up to the second floor to the left to the Doty meeting room.<br>0:01:18.28 - UCA 5022: Walked into the room after passing a sign that said Sunrise on it.<br>0:01:22.8 - UCA 5022: And to the right, on a small folding table was the kind of check in area with somebody behind the the desk named [redacted] who's checking people in. |

| | |
|---|---|
| 0:01:37.44 - SA Marquis: Once you checked in, what happened from there? | 0:01:37.44 - SA Marquis: Once you checked in, what happened from there? |
| 0:01:39.84 - SA Marquis: You went to breakout session or you went to a main session? | 0:01:39.84 - SA Marquis: You went to breakout session or you went to a main session? |
| 0:01:43.44 - UCA 5022: It went to a main session after that myself and my partner just found chose a random table that already had I think three people sitting at it. | 0:01:43.44 - UCA 5022: It went to a main session after that myself and my partner just found chose a random table that already had I think three people sitting at it. |
| 0:01:52.48 - UCA 5022: We went and asked if we could sit down and we're welcome to that table. | 0:01:52.48 - UCA 5022: We went and asked if we could sit down and we're welcome to that table. |
| 0:01:55.36 - UCA 5022: So we sat down and kind of chatted with the the three people that were there. | 0:01:55.36 - UCA 5022: So we sat down and kind of chatted with the the three people that were there. |
| 0:01:59.48 - SA Marquis: OK. | 0:01:59.48 - SA Marquis: OK. |
| 0:02:00.52 - SA Marquis: And do you remember who kind of led the main session? | 0:02:00.52 - SA Marquis: And do you remember who kind of led the main session? |
| 0:02:03.2 - UCA 5022: Yes, a female named [redacted] with orange hair, slim build, probably in her 20s. | 0:02:03.2 - UCA 5022: Yes, a female named [redacted] with orange hair, slim build, probably in her 20s. |
| 0:02:09.72 - SA Marquis: OK. | 0:02:09.72 - UCA 5022: OK. |
| 0:02:10.92 - SA Marquis: And did [redacted] then direct you guys to go into breakout sessions? | 0:02:10.92 - SA Marquis: And did [redacted] then direct you guys to go into breakout sessions? |
| 0:02:17.16 - UCA 5022: She did, after she and a few other people kind of gave a little overview of what they're going to be presenting. | 0:02:17.16 - UCA 5022: She did, after she and a few other people kind of gave a little overview of what they're going to be presenting. |
| 0:02:24.84 - SA Marquis: And then what breakout session did you go to? | 0:02:24.84 - SA Marquis: And then what breakout session did you go to? |
| 0:02:27.52 - UCA 5022: 1st I went to the breakout session that they called the action session and that was the one that took place in the little conference theater type area across the hall. | 0:02:27.52 - UCA 5022: 1st I went to the breakout session that they called the action session and that was the one that took place in the little conference theater type area across the hall. |
| 0:02:39.88 - UCA 5022: And then after that, I went to the recruitment session that was led by [redacted]. | 0:02:39.88 - UCA 5022: And then after that, I went to the recruitment session that was led by [redacted]. |
| 0:02:45.24 - SA Marquis: Who led the action One? | 0:02:45.24 - SA Marquis: Who led the action One? |
| 0:02:48 - UCA 5022: [redacted] I believe. | 0:02:48 - UCA 5022: [redacted] I believe. |
| 0:02:50.44 - SA Marquis: And anything, anything worth noting as far as like direction in the action, like what type of action did they talked about? | 0:02:50.44 - SA Marquis: And anything, anything worth noting as far as like direction in the action, like what type of action did they talked about? |
| 0:02:58.08 - UCA 5022: They talked about the Hilton actions where they go and make noise and attempt to wake ICE agents up as well as basically disturb the hotel operations of Hilton and encourage Hilton to not rent rooms to ICE agents. | 0:02:58.08 - UCA 5022: They talked about the Hilton actions where they go and make noise and attempt to wake ICE agents up as well as basically disturb the hotel operations of Hilton and encourage Hilton to not rent rooms to ICE agents. |
| 0:03:16.8 - UCA 5022: [redacted] did. | 0:03:16.8 - UCA 5022: [redacted] did. |
