*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

# Machine Translation/Transcription

"Machine Translation Disclaimer: The user acknowledges that any machine translation resulting from the use of the DHS ICE HSI Title-III and Linguistics Unit's Machine Translation and Transcription platform is solely for the purposes of convenience and efficiency. As it is unclear if machine translation would be legally admissible in a court proceeding or valid for inclusion in legal documents, the user agrees not to attempt to introduce machine translation into evidence in any legal proceeding or include such translation in any legal document."

| | | | |
|---|---|---|---|
| **HSI Case Number:** | MS02PR26MS0004 | **Case Name:** | MS02PR26MS0004 |
| **Uploaded By:** | Katherine Wespetal | **Uploaded Date:** | 7/23/2026 8:26 PM |
| **Filename:** | Interview of UCA9833 on January 31, 2026.WMA | | |
| **Original Languages:** | English United States | | |
| **File Hash:** | ACrlU0kfe12LkC+sf4Qvw4u2uuGUJj4Gtuz8qKnwyUY= | | |

| Raw Transcript: | Translated Text: |
|---|---|
| 0:00:01.28 - SA Marquis: All right, Saturday, January 31st at 5:16 PM Special Agent Marquis here with.<br>0:00:10.16 - SA Cutbirth: Special Agent James Cuthbert.<br>0:00:12.24 - SA Marquis: And UCA<br>0:00:13.96 - UCA 9883: 9883<br>0:00:15.64 - SA Marquis: All right.<br>0:00:17.24 - SA Marquis: Did you attend a meeting today?<br>0:00:20.76 - SA Marquis: How did you hear about the meeting?<br>0:00:23.92 - UCA 9883: Forwarded to me from another agent.<br>0:00:26.76 - SA Marquis: And where was the meeting held at?<br>0:00:29.88 - UCA 9883: A library.<br>0:00:31.6 - UCA 9883: I don't know the name of the library.<br>0:00:33.72 - SA Marquis: And do you know the organization that hosted it today?<br>0:00:37.56 - UCA 9883: Sunrise.<br>0:00:40.04 - SA Marquis: What time did you get there approximately today<br>0:00:40.4 - UCA 9883: about 2<br>0:00:43.28 - SA Marquis: And when you got there, was there like a check in?<br>0:00:46.56 - UCA 9883: Yeah, they had someone on the 1st floor with like a sunrise sign directing you upstairs and once you got upstairs there was a chick dressed like Zelda who told you which room to go into and then they have sign in sheet.<br>0:01:02.4 - SA Marquis: The lady that looked like Zelda, she have red hair or remember OK, once you got into the room where there are a lot of people in there, like approximately how many people?<br>0:01:14.72 - UCA 9883: When we first got there, not that many, you were one of the first ones there.<br>0:01:18.92 - UCA 9883: I would say total 20 to 25.<br>0:01:20.64 - UCA 9883: People.<br>0:01:20.96 - SA Marquis: OK, what did they talk about? | 0:00:01.28 - SA Marquis: All right, Saturday, January 31st at 5:16 PM Special Agent Marquis here with.<br>0:00:10.16 - UCA 9883: Special Agent James Cuthbert.<br>0:00:12.24 - SA Marquis: And UCA 9.<br>0:00:13.96 - UCA 9883: 883.<br>0:00:15.64 - SA Marquis: All right.<br>0:00:17.24 - SA Marquis: Did you attend a meeting today?<br>0:00:20.76 - SA Marquis: How did you hear about the meeting?<br>0:00:23.92 - UCA 9883: Forwarded to me from another agent.<br>0:00:26.76 - SA Marquis: And where was the meeting held at?<br>0:00:29.88 - UCA 9883: A library.<br>0:00:31.6 - UCA 9883: I don't know the name of the library.<br>0:00:33.72 - SA Marquis: And do you know the organization that hosted it today?<br>0:00:37.56 - UCA 9883: Sunrise.<br>0:00:40.04 - SA Marquis: What time did you get there approximately today, about two.<br>0:00:43.28 - SA Marquis: And when you got there, was there like a check in?<br>0:00:46.56 - UCA 9883: Yeah, they had someone on the 1st floor with like a sunrise sign directing you upstairs and once you got upstairs there was a chick dressed like Zelda who told you which room to go into and then they have sign in sheet.<br>0:01:02.4 - SA Marquis: The lady that looked like Zelda, she have red hair or remember OK, once you got into the room where there are a lot of people in there, like approximately how many people?<br>0:01:14.72 - UCA 9883: When we first got there, not that many, you were one of the first ones there.<br>0:01:18.92 - UCA 9883: I would say total 20 to 25.<br>0:01:20.64 - SA Marquis: People.<br>0:01:20.96 - SA Marquis: OK, what did they talk about?<br>0:01:23.8 - UCA 9883: In the, they gave basically like a |

0:01:23.8 - UCA 9883: In the, they gave basically like a historical breakdown of the Sunrise Movement.
