*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

# Machine Translation/Transcription

"Machine Translation Disclaimer: The user acknowledges that any machine translation resulting from the use of the DHS ICE HSI Title-III and Linguistics Unit's Machine Translation and Transcription platform is solely for the purposes of convenience and efficiency. As it is unclear if machine translation would be legally admissible in a court proceeding or valid for inclusion in legal documents, the user agrees not to attempt to introduce machine translation into evidence in any legal proceeding or include such translation in any legal document."

**HIS Case Number:** MS02PR26MS0004 **Case Name:** MS02PR26MS0004
**Uploaded By:** [redacted] **Uploaded Date:** 7/22/2026 7:29 PM
**File Name:** 260201_UCA 9843_1.WMA
**Original Languages:**
**File Hash:** keFUe6n/OSXyQLP1SRG0W9l4Nz0Ci9SLObULfDY42G0=

**Raw Transcript:**

0:00:00.60 - SA Marquis: All right, Sunday, February 1st, 5:39 PM.
0:00:03.56 - SA Marquis: This is Special Agent Marquee here with.
0:00:06.48 - SA Cutbirth: Special Agent James Cuthberth.
0:00:07.84 - SA Marquis: And UCA.
0:00:08.92 - UCA 9843: 9843.
0:00:10.28 - SA Marquis: Doing a debrief from a in person meeting.
0:00:14.68 - SA Marquis: Can you describe the meeting you attended today?
0:00:19.60 - SA Marquis: Where it was at?
0:00:21.84 - UCA 9843: Yes, I attended a meeting today at the Prince of Peace Lutheran Church in Roseville.
0:00:28.48 - UCA 9843: They titled i[redacted].
0:00:31.04 - UCA 9843: However, it was the Twin Cities Direct Action or TCDA Propaganda and Communications team meeting.
0:00:40.52 - SA Marquis: How many people would you say attended this meeting approximately?
0:00:45.08 - UCA 9843: I can actually tell you I can shut my eyes and picture the room 2345678910 about 10 about.
0:01:00.24 - SA Marquis: Ten, OK.
0:01:01.76 - SA Marquis: Did you recognize any of the people in the meeting or can you name any of the names that were given?
0:01:07.36 - UCA 9843: Yes, [redacted], who I'd met last Tuesday.
0:01:11.92 - UCA 9843: I'm.
0:01:12.12 - SA Marquis: Sorry, can you describe them?
0:01:14.31 - UCA 9843: As I do it, [redacted] is a female appearing individual who uses they.
0:01:22.52 - UCA 9843: He pronouns bright green, short, kind of Pixie cut hair, a nose ring, very pale and drives like a Nissan.
0:01:33.31 - SA Marquis: What color Nissan?
0:01:34.48 - UCA 9843: Like a tan 1 I think OK.
0:01:41.92 - UCA 9843: And then there is an individual who resembled [redacted] but was not [redacted].
0:01:50.32 - UCA 9843: So she was a tall white lady with red Pixie cut glasses, oversized clothing, and her name on signal is something to the [redacted].
0:02:05.48 - UCA 9843: I don't remember what something is.
0:02:08.56 - UCA 9843: Next to her was a guy named [redacted].
0:02:10.32 - UCA 9843: [redacted] I'd seen before at TCDA and at last week's meeting as well.
0:02:17.20 - UCA 9843: He's a white male, bald, probably about 511.
0:02:21.60 - UCA 9843: It has a big bump on his head.
0:02:25.63 - UCA 9843: And then next to [redacted] was [redacted], white male, 160 lbs, brown hair, had a hoodie on and pants.
0:02:39.24 - UCA 9843: And then next to him was a guy that went by [redacted].

0:02:42.96 - UCA 9843: [redacted] had brown hair kind of like a a floof on the top of his head white guy.
0:02:52.88 - UCA 9843: I think he was at [redacted] with [redacted] before this meeting.
