*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

# Machine Translation/Transcription

"Machine Translation Disclaimer: The user acknowledges that any machine translation resulting from the use of the DHS ICE HSI Title-III and Linguistics Unit's Machine Translation and Transcription platform is solely for the purposes of convenience and efficiency. As it is unclear if machine translation would be legally admissible in a court proceeding or valid for inclusion in legal documents, the user agrees not to attempt to introduce machine translation into evidence in any legal proceeding or include such translation in any legal document."

| | | | |
|---|---|---|---|
| **HIS Case Number:** | MS02PR26MS0004 | **Case Name:** | MS02PR26MS0004 |
| **Uploaded By:** | Katherine Wespetal | **Uploaded Date:** | 7/22/2026 7:37 PM |
| **File Name:** | 260215_UCA 142.WMA | | |
| **Original Languages:** | | | |
| **File Hash:** | /VaxP54ibSRdkLDERd7lXBIcKaNHkpFURfSprx+ZeoM= | | |

**Raw Transcript:**

0:00:00.20 - SA Marquis: Hey, can you hear me?
0:00:04.40 – SA Cutbirth: Come on, let's see Signal.
0:00:08.00 – SA Marquis: Hello.
0:00:08.28 – SA Cutbirth?: I'm.
0:00:14.32 - SA Marquis: Super.
0:00:14.88 - UCA 142: Weird, am I right?
0:00:21.27 - UCA 142: Because I mean, yo, Garrett.
0:00:29.75 - SA Marquis: Yeah, I got you now all.
0:00:31.47 - UCA 142: Right.
0:00:31.67 - UCA 142: Sweet.
0:00:32.15 - SA Marquis: Hey, no problem.
0:00:34.20 - SA Marquis: So we record these just for our like for us to type up later.
0:00:40.32 - SA Marquis: They don't get used for anything.
0:00:41.56 - SA Marquis: So, so just so you know, there's a recorder going.
0:00:45.56 - SA Marquis: So if you can just say your UCA.
0:00:46.88 - UCA 142: Number UCA 142, right, 142, Yeah.
0:00:52.28 - UCA 142: All right.
0:00:54.16 - SA Marquis: All right.
0:00:54.40 - SA Marquis: Can you just a couple questions and if this is basically kind of what I texted out as far as?
0:01:00.64 - UCA 142: Line of questioning so.
0:01:02.96 - SA Marquis: Can you tell us round about what time you got to the meeting today?
0:01:07.16 - UCA 142: So we got there around 3:30 PM, approximately 3:30 PM to that location.
0:01:15.04 - UCA 142: The entrance was I guess looking at a map I'm sure you guys know, but it was on the facing the building be on the left hand side, but at [redacted].
0:01:31.92 - UCA 142: So it was it was on [redacted].
0:01:39.88 - UCA 142: it and are we the entrance 2 of low.
0:01:48.32 - SA Marquis: You still there now?
0:01:48.92 - UCA 142: Did you go in?
0:01:49.36 - UCA 142: Yep.
0:01:49.64 - UCA 142: Can you hear me?
0:01:50.88 - SA Marquis: Yeah, I got you.
0:01:51.64 - SA Marquis: You were kind of going in and out a little bit.

0:01:55.28 - UCA 142: I don't know if it's my signal or or what can you hear?
0:01:57.92 - UCA 142: You can hear me though.
0:01:58.52 - UCA 142: Pretty good, yeah.
0:01:59.24 - SA Marquis: I can hear you good now.
0:02:00.96 - UCA 142: So yeah, [redacted].
0:02:06.88 - UCA 142: entrance was right basically smack dab in the middle.
0:02:09.48 - UCA 142: There's two, there's three individuals outside which were wearing orange vests.
0:02:15.20 - UCA 142: We asked one of them is this, is this the, the, the spot for the meeting?
0:02:19.91 - UCA 142: Guy said yes, it is.
0:02:21.36 - UCA 142: They open the door.
0:02:24.16 - UCA 142: When we walked inside, there was an individual that asked some questions.
0:02:29.32 - UCA 142: Older gentleman with a beard hit an orange vest on said are you guys you guys are here for the meeting?
0:02:35.63 - UCA 142: I said I am.
0:02:36.76 - UCA 142: He said OK well how did you even find out about this place?
