*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul

# Machine Translation/Transcription

"Machine Translation Disclaimer: The user acknowledges that any machine translation resulting from the use of the DHS ICE HSI Title-III and Linguistics Unit's Machine Translation and Transcription platform is solely for the purposes of convenience and efficiency. As it is unclear if machine translation would be legally admissible in a court proceeding or valid for inclusion in legal documents, the user agrees not to attempt to introduce machine translation into evidence in any legal proceeding or include such translation in any legal document."

| | | | |
|---|---|---|---|
| **HIS Case Number:** | MS02PR26MS0004 | **Case Name:** | MS02PR26MS0004 |
| **Uploaded By:** | Katherine Wespetal | **Uploaded Date:** | 7/22/2026 7:45 PM |
| **File Name:** | 260215_UCA 9883.WMA | | |
| **Original Languages:** | | | |
| **File Hash:** | +J1nfuz886BmwgRDCkkzWSQYmpMd4HegIsIA+RuojSY= | | |

**Raw Transcript:**

0:00:21.60 - SA Marquis: What's up, Teddy Roosevelt?
0:00:24.04 - UCA 9883: Teddy Roosevelt.
0:00:25.07 - SA Marquis: Brosevelt, OH.
0:00:29.96 - SA Marquis: All right, we'll make this quick.
0:00:31.28 - SA Cutbirth: Yeah, real quick.
0:00:31.84 - SA Cutbirth: What's your UCA again?
0:00:34.08 - UCA 9883: 9883.
0:00:35.24 - SA Cutbirth: 9883 Hey is all y'all's UCA numbers 4 digits or some 3?
0:00:42.00 - UCA 9883: So they use your, it depends on the AOR.
0:00:45.08 –UCA 9883: So most places just use **[REDACTED]**
0:00:48.56 - UCA 9883: Some AORs like Kansas City or not Kansas City, San Diego, they assign out a specific number.
0:00:55.00 - UCA 9883: So those are I think 3 digits.
0:00:56.44 - SA Cutbirth: Got you.
0:00:56.96 - SA Cutbirth: OK.
0:00:58.56 - UCA 9883: So.
0:00:59.68 - SA Cutbirth: Good to go.
0:01:00.40 - SA Cutbirth: Yeah, just curious.
0:01:01.12 - UCA 9883: It'll be like 5 numbers.
0:01:02.72 - SA Cutbirth: Gotcha.
0:01:04.12 - SA Cutbirth: All right.
0:01:04.76 - SA Cutbirth: So what time today did you get there?
0:01:07.00 - UCA 9883: Like 340, yeah 340.
0:01:15.80 - SA Cutbirth: All right
0:01:17.84 - UCA 9883: 342 I think.
0:01:19.24 - SA Cutbirth: All right.
0:01:19.52 - SA Cutbirth: And when you got there, what did you end up running into anybody, talk to anybody?
0:01:25.60 - SA Cutbirth: How did the kind of the arrival work?
0:01:30.48 - UCA 9883: So we got there like right outside the door there.
0:01:34.24 - UCA 9883: We told them what we were there for.
0:01:35.52 - UCA 9883: They were like, how did you hear about this?
0:01:38.60 - UCA 9883: I walked in with **[UCA]**.
0:01:39.31 - UCA 9883: He told him, you know, that he had heard about it from A I think.

