# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# Isaac Auman Sant

## Incident Overview

| | |
|---|---|
| **Topic/Title** | Isaac Auman Sant |
| **Document Number** | MS02PR26MS0004-IN102 |
| **Incident Type** | AR - ARREST |
| **Conveyance Type**<br>Type | <br>N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | No |
| **Occurence Date and Time** | 06/11/2026 06:17 |

## Arrest Details

| | |
|---|---|
| **Incident Date** | 06/11/2026 06:17 |
| **Arrest?** | Yes |
| **Indictment?** | Yes |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location**<br>Location | <br>N - NON-BORDER |
| **Arrest Category**<br>Category<br>Other | <br>O - OTHER<br>Impeding Law Enforcement Operations |

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | [redacted] |



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Suspect Name** | |
| Last | SANT |
| First | Isaac |
| Middle | Auman |
| **Date of Birth** | [redacted] |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address** | |
| Address | [redacted] |
| City | |
| State | |
| Postal Code | |
| Country | |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Agent Name** | |
| Last | Jones |
| First | Logan |
| **Job Title** | SPECIAL AGENT |
| **Air & Marine Participation** | No |

## Violation Statistics



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Violation** | 18USC2261 - INTERSTATE DOMESTIC VIOLENCE |
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | June 16, 2026 |
| Status | Approved |
| **Indictment Statistic** | |
| Type | IN - INDICTMENT/INFORMATION |
| Counts | 1 |
| Date | June 11, 2026 |
| Status | Approved |

| | |
|---|---|
| **Violation** | 18USC372 - CONSPIRACY TO IMPEDE OR INJURE OFFICER |
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | June 16, 2026 |
| Status | Approved |
| **Indictment Statistic** | |
| Type | IN - INDICTMENT/INFORMATION |
| Counts | 1 |
| Date | June 11, 2026 |
| Status | Approved |

## Routing Information

| | |
|---|---|
| **Supervisor** | Michael Hyland |
| **Automatic Distribution Office** | MS - Saint Paul, MN |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Program Code** | 6BN - CUC OP KEYHOLE (MS) |
| **Program Code** | AN4 - ANTIFA |
| **Program Code** | DOX - Doxing |
| **Program Code** | DT1 - DOMESTIC TERRORISM |
| **Program Code** | E7K - CriminalAnalysis SP |
| **Program Code** | IE1 - ICE Employee Threats |
| **Program Code** | NS7 - NSPM-7 |
| **Program Code** | ONS - OP North Star |
| **Program Code** | RDR - NASOC-Grand Forks |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | HSI Only |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Narrative

On June 11, 2026, Isaac Auman Sant ("SANT") was indicted in the District of Minnesota (Case Number 26CR115) in violation of 18 U.S.C. § 372 and 18 U.S.C. § 2261A(1)(B) (Conspiracy to Impede or Injure a Federal Officer and Interstate Stalking).



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Metadata

| | |
|---|---|
| **Document Number** | MS02PR26MS0004-IN102 |
| **Document Status** | Approved |
| **Opened** | 6/14/2026 |
| **Last Updated** | 6/17/2026 |
| **Author** | Roy Voss<br>1038 - SPECIAL AGENT<br>[redacted] |
| **Owner(s)** | Jacob Marquis<br><br>Katherine Wespetal<br>1038 - SPECIAL AGENT<br>[redacted] |
| **Supervisor** | Michael Hyland<br>1043 - SUPERVISORY SPECIAL AGENT<br>[redacted] |
| **Approved** | Michael Hyland<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>6/15/2026 |

## Case Metadata

| | |
|---|---|
| **Case Title** | Project Whipple Shield |
| **Case Number** | MS02PR26MS0004 |
| **Case Opened** | 2/11/2026 |
| **Case Last Updated** | 6/11/2026 |
| **Approved** | Hakan Catalan<br>1043 - SUPERVISORY SPECIAL AGENT<br>2/11/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.