CASE 0:26-cr-00115-KMM-DTS Doc. 227 Filed 08/21/26 Page 1 of 37

