**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

v.

ISAAC SANT, et al.,

*Defendants.*

Case No.: 26-cr-115 (KMM/DTS)

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, THE SOCIETY FOR THE RULE OF LAW AND DEMOCRACY, AND THE CATO INSTITUTE IN SUPPORT OF DEFENDANTS' MOTION FOR DISCOVERY**

Upon consideration of the Motion for Leave to File *Amici Curiae* Brief of Foundation for Individual Rights and Expression, The Society for the Rule of Law and Democracy, and The Cato Institute in Support of Defendants' Motion for Discovery, it is hereby **ORDERED** as follows:

The Motion is **GRANTED**, and further, the proposed Brief of *Amici Curiae* Foundation for Individual Rights and Expression, The Society for the Rule of Law and Democracy, and The Cato Institute is to be filed in the above-captioned action.

**SO ORDERED** this _________ day of _________, 2026.

_____________________________
HON. DAVID T. SCHULTZ
United States Magistrate Judge