**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC SANT, et al.,<br><br>*Defendants.* | Case No.: 26-cr-115 (KMM/DTS)<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Kyle Wislocky, hereby certify that the **Brief of *Amici Curiae* Foundation for Individual Rights and Expression, The Society for the Rule of Law and Democracy, and the Cato Institute** complies with length limitations of Local Rule 7.1(f) and the type size requirement in Local Rule 7.1(h).

I further certify that that this brief was prepared using Microsoft Office Word, which has been applied to all text including headings, footnotes, and quotations.

I further certify that the above-referenced brief contains 7,283 words, exclusive of the portions excluded by Local Rule 7.1(f)(c).

CIRESI CONLIN LLP

*/s/ Kyle W. Wislocky*
Barry M. Landy (#391307)
Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone: (612) 361-8200
BML@ciresiconlin.com
KWW@ciresiconlin.com
JFS@ciresiconlin.com

*Counsel for Amici Curiae*