**From:** "Tallas, Amber" [redacted]
**To:** "Kurtz III, Robert M" [redacted]
**Cc:** "Beach, Conan C" [redacted], "Nuila, George D" [redacted] "Ribner, Ryan M" [redacted]
**Subject:** RE: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399
**Date:** Tue, 21 Apr 2026 16:41:14 +0000
**Importance:** Normal
**Attachments:** HSI-MS-2026-037705-001.pdf; SA_Amber_Tallas_Wire_Search.zip

---

Good afternoon,

Attached is the FedWire response for the attached subpoena.

PW is [redacted]

-----Original Message-----
From: Tallas, Amber
Sent: Friday, April 10, 2026 10:27 AM
To: Kurtz III, Robert M [redacted]
Cc: Beach, Conan C [redacted] Nuila, George D [redacted] Ribner, Ryan M [redacted]
Subject: RE: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399

Quite a few more responses attached.

-----Original Message-----
From: Tallas, Amber
Sent: Wednesday, April 8, 2026 10:14 AM
To: Kurtz III, Robert M [redacted]
Cc: Beach, Conan C [redacted]; Nuila, George D [redacted]; Ribner, Ryan M [redacted]
Subject: RE: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399

Good morning gents,

Attached is the most recent 314(a) response with a couple new additions.

-----Original Message-----
From: Kurtz III, Robert M [redacted]
Sent: Friday, April 3, 2026 7:34 PM
To: Tallas, Amber [redacted]
Cc: Beach, Conan C [redacted]; Nuila, George D [redacted]
Subject: FW: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399

Amber,

Can you please send over the below referenced 314a when you get a chance. Thank you.

Regards,

Robert M Kurtz III
Special Agent
Homeland Security Investigations

**EXHIBIT 50**

SAC Los Angeles
Cell - ([redacted]

-----Original Message-----
From: Ribner, Ryan M[redacted]
Sent: Thursday, April 2, 2026 1:32 PM
To: Beach, Conan C[redacted] Kurtz III, Robert M[redacted]; Tallas, Amber [redacted]
Cc: Nuila, George D[redacted]
Subject: FW: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399

FinCen 314a response. Amber may be pulling it down for you.

Ryan Ribner, CAMS
Supervisory Special Agent
Cyber Financial | HSI Los Angeles
HSTF 4
6321 Alondra Blvd.
Paramount, CA
[redacted]

-----Original Message-----
From: LE314aTeam [redacted]
Sent: Wednesday, April 1, 2026 8:15 PM
To: Tallas, Amber [redacted]; Ribner, Ryan M[redacted]
Subject: New Responses Received for Case SCM-16112-T2X2J CRM:00101098399

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here [redacted] subject=FW:%20Suspicious%20Email%20&body=Please%20select%20the%20suspicious%20email%20in%20your%20outlook%20inbox%20and%20drag%20it%20into%20the%20body%20of%20this%20message.> and follow instructions.

FinCEN has received a positive response to your 314(a) request from one or more financial institutions. Please log into the 314(a) Request Application to review responses associated with your request. Select the Response Details option by clicking the down arrow next to the case number referenced in the subject line to open the 314(a) Responses form.

FinCEN Portal<https:/[redacted]IjoyfQ %3D%3D%7C0%7C%7C%7C&sdata=yLIKt3RLUe67FynzvpF2TZjM0BmZ0dgsIGTSU8c3pAg%3D&reserved=0>

If you have any questions, please contact the 314 Program Office at [redacted]