**From:** Wespetal, Katherine M
**To:** Kurtz III, Robert M; Jackson, Hannah L
**Subject:** FW: Grand Jury Subpoena #2026R00210-0025
**Date:** Wednesday, June 10, 2026 3:29:54 PM
**Attachments:** GJS - Service Employees International Union (SEIU)(1337686.1).pdf

---

For filing wherever the results are being stored.

Thanks,

Katie Wespetal
Special Agent
Homeland Security Investigations
Department of Homeland Security
St. Paul, MN
Cell: [redacted]

---

**From:** SubpoenaIntake [redacted]
**Sent:** Wednesday, June 10, 2026 3:06 PM
**To:** Wespetal, Katherine M [redacted]
**Cc:** SubpoenaIntake [redacted]
**Subject:** Grand Jury Subpoena #2026R00210-0025

You don't often get email from [redacted] Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

We are in receipt of the Grand Jury Subpoena in the referenced matter, a copy of which is attached. This was apparently picked up with our company mail on Friday, June 5, 2026, but I was not in the office to accept it until yesterday. I apologize for the delay in acknowledging this subpoena.

After a comprehensive review of records based on the information provided, we discovered that the SEI Private Trust Company ("SPTC") 314(a) match in this matter does not reflect any current or historical account relationship with Service Employees International Union ("SEIU"). Rather, the match appears to be based on limited historical payee information. Specifically, one or more accounts maintained on the Trust 3000 system for a third-party client (Truist) had, at some point, designated SEIU as a payee.

**EXHIBIT 51**

Those accounts have since been closed and are no longer maintained within the Trust 3000 system. While residual payee records referencing SEIU remain in the system, they are inactive and are not associated with any active or retrievable accounts.

As a result, SPTC has no records of transactions, payments, or other responsive account activity involving SEIU.

Please let us know if we may be of further assistance.

[redacted]
Legal, Compliance & Corporate Development Team

SEI® [redacted] T [redacted] www.seic.com

Disclaimer:
This e-mail and any files transmitted with it are confidential and intended solely for the use of the recipient(s) to whom they are addressed, even if addressed incorrectly. If you are not the intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this by mistake and delete this e-mail from your system. SEI may archive and review outgoing and incoming email and may produce any email at the request of regulators.