Outlook

**FW: Motion to allow supplemental briefing**

**From** Jill Brisbois <jill@thejabfirm.com>
**Date** Tue 9/1/2026 4:41 PM
**To** Kevin Riach <kevin@riachdefense.com>

**From:** Sailer, Tory (USAMN) <TORY.SAILER@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 12:04 PM
**To:** Jill Brisbois <jill@thejabfirm.com>; Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Cc:** Blackburn, Michael (USAMN) <Michael.Blackburn2@usdoj.gov>
**Subject:** RE: Motion to allow supplemental briefing

Hello,

I am new to the prosecution team and was not at the hearing, so use that as context to my response. My understanding is that at the hearing “Operation Keyhole” became a point of contention. Defense was asking for information related to the agents involved in this operation and then some statements were made loosely regarding what the operation was. I looked into this further yesterday and learned to operational purpose of the Keyhole is not how it was characterized in the motion hearing. While I understand that some information from Puppet Master and certainly Whipple Sheild would be pertinent to the charged offenses in the indictment, nothing out of Keyhole would be.

To that end, we want to give more detailed information on when Keyhole was started and what the purpose of Keyhole is to try an narrow down the discovery ask. The brief is in no way a relitigating of what was argued but a manner to give all of us, including the judge, a better understanding of Keyhole and to avoid unneeded issues with discovery and operational activities that are unrelated to the indicted case.

Sommer or Micheal if you want to chime in on this please feel free.

Respectfully,

Tory R. Sailer
Assistant United States Attoreny

United States Attorney’s Office – USAMN
300 S. 4th Street, Suite 600
Minneapolis, MN 55415
Direct: 956-664-5600 | Cell: [redacted]
Tory.Sailer@usdoj.gov

**From:** Jill Brisbois <jill@thejabfirm.com>
**Sent:** Tuesday, September 1, 2026 11:53 AM
**To:** Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Cc:** Blackburn, Michael (USAMN) <Michael.Blackburn2@usdoj.gov>; Sailer, Tory (USAMN) <TORY.SAILER@usdoj.gov>
**Subject:** [EXTERNAL] RE: Motion to allow supplemental briefing

Counsel:

What in particular are you wanting to supplement?

**Jill Brisbois**
*Attorney*

**Office** 651-209-7797
**Mobile** [redacted]
**Email** jill@thejabfirm.com
**Website** www.thejabfirm.com
150 South 5th Street
Suite 1850
Minneapolis, MN 55402

---

**From:** Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 11:38 AM
**To:** Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Cc:** Blackburn, Michael (USAMN) <Michael.Blackburn2@usdoj.gov>; Sailer, Tory (USAMN) <TORY.SAILER@usdoj.gov>; Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Subject:** Motion to allow supplemental briefing

Counsel:

I will be filing a motion to allow for supplemental briefing on our response to ECF 212 today. I am sending this email per our responsibilities for a meet and confer.

**Sommer Honeycutt | Special Assistant United States Attorney**
U.S. Attorney's Office | District of Minnesota
300 South 4th Street | Suite 600 | Minneapolis, MN 55415
sommer.honeycutt@usdoj.gov