Outlook

## Motion to allow supplemental briefing

**From** Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Date** Tue 9/1/2026 11:38 AM
**To** Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>
**Cc** Blackburn, Michael (USAMN) <Michael.Blackburn2@usdoj.gov>; Sailer, Tory (USAMN) <TORY.SAILER@usdoj.gov>; Honeycutt, Sommer (USAMN) <Sommer.Honeycutt@usdoj.gov>

Counsel:

I will be filing a motion to allow for supplemental briefing on our response to ECF 212 today. I am sending this email per our responsibilities for a meet and confer.

**Sommer Honeycutt | Special Assistant United States Attorney**
U.S. Attorney's Office | District of Minnesota
300 South 4th Street | Suite 600 | Minneapolis, MN 55415
sommer.honeycutt@usdoj.gov

**EXHIBIT 2**