**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, et al.,

Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

On August 27, 2026, the Court held a hearing on Defendants' Motion for Discovery. Dkt. No. 212; Dkt. No. 252. The Government now moves for leave to file supplemental briefing on Defendants' discovery motion. Dkt. No. 257. The Government requests supplemental briefing to provide a "full and fair description of 'Operation Keyhole.'" *Id.* at 2. In support of its motion, the Government contends that information related to "Operation Keyhole" was not fully available until after the time of the hearing and this information is material and relevant to the Court's determination of the merit of Defendants' discovery request. *Id*.

Defendant Isaac Sant opposes the Government's motion, citing concerns about the pre-hearing availability of this information and the contents of this supplemental briefing. Dkt. No. 258. Defendant Sant also requests an opportunity to respond in writing to any supplemental briefing filed by the Government and asks the Court to schedule an evidentiary hearing on the relevant scope and purpose of "Operation Keyhole."

Because the Government demonstrates good cause for why supplemental briefing is necessary, the motion is granted.

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion for leave to file supplemental briefing [Dkt. No. 257] on Defendants' discovery motion is **GRANTED.**

2. Plaintiff must file its supplemental briefing on or before September 11, 2026.

3. If Defendant Isaac Sant intends to file a written response to Plaintiff's supplemental briefing, he must do so within 7 days of the date when the supplemental briefing is filed.

4. The Court will rule on Defendant Sant's request for an evidentiary hearing following the filing of Plaintiff's supplemental briefing.

Dated: September 2, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge