UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Isaac Sant,<br><br>Defendant. | Court File No. 26-cr-115 (KMM/DTS)<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUPPLEMENTAL BRIEFING** |

On September 2, 2026, the Court granted the government's motion for leave to file supplemental briefing regarding Defendant's Motion for Discovery. ECF 259. The Court ordered that Defendant's response, if any, to the government's supplemental briefing would be due seven days after the supplemental brief was filed. ECF 259. The government filed its supplemental brief on September 10, 2026, and Defendant's response is due September 17, 2026. ECF 263.

The factual and legal issues raised in the supplemental brief require a response from Defendant, and Defendant's counsel has several significant motion filings in other matters due the week of September 14, 2026, including a sizable summary judgment response. Defendant's counsel will also be traveling that week for a family wedding. For these reasons, Defendant respectfully requests that the Court extend his time to respond to the government's supplemental briefing until September 25, 2026. Defendant has met and conferred with the government, which does not object to this extension request.

Respectfully submitted,

DATED: September 14, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach, #389277
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney For Defendant*