UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC SANT, et al.

Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please remove the following Special Assistant United States Attorney from the above captioned case:

SOMMER HONEYCUTT

Dated: September 16, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ Sommer Honeycutt

BY: Sommer Honeycutt
Special Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
MN Attorney Reg: 398667
Sommer.Honeycutt@usdoj.gov
(612) 664-5600