**Office of the Attorney General**
**Washington, D. C. 20530**

September 29, 2025

MEMORANDUM FOR THE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION
THE DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES
THE DIRECTOR OF THE U.S. MARSHAL'S SERVICE
THE ADMINISTRATOR OF THE DRUG ENFORCEMENT ADMINISTRATION
THE DIRECTOR OF THE EXECUTIVE OFFICE OF U.S. ATTORNEYS

FROM: THE ATTORNEY GENERAL

SUBJECT: ENDING POLITICAL VIOLENCE AGAINST ICE

As President Trump stated, we are witnessing a new era of extreme political violence that "is a culmination of sophisticated, organized campaigns of targeted intimidation, radicalization, threats, and violence designed to silence opposing speech, limit political activity, change or direct policy outcomes, and prevent the functioning of a democratic society."[1] Domestic terrorists have firebombed Tesla vehicles and dealerships. Would-be assassins have tried to murder President Trump—twice—and tried to kill Supreme Court Justice Brett Kavanaugh. Assassins in Minnesota have gunned down lawmakers and Catholic schoolchildren in two separate incidents. And just a few weeks ago, an assassin murdered Charlie Kirk in cold blood.

"Riots in Los Angeles and Portland reflect a more than 1,000 percent increase in attacks on U.S. Immigration and Customs Enforcement (ICE) officers since January 21, 2025, compared to the same period last year."[2] Last week, "a sniper opened fire from a nearby rooftop on [an ICE] Dallas field office," leaving one dead and two others critically wounded.[3] This past weekend, while Illinois Governor JB Pritzker and Chicago Mayor Brandon Johnson were

[1] Countering Domestic Terrorism and Organized Political Violence, National Security Presidential Memorandum/NSPM-7 (Sept. 25, 2025), *available at* https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.

[2] *Id.*

[3] DHS Statement on Targeted Attack on Dallas ICE Facility, Department of Homeland Security (Sept. 24, 2025), https://www.dhs.gov/news/2025/09/24/dhs-issues-statement-targeted-attack-dallas-ice-facility.

**EXHIBIT B**

villainizing ICE agents as Nazis and secret police, more than "200 rioters blocked access to one of the gates in front of" an ICE processing facility in the Chicago area, "chanting 'Arrest ICE, Shoot ICE'" and "attempting to forcibly and illegally trespass on federal property."[4] At least one rioter was arrested with a firearm. "Rioters arrived with boxes of fireworks, N-95 masks, gas masks, goggles, knee and elbow protection, and large quantities of food and water."[5] Likewise, "[r]ioters in Portland, Oregon have repeatedly attacked and laid siege to an ICE processing center."[6] These rioters have been well-organized and appear to be well-funded.

Enough is enough. The Department of Justice will stand strong when federal law enforcement officers are attacked or threatened for doing their sworn duty on behalf of the United States government. I am directing the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshals Service, the Drug Enforcement Administration, and the Federal Bureau of Investigation to immediately direct all necessary officers and agents to defend ICE facilities and personnel whenever and wherever they come under attack, including in Portland and Chicago. Our officers will suppress all unlawful rioting and arrest every person suspected of threatening or assaulting a federal law enforcement officer or interfering with federal law enforcement operations. I am further directing the U.S. Attorney's Offices for the District of Oregon and Northern District of Illinois to charge all such persons with the highest provable offense available under the law.

All state and local law enforcement officers protecting ICE facilities and personnel are hereby added to a temporary ICE Protection Task Force alongside each of the Department's law enforcement components. The U.S. Attorney's Office for each district shall prosecute any individual who assaults or forcibly impedes or intimidates these officers, who interferes with the performance of these officers' official duties, or who attempts to do so, consistent with 18 U.S.C. § 111 and other applicable federal laws.

I further direct the Department's Office of Justice Programs (OJP) and Community Oriented Policing Services (COPS) to provide as soon as possible, consistent with existing statutory authority, grant funding and training and technical assistance support to the federal, state, and local law enforcement officers protecting ICE facilities and personnel. This support may include funding for the purchase of body-worn cameras and other such equipment as may be deemed necessary and appropriate by OJP and COPS in consultation with ATF, DEA, FBI, and USMS.

---

[4] Days After the Dallas Terrorist Attack on ICE, Rioters Gather Outside an ICE Broadview, IL Facility and Chant "Arrest ICE, Shoot ICE," Department of Homeland Security (Sept. 26, 2025), https://www.dhs.gov/news/2025/09/26/days-after-dallas-terrorist-attack-ice-rioters-gather-outside-ice-broadview-il.

[5] *Id.*

[6] DHS is Fighting Back Against Antifa Violence, Department of Homeland Security (Sept. 26, 2025), https://www.dhs.gov/news/2025/09/26/dhs-fighting-back-against-antifa-violence.

The charging priorities directed by this memorandum are not limited to those criminals who are caught red-handed committing acts of violence against ICE facilities and personnel. The President is exactly right: We must "disband and uproot networks, entities, and organizations that promote organized violence, violent intimidation, conspiracies against rights, and other efforts to disrupt the functioning of a democratic society."[7] The Department of Justice will arrest and prosecute to the fullest extent of the law every person who aids, abets, or conspires to commit these crimes, whether through funding, coordination, planning, or other means.

Working together with our interagency partners, we will take back our country and make America safe again.

---

[7] NSPM-7, *supra* n.1.

**EXHIBIT B**