in 24




# Mark Zito · 2nd

Special Agent in Charge, HSI Carolinas/Senior Executive Service

Homeland Security Investigations · The Citadel

Charlotte, North Carolina, United States · **Contact info**

**30,045 followers**

**Luke**, **Andrew** and 1 other mutual connection

Follow Message •••

## Highlights

**Start a conversation with Mark**

Mark's recent engagement shows they might be interested in connecting – consider reaching out.

Message

## About

High-performing law enforcement professional with 31 years of federal experience in a diverse range of challenging assignments who possesses the desired combination of leadership skills and technical knowledge to direct and oversee the full spectrum of all investigative operations conducted by a field office of the second largest criminal investigative agency in the United States.

## Featured

**EXHIBIT C**

Media



asset.JPG

## Activity

30,045 followers

+ Follow

Posts | Comments | Images

**Mark Zito** • 2nd
Special Agent in Charge, HSI Carolinas/Seni...
6d •

**Homeland Security Investigations** was born from the ashes of September 11th with a clear purpose: to identify and disrupt threats before they reach... more




403 · 4 comments • 13 reposts

**Mark Zito** • 2nd
Special Agent in Charge, HSI Carolinas/Seni...
1w •

**Homeland Security Investigations, South Carolina Law Enforcement Division (SLED), Columbia Police Department, U.S. Attorney's Office for the...** more

**HSI Carolinas** • 3rd+
Mark M. Zito, Special Agent in Charge
1w • Edited •

Child Sex Trafficker Sentenced to 25 Years

"Antonio Nicholson targeted vulnerable... mo




**Final Defendant in Child Sex Trafficking Ring ...**
justice.gov

51 · 2 comments

Show all →

## Experience

### Homeland Security Investigations
23 yrs 7 mos

**Special Agent in Charge HSI Carolinas / Senior Executive Service**
Full-time
Feb 2026 - Present · 8 mos
Charlotte Metro · On-site



+22

**Special Agent in Charge (SES), HSI Kansas City (Missouri,Kansas,Nebraska, Iowa)**
Full-time
Dec 2024 - Jun 2026 · 1 yr 7 mos
Kansas City, Missouri, United States · On-site

Provides executive leadership, direction, and supervision of over 380 special agents, criminal analysts, task force officers, and support personnel assigned to 10 HSI investigative offices in Missouri, Kansas,...



+32

**Special Agent in Charge (Interim) HSI Saint Paul (Minnesota, N. Dakota, S. Dakota)**
Full-time
Dec 2025 - Feb 2026 · 3 mos
Greater Minneapolis-St. Paul Area · On-site

Led Operation Metro Surge, supervising over 1200 Special Agents and support personnel investigating massive fraud investigations and supporting the largest immigration enforcement operation in U.S. ...



**(A) Special Agent in Charge, HSI Kansas City**
Full-time
Feb 2024 - Dec 2024 · 11 mos
Kansas City, Missouri, United States

**Division Chief, HSI Academy**
Full-time
Jul 2021 - Feb 2024 · 2 yrs 8 mos
Brunswick, Georgia, United States

Executive leader responsible for directing the HSI Special Agent basic and advanced training programs. Managed a $22 million budget and a staff of 175 full-time subordinate supervisors and instructors.... m

**Deputy Special Agent in Charge, Homeland Security Investigations (HSI)**
Jul 2019 - Jul 2021 · 2 yrs 1 mo

**EXHIBIT C**

Los Angeles, California, United States

Provide executive-level management and daily operational oversight for HSI Los Angeles. I lead 300 plus special agents, criminal analysts, technical operations, and support personnel. Area of ... ...



### Assistant Special Agent in Charge, Homeland Security Investigations (HSI)

Nov 2017 - Jul 2019 · 1 yr 9 mos
Orange County, California

Supervisory oversight covering all of Orange County, CA which is the sixth most populous county in the U.S., supervising ~85 employees including 6 GS-14 supervisory special agents, 1 GS-14 program ....




