


# Steven Schrank · 2nd

Special Agent in Charge, HSI Atlanta

Homeland Security Investigations

Atlanta, Georgia, United States · **Contact info**

**500+** connections

**Luke** and **Mark** are mutual connections

Connect | + Follow | ···

## Highlights

**Get introduced to Steven**

Ask your mutual connections to help you start a conversation.

Message top connections

## Activity

+ Follow

1,679 followers

**Steven has no recent posts**

Recent posts Steven shares will be displayed here.

Show all →

**EXHIBIT D**

## Experience

### Special Agent in Charge

Homeland Security Investigations · Full-time
Aug 2024 - Present · 2 yrs 2 mos
Atlanta, Georgia, United States · On-site

Special Agent in Charge of Homeland Security Investigations operations throughout Georgia and Alabama.

---

### U.S. Department of Homeland Security

6 yrs 10 mos

**Deputy Special Agent in Charge - Homeland Security Investigations, Seattle (WA, OR, ID, AK)**
Full-time
Oct 2021 - Sep 2024 · 3 yrs
Seattle, Washington, United States

**Division Chief, Transnational Organized Crime - Homeland Security Investigations (HSI)**
Full-time
Feb 2021 - Oct 2021 · 9 mos
Washington, District of Columbia, United States

**Division Chief, Investigative Services Division - Homeland Security Investigations (HSI)**
Full-time
Feb 2020 - Jul 2021 · 1 yr 6 mos
Washington DC-Baltimore Area

**Unit Chief of Asset Forfeiture - Homeland Security Investigations (HSI)**
Dec 2017 - Feb 2020 · 2 yrs 3 mos
Washington DC-Baltimore Area

---

### Homeland Security Investigations Agency Liaison (Supervisory Special Agent)

Treasury Executive Office for Asset Forfeiture
Feb 2017 - Dec 2017 · 11 mos
Washington, District Of Columbia

---

### Assistant Special Agent in Charge, Homeland Security Investigations - El Dorado Task Force

U.S. Department of Homeland Security
2014 – 2017
New York, NY

The El Dorado Financial Crimes Task Force (EDTF) was established in 1992 as a High Intensity Drug Trafficking Area (HIDTA) initiative to combat the rising narco-money laundering threat in the ... ... n

---

**Assistant Special Agent in Charge, Deputy Chief**
Organized Crime Drug Enforcement Strike Force
2013 – 2014
New York City Metropolitan Area

Homeland Security Investigations Assistant Special Agent in Charge of HSI Narcotics, the New York Border Enforcement Security Task Force and the Organized Crime Drug Enforcement Strik… more

Show all →

## Education

**American University**
Bachelor of Arts (B.A.), Communications, Legal Institutions, Economics & Government (C.L.E.G.)
1998 – 2002

Activities and societies: Golden Key National Honor Society
A.U. Student Union
Delta Tau Delta

Promoted •••

IM GL

**Int Masters of Gaming Law**

Kevin, connect with Gaming Law Leaders

Global perspectives on gaming regulation and compliance.

Follow

## More profiles for you



**Ricky Patel** · 2nd
United States Marshal, Southern District of New York, United States Attorney General Designated

Connect



**Travis Pickard** · 2nd
Special Agent in Charge at Homeland Security Investigations

**EXHIBIT D**