

# Terri Botterbusch · 3rd

Senior Special Agent at U.S. Department of Homeland Security

U.S. Department of Homeland Security

Greater Tampa Bay Area · **Contact info**

**454** connections

Message | + Follow | •••

## Highlights



**Start a conversation with Terri**

Terri's recent engagement shows they might be interested in connecting – consider reaching out.

Message

## Activity

636 followers

+ Follow

Posts | Comments



**Terri Botterbusch** • 3rd+ •••

Senior Special Agent at U.S. Department of ...

10mo •

A great opportunity is awaiting



**Terri Botterbusch** • 3rd+ •••

Senior Special Agent at U.S. Department of ...

1yr •

Great advice from one of the best

**EXHIBIT F**