**From:** Gino, Guy
**To:** Cutbirth, James
**Cc:** Garcia, Desmond; Catalan, Hakan A
**Subject:** Phone Warrant info
**Date:** Saturday, February 7, 2026 1:10:59 AM
**Attachments:** image001.png

---

02.06.2026 [redacted] Arrest

Statements are under officers sub folder- I also added some items in the build aff folder
@Cutbirth, James we will need to reach out to Austen and see who stated they heard [redacted] tell the others to delete the chats during her arrest
And see try to obtain arrest reports that may have created during processing
Also as a reminder to me - I need to follow up with contacting the daytime CFA to get photo of phone by removing it from the faraday bag with paper clip in a place that prevents it from getting wiped.

Guy Gino | Special Agent
Homeland Security Investigations | Portland, Oregon (TDY to HQ)
Task Group 1 | Emerging Threats and Priorities
HSI Innovation Lab
[redacted] Cell | [redacted]

**EXHIBIT G**