Emmett James DOYLE

DOB [redacted]

SSN: [redacted]

[redacted]

R/O : [redacted] (MN/TAG: [redacted])

Address on Registration:

[redacted]

**PHONE:** [redacted]

**Accurint** – 2/10/2026

Phone: [redacted]

**RAVEN** – 2/10/2026 - Negative

**PLX** – 12 contacts with [redacted] 7/26/2025 – 12/10/2025

**LiNX** –

NAME/DOB –

[redacted]

PHONE – Negative

**CRIMINAL HISTORY** – Lengthy

WEBLOC –

Twitter - [redacted] Historical

**EXHIBIT H**