**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Sant,

Defendant.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

On September 1, 2026, the Government moved for leave to file supplemental briefing on Defendant Isaac Sant's discovery motion. Dkt. No. 257. The Government requested this briefing to provide a "full and fair description of Operation Keyhole" that was not fully available until after the August 27, 2026 hearing on Sant's discovery request. *Id.* Sant opposed the Government's motion, arguing that the Government intended to make an attorney proffer through its motion for supplemental briefing and asked, instead, for an evidentiary hearing on the matter. Dkt. No. 258. The Court granted the Government's motion for leave to file supplemental briefing and deferred its ruling on Sant's request for an evidentiary hearing until after the Government filed its supplemental brief. Dkt. No. 259.

Sant now renews his request for an evidentiary hearing, arguing that the Government's supplemental brief "seeks to augment the record with an attorney proffer as opposed to actual evidence." Dkt. No. 271 at 16-17. Accordingly, Sant asks this Court to schedule an evidentiary hearing at which "a DHS agent with knowledge of Operation Keyhole's connection to Operation Puppet Master and Project Whipple Shield" can testify to the relevant scope and purpose of "Operation Keyhole." *Id.*

Because the Government's supplemental brief purports to introduce new evidence on Operation Keyhole supported only by attorney arguments, the Court grants Sant's request for an evidentiary hearing.

**IT IS HEREBY ORDERED**:

1. Defendant Isaac Sant's Request for an Evidentiary Hearing (Dkt. Nos. 258, 271) is **GRANTED**.

2. The evidentiary hearing is set for October 15, 2026 at 2:30 p.m. in Courtroom 12W.

Dated: September 30, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge