**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,<br><br>Defendants. | Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)<br><br>**NON-PARTY MATTHEW DEATES'S NOTICE OF MOTION AND MOTION FOR RETURN OR DESTRUCTION OF ICE MEMORANDUM AND TO COMPEL A CORRECTION OF THE RECORD** |

---

Non-Party Matthew Deates ("Deates"), through his undersigned counsel, pursuant to the Fifth Amendment to the U.S. Constitution, Fed. R. Crim. P. 16, as well as the inherent powers of this Court, hereby moves this Court for all of the relief described in the accompanying Proposed Order. Among other things, this motion is made on the ground that the government violated Deates's Fifth Amendment liberty, due-process, and other interests in his good name and reputation when it produced a document in an unrelated matter that identified Deates by name as committing a federal felony. Deates has suffered demonstrable injury as a result of the government's action. The government has no legally cognizable basis to justify its conduct. The equitable relief Deates seeks will remedy the injury he has suffered and prevent future harm to him.

This motion is based on the accompanying Memorandum of Law and Declaration submitted herewith. This motion is made upon notice to the United States and to Defendants through their attorneys.

Deates respectfully requests leave to file a reply brief in response to any opposition to this motion. Deates also respectfully requests oral argument on this motion.

DATED: October 1, 2026

**MADEL PA**

By: *s/ Christopher W. Madel*

Christopher W. Madel (230297)
434 Lake Street
Excelsior, Minnesota 55331
Telephone: 612-605-0630
cmadel@madellaw.com

*Attorney for Matthew Deates*