**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,

Defendants.

Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)

**NON-PARTY MATTHEW DEATES'S MEET AND CONFER STATEMENT**

---

Pursuant to District of Minnesota Local Rule 7.1(a)(1), I submit this Meet-and-Confer Statement with regard to Non-Party Matthew Deates's Motion for Return or Destruction of ICE Memorandum and to Compel a Correction of the Record (the "Motion"). I conferred with LeeAnn Bell, Criminal Chief for the United States Attorney's Office, District of Minnesota, regarding the subject matter of this Motion on September 18, 2026. As noted in our moving papers, we emailed as well. On September 25, 2026, the government sent a letter to defense counsel dated September 25, 2026 that did not satisfy our demands. We were provided this letter from defense counsel; the government did not provide us with a copy.

DATED: October 1, 2026

**MADEL PA**

By: *s/ Christopher W. Madel*
Christopher W. Madel (230297)
434 Lake Street
Excelsior, Minnesota 55331
Telephone: 612-605-0630
cmadel@madellaw.com

*Attorney for Matthew Deates*