**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,<br><br>Defendants. | Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)<br><br>**LR 7.1 WORD COUNT CERTIFICATE** |

---

I, Christopher W. Madel, certify that Matthew Deates's Memorandum of Law in Support of his Motion for Return or Destruction of ICE Memorandum and to Compel a Correction of the Record complies with the word limitations set forth in D. Minn. LR 7.1(f) and (h) in that it has a word count of 4,175 words using 13-point font. Further, the Memorandum was prepared using Microsoft Word 16.110.3. To arrive at the word count set forth in this Certificate, this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, and to exclude the caption designation, signature, and any certificates of counsel.

DATED: October 1, 2026

**MADEL PA**

By: *s/ Christopher W. Madel*

Christopher W. Madel (230297)
434 Lake Street
Excelsior, Minnesota 55331
Telephone: 612-605-0630
cmadel@madellaw.com

*Attorney for Matthew Deates*