# EXHIBIT 5

**Matthew Deates**

---

| | |
|---|---|
| **From:** | Manny Atwal |
| **Sent:** | Tuesday, April 21, 2026 12:34 PM |
| **To:** | Siri Carlson McDowell; Dan Huddleston; Ambroise Decilap; Matthew Deates; Jean Brandl |
| **Cc:** | Tracey Bodway; Michael Millios; Sandy Krattley |
| **Subject:** | First Appearance on April 28 - 1326(a) case - Need a taker now to prep client before court. |
| **Attachments:** | Dkt. 1_Indictment.pdf; A209343448 Scan.zip |

**Ezequiel de Jesus Portillo-Rodriquez – Rule 5 from EDCA**

- 25-138 KMM/JFD
- AUSA: Matt Murphy. Per AUSA:

> Mr. Portillo-Rodriguez was charged with illegal reentry of a removed alien by indictment on April 9, 2025. On August 27, 2025, he was arrested pursuant to the warrant in this case in the Eastern District of California. He made an initial appearance before a Federal Magistrate Judge in the Eastern District of California on September 2, 2025. He was ordered released, on conditions, with an initial appearance in this District scheduled for September 16, 2025. Following his appearance in the Eastern District of California, however, Mr. Portillo-Rodriguez was taken into ICE custody in McFarland, CA, pending removal. During his administrative processing, Mr. Portillo-Rodriguez made a claim of fear of persecution or torture if removed to El Salvador. His claim was denied on September 7, 2025, by a CIS asylum officer, but granted on appeal to an Immigration Judge on November 7, 2025. Mr. Portillo-Rodriguez was then placed in "withholding-only" proceedings. Mr. Portillo-Rodriquez then filed an asylum application, and was released from ICE custody on March 19, 2026. He is next scheduled to report to the ERO Sacramento office in October.
>
> After his CA AFPD asked about a Rule 20, Matt responded: His guidelines are 0-6 months. Based on my last conversation with the EDCA, it is not amenable to a Rule 20 transfer.

- Initial appearance on April 28; Gov't will agree to continued release
- Attached is the indictment and discovery
- EDCA Federal defender: Douglas Beevers Douglas_Beevers@fd.org. Per Doug:
  Client has been in immigration custody for 6 months. He has immigration court on April 22 in San Francisco.

- Wife: Jocelyn Aragon at 651-263-0515
- Ezequiel's number is 612-227-6831. Spanish speaker
- USPO: Kiah Smith

Sincerely,

Manny K. Atwal (she/her)
First Assistant Federal Defender
300 South Fourth Street
Minneapolis. MN 55415
Tel. 612-664-5858
Tel. 612-664-5862 (direct)