# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | File No. 25-CR-138 (KMM/JFD) |
| Plaintiff, | ) | |
| vs. | ) | Minneapolis, Minnesota |
| | ) | April 28, 2026 |
| Ezequiel De Jesus Portillo-Rodriguez, | ) | 1:45 p.m. |
| | ) | **DIGITAL RECORDING** |
| Defendant. | ) | |

---

BEFORE THE HONORABLE DAVID T. SCHULTZ
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
**(INITIAL APPEARANCE/ARRAIGNMENT)**

APPEARANCES

For the Plaintiff: U.S. Attorney's Office
GRAYSON FEIST, AUSA
300 South Fourth Street
600 U.S. Courthouse
Minneapolis, MN 55415

For the Defendant: Federal Public Defender's Office
MATTHEW DEATES, ESQ.
300 South Fourth Street
107 U.S. Courthouse
Minneapolis, MN 55415

Court Reporter: JANELL GRUBER, RMR, CRR, CRC
300 South Fourth Street
1005 U.S. Courthouse
Minneapolis, MN 55415

Interpreter: ANA VEBLEN

Proceedings recorded by digital recording; transcript produced by certified stenographer with computer.

**P R O C E E D I N G S**

**IN OPEN COURT**

*(Defendant present)*

THE COURT: All right. Mr. Portillo-Rodriguez, you're in federal court because the government is likewise saying that you illegally reentered the country after you were removed from the country. Are you aware that they're saying that?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: And do you want me to appoint a lawyer to represent you on this matter?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: I need to ask you a couple of financial questions as well. Okay?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: Do you have a job?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: What do you do, and how much are you paid?

THE DEFENDANT (through Interpreter): A restaurant, and they pay me 900 every other week.

THE COURT: All right. Do you have bank accounts, checking, savings?

THE DEFENDANT (through Interpreter): No.

THE COURT: Do you have a lot of cash?

THE DEFENDANT (through Interpreter): No.

THE COURT: Anybody owe you a lot of money?

THE DEFENDANT (through Interpreter): No.

THE COURT: All right. I find you meet the criteria for the appointment of counsel, and I'm appointing the federal public defender's office to represent you. All right?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: Okay. Mr. Feist, I assume the government is taking the same position we just discussed; correct?

MR. FEIST: No, Honor -- Your Honor. With this one, we'd just ask for the probation's recommendations to be adopted in this matter for release.

THE COURT: Okay, very well. They will be adopted.

Mr. Deates, have you gone over the appearance and removal -- or the release documents?

MR. DEATES: I have, Your Honor, and Mr. Portillo has signed both documents before court.

THE COURT: All right, bring them on up.

All right. And of course, the indictment is out of California, so we aren't doing an arraignment today; correct?

MR. DEATES: Your Honor, it is out of Minnesota. Mr. Portillo lives in California. He traveled here, and the charge arises from this District.

THE COURT: Oh, you're right. I looked right at it. I have a second document here that is -- got it. All right, my mistake. Thank you.

All right. The appearance bond and release conditions have been signed.

Mr. Portillo-Rodriguez, just like Mr. Plaza-Tarco, it's really important that you abide by these conditions of release. Okay?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: All right. I need you to tell me your full name, please.

THE DEFENDANT: Ezequiel De Jesus Portillo-Rodriguez.

THE COURT: All right. Mr. Portillo-Rodriguez, what is your birth date?

THE DEFENDANT (through Interpreter): June 13th, 1995.

THE COURT: Mr. Portillo-Rodriguez, an indictment dated April 9th of 2025 has been filed against you. It charges you with a single count of being -- of reentering after being removed from this country. Have you seen the indictment?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: All right. And have you had a chance to talk about it with Mr. Deates?

THE DEFENDANT (through Interpreter): Yes.

THE COURT: All right. Mr. Deates, do you waive the reading of the indictment?

MR. DEATES: We do, Your Honor.

THE COURT: And not guilty plea?

MR. DEATES: Yes, Your Honor.

THE COURT: Okay. Mr. Portillo-Rodriguez, a plea of not guilty will be entered in your behalf to the sole count in the indictment.

Katelyn, did I give you the release documents? Okay, all right.

Anything further on this matter? Mr. Feist, I should have asked you on the other one.

MR. FEIST: Not on this, Your Honor.

THE COURT: All right. Mr. Deates, anything further on this matter?

MR. DEATES: No, Your Honor.

THE COURT: All right, thank you. Go ahead and be seated.

MR. DEATES: Thank you.

THE COURT: Ms. Veblen, you're welcome to stay or go.

THE INTERPRETER: Thank you.

THE COURT: Yeah. Are you moving to unseal then?

MR. FEIST: Yes, Your Honor. Sorry about --

THE COURT: Okay.

MR. FEIST: -- that.

THE COURT: Yep. That motion is granted as to both cases.

*(Court adjourned at 1:49 p.m.)*

* * *

I, Janell M. Gruber, RMR, CRR, CRC, certify that the foregoing is a correct transcript to the best of my ability from the official digital recording in the above-entitled matter.

*s/ Janell M. Gruber* Janell M. Gruber Date: August 25, 2026
Janell M. Gruber, RMR, CRR, CRC