# EXHIBIT 8

**Matthew Deates**

| | |
|---|---|
| **From:** | Matthew Deates |
| **Sent:** | Wednesday, April 29, 2026 12:10 PM |
| **To:** | Murphy, Matthew (USAMN) |
| **Subject:** | RE: Portillo-Rodriguez |

Hey Matt,

Yes. I'd like to discuss this case as well as the target letter that REDACTED received. Are you available this afternoon for a phone call?

Thanks,
Matt

**From:** Murphy, Matthew (USAMN) <Matthew.Murphy2@usdoj.gov>
**Sent:** Wednesday, April 29, 2026 11:09 AM
**To:** Matthew Deates <Matthew_Deates@fd.org>
**Subject:** Portillo-Rodriguez

Matt, let me know if you want to discuss Mr. Portillo-Rodriguez, who made his initial appearance yesterday on an illegal reentry charge. I think we can probably wrap this one up pretty quickly.

Best,
Matt

Matthew Murphy
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Office: (612) 253-0984
Cell: (651) 802-5825