# EXHIBIT 11

# REDACTED

Begin forwarded message:

**From:** Christopher W Madel <cmadel@madellaw.com>
**Subject: Deates**
**Date:** September 21, 2026 at 10:57:02 AM CDT
**To:** "LeeAnn K. Bell" <LeeAnn.K.Bell@usdoj.gov>

Hi LeeAnn-

Thank you for speaking to me last Friday (Sept. 18). Matt Deates will provide the government with another week to accomplish what we've asked for. But please know that simply retrieiving the O'Neal memorandum is insufficient. The government needs to satisfy our demands as stated in my September 4, 2026 letter at pages 6-7.

In that regard, and per our conversation, please know that if we must file our motion, we will cite the following cases, among others:

1.
*United States v. Briggs*, 514 F.2d 794 (5th Cir. 1975)
2.
*In re Smith*, 656 F.2d 1101 (5th Cir. Unit A 1981)
3.
*United States v. Anderson*, 55 F. Supp. 2d 1163 (D. Kan. 1999); and
4.
*United States v. Holy Land Foundation*, 624 F.3d 685 (5th Cir. 2010).

Please contact me by the end of this week.

Thanks
Chris