# EXHIBIT 12

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Telephone: (612) 664-5600*
*Fax: (612) 664-5787*

September 25, 2026

*Via email*:

Kevin C. Raich
kevin@riachdefense.com
**Shauna F Kieffer**
shauna@kieffercriminaldefense.com
**Jill A Brisbois**
jill@thejabfirm.com
**Peter B Wold**
pwold@wold-law.com
**Jordan S Kushner**
jskushner@gmail.com
**Brett D. Kelley**
bkelley@kelleywolter.com
**Lisa M Lopez**
lisa_lopez@fd.org
**Amanda M Mills**
amills@fredlaw.com

**Bruce D Nestor**
nestor@denestlaw.com
**Surya Saxena**
saxena.surya@dorsey.com
**Robert A Lengeling**
robert@lengelinglaw.com
**Wyatt Arneson**
wyatt@arnesonlawllc.com
**Lee R Johnson**
lrjohnsonslp@gmail.com
**Robert D Richman**
robert@rdrichmanlaw.com
**Kira Aakre Kelley**
kira@climatedefenseproject.org

Re: United States v. Sant et. al
Criminal No. 26-115 KMM/DTS

Dear Counsel:

A Report on Investigation (ROI 24) was disclosed to you on August 20, 2026. ROI 24 (Bates # 58752) contains documents generated by Agent O'Neal regarding an unrelated matter. ROI 24 includes pages 9 through 11 (Bates 58752) which is a memorandum by Agent O'Neal (O'Neal Memo). The O'Neal Memo references a different defendant on unrelated charges and is neither material nor relevant to your client's case. Thus, is was not within the scope of required discovery.

We are requesting that the O'Neal memo with any summaries, excerpts or other data referencing the O'Neal Memo be returned. If they cannot be returned, all copies with any summaries, excerpts or other data relating to the O'Neal Memo be destroyed.

The O'Neal Memo does not reflect the position of the United States Attorney's Office.

Sincerely,

DANIEL N. ROSEN
United States Attorney

s/Tory Sailer
BY: TORY SAILER
Assistant U.S. Attorney