**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,

Defendants.

Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)

**[PROPOSED] ORDER GRANTING MOTION FOR RETURN OR DESTRUCTION OF ICE MEMORANDUM AND TO COMPEL A CORRECTION OF THE RECORD**

---

Before the Court is Non-Party Matthew Deates's Motion for Return or Destruction of ICE Memorandum and to Compel a Correction of the Record (the "Motion").

Based on all the files, records, proceedings, and arguments of counsel herein, the Court **GRANTS** the Motion.

**IT IS ORDERED**:

1. Within one week of the date of this Order:

   a. the U.S. Attorney's Office for the District of Minnesota shall notify every recipient of the April 29, 2026 memorandum captioned "Aid and Abetting," written by Deportation Officer Michael J. O'Neal to ICE Assistant Field Office Director Corey McMahon (the "O'Neal Memorandum") that the memorandum was produced in error; and

b. each recipient of the O'Neal Memorandum shall return or destroy every copy, excerpt, and summary of the O'Neal Memorandum and certify the same to Deates's counsel at cmadel@madellaw.com.

2. The Court hereby finds that Assistant Federal Defender Matthew Deates did not aid or abet Ezequiel De Jesus Portillo-Rodriguez in evading arrest, detention, or capture.

Dated:_________________

_____________________________
The Honorable ________________