**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,

Defendants.

Case No. 0:26-CR-00115-KMM-DTS
(D. Minn.)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Christopher W. Madel of the law firm MADEL PA, 434 Lake Street, Excelsior, MN 55331, hereby enters his appearance in the above-captioned matter on behalf of non-party movant Matthew Deates for the limited purpose of briefing and argument related to the Motion to Compel a Correction of the Record and for Return or Destruction of ICE Memorandum (Doc. 276), which is set for argument on 10/20/2026.

DATED: October 7, 2026

**MADEL PA**

By: *s/ Christopher W. Madel*

Christopher W. Madel (230297)
434 Lake Street
Excelsior, Minnesota 55331
Telephone: 612-605-0630
cmadel@madellaw.com

*Attorney for Non-Party Matthew Deates*