UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant (1),

Defendant.

Case No. 26-cr-115 (KMM/DTS)

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

---

On June 16, 2026, Mr. Sant appeared before this Court for his initial appearance and detention hearing. *See* Doc. 24 (Minute Entry). As part of the conditions of Mr. Sant's release, the Court ordered Mr. Sant to avoid all contact with any codefendant listed in the Indictment, with the exception of Defendant Callum Robinet. *See* Doc. 33 at 2. The Court imposed similar no-contact-with-codefendants conditions on other defendants. *See* Docs. 37, 38, 40, 49, 50, 57, 70, 72, 99, 101. Many defendants challenged this condition, but Mr. Sant did not. *See generally* docket. On October 7, 2026, Judge Katherine M. Menendez vacated the condition of pretrial release that prohibited communications among codefendants as to ten defendants. *See* Doc. 290 at 9.

In light of the October 7, 2026 Order, Mr. Sant now respectfully moves this Court to modify conditions of his release to permit communication with his codefendants. Mr. Sant asks the Court to grant this Motion for the same reasons put forth in Judge Menendez's Order: namely, that the no-contact condition is not the "least restrictive" condition available

under the Bail Reform Act nor necessary to protect the community. 18 U.S.C. § 3142(c)(1)(B); *see* Doc. 290 at 3. Mr. Sant is similarly situated to his codefendants subject to the October 7, 2026 Order. Accordingly, vacating his no-contact condition creates consistency among codefendants in an already-complex case.

For these reasons, Mr. Sant respectfully moves the Court to grant this Motion and modify the condition of his release prohibiting contact with his codefendants to permit Mr. Sant to communicate with his codefendants without restriction.

Respectfully submitted,

Dated: October 8, 2026

*s/ Charlotte Colantti*
Charlotte Colantti (#0506801)
Kevin Riach (#0389277)
RIACH LAW, PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 651-964-9696
charlotte@riachlaw.com
*ATTORNEYS FOR DEFENDANT*