UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Callum Robinet (4),

Defendant.

Case No. 26-cr-115 (KMM/DTS)

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

---

On June 16, 2026, Mr. Robinet appeared before this Court for his initial appearance and detention hearing. *See* Doc. 26 (Minute Entry). As part of the conditions of Mr. Robinet's release, the Court ordered Mr. Robinet to avoid all contact with any codefendant listed in the Indictment. *See* Doc. 35 at 2. The Court imposed similar no-contact-with-codefendants conditions on other defendants. *See* Docs. 33, 37, 38, 40, 49, 50, 57, 70, 72, 99, 101. Many defendants challenged this condition, but Mr. Robinet did not. *See generally* docket. On October 7, 2026, Judge Katherine M. Menendez vacated the condition of pretrial release that prohibited communications among codefendants as to ten defendants. *See* Doc. 290 at 9.

In light of the October 7, 2026 Order, Mr. Robinet now respectfully moves this Court to modify conditions of his release to permit communication with his codefendants. Mr. Robinet asks the Court to grant this Motion for the same reasons put

forth in Judge Menendez's Order: namely, that the no-contact condition is not the "least restrictive" condition available under the Bail Reform Act nor necessary to protect the community. 18 U.S.C. § 3142(c)(1)(B); *see* Doc. 290 at 3. Mr. Robinet is similarly situated to his codefendants subject to the October 7, 2026 Order. Accordingly, vacating his no-contact condition creates consistency among codefendants in an already-complex case.

For these reasons, Mr. Robinet respectfully moves the Court to grant this Motion and modify the condition of his release prohibiting contact with his codefendants to permit Mr. Robinet to communicate with his codefendants without restriction.

Respectfully submitted,

Dated: October 9, 2026

*/s/ Peter B. Wold*
Peter B. Wold, No. 118382
WOLD LAW
331 Secons Ave. S., Ste. 705
Minneapolis, MN 55401
Telephone: 612.341.2525