# EXHIBIT J

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
CH02PR26MS0004

**CASE OPENED**
4/2/2026

**CURRENT CASE TITLE**
Collateral from [Saint Paul, MN] to [Chicago, IL]: Antifa...

**REPORT TITLE**
Antifa Roadshow

**REPORTED BY**
Joel Sullivan
SPECIAL AGENT

**APPROVED BY**
Daniel Silk
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/10/2026

### SYNOPSIS

HSI Saint Paul, Minnesota request HSI Chicago's assistance in the current Project Whipple Shield investigation. HSI Minnesota found evidence that subjects of the investigation have a planned nationwide tour throughout April of 2026. More information for this scheduled tour can be found at CrimethInc: Breaking the ICE: Lessons from the Resistance in Minnesota: A Countrywide Speaking Tour. HSI Minnesota request HSI Chicago to obtain video and audio recordings of the event. Determine through recording review and UCA debriefs if any of our subjects attended it or facilitated it. Insert local UCA's in this group if they want to continue to monitor any of the groups.

The event took place on April 2, 2026, at 6:30pm at Co-Prosperity, [redacted] Chicago, IL. This ROI will give details on the event and Undercover (UC) operation.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On April 2, 2026, HSI Chicago was made aware of an event taking place at 6:30 pm at Co-Prosperity, [redacted], Chicago, IL, (the venue). The information for the event can be found online at: CrimethInc.: Breaking the ICE: Lessons from the Resistance in Minnesota: A Countrywide Speaking Tour. A summary of the information found on the website is: "In April, Twin Cities anarchists involved in resisting the ICE occupation will tour the Midwest, East Coast, and West Coast, sharing their experiences and strategies for building rapid response networks and opposing fascism. The tour includes about two dozen events, with proceeds supporting legal defense for ICE arrestees and mutual aid for vulnerable families. Community members are encouraged to help promote or host future events."

HSI SA Sullivan received the collateral request and put together an operational plan (CH02PR26MS0004-OP001). The plan consisted of having an Undercover Agent (UCA) attend the meeting with the goal of meeting people in the network, identifying people related to HSI Saint Paul Minnesota's case, identifying people participating in HSI Chicago's area of responsibility (AOR), and obtaining video and audio recordings of the event. HSI utilized HSI Under Cover, UC (SA-9147-UC) referred to as UC1 and also utilized a UC from Aurora PD, UC2.

Law Enforcement present during the operation were the following:

- Jan Markiewicz, HSI (Acting) Group Supervisor
- Joel Sullivan, HSI SA
- Michael Finerty, HSI SA
- Michael McClarence, HSI SA
- Christopher OReilly, HSI SA
- Jacob Crandall, HSI SA
- Wilfredo Herrera, HSI SA
- Michael Contreras, HSI Task Force Officer (TFO), Cook County Sheriff's Police
- Bilos Thomas, HSI TFO, Chicago Police Department (CPD)
- Ryan Wasson, HSI TFO, Kane County Sheriff's Office
- Mike Xu, HSI TFO, Downers Grove PD
- Nick Nunez, HSI TFO, CPD

Prior to the operation SA Finerty called the duty AUSA, Rachel Gurley, and received concurrence for an ELSUR Authorization. SA Sullivan submitted an ELSUR Authorization (CH02PR26MS0004-ELSUR001).

SAs briefed at approximately 5:45 PM at Chicago Police Department's 9th district. SAs then departed and set up near the venue located at [redacted] Chicago, IL for surveillance.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



At approximately 6:27 PM TFO Mike Xu dropped off UC2 at the venue. UC2 was able to relay that there was no security, no wand check, and no pat down upon entrance.

At approximately 6:31 PM TFO Xu dropped off UC1 at the venue. (Agent note- UC1 had a recorder transmitter and was recording through a Law Enforcement application as a secondary.) At approximately 6:33 PM SAs observed UC1 walk into the venue.

At approximately 6:58 PM HSI TFO Ryan Wasson observed a grey Toyota with IL plate [redacted] parked near [redacted] near the venue. TFO Wasson advised a subject wearing a mask got out of the vehicle and messed with something in the trunk of the vehicle and then got back in the driver's seat. This vehicle is registered to [redacted]. [redacted] was previously arrested by Border Patrol Agents in Chicago. Remarks on his ICM name record stated, "On October 4, 2025, United States Border Patrol Agents arrested an unknown male in violation of 18 USC 111 (Assaulting, resisting, or impeding certain officers or employees) in Chicago, Illinois. The unidentified male was turned over to Homeland Security Investigations (HSI) Special Agents for booking and processing. SAs processed the male and according to record checks, based on the Fingerprint Identification Number, SAs believe the male is [redacted] (DOB: [redacted]). The case was declined for federal prosecution by AUSA Christopher Veatch." TFO Wasson said the subject had a hood on and a mask and was a skinny male.

