# EXHIBIT K

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05FR26MS0009

**CASE OPENED**
4/20/2026

**CURRENT CASE TITLE**
Stalking of ICE Employees by Rapid Response Network Members

**REPORT TITLE**
Observations by Undercover Agents at the Whipple Federal Building on May 22, 2026

**REPORTED BY**
Matthew Siffermann
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
5/28/2026

**SYNOPSIS**

This report documents undercover agents' observations while covertly participating in Whipple Watch activities at the Whipple federal building on May 22, 2026.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

The narrative below was written by SA J. Johnson and uploaded into ICM by SA M. Siffermann:

On May 22, 2026, Homeland Security Investigations (HSI) Special Agents (SA) acting in an undercover capacity (UCA), herein referenced as UCA-SC-003 and UCA 7810 arrived at the Bishop Henry Whipple Federal Building located at 1 Federal Dr, Fort Snelling, Minnesota. Individuals commonly gather at this location to protest Immigration and Customs Enforcement (ICE). There is an organized group of individuals that use Signal group chats to coordinate their anti-ICE activities such as surveillance on agents, the building and surrounding parking lots. UCA-SC-003 and UCA 7810 are both participants in some of the group chats and participated in a live group call made over the Signal chat called, Whipple 3.0. During the live call, the UCA's noted the following's participants and activity which occurred between approximately 10:30 a.m., and 2 p.m.

These notes do not cover the entire list of participants, nor does it capture all the activity that occurred over the live Signal call which lasted approximately 11:00 a.m., through 1:30 p.m.

**Whipple Watch Signal Chat May 22, 2026**

**Listed below are the participants of the Signal Chat:**

[redacted] Dispatcher

[redacted] Observer Gate 3, elderly white male, white beard with glasses, wearing camo jacket/ black rain pancho. (possibly 60's)

[redacted] Commuter, passenger, white female with shoulder length black hair, possible in late thirties or early 40s.

[redacted] Commuter, no description available

[redacted] Commuter, older male, clean shaven, glasses with grey curly hair (possibly late 50's)

[redacted] Commuter, no description available

[redacted] Commuter, white female, thin build, blonde hair (possibly late 20's)

[redacted] Commuter, white female, medium build, short hair with glasses wearing cap (possibly late 30's)

[redacted] Commuter, white male, heavy set, full beard with glasses (possibly late 20's)

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Stalking of ICE Employees by Rapid Response Network Members | MS05FR26MS0009-015 | 5/28/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



[redacted] Commuter, white male, medium build, short hair on the sides, clean shaven (possibly mid to late 30's)

[redacted] Observer, white elderly male, medium build, grey hair, blue eyes with glasses (possibly early 60's)

[redacted] Dispatcher

**<u>Listed below are the vehicles being used to follow suspected ICE Agents:</u>**

[redacted], [redacted] Acura MDX 2026,

R/O: [redacted]

[redacted] [redacted] [redacted] -"POSSIBLE COMMUTER"

[redacted], [redacted] Honda HR-V 2017,

R/O: [redacted]

[redacted] [redacted] [redacted] CONFIRMED COMMUTER, [redacted] driver/ [redacted] passenger

[redacted], [redacted] Honda Fit 2018,

[redacted]

[redacted]---CONFIRMED COMMUTER, [redacted] driver/ [redacted] passenger

[redacted],[redacted] Honda Civic 2005,

R/O: Natasha Lee RAKOTZ DOB: [redacted]

[redacted], MN—CONFIRMED COMMUTER, UNK white heavy-set female, short hair

[redacted], [redacted] Hyundai Sonata 2003,

R/O: Isaac Auman SANT [redacted]

[redacted]---CONFIRMED COMMUTER, "Ike" driver/ [redacted] passenger

[redacted], [redacted] Toyota Avalon 2011,

R/O: [redacted] [redacted],



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



[redacted] MN----CONFIRMED COMMUTER, UNK white male, clean shaven (possibly late 20's)

**UCA NOTES:**

At approximately 1:02 p.m., during the live Singal call \"IKE", advises Dispatch / [redacted] they are approaching the state line to Wisconsin. Ike advises [redacted] to place a BOLO to Wisconsin to see if they can pick up the vehicle at the state line. Ike verbally expressed his concern with crossing the state line a few times and confirmed with dispatch at least twice to pass the information over to unknown subjects in Wisconsin.

The investigation continues.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.