# EXHIBIT L

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/31/2026 17:58 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Surveillance conducted on March 31, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Michael Hyland
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
8/31/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents the surveillance activity conducted by Special Operations Groups 1and 2 (SOG 1 and 2) on March 31, 2026.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



### DETAILS OF INVESTIGATION

On March 31, 2026, at approximately 1700 hours, SOG 1 and 2 agents set up surveillance around St. John's Church located at [redacted] St. Paul, MN in anticipation of an undercover agent (UC) attending a meeting of the Twin City Direct Action Group that was to take place from approximately 1800 hours to 1930 hours inside the church.

At approximately 1752 hours, SA Bradley Grant confirmed that the UC had been dropped off near the target location.

At approximately 1756 hours, SA Grant confirmed that the UC had entered the target location.

At approximately 1810 hours, SA Steve Merklein observed a 30 something year old male riding an electric scooter going westbound on Holly Avenue. Subject appeared to be on his phone, possibly taking photos/videos. Agents Note: Subject was not seen by any other surveillance after this incident.

At approximately 1832 hours, SA Daniel Malik (driver) and SA Jesse Miller (passenger) drove into a parking lot located on the southwest corner of [redacted] in St. Paul, MN to collect license plates of the vehicles parked in the lot. Individuals attending the meeting were instructed to park in this lot. SA Miller recorded two videos that are labeled Exhibit 1 03312026 SA J. Miller and Exhibit 2 03312026 SA J. Miller. The following vehicles were found to be in the lot:

- [redacted] Black Silverado
- [redacted] Silver Honda Civic
- [redacted] Red Kia Soul
- [redacted] Green Subaru
- [redacted] Beige Honda
- [redacted] Pontiac
- [redacted] Brown Buick
- Toyota Yaris with bicycle rack blocking plate
- [redacted] Black Mitsubishi
- [redacted] Green Honda
- [redacted] Red Subaru
- [redacted] Black Subaru
- [redacted] Black Volkswagen

At approximately 1957 hours, SA Grant confirmed the UC was clear of the area.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Project Whipple Shield | MS02PR26MS0004-281 | 8/31/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At approximately 1957 hours, surveillance was terminated.

This report was composed by Acting Group Supervisor Josh Schottenfeld. On August 27, 2026, HSI Special Agent (SA) Katherine Wespetal became aware this report had not been uploaded into the Investigative Case Management system. SA Wespetal subsequently uploaded the report on 8/27/2026.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-281 | 8/31/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.