# EXHIBIT M

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/31/2026 12:18 EDT



**CASE NUMBER**
MS02PR26MS0003

**CASE OPENED**
1/28/2026

**CURRENT CASE TITLE**
Operation Puppet Master

**REPORT TITLE**
UCA 9843's attendance at a Sunrise Movement meeting on March 23, 2026.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Michael Hyland
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
8/31/2026

### SYNOPSIS

Since November 28, 2025, ongoing protests and incidents of civil unrest have occurred in public areas throughout Minneapolis, MN. During these events, violent opportunists (VOs) have exploited the protests as cover to attempt breaches of federal properties and have perpetrated multiple assaults against federal officers tasked with protecting these facilities.
In response, the Department of Homeland Security (DHS) initiated a coordinated, agency-wide deployment to support the Federal Protective Service (FPS) in fulfilling its mission to safeguard federal property. As part of this effort, HSI St. Paul has identified an organized network of conspirators operating through online and in person who are providing material support to violent opportunists and agitators involved in impeding federal law enforcement, rioting, destruction of Federal property and assaults on Federal agents and Officers.

This report documents a UCA's attendance at a Sunrise Movement meeting on March 23, 2026.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On March 23, 2026, in an undercover capacity, HSI UCA 9843 attended the Sunrise Movement - Twin Cities weekly meeting in a virtual capacity. Those who could attend in person were invited to the Minneapolis Central Library, room S-275. A Zoom link was provided via Signal earlier in the day on March 23, 2026. The meeting was recorded and the recording will be maintained in the digital case file.

Note: This report is simply intended to be a summary of the meeting and not a complete transcription. Please refer to the digital recording for transcription purposes.

Around 1830, the meeting commenced with introductions. HSI UCA 9843 recognized [redacted], [redacted], and [redacted] as "core members" from previous Sunrise Movement meetings. The main purpose of the meeting was to begin planning May Day actions (May 1, 2026) in furtherance of their anti-ICE movement.

Members of Sunrise Movement explained that early in the day on May 1, 2026, perhaps around 0600, mini noise demonstrations would occur at various Hilton-owned hotels around the Twin Cities. Group members were asked to choose a location that worked best for them from a pre-selected list and talk with other group members about the type of demonstration they would like to hold, such as a traditional "Wide Awake" with instruments, a rock concert, a singing sit in, etc. Organizers stressed this was to be a green / yellow activity, with no intentions of getting arrested.

Organizers mentioned other actions to occur on May 1, 2026, after the noise demonstrations would be considered red actions. Sunrise Movement considers red actions to be illegal and expect arrests to result. Sunrise Movement asked for volunteers for those who would be interested in the red action. HSI UCA 9843 volunteered to assist with planning and preparation for those who were planning to be arrested. Suggestions of some potential red actions included blockades of roadways.

No mention of property damage to a federal building, vehicles, or agents was discussed.

This report was composed by UCA 9843. On August 27, 2026, HSI SA Katherine Wespetal determined this report had not been previously uploaded into the Investigative Case Management system and subsequently uploaded it.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.