# EXHIBIT N

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Execution of Federal Arrest Warrant for Emmett James DOYLE on 06/16/2026 at [redacted] Minneapolis, MN, 55406

**REPORTED BY**
Joshua Mattila
SPECIAL AGENT

**APPROVED BY**
Michael Hyland
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
6/17/2026

## SYNOPSIS

Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This Report of Investigation (ROI) documents the execution of a federal arrest warrant on June 16, 2026, by Homeland Security Investigations (HSI) Special Agents for the subject of investigation, Emmett James DOYLE ("DOYLE"); DOB: 09/29/1990. The federal arrest warrant was executed at [redacted] Minneapolis, MN, 55406, which resulted in the arrest of DOYLE. Details are contained within.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

## DETAILS OF INVESTIGATION

On June 16, 2026, at approximately 0530 hours, Homeland Security investigations (HSI) Special Agents met in the parking lot located at [redacted] Mendota Heights, MN, 55120, in order to conduct a pre-operational briefing for the execution of a federal criminal arrest warrant for the subject of investigation, Emmett James DOYLE (DOB: 09/29/1990).

The following HSI Special Agents (SAs) participated in the pre-operational briefing for the federal criminal arrest warrant:

- HSI Special Agent (SA) Joshua Mattila - Team Leader
- HSI Special Agent (SA) Joseph Jarvis
- HSI Special Agent (SA) Richard La Rocca
- HSI Special Agent (SA) Mason Collier
- HSI Special Agent (SA) Ryan Canon
- HSI Special Agent (SA) Leighton Mudel
- HSI Special Agent (SA) Kierstie Piche-Belleau
- HSI Special Agent (SA) Samuel Gustafson

Investigator's Note: All of the Special Agents that participated in the federal arrest warrant possessed Axon body-worn cameras.

It should be noted that all times recorded by SAs on the federal arrest warrant operation were approximate.

At approximately 0545 hours, the pre-operational briefing had been completed. SAs received their vehicle assignments and roles for the operation and prepared for the execution of the federal arrest warrant. Agents were separated into three (3) groups in three (3) government-owned vehicles.

At approximately 0600 hours, the SAs arrived near the residence of DOYLE, [redacted] Minneapolis, MN, 55406, to conduct surveillance operations at the residence of DOYLE. SAs parked their government-owned vehicles in the predetermined surveillance spots.

SAs observed that the following vehicle(s) were present upon their arrival:

- [redacted] Dodge Ram truck (MN license plate: [redacted]), which DOYLE is the registered owner, parked in the rear of the residence.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- [redacted] Chevrolet Van (MN license plate: [redacted]), which was parked on the street in front of the residence. [Registered owner: [redacted], DOB: [redacted], Address: [redacted]

INVESTIGATOR'S NOTE: It should be noted that on the previous day (June 15, 2026), a subject matching the physical description of DOYLE was seen during surveillance arriving and departing in the Chevrolet Van ([redacted]).

Upon arrival at the residence, SAs observed that lights appeared to be on inside of the residence [redacted].

At approximately 0620 hours, SAs observed the headlights of the Chevrolet Van ([redacted]) on the street turn on and a male subject opened the driver's door. All the SAs on the team drove up to the Chevrolet Van and positioned their vehicles around the van, so that it could not exit the area. SAs approached the driver's side door, identified themselves, and instructed the male driver to open the door. The driver was positively identified as DOYLE. SAs had DOYLE exit the vehicle and informed him that he was under arrest for a federal arrest warrant. Handcuffs were applied on DOYLE by SA Mudel, gapped, double-locked, and checked for tightness. DOYLE was arrested without incident.

A search incident to arrest revealed that DOYLE had the following items in his possession: a wallet, set of keys including car keys, a belt, a jacket, and a cell phone (iPhone). The cell phone was immediately placed in a faraday bag to prevent the phone from being erased or accessed remotely. An Immigration & Customs Enforcement Evidence Inventory and Receipt was completed by SA Mattila documenting the seizure of the cell phone for evidentiary purposes. A copy/receipt of the form was provided to DOYLE.

SAs Mattila and Mudel placed DOYLE in their Government-owned vehicle and exited the scene. DOYLE was transported by SAs Mattila and Mudel to the Saint Paul Police Department – [redacted]. SAs were previously informed that the United States Marshal's Service would not be receiving arrestees prior to 0830 hours, therefore SAs chose the Saint Paul Police Department lot as a safe location to wait. SAs adjusted the handcuffs from the back of DOYLE to the front, for his comfort. Also, leg irons were placed on DOYLE's ankles.

At approximately 0720 hours, SA Mattila read the Department of Homeland Security Statement of Rights (Miranda warning), ICE Form 73-025, to DOYLE while seated in the vehicle. SA Mudel was also present in the vehicle. This statement of rights was recorded by SA Mattila's body-worn camera. DOYLE immediately stated to SA Mattila that he did not grant consent to waive his rights and that he would not speak to Agents without a lawyer present. Therefore, SA Mattila did not ask DOYLE any questions regarding his arrest or the investigation by HSI St. Paul.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-236 | 6/17/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



In addition, SA Mattila provided a copy of the federal arrest warrant that was issued by the United States District Court, District of Minnesota, for DOYLE. DOYLE was allowed to read the federal arrest warrant in person, as well.

SAs Mattila and Mudel transported DOYLE to the United States Marshals Service at the Warren E. Burger Federal Building - [redacted] and arrived at approximately 0800 hours. At that point in time, SA Mattila turned off his body-worn camera.

SA Mattila escorted DOYLE into the USMS sally port and then the cellblock area in order to have him processed by the U.S. Marshals. SA Mattila completed the DNA Buccal Collection Kit for DOYLE, in addition to collecting his fingerprints.

The USMS informed SA Mattila that no personal property would be accepted for DOYLE. DOYLE requested that SAs contact his family members to release his property to their custody. At approximately 0930 hours, DOYLE's sister [redacted] met SAs at the Warren E. Burger Federal Building and collected DOYLE's personal belongings (wallet, set of keys including car keys, a belt, and a jacket).

The Initial Appearance hearing for DOYLE was scheduled for June 16, 2026, at approximately 1400 hours. This is the Initial Appearance in front of the judge at the U.S. District Court, Saint Paul, MN, for his federal arrest warrant. The Honorable Magistrate Judge, John Dockery, presided over the proceedings. At the conclusion of the Initial Appearance, Judge Dockery ordered that DOYLE was not to be detained in federal custody, but that he would be released under specified and agreed upon conditions of release by the court until the next scheduled judicial proceeding.

*INVESTIGATOR'S NOTES:

The following is the information from the signed federal arrest warrant that was issued in the United States District Court, District of Minnesota, for DOYLE on June 11, 2026:

- Case Number: 0:26-CR-00115-KMM/DTS
- Indictment
- Count 1: Conspiracy to Impede or Injure a Federal Officer [18 USC: 372]

It should be noted that that the Axon body-worn camera footage that was recorded by Agents will be provided to the case agent(s) in charge of the investigation, to be placed in the case file for documentation purposes (Media section of DRM in the ICM case).

THE INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Project Whipple Shield | MS02PR26MS0004-236 | 6/17/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.