# EXHIBIT O

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/10/2026 13:33 EDT



**CASE NUMBER**
MS05FR26MS0009

**CASE OPENED**
4/20/2026

**CURRENT CASE TITLE**
Stalking of ICE Employees by Rapid Response Network Members

**REPORT TITLE**
Stalking Incident Involving Natasha Lee RAKOTZ on May 13, 2026

**REPORTED BY**
Matthew Siffermann
SPECIAL AGENT

**APPROVED BY**
Timothy Hatton
SPECIAL AGENT

**DATE APPROVED**
6/10/2026

## SYNOPSIS

On May 13, 2026, Natasha Lee RAKOTZ stalked and harassed an HSI St. Paul employee who had left the Bishop Henry Whipple Federal Building in Fort Snelling, Minnesota. This report documents the encounter.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

The narrative below was prepared by HSI St. Paul ASAC Tonya Price and uploaded into ICM by SA Matthew Siffermann:

"On May 22, 2026, HSI St Paul Assistant Special Agent (ASAC) Price received an email from SA Matthew Siffermann with three attached photos - one photo of a female, one photo of black car with license plate ending in 355, and a third photo of a collage of photos that appear to be the same person with different hair styles. SA Price recognized one of the photos titled "PRA355-1.jpg" as the same female driver in the black vehicle who had followed SA Price and CA Hackbarth from the Whipple office building on May 13, 2026. SA Sifferman identified her by the name Natasha Lee RAKOTZ, herein referred to as RAKOTZ.

On May 13, 2026, at approximately 11:20am, RAKOTZ followed SA Price on MN-55 across the bridge into Dakota County. While waiting to take a left turn at a stop light, SA Price noticed the black vehicle with two females inside and the passenger female was wearing a mask. Having been harassed and stalked for months at this point by agitators outside of the office building, SA Price recognized this vehicle and driving behavior as likely associated with the agitator groups who were attempting to follow her. Once the light turned green, SA Price took right turn into the Church of Saint Peter Historic Cemetery. It was at this time that SA Price engaged the female driver, later identified as RAKOTZ. SA Price rolled her window down and asked RAKOTZ if she could help her. RAKOTZ replied that she had questions to ask. RAKOTZ began demanding to know "who my boss is" and "where I work".

SA Price explained that it does not matter who her boss is because there are many bosses at that building and if employees do not show up to work, they could be fired. When asked by RAKOTZ where SA Price works, she told RAKOTZ that she knew exactly where she worked because RAKOTZ followed SA Price from the Whipple building. She then repeated a second time her question, asking who her boss is. SA Price told RAKOTZ that what she was doing was illegal - following, stalking and harassing other women. SA Price told RAKOTZ that her behavior was disturbing given she was harassing other women and she should understand how uncomfortable that is.

The female passenger, wearing a mask, was clearly on the phone using the speaker and SA Price could hear someone on the phone speaking, although not clearly. The female passenger was wearing a face mask. While her face mouth was covered, SA Price observed the female passenger having distinctly large eyes. The passenger was also yelling at SA Price aggressively and incoherently. Due to her aggressive nature, SA Price made the decision to discontinue the conversation and drive away.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Stalking of ICE Employees by Rapid Response Network Members | MS05FR26MS0009-020 | 6/10/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At the time of this incident, SA Price was an Assistant Special Agent in Charge supervising, among other things, healthcare and daycare fraud investigations. Prior to becoming a supervisor, SA Price investigated human trafficking investigations for roughly 10 years."

The photos referenced above are attached to this report in the digital case file.

This investigation continues.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/10/2026 13:33 EDT



**Title**

PRA355-1.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/10/2026 13:33 EDT

DRM Page 2 of 3

**Title**

PRA355-2.jpg





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/10/2026 13:33 EDT



**Title**

Natasha.png




OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.