# EXHIBIT R

# DHS ICE RFI: TECS Modernization Case Management System

July 31, 2024

Notice ID: TECSMOD_ICM_RFIJULY2024

The Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) is continuing the process of transforming its Information Technology (IT) investment approach and processes for acquiring and delivering enhanced investigative capabilities to its 11,000-person global workforce. To this end, HSI has created the "ICE TECS Modernization" program which provides the core toolsets used by HSI agents worldwide to develop and document their criminal investigations. The program functionalities include:

1. Case Management – management of information relevant to investigative cases, including management of investigative cases, investigative reports, statistics and approval workflows.
2. Media Management – management of case related digital information, such as but not limited to, images, video, audio, and documents.
3. Subject Record Management – management of information relevant to the various subjects under investigation, including people, businesses, vehicles, etc., and includes the sharing of subject information with CBP for lookout and seizure tracking purposes;
4. Search – ability to conduct unified searching across multiple systems both internal and external to ICE, primarily regarding subject-related information (for example, field of attributes built around a subject, including alias', that provides information at a sub-level and as an entity), around, and in support of investigative processes as well as supplying this data to additional consuming systems within ICE, for example, Law Enforcement Information Sharing Services (LEISS), etc.;
5. Data Warehousing – ongoing management of an HSI data repository which supports both the routine and ad-hoc reporting needs of ICE/HSI as well as the sharing of permitted information with external international, national, state and local/tribal law enforcement agencies.
6. Employ federal standardized data formats, such as National Information Exchange Model (NIEM) to enhance DHS's ability to collect data, and support reporting and information sharing across national law enforcement communities.

Note that ICE held an Industry Day in June 2023 with additional background information about the TECS Modernization program, which included information about procurement history, and anticipated future procurement needs. The link to the SAM.gov notice is provided in the links below. The notice contains a power point presentation and recording of the Industry Day for background.

As noted previously, the TECS Modernization Program includes two major procurements.

1. Investigative Case Management (ICM) is the front end, user facing application
2. Backend Stabilization, Enhancements, and Sustainment Support (SESS)

Read more here.

---

The only Public Benefit Corporation built specifically to serve the GovCon market. **Learn more about OrangeSlices PBC**

[redacted]

---

**Not Yet an OrangeSlices Insider? Learn more about the** OS PBC Insider Corporate and Individual Plans here**. Plans start at $295 annually.**

Listen to Story