| 0:03:17.88 - UCA 5022: He was asked a question by somebody who was in attendance named [redacted]. | 0:03:17.88 - UCA 5022: He was asked a question by somebody who was in attendance named [redacted]. |
| 0:03:23.04 - UCA 5022: [redacted] asked about kind of taking like further action and then [redacted] responded by talking about a scale of seriousness of action, Basically going from green as being like purely peaceful, not going to lead to an arrest where yellow and orange are a little elevated escalated where there, you know, there's maybe a chance of arrest. | 0:03:23.04 - UCA 5022: [redacted] asked about kind of taking like further action and then [redacted] responded by talking about a scale of seriousness of action, Basically going from green as being like purely peaceful, not going to lead to an arrest where yellow and orange are a little elevated escalated where there, you know, there's maybe a chance of arrest. |
| 0:03:46.96 - UCA 5022: And then he he mentioned red, which would be like probably illegal activity that protesters could be expected to get arrested for. | 0:03:46.96 - UCA 5022: And then he he mentioned red, which would be like probably illegal activity that protesters could be expected to get arrested for. |
| 0:03:56.32 - UCA 5022: But that was all he really talked about on that. | 0:03:56.32 - UCA 5022: But that was all he really talked about on that. |
| 0:03:58.52 - UCA 5022: He kind of he let it more toward taking action that wouldn't be something that the the people would get arrested for. | 0:03:58.52 - UCA 5022: He kind of he let it more toward taking action that wouldn't be something that the the people would get arrested for. |
| 0:04:08.16 - SA Marquis: Did did [redacted] seem happy with that | 0:04:08.16 - SA Marquis: Did did [redacted] seem happy with that |

| | |
|---|---|
| answer? | answer? |
| 0:04:12.32 - UCA 5022: The discussion was kind of ended at that point [redacted] to just in my opinion seems like somebody who wanted to to be more involved in illegal activity based on on that question and how that that went. | 0:04:12.32 - UCA 5022: The discussion was kind of ended at that point [redacted] to just in my opinion seems like somebody who wanted to to be more involved in illegal activity based on on that question and how that that went. |
| 0:04:25.88 - SA Marquis: Can you describe as best as you can what [redacted] looks like? | 0:04:25.88 - SA Marquis: Can you describe as best as you can what [redacted] looks like? |
| 0:04:29.28 - UCA 5022: He's a young white male, like couldn't even see a, you know, beard shadow on him. | 0:04:29.28 - UCA 5022: He's a young white male, like couldn't even see a, you know, beard shadow on him. |
| 0:04:36.52 - UCA 5022: So he's probably like in college, just basically a, a white male. | 0:04:36.52 - UCA 5022: So he's probably like in college, just basically a, a white male. |
| 0:04:44.88 - SA Marquis: Do you have to remember what he was wearing by chance? | 0:04:44.88 - SA Marquis: Do you have to remember what he was wearing by chance? |
| 0:04:46.84 - UCA 5022: A. | 0:04:46.84 - SA Marquis: A. |
| 0:04:47.32 - UCA 5022: Black T-shirt and he he did mention that he was like just getting started with the best activity, trying to find his way. | 0:04:47.32 - UCA 5022: Black T-shirt and he he did mention that he was like just getting started with the best activity, trying to find his way. |
| 0:04:59.08 - SA Marquis: Did they happen to mention how they get information of where the agents are staying? | 0:04:59.08 - SA Marquis: Did they happen to mention how they get information of where the agents are staying? |
| 0:05:05.24 - UCA 5022: Yes, they mentioned being alerted based on like people spotting plates and then matching them to hotels. | 0:05:05.24 - UCA 5022: Yes, they mentioned being alerted based on like people spotting plates and then matching them to hotels. |
| 0:05:14.16 - SA Marquis: OK. | 0:05:14.16 - UCA 5022: OK. |
| 0:05:15.84 - SA Marquis: Did anyone ask how to get into that group or? | 0:05:15.84 - SA Marquis: Did anyone ask how to get into that group or? |