0:01:29.8 - UCA 9883: Some of the things they've done in the past, some of the I guess wins, you can call them that they had, and then, you know, just just generic introductory stuff.
0:01:47.68 - UCA 9883: And then they had us go into breakout sessions.
0:01:52.16 - SA Marquis: How did they decide?
0:01:54.2 - SA Marquis: Was it just general breakout sessions or did they say if you're interested in this go.
0:01:58.2 - UCA 9883: So there was one for recruiting, one for action and one for de escalation.
0:02:06.48 - SA Marquis: OK.
0:02:07.16 - SA Marquis: Which one did you go into?
0:02:08.4 - UCA 9883: I did de escalation and action.
0:02:10.76 - SA Marquis: OK, so you could break out in a different.
0:02:12.6 - UCA 9883: You say whatever 1 you want to go to
0:02:17 - SA Marquis: Do you remember who the main person was that kind of broke you guys up?
0:02:20.36 - UCA 9883[redacted]
0:02:21.12 - SA Marquis: [redacted]
0:02:21.64 - UCA 9883: Yeah, she's got red curly hair.
0:02:26.16 - UCA 9883: And then the first session that I went to, they call it was a full Asian girl.
0:02:33.52 - UCA 9883: They called her [redacted].
0:02:34.96 - SA Marquis: OK.
0:02:36.8 - UCA 9883: They did [redacted] and [redacted] did the de escalation work
0:02:42.04 - SA Marquis: How many people approximately in that session?
0:02:45.72 - UCA 9883: Probably 10.
0:02:46.32 - UCA 9883: It was a bigger group.
0:02:47.8 - SA Marquis: Would they anything pertinent that they talked about in there?
0:02:51.44 - UCA 9883: They talked about the different roles, like having a police liaison and a safety Marshall for each one.
0:02:56.8 - SA Marquis: OK.
0:02:57.92 - SA Marquis: And then once you broke out of that session, where did you go
0:03:01 - UCA 9883: the next one.
0:03:03.08 - UCA 9883: Oh, we went back to the main room and then the next session I did was the action one, which was led by a guy named [redacted] and I can't remember the other guys.
0:03:14.12 - SA Marquis: OK, what did?
0:03:14.84 - SA Marquis: Do you remember what he looked like?
0:03:16.4 - UCA 9883: [redacted]
0:03:16.8 - UCA 9883: Younger.
0:03:19.36 - UCA 9883: He had longer hair.
0:03:20.44 - UCA 9883: He told me he was a school teacher.
0:03:22.12 - SA Marquis: OK.
0:03:23.64 - SA Marquis: And attendance for that one.
0:03:27.84 - UCA 9883: Probably close to 10.
0:03:29.6 - SA Marquis: OK.
0:03:30.48 - SA Marquis: And what did they talk about in that

historical breakdown of the Sunrise Movement.
0:01:29.8 - UCA 9883: Some of the things they've done in the past, some of the I guess wins, you can call them that they had, and then, you know, just just generic introductory stuff.