0:02:57.24 - UCA 9843: Next to [redacted] was someone who didn't make.....
0:03:04.32 - UCA 9843: Oh [redacted].
0:03:05.20 - UCA 9843: [redacted] she went her name is [redacted] but she's [redacted] in the chat.
0:03:08.88 - UCA 9843: I recognize her from the TCDA meeting.
0:03:10.84 - UCA 9843: I think she's some type of medical professional or nurse or had talked to someone about that.
0:03:16.72 - UCA 9843: But today she said that she was in marketing and was the CEO and founder of a restaurant called [redacted] or [redacted].
0:03:29.63 - UCA 9843: And then there was a guy named Oh my gosh, I don't remember his name, but he was an older white gentleman with kind of salt and pepper hair, medium build.
0:03:42.84 - UCA 9843: He is not in the Signal chats yet, but he is the spouse of the woman sitting next to him who had a maroon shirt, blonde white woman, probably 40s.
0:03:55.48 - UCA 9843: They are married.
0:03:56.20 - UCA 9843: She's in the chat and her name is like [redacted], I think in Signal.
0:04:04.48 - UCA 9843: And then next to [redacted] was an individual who claimed to be a social worker slash healthcare worker, and her name is [redacted] in Signal, white with brownish hair, glasses, kind of chunky.
0:04:22.40 - UCA 9843: And then next to her was an Asian individual who said she had been adopted and she went by [redacted] in Signal.
0:04:34.56 - UCA 9843: And then next to her was a guy named [redacted], but his signal was [redacted] or something like that.
0:04:43.20 - UCA 9843: He's a musician and let's see next.
0:04:50.44 - UCA 9843: And then it was [redacted].
0:04:52.44 - UCA 9843: So that's that's the circle.
0:04:53.72 - UCA 9843: I think I'm missing some.
0:05:03.27 - SA Marquis: A lot of people, yeah.
0:05:05.20 - SA Marquis: That's good.
0:05:05.83 - SA Marquis: OK.
0:05:06.76 - UCA 9843: I'll be missing one, but we'll have to that.
0:05:08.76 - SA Marquis: That's what might come back to that.
0:05:11.72 - SA Cutbirth: Alright, it'd be safe to say 11 to 12.
0:05:14.27 - SA Marquis: Yeah, that's about 12 people I'm taking away, excluding you, you know.
0:05:19.44 - SA Marquis: Oh.
0:05:20.08 - UCA 9843: Yes, [redacted] was there.
0:05:22.64 - UCA 9843: [redacted] I had seen before.
0:05:24.56 - UCA 9843: Sorry [redacted].
0:05:27.96 - UCA 9843: It means [redacted] in Spanish.
0:05:31.48 - SA Marquis: That's their signal, yes.
0:05:32.76 - UCA 9843: That's their signal and that seems to be what they go by too.
0:05:38.44 - UCA 9843: Male looking individual and bright like orangey dyed hair.
0:05:47.56 - UCA 9843: Probably like shoulder length mustache hair too.
0:05:54.92 - SA Marquis: When you got into the meeting, where was it held at?
0:06:00.04 - SA Marquis: Within the building.
0:06:02.60 - UCA 9843: So the way it was described to us in the Signal chat was to enter through the door next to the main doors, go all the way down the hallway and it's the last room on the left.
0:06:13.92 - UCA 9843: And that's exactly where it was were.
0:06:17.16 - SA Marquis: There any other personnel in the church when you got there?
0:06:20.27 - UCA 9843: Not that I'm aware of.
0:06:22.36 - UCA 9843: I didn't see any and it seems like the husband and wife duo, [redacted] and whoever [redacted] is were the ones that like got us the church.
0:06:34.68 - UCA 9843: I was.
0:06:35.52 - SA Marquis: Going to say someone had done.
0:06:37.40 - UCA 9843: Yep, Yep, she seemed to be well connected there.