0:02:41.00 - UCA 142: I told him that my friend was in a group chat is in a group chat.
0:02:47.60 - UCA 142: She sent me the link.
0:02:49.00 - UCA 142: I want to get involved so I I took a picture of the QR code and registered online and he said OK, cool.
0:02:58.60 - UCA 142: They thanked us and we went upstairs and went to the second floor to where the meeting was happening.
0:03:05.04 - UCA 142: There was a registration booth, a second floor.
0:03:11.16 - UCA 142: I had already registered online, so it was I'm just good to go.
0:03:15.91 - UCA 142: Bunch of people in orange vests, just like they said they were escorting you up and down the elevators so you can just take the elevator by yourself and they were escorting you into the room itself from there.
0:03:28.80 - UCA 142: Because we were early, it was kind of just kind of, you know, meet and greet people.
0:03:36.96 - UCA 142: I didn't really meet anybody in the beginning.
0:03:41.20 - UCA 142: We did end up speaking.
0:03:43.52 - UCA 142: I did end up speaking to a woman that's that that was a teacher who's a part of a black cat and is good friends with this.
0:03:53.84 - UCA 142: The individual named, I believe it was.
0:03:59.04 - UCA 142: I'll tell you right now what this guy's name was.
0:04:02.04 - UCA 142: And he was, he was kind of the individual that was running it.
0:04:06.72 - UCA 142: I'm just pulling up the the packet here.
0:04:08.48 - UCA 142: Yeah, not [redacted].
0:04:16.83 - UCA 142: It's going to be just give me one second so I can organize the name.
0:04:21.32 - UCA 142: Yeah.
0:04:21.44 - UCA 142: Take your time.
0:04:37.08 - UCA 142: Yeah, I think it's [redacted] is the guy.
0:04:40.08 - UCA 142: I don't know if you guys are familiar with him.
0:04:43.16 - UCA 142: He's, I think he's from DSDSA.
0:04:50.24 - UCA 142: He was kind of the one doing most of the remarks in the beginning, but I'll, I'll backtrack.
0:04:55.60 - UCA 142: Anyway, the meeting started pretty promptly at 4:00 PM as people slowly got in there's, there's probably about 200 people in there.
0:05:07.32 - UCA 142: So it got extremely hot in there.
0:05:11.92 - UCA 142: The individual that started off was an individual named [redacted] went by [redacted]
0:05:20.08 - UCA 142: He was kind of, he was kind of the one reading all the questions, set up some ground rules and then it started, I think firstly with the resolution for May 1st, which was no work, no school, no shopping.
0:05:36.12 - UCA 142: The [redacted] guy did some talking.
0:05:39.68 - UCA 142: He's ADSA member, He's the guy that said that he was a guy that worked in DD's baggage claim for 30 years.
0:05:47.44 - UCA 142: He drove a school bus.
0:05:49.80 - UCA 142: The woman that I was talking to said that he did some super crazy grass roots stuff in the 90s and it's like a major kind of like folk hero in in this, in this, this little world that they've got going on this case.
0:06:04.88 - UCA 142: He's an older guy.
0:06:05.92 - UCA 142: He's got glasses, bald head, kind of a soft spoken individual.
0:06:10.40 - UCA 142: The shirt he was wearing was, I think it was, I'm trying to remember 3/5 kind of in a circle or, or, or maybe a triangle, but it was, it was for the, the, the group, the Action Group that he, he worked for.
0:06:27.76 - UCA 142: This was like merch he was wearing.

0:06:32.56 - UCA 142: So they go into the May, the resolution for May 1st, no work, no school, no shopping.
0:06:38.36 - UCA 142: They go through the reasonings and the action items.
0:06:42.04 - UCA 142: Then they do, you know, people are constantly raising their hands for amendments to things or, you know, calling out stuff.
0:06:53.68 - UCA 142: For the most part, it's relatively orderly.
0:06:55.76 - UCA 142: I mean, they did say there were some objections and out of orders where people were either yelling or, or kind of not.
0:07:03.72 - UCA 142: It didn't happen too often, but there's there's a couple incidents that happen where they were pretty orally when it came down to, you know, it being on on track a little bit.
0:07:14.00 - UCA 142: But mostly it was, it was voting on that and then making see some people had some discourse here and there.
0:07:22.32 - UCA 142: So that was the first one for May 1st resolution.