0:01:43.36 - UCA 9883: He told him we got an Instagram.
0:01:45.20 - UCA 9883: Someone sent him like QR code on Instagram or whatever and then we went in.
0:01:53.40 - UCA 9883: So before it started, I ended up right?
0:01:57.08 - UCA 9883: Like as it started, I ended up talking to this girl with purple hair.
0:02:00.68 - UCA 9883: Her name was [redacted].
0:02:03.48 - UCA 9883: [redacted] told me that she started a Antifa group in her neighborhood.
0:02:08.48 - SA Cutbirth: She's a white female.
0:02:10.00 - UCA 9883: Yeah, white female
0:02:10.01 - SA Cutbirth: purple hair.
0:02:12.76 - UCA 9883: She was like purple on the bottom and it goes up to like brown.
0:02:15.52 - UCA 9883: She's got, she's 35.
0:02:21.24 - UCA 9883: She was wearing a black sweatshirt, jeans and black boots.
0:02:27.28 - SA Cutbirth: All right.
0:02:28.91 - UCA 9883: So I talked to her.
0:02:29.76 - UCA 9883: She told me that she started her own Antifa group.
0:02:33.52 - UCA 9883: She used to have parties and then she just made him Antifa parties.
0:02:38.60 - UCA 9883: So that's really who I talked to the majority of the time.
0:02:44.28 - UCA 9883: So I stayed with her the whole like at one point, because there were so many people there, they had a switch.
0:02:49.40 - UCA 9883: So the people were sitting, they had us go stand.
0:02:51.56 - UCA 9883: So the people that were standing could sit down for a little bit.
0:02:55.00 - UCA 9883: So I went to the back of the room with her and I talked to her through the entire thing.
0:02:59.88 - UCA 9883: So then at the end, she took my phone number, said she was going to text me.
0:03:05.20 - UCA 9883: And then while we were just standing there talking, she pointed out that dude with the what's what's, what's the group?
0:03:12.16 - UCA 9883: The Ray, Ray Baron or what?
0:03:13.60 - SA Cutbirth: Yeah.
0:03:14.04 - SA Cutbirth: Ray Rainbow or whatever.
0:03:17.08 - UCA 9883: So she pointed out the dude up front that was wearing the Ray Rainbow hat and she was like, that's like my best friend.
0:03:24.40 - UCA 9883: And I was like, oh cool.
0:03:25.56 - UCA 9883: And then she explained to me what Ray Rainbow was.
0:03:27.91 - UCA 9883: And I was like, that's awesome.
0:03:29.00 - UCA 9883: I said I'd like to get involved with that and.
0:03:31.12 - SA Cutbirth: What did she say it was?
0:03:33.40 - UCA 9883: She said they do a lot of firearms, like safety and training and then they do drills and stuff.
0:03:40.08 - UCA 9883: So, you know, I told her I was familiar with guns from growing up in the South, but I've never done any like drills or anything.
0:03:47.32 - UCA 9883: So that would be fun.
0:03:49.56 - UCA 9883: So the dude she was pointing out that is her like best friend is the Juliet K dude or whatever whatever his name is.
0:03:58.20 - UCA 9883: The guys y'all were.
0:03:59.20 - SA Cutbirth: Yep Juliet K.
0:04:00.52 - UCA 9883: Yeah, that's that girl's, like, best friend, she said.
0:04:04.52 - SA Cutbirth: OK
0:04:07.00 - UCA 9883: so she's supposed to text me at some point. She hasn't yet, but hopefully she does.
0:04:10.48 - UCA 9883: So I think hopefully maybe we can go some route with that.
0:04:15.96 - SA Cutbirth: All right.
0:04:17.83 - SA Cutbirth: Anything else?
0:04:20.24 - UCA 9883: No, I mean, it is.
0:04:24.04 - UCA 9883: No, I'm, I'm nothing more than I know the other ones have told you.
0:04:26.83 - UCA 9883: It's just a lot of voting on stuff that's not going to happen
0:04:31.88 - SA Cutbirth: Ok, was, Did was there any other groups that that stood out was like the black cat was were they there?
0:04:42.60 - SA Cutbirth: Did anybody speak from them?
0:04:45.44 - UCA 9883: Yeah, there was a black cat dude.
0:04:47.27 - UCA 9883: I can't remember his name.

0:04:52.20 - UCA 9883: I know she knows his name.
0:04:54.20 - UCA 9883: He, he was like run of the meeting.
0:04:56.32 - UCA 9883: There was a dude, there was a black guy, run of the meeting, the dude from Black cat, run of the meeting.
0:04:59.64 - UCA 9883: And then there was some other people up there.
0:05:03.80 - UCA 9883: So the black dude, I want to say he said he was with Black Lives Matter but I'm not positive.
0:05:12.24 - UCA 9883: I know he can't read good.
0:05:14.64 - SA Cutbirth: OK
0:05:16.36 - UCA 9883: He kept reading stuff and he was butchering it.
0:05:20.00 - SA Cutbirth: Yeah, anything about upcoming events or actions or meetings or anything like that.
0:05:27.24 - UCA 9883: Yeah.
0:05:27.60 - UCA 9883: So they said there's like a week of resistance like the 25th to the 1st.
0:05:33.00 - UCA 9883: Nothing specific as to what that's going to be, but I know they're planning on like some March on the 27th, I think they said.
0:05:43.83 - UCA 9883: And then May 1st they're trying to do like a national no work, no school, no shopping day.
0:05:53.56 - SA Cutbirth: No work, no school, no shopping.
0:05:59.88 - UCA 9883: Yeah, and there was, there was a teacher there from the New York Teachers Union.
0:06:07.88 - UCA 9883: They just got up and spoke at the end about how great she was and how much she was doing in New York because she loves the people in Minneapolis.
0:06:18.92 - SA Cutbirth: All right, what about the anything anti ice, any threats towards ice or any ice operations?
0:06:31.36 - UCA 9883: No real threats.
0:06:34.68 - UCA 9883: One of the things they voted on, they voted on their demands and it was to abolish ICE and DHS.
0:06:43.00 - UCA 9883: And then they finished the meeting with a Fuck ICE chant.
0:06:48.88 - SA Cutbirth: OK.
0:06:50.92 - UCA 9883: But nothing like we're going to go harm ICE agents type shit.
0:06:56.60 - SA Cutbirth: All right, so ended the meeting with the Fuck Ice chant.
0:06:59.48 - UCA 9883: Yeah, yeah.
0:07:03.44 - SA Cutbirth: All right.
0:07:07.56 - SA Cutbirth: Anything else sticking out to you?

0:07:13.76 - UCA 9883: No, no, not really

0:07:15.80 - SA Cutbirth: All right, Jake you got Anything.
0:07:17.24 - SA Marquis: Nope.
0:07:18.32 - SA Cutbirth: All right, man.
0:07:19.04 - SA Cutbirth: I appreciate it.
0:07:20.68 - UCA 9883: Yes, Sir.
0:07:21.16 - SA Cutbirth: All right buddy
0:07:22.00 - SA Cutbirth: See you man later.