U.S. Immigration and Customs Enforcement

+9

### Division Chief, National Security Division, Homeland Security Investigations(HSI)

May 2016 - Oct 2017 · 1 yr 6 mos
Washington, District of Columbia, United States · On-site

I was assigned to HSI Headquarters as the Division Chief for both the Export Enforcement Coordination Center (E2C2) and the Counter-Proliferation Investigations Unit (CPIU). In this position, I work closely....

### Assistant Special Agent in Charge, Homeland Security Investigations (HSI)

Aug 2013 - May 2016 · 2 yrs 10 mos
Los Angeles International Airport (LAX)

I directed a dynamic law enforcement team of 4 group supervisors, over 30 special agents, approximately 20 task force officers, and support staff at LAX. ASAC LAX is one of the largest airport ....





+3

### Supervisory Special Agent, Homeland Security Investigations (HSI)

May 2009 - Aug 2013 · 4 yrs 4 mos
Los Angeles Metropolitan Area

Selected based on high-level programmatic and investigative experience to manage and direct the Counter-Proliferation Investigations Unit (CPI). Supervised the long-term, complex criminal ... ... more

**Glendale Man Sentenced in Iran Military Aircraft Parts Case**
Zavik Zargarian of Glendale was sentenced today to 41 months behind bars for attempting to smuggle fighter aircraft parts to Iran.

### National Program Manager, Homeland Security Investigations (HSI)

Dec 2005 - May 2009 · 3 yrs 6 mos
Washington D.C. Metro Area

**EXHIBIT C**

In November 2005, I was promoted to the National Security Unit at ICE Headquarters as a National Program Manager. I initiated, planned, developed, implemented, and monitore... more

### Senior Special Agent
Mar 2003 - Dec 2005 · 2 yrs 10 mos

---

### Special Agent
U.S. Customs Service
Dec 2002 - Mar 2003 · 4 mos
Los Angeles International Airport (LAX)

I was assigned to the contraband smuggling group where I developed and investigated criminal organizations involved in narcotics smuggling, international money laundering, trade fraud, countei... m

---

### U.S. Postal Inspector
U.S. Postal Inspection Service
Jun 1999 - Dec 2002 · 3 yrs 7 mos
Long Beach, California

I investigated and enforced over 200 federal statues, and conducted criminal investigations involving the criminal exploitation of the U.S. mail and postal system or any activity that adversely affected the ...

**United States Postal Inspection Service**

---

### Platoon Leader, Military Police
US Army
Jan 1995 - Aug 1998 · 3 yrs 8 mos
Germany / Former Yugoslavia

I led a Military Police Platoon in a Combat Support Military Police Company. I trained and supervised a platoon of over 30 soldiers to accomplish its wartime missions of area security, circulation control, ... ...

**U.S. Army Military Police Officer**
Military Police is one of the United States Army's basic branches.

---

## Education

### The Citadel
Bachelor of Science - BS, Business Administration and Management, General
1990 – 1994

---

### Norwich University
Master of Justice Administration (MJA), Criminal Justice/Law Enforcement Administration

UNIVERSITY

2005 – 2007

Grade: 4.0

Activities and societies: member of Pi Alpha Phi Honor Society

Show all 4 educations →

## Licenses & certifications (9)

**U.S. Postal Inspector Training Academy**
U.S. Postal Inspection Service
Issued Jan 1999

**Key Executive Leadership Program**
American University
Issued Jul 2024

Show all 9 licenses →

## Volunteering (6)

**Citadel Volunteer Recruiters(CVR)California Chairman 2015-2017**
The Citadel
2015 – Feb 2017
Education

**Mentor program**
U.S. Department of Homeland Security
2013 – 2024

Show all 6 volunteer experiences →

Ad •••
Apply and get approved for bonds online now.

**EXHIBIT C**