At approximately 7:40 PM transmission from UC1 was lost due to the phone overheating.

At approximately 7:59 PM UC2 relayed to agents and law enforcement that a Question-and-Answer session was starting at the meeting. UC2 shared a link to the group's gofundme. The link is [redacted] The gofundme summary for the group states, "At the beginning of April, nine anarchists from Minneapolis and St. Paul who have been active in the movement against the ICE occupation will be embarking on a speaking tour to share the Twin Cities model of rapid response. The leaderless, horizontal nature of resistance in Minnesota is what has made it effective, and speakers will be traveling to 23 cities across the country to share these lessons and build ongoing connections with comrades in places that may face a federal invasion in the future. Funds will be used for airfare, gas, and other travel expenses." The gofundme currently has 67 donations with a total of $5,163 raised and a goal of $6,000 shown. A video screen recording of the names that have donated will be uploaded to this ROI in DRM.

During the event SAs Sullivan and Finerty observed a light blue Honda with Minnesota plate [redacted] parked near the venue on [redacted] [redacted]. This vehicle is registered to [redacted] from [redacted] Minneapolis, MN [redacted]. Agent Note- License Plate Reader (LPR) checks show this vehicle parked in Minnesota on February 12, 2026, and March 30, 2026. On the date of this event the vehicle's last LPR location registered was at [redacted], Chicago IL



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



South East on I-90. (Agent note-A follow up LPR check showed a hit on the day after the Chicago event on 4/3/2026 at 12:15 PM EDT southbound on I-65 near mile marker 131.8 in Lebanon IN. The website shows a tour date in Bloomington, IN at 7:00 PM at Allison-Jukebox Community Center by [redacted], which correlates with this travel.)

At approximately 8:26 PM TFO Bilos observed 3 attendees leave the venue and get into a Honda with IL plate [redacted]. This vehicle is registered to [redacted] at [redacted]. [redacted] Chicago, IL.

At approximately 8:36 PM UC2 messaged the Law Enforcement team that the meeting was over, and he was ready for pickup. At approximately 8:43 PM UC1 and UC2 were picked up and departed the venue location.

SAs and the law enforcement team then debriefed. UC1 advised they will work with the HSI technical enforcement officers to store and share the recordings. UC1 advised they will write a report for what they observed and learned in the meeting. (Agent note- on April 7, 2026, UC1 shared the recordings with the case agents through a shared Microsoft Teams link. SA Kenneth Popovits was given access to the link. SA Popovits sent the collateral to HSI Chicago and is a SA from HSI Chicago currently working a temporary duty assignment in Saint Paul, MN.)

SA Sullivan and SA Finerty will attach a separate log of vehicles observed parked in the area of the venue. There were approximately 219 vehicles parked in the area that are attached in the log. This log will be saved in DRM for this ROI. Agent note- SA Sullivan and SA Finerty did observe [redacted], a subject of an investigation (See case CH05PR26CH0010) who is the head of an anti-ICE Signal chat and group called "ICE Cream Patrol." [redacted] Volkswagen was observed parked near the venue on [redacted] unoccupied at approximately 6:50 PM. [redacted] was later observed sitting in her vehicle (Volkswagen IL [redacted]), in the driver's seat at approximately 8:15 PM. SAs OReilly and McClarence observed her depart with no one else in her vehicle. SA Sullivan and SA Finerty also noticed a familiar orange Hyundai Veloster with IL temp tag [redacted] registered to [redacted] parked near the venue. This vehicle has been seen parked near the Broadview, IL ICE detention center during days of protests, documented on 3/14/2026, and 3/21/2026.

HSI TFO Nunez put a request into the Chicago Police Department to obtain access to footage from a CPD pole cam that was outside the venue. HSI TFO Nunez said it may take 7-10 days to obtain this footage. If the footage is obtained it will be shared with HSI Saint Paul, MN.

The information obtained will be shared with HSI Saint Paul, Minnesota.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.