| 0:05:17.68 - UCA 5022: Anything they're again, they just kind of touched on the fact that there were signal groups, but it seemed kind of closed off for giving a lot of information at that meeting and. | 0:05:17.68 - UCA 5022: Anything they're again, they just kind of touched on the fact that there were signal groups, but it seemed kind of closed off for giving a lot of information at that meeting and. |
| 0:05:27.6 - SA Marquis: Then once that session was done, where did you go next? | 0:05:27.6 - SA Marquis: Then once that session was done, where did you go? |
| 0:05:29.96 - UCA 5022: I went back to that main room where they held their recruitment little break off group and it was me and three other attendees along with [redacted] and [redacted] who was the guy who checked me in. | 0:05:29.96 - UCA 5022: Next, I went back to that main room where they held their recruitment little break off group and it was me and three other attendees along with [redacted] and [redacted] who was the guy who checked me in. |
| 0:05:44.12 - UCA 5022: They read led the recruitment portion of it and just talked about like best practices for if we as members of the Sunshine group were to try to like recruit additional members, what would we do and what the sales pitch be that type of thing. | 0:05:44.12 - UCA 5022: They read LED the recruitment portion of it and just talked about like best practices for if we as members of the Sunshine group were to try to like recruit additional members, what would we do and what the sales pitch be that type of thing. |
| 0:06:00.4 - UCA 5022: [redacted] mentioned that we should always be mindful that people are going to try to infiltrate and to be to be careful about that and not give too much information. | 0:06:00.4 - UCA 5022: [redacted] mentioned that we should always be mindful that people are going to try to infiltrate and to be to be careful about that and not give too much information. |
| 0:06:12.68 - UCA 5022: And if they're asking too many questions, that would be sus. | 0:06:12.68 - UCA 5022: And if they're asking too many questions, that would be SUS. |
| 0:06:18.24 - SA Marquis: Any techniques that they were talking to try to look out for people infiltrating. | 0:06:18.24 - SA Marquis: Any techniques that they were talking to try to look out for people infiltrating. |
| 0:06:24.4 - UCA 5022: Asking too many questions. | 0:06:24.4 - UCA 5022: Asking too many questions. |
| 0:06:29.48 - UCA 5022: Yeah, I think it was that pretty much. | 0:06:29.48 - UCA 5022: Yeah, I think it was that pretty much. |
| 0:06:31.36 - UCA 5022: boiled to that. | 0:06:31.36 - UCA 5022: Well done to that. |
| 0:06:34.32 - SA Marquis: Real quick to go back to the action one, approximately how many people were in that breakout session with you? | 0:06:34.32 - SA Marquis: Real quick to go back to the action one, approximately how many people were in that breakout session with you? |
| 0:06:39.76 - UCA 5022: Probably 10 to 15 | 0:06:39.76 - UCA 5022: Probably 10 to 15, OK. |
| 0:06:42.72 - SA Marquis: OK And then from the recruitment, did they give you any or did they talk about any kind of | 0:06:42.72 - SA Marquis: And then from the recruitment, did they give you any or did they talk about any kind of websites or |

| | |
|---|---|
| websites or group chats or? | group chats or? |
| 0:06:52.52 - UCA 5022: Yeah, there's a Signal chat that was provided that my partner and I either took a picture of or were added ourselves to. | 0:06:52.52 - UCA 5022: Yeah, there's a Signal chat that was provided that my partner and I either took a picture of or were added ourselves to. |
| 0:07:00.48 - UCA 5022: And [redacted], the lady who was leading the whole thing, she mentioned that administrator privileges, you know, we would have to be added, but it was mainly just a Signal chat. | 0:07:00.48 - UCA 5022: And [redacted], the lady who was leading the whole thing, she mentioned that administrator privileges, you know, we would have to be added, but it was mainly just a Signal chat. |
| 0:07:14.92 - SA Marquis: Can you pull that up and see what it's titled if possible? | 0:07:14.92 - SA Marquis: Can you pull that up and see what it's titled if possible? |
| 0:07:31.14 - UCA 5022: It's called Sunrise TC, so Tango Charlie hub announcements. | 0:07:31.14 - UCA 5022: It's called Sunrise TC, so TC hub announcements. |