0:01:47.68 - UCA 9883: And then they had us go into breakout sessions.
0:01:52.16 - SA Marquis: How did they decide?
0:01:54.2 - SA Marquis: Was it just general breakout sessions or did they say if you're interested in this go.
0:01:58.2 - UCA 9883: So there was one for recruiting, one for action and one for de escalation.
0:02:06.48 - SA Marquis: OK.
0:02:07.16 - SA Marquis: Which one did you go into?
0:02:08.4 - UCA 9883: I did de escalation in action.
0:02:10.76 - SA Marquis: OK, so you could break out in a different.
0:02:12.6 - UCA 9883: You say whatever 1 you want to go to, OK?
0:02:17 - SA Marquis: Do you remember who the main person was that kind of broke you guys up?
0:02:20.36 - SA Marquis: [redacted].
0:02:21.12 - SA Marquis: [redacted]
0:02:21.64 - UCA 9883: Yeah, she's got red curly hair.
0:02:26.16 - UCA 9883: And then the first session that I went to, they call it was a full Asian girl.
0:02:33.52 - UCA 9883: They called her [redacted].
0:02:34.96 - SA Marquis: OK.
0:02:36.8 - UCA 9883: They did [redacted] and [redacted] did the de escalation work OK?
0:02:42.04 - SA Marquis: How many people approximately in that session?
0:02:45.72 - UCA 9883: Probably 10.
0:02:46.32 - UCA 9883: It was a bigger group.
0:02:47.8 - SA Marquis: Would they anything pertinent that they talked about in there?
0:02:51.44 - UCA 9883: They talked about the different rules, like having a police liaison and a safety Marshall for each one.
0:02:56.8 - UCA 9883: OK.
0:02:57.92 - SA Marquis: And then once you broke out of that session, where did?
0:03:01 - UCA 9883: You go the next one.
0:03:03.08 - UCA 9883: Oh, we went back to the main room and then the next session I did was the action one, which was led by a guy named [redacted] and I can't remember the other guys.
0:03:14.12 - SA Marquis: OK, what did?
0:03:14.84 - SA Marquis: Do you remember what he looked like?
0:03:16.4 - UCA 9883: [redacted].
0:03:16.8 - UCA 9883: Yeah, Younger.
0:03:19.36 - UCA 9883: He had longer hair.
0:03:20.44 - UCA 9883: He told me he was a school teacher.
0:03:22.12 - UCA 9883: OK.
0:03:23.64 - SA Marquis: And attendance for that one.
0:03:27.84 - UCA 9883: Probably close to 10.
0:03:29.6 - UCA 9883: OK.
0:03:30.48 - SA Marquis: And what did they talk about in that

| | |
|---|---|
| one?<br>0:03:32.6 - UCA 9883: They talked about the Hilton Wide Awake things they do.<br>0:03:38.04 - UCA 9883: They kind of gave a little more history on like sit insurance and you know that stupid stuff like sit ins, just different, like protest techniques have worked in the past.<br>0:03:50.04 - UCA 9883: And then they talk a lot about the hiltons.<br>0:03:52.6 - SA Marquis: They talked about like taking I guess a step up from what they normally do to any kind of.<br>0:04:00.24 - UCA 9883: They were pretty big on peaceful protest in those break out sessions and that, you know, there's other groups that push it further and they're not one of them.<br>0:04:09.84 - UCA 9883: Like that was their big thing was that it stays peaceful.<br>0:04:14.52 - SA Marquis: Did they happen to mention any groups?<br>0:04:16.8 - UCA 9883: The wouldnt Say any names.<br>0:04:18 - UCA 9883: I even asked with the [redacted] guy afterwards and they never said names of the other groups, but they said there's other groups that you know, that's their proagative.<br>0:04:26.52 - UCA 9883: They go a little bit further, but.<br>0:04:29.16 - SA Marquis: Once they were done, once you were done with that session, then where did you go next?