0:06:42.96 - SA Marquis: How did the meeting start and.
0:06:47.20 - UCA 9843: That was kind of like a debate.
0:06:48.64 - UCA 9843: It seemed like in the chat it would have been [redacted] because [redacted] had kind of like coordinated, like seems to have a lot of ideas about communications and propaganda and they work in media.

0:06:58.32 - UCA 9843: And however, we all kind of just sat around and chit chatted and introduced ourselves like 10 times because people kept flowing in late.
0:07:06.08 - UCA 9843: And then [redacted], kind of by de facto [redacted], [redacted] LED it, but it was a very democratic meeting, meaning like everyone was talking all over each other, OK.
0:07:20.96 - SA Marquis: Did everyone seem to know everyone?
0:07:22.92 - UCA 9843: No, there are two people there that red headed chick something to the [redacted].
0:07:31.68 - UCA 9843: She had never had not been involved in TCDA but she had I guess been involved in something else and talked to [redacted] on signal and [redacted] I met before and he vouched for her to come to this.
0:07:50.92 - UCA 9843: However, that was a it wasn't like a security concern, but it was shocking to the rest of the group because all of us are in that TCDA large chat from the meeting and it was weird that two other people claiming to not be in TCDA were at this current meeting.
0:08:06.92 - UCA 9843: [redacted] was the other one who was not at in the TCDA chat, but she was present at the meeting at the original.
0:08:15.00 - UCA 9843: January 11th, 1:00 because I remember her.
0:08:18.92 - SA Marquis: And was that kind of talked about at length at all as far as hey, this is odd, why are you here?
0:08:24.80 - SA Marquis: Was there a specific questioning to [redacted] that like proved to us in the?
0:08:31.92 - UCA 9843: Spot totally, and she she was more than willing to explain kind of her background.
0:08:37.60 - UCA 9843: But yeah, it was the lady in the maroon shirt, the wife of [redacted].
0:08:43.16 - UCA 9843: Who is like how did you hear about this?
0:08:45.12 - UCA 9843: And then [redacted] looked visibly concerned when it was reiterated that redhead [redacted] had no idea like wasn't a part of the TCDA chat.
0:08:57.32 - UCA 9843: But when TC when she mentioned she messaged [redacted], [redacted] felt very comfortable.
0:09:03.72 - UCA 9843: It was a a strong vouch, she said.
0:09:08.48 - SA Marquis: Were you able to have your phones on you this time?
0:09:10.92 - UCA 9843: They wanted us to put them all turn Bluetooth off.
0:09:14.16 - UCA 9843: Most people had Faraday bags, so they would put their phones in Faraday bags.
0:09:17.67 - UCA 9843: About what?
0:09:18.00 - SA Marquis: They already had with them, yes, or.
0:09:19.44 - UCA 9843: It was handed out.
0:09:20.00 - UCA 9843: No, they had them with them and they wanted us Bluetooth off and then airplane mode, but they didn't seem like they were all going to put our phones like in a container and I was.
0:09:36.67 - SA Cutbirth: Checking to make sure somebody had to.
0:09:38.24 - UCA 9843: Put it.
0:09:38.48 - SA Cutbirth: On, you know.
0:09:39.16 - UCA 9843: No, but I told them hey, I might have to step out like I have a babysitter at home with my kid so and they were like Oh no problem at all.
0:09:45.04 - UCA 9843: So it was very different than the other one.
0:09:49.60 - SA Marquis: Any other security measures that they did?
0:09:54.24 - UCA 9843: Just going around the room and kind of explaining like who you were by signal name and what kind of brought you here.
0:10:02.04 - UCA 9843: And then they did discuss TCDA is now going to be re vetting everyone in the chat that's already locked down.
0:10:10.36 - UCA 9843: So [redacted] was kind of explaining that it's going to take a while, but.
0:10:14.52 - SA Marquis: But sorry to cut you off with that.