0:07:24.84 - UCA 142: No work, no school, no shopping, which is supposed to be planned for May 1st.
0:07:31.60 - UCA 142: Sorry, the the individual's name is [redacted].
0:07:34.76 - UCA 142: He's he's not [redacted].
0:07:36.84 - UCA 142: OK, [redacted].
0:07:40.60 - UCA 142 [redacted].
0:07:43.00 - UCA 142: He's the guy That's that that spoke for quite a while and seems to be like the friendly grandfather that's like over this whole thing.
0:07:53.08 - UCA 142: And he seemed to go under a lot of respect with everyone and he'd been doing it for a long time.
0:08:00.28 - UCA 142: So they they went through through that.
0:08:05.24 - UCA 142: I there wasn't too much debating then there was this mass day of action for eviction moratorium and escalatory actions, which was February 27th or which was for February 27th.
0:08:19.36 - UCA 142: There was debate on that because, and this was, I think coming from the Black Cat Workers collective.
0:08:29.92 - UCA 142: There's a female that spoke on this and she had, she had a buzz cut.
0:08:36.20 - UCA 142: She's over like tenants, like the tenant, I guess it's not a union, but she like represents tenants or something.
0:08:45.40 - UCA 142: And her big thing is like, yeah, we're going to, we're not going to pay rent.
0:08:48.04 - UCA 142: Nobody's paying rent for the 1st of the month on like March 1st or whatever.
0:08:51.84 - UCA 142: Nobody's going to pay any rent.
0:08:54.88 - UCA 142: And there is debate on that because people were like, well, you know, we don't want to get people into a bad spot, blah, blah, blah, blah.
0:09:02.80 - UCA 142: And other people are like, no, this needs to be done.
0:09:05.92 - UCA 142: We are the ones that wield the power.
0:09:07.72 - UCA 142: We we wield tremendous power as tenants.
0:09:10.67 - UCA 142: And, you know, whether you're paying rent or paying a mortgage, you know, they need to, you know, the billionaire powers that be need to realize who wields the power.
0:09:19.55 - UCA 142: So there was some discourse on that.
0:09:22.28 - UCA 142: There's also discourse that it was kind of like jumbling up things a little bit, like, OK, we're adding another protest.
0:09:31.92 - UCA 142: Is that muddy in the waters?
0:09:34.20 - UCA 142: I think it got, I think it eventually passed.
0:09:36.80 - UCA 142: So I think they are doing that as well.
0:09:39.32 - UCA 142: Then there was a National Day of Solidarity and care for youth that was done by the healthcare workers for Palestine.
0:09:49.88 - UCA 142: I think that I think I don't believe that there was any.
0:09:54.67 - UCA 142: There was there was no pushback on that.
0:09:56.92 - UCA 142: I mean, the main thing that they're kind of getting across is that the youth, which I took it as people that were in in high school or middle school are the ones that are on the front lines.
0:10:08.00 - UCA 142: And are the ones that are are on the front lines for the BLM movement.
0:10:12.28 - UCA 142: As well as were there during the George Floyd protests and were there during Renee Good's shooting.
0:10:19.48 - UCA 142: And they're the ones that need the support from us.
0:10:23.88 - UCA 142: Which made me think that they were kind of targeting or talking about having something to do with high school students and even middle school students when it came to when it came to organizing.
0:10:37.60 - UCA 142: Then they they talked about an outreach for a training working group.
0:10:41.76 - UCA 142: That one there was, there was basically, you know, at this point people were getting a little bit antsy in there because it was hot as hell and people just want to get out of there.

0:10:50.80 - UCA 142: Some people were actually kind of just leaving.
0:10:53.52 - UCA 142: So that one was voted upon.
0:10:54.80 - UCA 142: Nobody had any had any issues.
0:10:57.84 - UCA 142: Then there was an action strategy for the healthcare workers for Palestine.
0:11:03.40 - UCA 142: Again, I don't think that there was any any issues with that.
0:11:09.44 - UCA 142: I think there was an amendment saying consider getting five major cities to stagger the action, though they they thought about staggering 5 major cities and there's an amendment to just have it all done in one day.
0:11:21.04 - UCA 142: I think that's what got passed to do some sort of economic impact, a staggered economic impact in five major cities during the course of five consecutive weeks, and they voted for it to happen in one day.