| 0:07:44.48 - SA Marquis: So once you were done with recruitment, was at the end of the day or was there another main session? | 0:07:44.48 - SA Marquis: So once you were done with recruitment, was at the end of the day or was there another main session? |
| 0:07:50.48 - UCA 5022: Yeah, that was the end of it. | 0:07:50.48 - UCA 5022: Yeah, that was the end of it. |
| 0:07:51.84 - UCA 5022: I did talk to a guy who was at my table named [redacted] who you would have a a picture. | 0:07:51.84 - UCA 5022: OK, I did talk to a guy who was at my table named [redacted] who you would have a a picture. |
| 0:07:59.44 - UCA 5022: I was talking to [redacted] and another female who or a female who's at the table trying to remember her name, but she she was saying that she was new to it as well. | 0:07:59.44 - UCA 5022: I was talking to [redacted] and another female who or a female who's at the table trying to remember her name, but she she was saying that she was new to it as well. |
| 0:08:12.72 - UCA 5022: But she and [redacted] were together. | 0:08:12.72 - UCA 5022: But she and [redacted] were together. |
| 0:08:15.24 - UCA 5022: And I asked to them if they knew of any other groups that you know, I can participate in, especially for action. | 0:08:15.24 - UCA 5022: And I asked to them if they knew of any other groups that you know, I can participate in, especially for action. |
| 0:08:20.72 - UCA 5022: And he said that he had come to that meeting kind of looking for the same thing, trying to figure it out. | 0:08:20.72 - UCA 5022: And he said that he had come to that meeting kind of looking for the same thing, trying to figure it out. |
| 0:08:25.16 - UCA 5022: So I asked him if if he kept searching for action groups if he could let me know. | 0:08:25.16 - UCA 5022: So I asked him if if he kept searching for action groups if he could let me know. |
| 0:08:30.4 - UCA 5022: So I ended up getting his signal so he may contact me with that information later. | 0:08:30.4 - UCA 5022: So I ended up getting his signal so he may contact me with that information later. |
| 0:08:35.24 - SA Marquis: Awesome. | 0:08:35.24 - UCA 5022: Awesome. |
| 0:08:39.8 - SA Marquis: Overall, how many people would you say attended this overall training like? | 0:08:39.8 - SA Marquis: Overall, how many people would you say attended this overall training like? |
| 0:08:45.2 - UCA 5022: 25 to to 30 | 0:08:45.2 - UCA 5022: 25 to to 30, OK. |
| 0:08:47.36 - SA Marquis: Ok | 0:08:47.36 - SA Marquis: Yeah. |
| 0:08:47.72 - SA Marquis: Did you see any other groups there outside of Sunrise? | 0:08:47.72 - SA Marquis: Did you see any other groups there outside of Sunrise? |
| 0:08:50.36 - UCA 5022: Not that I knew of. | 0:08:50.36 - UCA 5022: Not that I knew of. |
| 0:08:51.96 - SA Marquis: OK. | 0:08:51.96 - SA Marquis: OK. |
| 0:08:53.04 - SA Marquis: And how would you describe, I guess breakdown of males, females, white, black, Hispanic? | 0:08:53.04 - SA Marquis: And how would you describe, I guess breakdown of males, females, white, black, Hispanic? |
| 0:09:06 - UCA 5022: Mostly white. | 0:09:06 - UCA 5022: Mostly white. |
| 0:09:07.16 - UCA 5022: I'm not sure if I saw any non white people male to female. | 0:09:07.16 - UCA 5022: I'm not sure if I saw any non white people male to female. |
| 0:09:14.08 - UCA 5022: I'd say about 50 50. | 0:09:14.08 - UCA 5022: I'd say about 5050. |
| 0:09:15.76 - UCA 5022: I believe there were two people who identified as transgender. | 0:09:15.76 - UCA 5022: I believe there were two people who identified as transgender. |
| 0:09:19.72 - UCA 5022: At least 2, but from what I remember they were all white from appearance. | 0:09:19.72 - UCA 5022: At least 2, but from what I remember they were all white from appearance. |
| 0:09:29.52 - SA Marquis: Did they talk about any follow-ups to this? | 0:09:29.52 - SA Marquis: Did they talk about any follow-ups to this? |
| 0:09:32.16 - UCA 5022: Yes, they said there's a meeting on Monday at 6:30 PM that I believe was going to be another sort of intro I took a picture of. | 0:09:32.16 - UCA 5022: Yes, they said there's a meeting on Monday at 6:30 PM that I believe was going to be another sort of intro I took a picture of. |

| | |