<br><br>0:04:34.04 - UCA 9883: Then after the second breakout session, we talked a little bit inside the room, like just to most people, and they left.<br>0:04:39.6 - SA Marquis: OK.<br>0:04:41 - SA Marquis: And you were there until approximately what time?<br>0:04:44.8 - UCA 9883: Close to five.<br>0:04:45.24 - SA Marquis: close to five, OK.<br>0:04:47.16 - SA Marquis: And I know in one of the initial Flyers it had said existing members could come at like 3:00.<br>0:04:56 - SA Marquis: Did you see like more people show up at 3:00 or?<br>0:04:59 - UCA 9883: Yeah, there was people that came in later.<br>0:05:01.76 - UCA 9883: Total, I'd say it was probably 25.<br>0:05:03.92 - SA Marquis: OK.<br>0:05:05.12 - SA Marquis: Did you have any sidebar conversations with people that is of pertinent?<br>0:05:10.72 - UCA 9883: I talked to [redacted].<br>0:05:13.4 - UCA 9883: So kind of the thing that I went, because I'm obviously not from here, I told him that I work construction and I could do things with building whatever they need.<br>0:05:25.08 - UCA 9883: As far as I said, I know you guys don't do a lot of this, but some of the other groups may need it.<br>0:05:31.72 - UCA 9883: And he said, yeah, definitely.<br>0:05:33.2 - UCA 9883: He said there's probably some stuff we can find for you to do.<br>0:05:36.36 - UCA 9883: And then he took my number.<br>0:05:40.44 - UCA 9883: I told him I was like, look, I know you guys are peaceful and it's cool.<br>0:05:44.08 - UCA 9883: I said I don't really care what they're going to do. | one?<br>0:03:32.6 - UCA 9883: They talked about the Hilton Wide Awake things they do.<br>0:03:38.04 - UCA 9883: They kind of get a little more history on like sit insurance and you know that stupid stuff like sit insurance, just different, like protest techniques have worked in the past.<br>0:03:50.04 - UCA 9883: And then they talk a lot about the hilts.<br>0:03:52.6 - SA Marquis: They talked about like taking I guess a step up from what they normally do to any kind of.<br>0:04:00.24 - UCA 9883: They were pretty big on peaceful protest and both bring on sessions and that, you know, there's other groups that push it further and they're not one of them.<br>0:04:09.84 - UCA 9883: Like that was their big thing was that it stays peaceful.<br>0:04:14.52 - SA Marquis: Did they happen to mention any groups they wouldn't?<br>0:04:16.8 - UCA 9883: Say any names.<br>0:04:18 - UCA 9883: I even asked with the [redacted] afterwards and they never said names of the other groups, but they said there's other groups that you know, that's the reprogative.<br>0:04:26.52 - UCA 9883: They go a little bit further, but.<br>0:04:29.16 - SA Marquis: Once they were done, once you were done with that session, then where did you go?<br>0:04:33.52 - UCA 9883: Next.<br>0:04:34.04 - UCA 9883: Then after the second breakout session, we talked a little bit inside the room, like just to most people, and they left.<br>0:04:39.6 - SA Marquis: OK.<br>0:04:41 - SA Marquis: And you were there until approximately what time?<br>0:04:44.8 - UCA 9883: Close to.<br>0:04:45.24 - SA Marquis: Five close to five, OK.<br>0:04:47.16 - SA Marquis: And I know in one of the initial Flyers it had said existing members could come at like 3:00.<br>0:04:56 - SA Marquis: Did you see like more people show up at 3:00 or?<br>0:04:59 - UCA 9883: Yeah, there was people that came in later.<br>0:05:01.76 - UCA 9883: Total, I'd say it was probably 25.<br>0:05:03.92 - SA Marquis: OK.<br>0:05:05.12 - SA Marquis: Did you have any sidebar conversations with people that is of pertinent?