0:10:18.67 - SA Marquis: Does that include who was in the meeting?
0:10:20.64 - SA Marquis: I know.
0:10:21.04 - SA Marquis: Or you're still good because you're in.
0:10:22.16 - UCA 9843: The meeting everyone, even if you attended the meeting will have to be re vetted.
0:10:26.48 - SA Marquis: Did he discuss what the steps?
0:10:27.92 - UCA 9843: Are he did ish but it's more laid out in like the signal, the TCDA signal chat.
0:10:34.44 - SA Marquis: So they're going to provide, they've already provided.
0:10:36.44 - UCA 9843: Yeah.
0:10:38.88 - SA Marquis: Did they speak about any fear of other actual people that they believed?
0:10:42.80 - SA Marquis: Like they mentioned any signal names or individuals they believe are maybe have infiltrated them?
0:10:49.92 - UCA 9843: No, they just talked about just general infiltration into things.
0:10:55.36 - UCA 9843: They're very concerned about just people infiltrating them.

0:11:00.80 - UCA 9843: But also [redacted] made a statement where, you know, security is important, but it can be tiered because the more important thing is, you know, they can call 300,000 of US domestic terrorists, but they can't call 50 million of us domestic terrorists.
0:11:20.84 - UCA 9843: So the more people we get involved in our cause, like, the easier we need to make it.
0:11:26.88 - UCA 9843: So there's some balance there, they seem.
0:11:30.24 - SA Marquis: All right, So once you got into the meeting, the topics of discussion.
0:11:35.16 - UCA 9843: All over the place.
0:11:36.16 - UCA 9843: It was not well organized.
0:11:39.32 - SA Marquis: So it did not just stick to like communication.
0:11:41.76 - UCA 9843: It was everyone wanted to talk, everyone had ideas.
0:11:44.40 - UCA 9843: Yeah, it was all over it.
0:11:45.44 - UCA 9843: It kind of like loosely centered around that.
0:11:49.40 - UCA 9843: But [redacted] really wanted to lead it, but I've no idea what her role in this was because it was more of a new bag thing that probably should have let it.
0:11:59.00 - UCA 9843: And then you'd have [redacted] pipe up so it would talk about communication ideas, how to start that action items and like just a lot of like marketing stuff.
0:12:15.44 - SA Marquis: OK, we let's do this.
0:12:18.64 - SA Marquis: We have communication, action, marketing, anything, any other topics and then we'll go into each one individually.
0:12:28.04 - UCA 9843: Those are pretty much covered like the broad.
0:12:30.84 - SA Marquis: Give me like the highlights of the communication.
0:12:35.44 - UCA 9843: Talking about different ways to communicate the message.
0:12:40.08 - UCA 9843: So that could be social media, it could be different, like video clips, video edits, creating a database of all of the missing people.
0:12:54.64 - UCA 9843: Just different ways to reach different crowds of people.
0:12:59.64 - UCA 9843: The term radicalized was thrown out quite a lot by [redacted], she had said.
0:13:08.60 - UCA 9843: You know, I think it's important that we market to or advertise.
0:13:12.96 - UCA 9843: I don't know what word she used to people that are are radicalized, but they don't know that they are.
0:13:22.44 - UCA 9843: So basically, get in touch with as many people as possible.
0:13:27.04 - SA Marquis: OK.
0:13:28.92 - SA Marquis: So none of the communication stuff had to do with like how to further your communication.
0:13:33.76 - SA Marquis: It was more of spreading.
0:13:35.72 - UCA 9843: Spreading the word?
0:13:37.28 - UCA 9843: Yep.
0:13:43.32 - SA Marquis: OK, action.
0:13:45.84 - UCA 9843: Really, that was just like coming up with a like two or three action items that we can knock out before Thursday's meeting for TCDA.
0:13:54.12 - UCA 9843: That's probably going to be a pretty long intense meeting because that's why we're hammering out like the purpose of TCDA.