0:11:38.76 - SA Marquis: They say what cities?
0:11:40.88 - UCA 142: They did not.
0:11:41.55 - UCA 142: They kept it.
0:11:42.16 - UCA 142: They kept that kind of vague.
0:11:44.96 - UCA 142: They never, they didn't really mention any other cities besides New York City.
0:11:48.00 - UCA 142: And that's because a teachers union from New York flew out for this and they were in the crowd.
0:11:53.12 - UCA 142: And then they end up speaking at the end proposal for the Workers Party.
0:11:59.64 - UCA 142: I'm just kind of going through the list.
0:12:01.40 - UCA 142: They, they, they then kind of, and so this was done by the revolutionary Communist of America.
0:12:07.60 - UCA 142: This chick named [redacted], who's wearing a COVID-19 mask, spoke about it.
0:12:13.20 - UCA 142: So basically this is where there was some contention was the proposal for a Workers Party.
0:12:22.60 - UCA 142: They basically everybody in there was ******** on the Democrat, on the Democrats, obviously the Republicans, but you know, the Democrats are in league with the Republicans.
0:12:32.16 - UCA 142: The Democrats are a part of the, the, the economic elite and are therefore against the working class.
0:12:38.92 - UCA 142: There's a need to create a third party made-up of laborers and create a labor union to be a third party to run against the Democrats and to run against the Republicans.
0:12:56.24 - UCA 142: And there were amendments in that one, for instance.
0:13:03.28 - UCA 142: And I think it came down to potentially the demands perhaps.
0:13:08.80 - UCA 142: But basically they, they were talking about totally separating themselves.
0:13:14.88 - UCA 142: They didn't have a, they didn't have a good nobody in there had a good opinion of Tim Wolz or, or, or Frey.
0:13:21.84 - UCA 142: They didn't, they didn't like either of them.
0:13:24.04 - UCA 142: They've kind of made it clear there was dissent in the factor like, well, you know, is this is by doing that, are you going to be muddying the waters?
0:13:32.08 - UCA 142: But I think that almost everything passed.
0:13:34.00 - UCA 142: So I believe that passed as well.
0:13:35.84 - UCA 142: Obviously it was coming from the revolutionary communist of America.
0:13:38.88 - UCA 142: So, you know, they're not in line with the Democratic Party.
0:13:42.16 - UCA 142: Then it came down to the demands the defend Minnesota sanctuary.
0:13:48.20 - UCA 142: So for basically, these are the demands for the these proposed strikes of what they, what they want, you know, so to start with the proposals and then all these things were voted in and then it, it was ending now with what the demands are going to be for us to stop the strikes.
0:14:11.67 - UCA 142: And basically the the the one that this [redacted] guy kind of younger dude they them pronouns and buzz cut the his his demands for the workers assembly were apologize absolutely no state cooperation free our neighbors from these jails drop all charges against protesters and charge charge the killers of Renee Goode and Alex pretty so an Asian kid.
0:14:43.80 - UCA 142: He sounded like he had a Chinese accent like from China.
0:14:46.28 - UCA 142: He was a University of Minnesota student.
0:14:49.20 - UCA 142: He came up with amendments.
0:14:51.16 - UCA 142: His amendment was abolish ICE and DHS as well as adding to get rid of all prisons.
0:15:04.08 - UCA 142: So when it says freer release all detainees unjust he had an federal immigration detention camps and return them to our communities, release them from all the jails is what he said as well.
0:15:15.72 - UCA 142: And then I believe the other one that he wanted so that one abolish ICE and DHS, not just ICE, and then also have undocumented workers be represented by a union.
0:15:36.52 - UCA 142: So that was a lot of debate there.
0:15:38.60 - UCA 142: The the amendments were found unfavorable or unfriendly.
0:15:43.00 - UCA 142: They, they either say they're friendly or unfriendly.
0:15:45.24 - UCA 142: A friendly amendment is an amendment that the, the author of that proposal or that demand is like, yeah, I'm good with that.

0:15:52.84 - UCA 142: I'm good with that amendment.
0:15:53.96 - UCA 142: An unfriendly 1 is where they're like, no, I don't agree with it.
0:15:56.44 - UCA 142: So this was one of the ones that was the only ones that that were like unfriendly.