|---|---|
| 0:09:43.4 - UCA 5022: They posted a kind of schedule. | 0:09:43.4 - UCA 5022: They posted a kind of schedule. |
| 0:09:47 - UCA 5022: They were going to go to a council meeting and try to get council members to take away liquor licenses of ice people staying there. | 0:09:47 - UCA 5022: They were going to go to a council meeting and try to get council members to take away liquor licenses of ice people staying there. |
| 0:09:57.08 - SA Marquis: From the hotels, OK. | 0:09:57.08 - SA Marquis: From the hotels, yeah, OK. |
| 0:10:00.8 - SA Marquis: They mentioned any cooperation of like council members like when they said. | 0:10:00.8 - SA Marquis: They mentioned any cooperation of like council members like when they said. |
| 0:10:05.48 - UCA 5022: They didn't mention any cooperation of politicians. | 0:10:05.48 - UCA 5022: They didn't mention any cooperation of politicians. |
| 0:10:09 - UCA 5022: They did mention that there were hotel workers who would be calling and and be like, hey, we have ice in our building, so come do the demonstration here. | 0:10:09 - UCA 5022: They did mention that there were hotel workers who would be calling and and be like, hey, we have ice that are building, so come do the demonstration here. |
| 0:10:18.04 - UCA 5022: Put apart from that, I can't remember any. | 0:10:18.04 - UCA 5022: Put apart from that, I can't remember any. |
| 0:10:20.4 - SA Marquis: And did you have any conversations with anyone of like interest of what you were looking to do? | 0:10:20.4 - SA Marquis: And did you have any conversations with anyone of like interest of what you were looking to do? |
| 0:10:28.24 - UCA 5022: Just with. | 0:10:28.24 - UCA 5022: Just with. |
| 0:10:29.28 - SA Marquis: Just with. | 0:10:29.28 - SA Marquis: Just with. |
| 0:10:29.96 - UCA 5022: [redacted] Pretty much, yeah. | 0:10:29.96 - UCA 5022: [redacted] OK, Pretty much, yeah. |
| 0:10:33.2 - SA Marquis: Anything else that just stood out to you is odd or something that would be aggressive or anything that you would be kind of pertinent. | 0:10:33.2 - SA Marquis: Anything else that just stood out to you is odd or something that would be aggressive or anything that you would be kind of pertinent. |
| 0:10:43.84 - UCA 5022: Not really. | 0:10:43.84 - UCA 5022: Not really. |
| 0:10:44.52 - UCA 5022: That came up in that meeting, not that I didn't mention already. | 0:10:44.52 - UCA 5022: That came up in that meeting, not that I didn't mention already. |
| 0:10:49.12 - UCA 5022: Apart from [redacted], what stood out to me was [redacted] mentioning there desire to keep stuff kind of on the on the low end. | 0:10:49.12 - UCA 5022: Apart from [redacted] what stood out to me was [redacted] mentioning there desire to keep stuff kind of on the on the low end. |
| 0:11:02.4 - UCA 5022: I got the impression that once you're more vetted, she actually used the word vetted. | 0:11:02.4 - UCA 5022: I got the impression that once you're more vetted, she actually used the word vetted. |
| 0:11:06.04 - UCA 5022: Once you're vetted and more trusted, you kind of get more information. | 0:11:06.04 - UCA 5022: Once you're vetted and more trusted, you kind of get more information. |
| 0:11:10.76 - SA Marquis: OK, so Monday night would be another step of being vetted. | 0:11:10.76 - SA Marquis: OK, so Monday night would be another step of being vetted. |
| 0:11:15.24 - UCA 5022: I think it could be just showing face again and probably do more vetting. | 0:11:15.24 - UCA 5022: Is that I think it could be just showing face again and probably do more vetting. |
| 0:11:22.44 - UCA 5022: I I don't remember what they said that meeting was about. | 0:11:22.44 - UCA 5022: I I don't remember what they said that meeting was about. |
| 0:11:24.88 - UCA 5022: I got the impression it would just be another kind of basic meeting. | 0:11:24.88 - UCA 5022: I got the impression it would just be another kind of basic meeting. |
| 0:11:29.4 - SA Marquis: Alright, I think that's it for now. | 0:11:29.4 - SA Marquis: Alright, I think that's it for now. |
| 0:11:33.6 - SA Marquis: And end. | 0:11:33.6 - UCA 5022: And the. |
| 0:11:34.6 - SA Marquis: Debrief at 5:39 PM. | 0:11:34.6 - SA Marquis: Debrief at 5:39 PM. |