<br>0:05:10.72 - UCA 9883: I talked to [redacted]<br>0:05:13.4 - UCA 9883: So kind of the thing that I went, because I'm obviously not from here, I told him that I work construction and I could do things with building whatever they need.<br>0:05:25.08 - UCA 9883: As far as I said, I know you guys don't do a lot of this, but some of the other groups may need it.<br>0:05:31.72 - UCA 9883: And he said, yeah, definitely.<br>0:05:33.2 - UCA 9883: He said there's probably some stuff we can find for you to do.<br>0:05:36.36 - UCA 9883: And then he took my number.<br>0:05:40.44 - UCA 9883: I told him I was like, look, I know you guys are peaceful and it's cool.<br>0:05:44.08 - UCA 9883: I said I don't really care what they're going to do. |

| | |
|---|---|
| 0:05:46.12 - UCA 9883: I go, some of these other groups are doing stuff that's more direct and even if they're getting arrested, it's whatever. | 0:05:46.12 - UCA 9883: I go, some of these other groups are doing stuff that's more direct and even if they're getting arrested, it's whatever. |
| 0:05:52.24 - UCA 9883: I just, I can, I'll help with whatever. | 0:05:52.24 - UCA 9883: I just, I can, I'll help with whatever. |
| 0:05:55.16 - UCA 9883: He took my number so we'll see if he texts me. | 0:05:55.16 - UCA 9883: He took my number so we'll see if he texts me. |
| 0:05:57.76 - SA Marquis: OK, did he give you his number too? | 0:05:57.76 - SA Marquis: OK, did he give you his number too? |
| 0:06:00.48 - SA Marquis: OK, that's fine. | 0:06:00.48 - SA Marquis: OK, that's fine. |
| 0:06:03.68 - SA Marquis: Anyone that stood out to you there? | 0:06:03.68 - SA Marquis: Anyone that stood out to you there? |
| 0:06:07.44 - UCA 9883: Let's just check things out. | 0:06:07.44 - UCA 9883: Let's just check your legs out. |
| 0:06:08.76 - UCA 9883: Hold. | 0:06:08.76 - UCA 9883: Hold. |
| 0:06:09.04 - SA Marquis: On OK. | 0:06:09.04 - SA Marquis: On OK. |
| 0:06:10.56 - SA Marquis: And then did you see any other organizations there, just all Sunrise Movement stuff? | 0:06:10.56 - SA Marquis: And then did you see any other organizations there, just all Sunrise Movement stuff? |
| 0:06:16.36 - SA Marquis: Were they handing out any signs today? | 0:06:16.36 - SA Marquis: Were they handing out any signs today? |
| 0:06:19.52 - UCA 9883: No, they put A QR code up there for a group chat that you can get in and alert us to the different stuff at that. | 0:06:19.52 - UCA 9883: No, they put AQR code up there for a group chat that you can get in and alert us to the different stuff at that. |
| 0:06:26.68 - SA Marquis: Point did you? | 0:06:26.68 - SA Marquis: Point did you? |
| 0:06:27.12 - SA Marquis: Are you signing up on that one? | 0:06:27.12 - SA Marquis: Are you signing up on that one? |
| 0:06:28.8 - UCA 9883: Group chat and then they're doing another meeting on Monday at 6:30. | 0:06:28.8 - UCA 9883: Group chat and then they're doing another meeting on Monday at 6:30. |
| 0:06:32.24 - SA Marquis: Same location, yes. | 0:06:32.24 - SA Marquis: Same location, yes. |
| . | 0:06:34.6 - UCA 9883: OK. |
| 0:06:35.96 - SA Marquis: OK All right. | 0:06:35.96 - SA Marquis: All right. |
| 0:06:37.32 - SA Marquis: Anything else that you can think of that maybe stood out? | 0:06:37.32 - SA Marquis: Anything else that you can think of that maybe stood out? |
| 0:06:42.68 - SA Marquis: OK? | 0:06:42.68 - SA Marquis: OK? |
| 0:06:44.84 - SA Marquis: All right. | 0:06:44.84 - SA Marquis: All right. |
| 0:06:46.88 - SA Marquis: This debrief concludes at 5:22 PM. | 0:06:46.88 - SA Marquis: This debrief concludes at 5:22 PM. |