0:14:01.72 - UCA 9843: And I had made a point like, why are we even wasting time when like coming up with slogans and stuff when we don't even know like the message that TCDA is going to like put out or we're going to have to change it.
0:14:14.40 - UCA 9843: So that was well received actually.
0:14:17.16 - UCA 9843: Then we still continued to talk about it, but.
0:14:21.12 - SA Marquis: So it wasn't action items as far as.
0:14:23.24 - UCA 9843: Things go like actions that we have no stuff no more of like hey, all right, we talked about finances a lot.
0:14:32.52 - UCA 9843: And we're all going to look into Open Collective, which is the website that [redacted] had brought up before about like getting money, especially like GoFundMe, but in their eyes better and what else.
0:14:51.40 - UCA 9843: And oh, come up with either like ideas or what do they call it, campaign themes or idea and then different, Oh my gosh, methods of like social media or paper or whatever.
0:15:08.04 - UCA 9843: So come up with that in the chat before like Tuesday, so we can have something to present on Thursday at the meeting.
0:15:16.08 - SA Marquis: Did they talk about what if they say anything about Thursday then come back to marketing, OK?
0:15:24.16 - SA Marquis: Did they these two or three items and you had that brief discussion about what's the point of coming up with this stuff if we don't know what the purpose is?
0:15:32.44 - SA Marquis: What is the purpose of Thursday?
0:15:33.80 - UCA 9843: 'S meeting, Thursday's meeting is to establish basically the direction and I want to say like principles of

TCDA, but that's not really what I mean.
0:15:42.72 - UCA 9843: It's it's like purpose or goals of like what is TCDA?
0:15:47.04 - UCA 9843: What's our point in existing?
0:15:50.28 - SA Marquis: So this is going to go out to like all TCDA members, yes?
0:15:55.48 - UCA 9843: Yeah, and it seems like the communications and Propaganda group is going to house a lot of things fundraising because it goes hand in hand with our propaganda, because we want to get people to join our movement.
0:16:09.92 - UCA 9843: So they pay, they give us money, and then not only like supporting the outreach for some of TCD as actions, but also possibly helping support other groups actions as well.
0:16:29.28 - SA Marquis: As far as marketing, what we discussed.
0:16:34.60 - UCA 9843: Just different tactics.
0:16:36.20 - UCA 9843: There's a lot of marketing people in that group.
0:16:40.84 - UCA 9843: They really were big on like visual, like telling the story with pictures and then again like either like wheat pasting, which is like putting posters up paper social media, like text messages, like just a whole slew of ways to get the message out.
0:17:02.84 - SA Marquis: Anything else topic wise in the meeting?
0:17:06.32 - UCA 9843: I asked [redacted] what the current state of financial affairs is and he said there's no real organized way that it's being handled right now.
0:17:17.35 - UCA 9843: [redacted] internally raised about raised $5000 for the [redacted] and [redacted] had said that before the debrief and he said about 100 people may be donated, but 20 to 30 really like funded it.
0:17:37.48 - UCA 9843: They also talked about stockpiling materials for like assisting other organizations.
0:17:44.04 - UCA 9843: [redacted] is absolutely someone that is pushing the funds and like is really like, we need to gather these and take this opportunity and fund this.
0:18:02.44 - UCA 9843: A lot of talks about how we're on the precipice of a revolution because we're in a civil war.
0:18:09.16 - UCA 9843: The Democratic Party is not helping, the Conservatives are the regime and we are really at that point where we have to grab this opportunity and and take it and make a better world.
0:18:26.11 - SA Marquis: Did they talk about So if the Democrats are not helping, the Republicans are not helping, then what are they trying to create?
0:18:33.84 - UCA 9843: I'm not sure they really know yet.
0:18:37.96 - UCA 9843: I mean, [redacted] and [redacted] are both self-proclaimed anarchists, so I don't it wasn't like we need to have a new party, but it was just like, I genuinely think they want no party, OK.