0:16:00.40 - UCA 142: This [redacted] guy was like, Nope, I don't concede to those amendments.
0:16:03.48 - UCA 142: And then there was a debate and that debate last for quite a while.
0:16:08.00 - UCA 142: Basically the authors of this demand, they were saying that if, if we need to keep it short and, and succinct, and if we Add all these other things like DHS and, and if we talk about losing jails and all that, like, then we're just, we're, we're muddying the waters and we need to keep our message, which what they said, the normies aren't going to get it.
0:16:30.92 - UCA 142: Like the normies won't understand the things we're asking.
0:16:36.12 - UCA 142: Others are saying, well, they're not that big of demands.
0:16:38.84 - UCA 142: You know, we need to cut the head off the Hydra.
0:16:41.56 - UCA 142: Ice is only one part of the Hydra.
0:16:43.28 - UCA 142: There's DHS, another part of the the debate was, well, you know, if there, there's, there's certain one guy said, well, how about we, we, we might, should think about instead of abolishing ice, maybe restructuring it.
0:17:04.56 - UCA 142: That was met with a lot of booze, food, food off.
0:17:08.35 - SA Marquis: Was that you that?
0:17:10.32 - UCA 142: Was me, Yeah, that was me, actually.
0:17:12.56 - UCA 142: I think that, you know, maybe we should just let those guys be.
0:17:17.72 - UCA 142: But yeah, this guy, this guy was like, we should restructure it maybe.
0:17:22.35 - UCA 142: And, and, and I was booing too.
0:17:24.52 - UCA 142: I was booing him too Boo.
0:17:27.80 - UCA 142: So he was met with a lot of boos.
0:17:29.32 - UCA 142: He had to sit down.
0:17:31.84 - UCA 142: They were, they were also saying how like, look, I'm anti prison.
0:17:37.88 - UCA 142: I'm I'm, I'm super anti prison.
0:17:39.96 - UCA 142: But the normies aren't going.
0:17:41.20 - UCA 142: We're not going to win the normies over by by being anti prison.
0:17:45.24 - UCA 142: And one of the guys said I represent the social wealth, the welfare workers out of the Department of Corrections.
0:17:52.08 - UCA 142: So I don't know what union they work for, but he's a union Rep for them.
0:17:57.00 - UCA 142: And he's like, I'll lose them who work in the jail, even though they're super, they're anti ICE.
0:18:01.24 - UCA 142: I got them to the point where they're anti ICE.
0:18:03.52 - UCA 142: But if I start talking about getting rid of their jobs, they're not going to be for it.
0:18:09.08 - UCA 142: So there, there were some of those discussions.
0:18:12.52 - UCA 142: They ended up, I mean, I voted for, for the most extreme, obviously I was voting absolutely get rid of the jails.
0:18:21.40 - UCA 142: But I think they came to their senses and thought, yeah, we'll just keep it to abolish ICE and not DHS and some of these other things because that seemed to be more favorable or, or or or palatable rather probably to the masses.
0:18:43.20 - UCA 142: And then we're basically coming to the end here as I try to find the.
0:18:51.40 - UCA 142: So that was that was that that got passed.
0:19:02.72 - UCA 142: There was a guy there who went up for a debate and then it's a kind of a funny story.
0:19:09.20 - UCA 142: He asked her like, hey, look, I'm everybody stand up.
0:19:12.72 - UCA 142: Round of applause for you guys for everything you guys have done and a round of applause for everything you guys are going to do, You know, and he was super kind of going to anti Tim Waltz, which is a seems to be a pretty popular sentiment than these people.
0:19:25.96 - UCA 142: And he's like, now what?
0:19:27.44 - UCA 142: Imagine what would happen when I become your governor.
0:19:29.76 - UCA 142: And then he started doing his campaign pitch and then he got completely booed off the stage.
0:19:34.96 - UCA 142: Then I got get off the stage out of here and he had to get escorted out.
0:19:40.40 - UCA 142: So that that was pretty funny.
0:19:43.88 - UCA 142: It was pretty good.
0:19:44.84 - UCA 142: There was talk about repatriation of lands to the Lakota for Fort Snelling.
0:19:51.80 - UCA 142: I don't know what Fort Snelling is.
0:19:53.24 - UCA 142: I guess it's the Fort here.