0:18:54.96 - UCA 9843: And [redacted] came from left jab and he talked about left jab a little bit too and.
0:18:59.24 - SA Marquis: Explain what left jab is.
0:19:00.24 - UCA 9843: Again left jab is that leftist martial arts group that puts on classes about de arresting people.
0:19:08.84 - UCA 9843: Basically like how to the swarm theory and how to like swarm the cops to confuse them to get their people out.
0:19:21.16 - UCA 9843: [redacted] also talked about how his neighborhood off of Cedar basically has a checkpoint set up at the roundabout.
0:19:30.56 - UCA 9843: Basically like letting traffic through but very slowly and then if it's an ICE agent they gum up the streets.
0:19:40.40 - SA Marquis: And who brought that up again?
0:19:41.24 - UCA 9843: [redacted].
0:19:42.20 - SA Marquis: Yeah, off of Cedar, OK.
0:19:48.24 - SA Marquis: Any overt like talk about stopping ICE agents or stopping certain individuals with harm?
0:20:01.52 - UCA 9843: No, they were kind of talking about doxing without saying doxing.
0:20:06.08 - UCA 9843: They're really obsessed with the statistics about how many ICE agents have rap sheets.
0:20:11.24 - UCA 9843: So they were talking about how and I guess there's some woman who on Instagram like posts ICE agent of the day and like lists their crimes or whatever.
0:20:22.64 - UCA 9843: So they wanted to kind of adopt that and like just blast that out.
0:20:26.16 - UCA 9843: They don't want to reinvent the wheel.
0:20:28.88 - UCA 9843: But no, so I don't it wasn't like attacking or anything violent, just more of I mean abolishing ICE and like stopping them.
0:20:40.80 - UCA 9843: But abolishing ICE isn't their only goal.
0:20:42.64 - UCA 9843: That's just one facet.
0:20:44.84 - UCA 9843: It's like, again, I'm not really clear on what the goal is, but abolishing ICE is just one part of the movement.
0:20:53.32 - SA Marquis: Any opportunity in the meeting where they want you to do something different or ovitting like a new job, like hey.

0:21:03.24 - UCA 9843: I think financials is very, they seem to have the media taken care of.
0:21:08.32 - UCA 9843: I think finances are absolutely open and would lead very nicely to [redacted].
0:21:13.96 - UCA 9843: OK.
0:21:15.11 - SA Cutbirth: When you say media do this, what?
0:21:16.28 - UCA 9843: Do.
0:21:17.00 - SA Cutbirth: You mean by that?
0:21:17.88 - SA Cutbirth: Like, do you, do they have their own, do you think they have their own guys that follow them to record?
0:21:23.92 - UCA 9843: They're going to.
0:21:25.11 - SA Cutbirth: Coordinate.
0:21:25.96 - SA Cutbirth: Anybody presently doing it?
0:21:27.84 - UCA 9843: No, no, that's exactly what this group is designing.
0:21:31.68 - UCA 9843: So there are opportunities, I think that they seem to already have people in mind that aren't necessarily part of TCDA but are coming in that will like video edit and compile footage or whatever.
0:21:49.28 - UCA 9843: That's definitely what this group is behind or.
0:21:56.68 - SA Cutbirth: If you can tell where you see that the cable band.
0:22:01.44 - SA Marquis: If you can, can you pause this or no, no, OK, we can.
0:22:07.20 - SA Marquis: I can.
0:22:07.52 - SA Marquis: We have a bunch of pictures.
0:22:10.28 - SA Marquis: So if we can, I'm going to go out and get those and see if maybe you can identify real quick for us.
0:22:16.80 - SA Cutbirth: What we can do is just turn it off while you're gone, and then we can.
0:22:20.60 - SA Marquis: Yeah, it's fine.
0:22:21.11 - SA Marquis: All right.
0:22:22.24 - SA Marquis: So I mean if you want to ask.