0:19:56.32 - UCA 142: The [redacted] the [redacted] mispronounced a Lakota word.
0:20:00.80 - UCA 142: So a woman appearing, a white appearing woman stood up and said, you mispronounced that Lakota word.

0:20:09.96 - UCA 142: I want to put into motion that we get someone who is Lakota to say this word.
0:20:17.48 - UCA 142: Then he reasonably said, well, why don't you?
0:20:19.20 - UCA 142: If you know how to pronounce it, you can.
0:20:20.96 - UCA 142: Why don't you say it right now?
0:20:21.76 - UCA 142: And she said no, I'm Ojibwe.
0:20:24.60 - UCA 142: I cannot under good conscience say this word.
0:20:29.00 - UCA 142: And then surprisingly, shockingly, A6 foot 5 nude American guy just showed up and came out of the ether and and he said he was Lakota and I believed it too.
0:20:37.52 - UCA 142: Is he had a braid down to his ***.
0:20:40.52 - UCA 142: I don't know.
0:20:40.88 - UCA 142: He came out of like he came out from the wind.
0:20:43.11 - UCA 142: It was, it was wild.
0:20:44.11 - UCA 142: And then he he he was able to pronounce it.
0:20:47.24 - UCA 142: So then it it kind of breaks out.
0:20:51.88 - UCA 142: I start getting some pamphlets.
0:20:54.24 - UCA 142: I met with this woman who I guess she's there with a labor conference to defend immigrants.
0:21:03.16 - UCA 142: And I got her number.
0:21:04.11 - UCA 142: We started talking.
0:21:04.72 - UCA 142: She said she's going to have a party or, or they're going to hang out or whatever.
0:21:08.35 - UCA 142: And I was like, yeah, like, I came up here from from Asheville, NC I was in the grassroots movement down there.
0:21:15.16 - UCA 142: My cousin lives in Minnesota.
0:21:16.20 - UCA 142: Obviously, this is Ground Zero.
0:21:17.28 - UCA 142: So like, I'm trying to get involved.
0:21:18.64 - UCA 142: Her name is [redacted].
0:21:20.80 - UCA 142: And she, I wanted to get she, she was passing out the communist, the American Communist Movement's newspaper.
0:21:27.72 - UCA 142: So I was like, can I get that one?
0:21:28.72 - UCA 142: She's like, well, it's $2.00.
0:21:29.84 - UCA 142: And I was like, **** what do you have Venmo?
0:21:31.88 - UCA 142: And she was like, no, I don't have Venmo.
0:21:33.32 - UCA 142: And I was like, well, **** I don't have cash on me.
0:21:35.40 - UCA 142: And she's like, well, let me hold on.
0:21:36.40 - UCA 142: Let me give you this.
0:21:37.08 - UCA 142: I've got a free pamphlet.
0:21:38.64 - UCA 142: So I got a free pamphlet from her.
0:21:40.32 - UCA 142: I've got her phone number.
0:21:42.20 - UCA 142: I asked her if she had signal.
0:21:43.16 - UCA 142: She said she did.
0:21:43.88 - UCA 142: But then she texted, I gave her my phone and she texted herself on her iPhone and it's [redacted]
0:21:50.52 - UCA 142: So she might be texting me here shortly with the American Communist Society.
0:21:56.56 - UCA 142: So we've got that packet.
0:21:58.00 - UCA 142: I got another packet from this.
0:22:01.76 - UCA 142: I think it was, let's see, what is this, the Socialist Horizon?
0:22:07.88 - UCA 142: So it's a socialist horizon is a non sectarian revolutionary socialist membership organization committed to building a socialist society.
0:22:17.76 - UCA 142: And they have their their website as well as they've got different, different websites.
0:22:27.80 - UCA 142: It wasn't nothing with phone numbers, unfortunately.
0:22:33.11 - UCA 142: And we made face, I mean, we spoke to some individuals who had some, some pledges to get some, some FaceTime in with them.
0:22:43.04 - UCA 142: And that was kind of it.
0:22:44.00 - UCA 142: By the end, they did order pizza and ******* what, what sampusas that [UCA] called them empanadas.
0:22:56.60 - UCA 142: He's like, he's like, I thought this ******* **** was an empanada.
0:22:59.64 - UCA 142: And they're like, because they're they corrected me.
0:23:01.96 - UCA 142: I thought it was a samosa.
0:23:02.96 - UCA 142: And she was like, no, no, it's sampusa.

0:23:05.08 - UCA 142: I was like, oh, OK.
0:23:06.08 - UCA 142: And he's like, I thought this **** was an empanada.
0:23:08.68 - UCA 142: And actually, I got some laughs from him.
0:23:11.44 - UCA 142: And so they, they ordered a lot of food.
0:23:14.24 - UCA 142: So a lot of people were eating, joking around.
0:23:17.16 - UCA 142: Exiting out of there was fairly simple.
0:23:19.96 - UCA 142: The, the, the, at that point, the security apparatus thing, now that it's over with, it's all kind of like, whatever, like, oh, yeah, good.
0:23:28.60 - UCA 142: Nobody, nobody's holding an elevator for us or whatever.
0:23:31.68 - UCA 142: You know, like you just, you just leave and then you're done.
0:23:36.04 - UCA 142: We waited outside for approximately 20 minutes.
0:23:41.24 - UCA 142: We saw some of the members leaving.
0:23:44.00 - UCA 142: A lot of people were waiting on Ubers.
0:23:46.24 - UCA 142: It was kind of the main thing that I saw.
0:23:48.60 - UCA 142: And a lot of people were going in.
0:23:51.20 - UCA 142: There weren't many people sewing it up.
0:23:53.48 - UCA 142: A lot of people were with friends and stuff.
0:23:56.68 - UCA 142: But yeah, that's that's kind of it's kind of about it.
0:24:00.80 - SA Marquis: When you went in tonight, was it you and [UCA] and [UCA] hanging together or was it?
0:24:05.56 - UCA 142: No, [UCA] did her own thing.
0:24:07.16 - UCA 142: She was she she was doing her own thing.
0:24:09.64 - UCA 142: And then me and [UCA] initially were sitting near each other, but then [UCA] ended up having a good conversation with this chick, so I wasn't with him.
0:24:21.08 - UCA 142: I started doing my own thing.
0:24:22.68 - UCA 142: But we did.
0:24:23.28 - UCA 142: Me and [UCA] walked into in with each other.
0:24:25.68 - UCA 142: [UCA] did her own thing, and then me and [UCA] did leave together.
0:24:32.48 - UCA 142: But yeah, there was no, that's that's how it worked.
0:24:34.92 - UCA 142: OK.
0:24:38.24 - SA Marquis: Do you remember seeing any other people wearing gear advertising for anything?
0:24:42.92 - UCA 142: Yeah, there was the rainbolt guy.
0:24:47.64 - UCA 142: It's kind of the main thing.
0:24:48.76 - UCA 142: He wore a Ray Rainbolt hat.
0:24:53.11 - UCA 142: He now he apparently he's really good friends with the person that [UCA] was talking to.
0:25:00.28 - UCA 142: He had a big, big beard, probably about 5-10 six foot, but his hat was a was a star.
0:25:11.04 - UCA 142: You know, the star with Rainbolt, said Rainbolt on it.
0:25:15.08 - UCA 142: And he seemed to know a lot of people.
0:25:16.40 - UCA 142: And one of the people that I shook hands with is fat, like 500 LB transgender woman or whatever it was because they were sitting behind me and [UCA].
0:25:27.72 - UCA 142: And when they, they, they listed out some of the names, they said rainbow and they went crazy in the back.
0:25:33.35 - UCA 142: So we tried talking to them and it, it, I didn't get any phone numbers, but it was pleasant, pleasant conversations.
0:25:44.11 - UCA 142: There was only one guy really wearing, from what I saw, rainbow gear.
0:25:52.24 - UCA 142: And he he had a bit of a he had he, he had some kind of status, obviously, because he was, he was sitting kind of in the front.
0:26:01.00 - UCA 142: He was kind of ushering people in and around.
0:26:03.84 - UCA 142: And he was the only one wearing a hat with the rainbow star on it and it sang rainbow.
0:26:10.48 - UCA 142: But he knew the guys that were sitting behind us.
0:26:15.80 - UCA 142: As far as other other stuff like the black kid, nobody was wearing that, that black cat saying people, because it lasted so long, people kind of want to get out of there.
0:26:27.76 - UCA 142: So when it came down to social, they had it like broken into different.
0:26:30.56 - UCA 142: Like you could go to the service center because they still try to keep it within like, hey, it's kind of a union thing.
0:26:35.32 - UCA 142: So like if you're in the service industry, sit over here.
0:26:37.80 - UCA 142: If you're in the tech industry, sit here for for the breakout session, because it lasted so long, there kind of was.

0:26:46.44 - UCA 142: There was a little bit of social mingling that we did and then people were kind of trying to get out of there because people were leaving in the middle of it too.
0:26:52.88 - UCA 142: So because it was lasting forever, so that that didn't really materialize of like the the breakout group stuff, there wasn't an opportunity to at least that I saw to like try to get involved with different groups, Like they didn't have like booths or something like, hey, meet us over here.
0:27:11.24 - UCA 142: It was some of these people were already in the know.
0:27:15.00 - UCA 142: And what I was doing was just trying to be friendly, have my face out there, get phone numbers just easily.
0:27:20.16 - UCA 142: But yeah, there there was definitely the the rainbow guys there.
0:27:24.84 - UCA 142: I didn't see anybody with firearms obviously in there.
0:27:31.92 - UCA 142: But that guy seemed to he, he, he, he had a position of some sort of status.
0:27:39.52 - SA Marquis: OK, did, did they talk about any like open plans to defeat ICE or have a big protest or anything coming up?
0:27:53.28 - UCA 142: The only one that they've got the, the protest for they, they didn't have any open plans of like how they're going to, you know, disrupt us because in their view, from what I kind of gathered, they do.
0:28:06.04 - UCA 142: They do think that I think we left the city and they're like, well, we did got them out of here, but they're going to be going to other cities, right?
0:28:12.24 - UCA 142: So they're trying to get people like involved from other cities to be aware, which is, was kind of the point of the New York teachers being there.
0:28:21.32 - UCA 142: They do they're, they're going to be targeting places that we've used like Enterprise and Hilton.
0:28:31.11 - UCA 142: And that's going to take place I believe on February 27th is going to be, is going to be a, a protest in the May 1st.
0:28:42.76 - UCA 142: You know, they're super, they're super proud of the January 23rd protest.
0:28:46.16 - UCA 142: They, they, they talk about it quite a bit.
0:28:47.48 - UCA 142: They, they claim there was 1/4 of the population didn't go to work, didn't use any businesses or whatever.
0:28:54.40 - UCA 142: So they really want that to happen again on February 27th.
0:28:58.44 - UCA 142: There's a, a possible a possible protest March 20th as well as the protest for May 1st.
0:29:09.04 - UCA 142: As far as doing anything against ICE, as far as I I, they didn't, they didn't mention anything specifically on like how they were going to disrupt ice efforts.
0:29:19.04 - UCA 142: Nothing about like doing, you know, wake ups or spotting vehicles.
0:29:25.92 - UCA 142: It was a lot more of generic stuff.
0:29:28.12 - UCA 142: But they did those dates, February 27th, March, I believe it was March 20th, but they said that that date could be subject to change.
0:29:39.88 - UCA 142: And then May 1st were were the dates.
0:29:44.28 - UCA 142: Yep, March 20th were the dates that that they were, they were thinking about and even the March 20th date like they, they think that that may be pushing it, but they they might not have the numbers for it.
0:29:56.36 - UCA 142: But those three, those three are I, I, I think they got out bid on that.
0:30:01.72 - UCA 142: So I think those are the three dates where we can expect some protests specifically targeting companies also that that paid that we patron like Hilton and and enterprise.
0:30:17.20 - UCA 142: And there was one more I can't remember.
0:30:22.28 - SA Marquis: OK, All right.
0:30:28.52 - SA Marquis: Anything else, James?
0:30:30.96 - SA Marquis: Think that's it, man.
0:30:31.80 - SA Marquis: Good.
0:30:34.40 - UCA 142: Job.
0:30:34.96 - UCA 142: Yeah, great work.
0:30:36.64 - SA Marquis: Come up with anything else or if anyone hits you up just let us know.
0:30:40.40 - UCA 142: The pamphlet.
0:30:41.00 - UCA 142: So I'll give that to you guys at some point if you want to look at it.
0:30:43.12 - SA Marquis: Alright, sweet.
0:30:43.80 - SA Marquis: Thanks man.
0:30:44.96 - UCA 142: Yep.