# EXHIBIT U

Tracking #: J&A-25-0266

This acquisition is conducted under the Multiple-Award Schedule Program, the primary statutory authority for which are 41 U.S.C. 152 (3), Competitive Procedures, and 40 U.S.C. 501, Services for Executive Agencies.

1. **Agency and Contracting Activity.**
The Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Office of Acquisition Management (OAQ), on behalf of the Office of the Chief Information Officer (OCIO) Solutions Delivery Division (SDD) and Homeland Security Investigations (HSI), proposes to procure the Investigative Case Management (ICM) System Support Services as sole source. The required services and capabilities are unique and highly specialized pursuant to Federal Acquisition Regulation (FAR) 8.405-6(a).

2. **Nature and/or description of the action being approved.**

(a) Type of action: Firm-Fixed-Price (FFP) Award

(b) Amount the current LSJ is justifying: [redacted]

(c) Brief Description: OAQ intends to procure on a sole source basis, ICM System Support Services from the following company:
Palantir Technologies, Inc.
1200 17th Street, Floor 15
Denver, CO 80202

3. **Description of Supplies/Services.**
The purpose of this acquisition is to provide the delivery of a more advanced investigative case management system for ICE, to include the initial delivery and deployment, licensing, Operations and Maintenance (O&M) support, and custom enhancements. ICM is a case management system that plays a critical role in supporting the daily operations of ICE, ensuring critical mission success. The ICM system is integral to ICE's operations, serving as the backbone for managing and analyzing investigative cases. The ICM system is the official system of record for ICE investigative cases, utilized by special agents, criminal analysts, and support personnel both domestically and internationally. ICM enables users to make connections between subject records across various systems, conduct target telephone and address searches, link to seizures made in other jurisdictions, and connect various cases and organizations through reports of investigations.
The minimum capabilities for the ICM system include the following:

i. The solution must be currently FedRAMP High certified on day one of contract award. The ICM data includes mission critical sensitive data that must be protected from unauthorized access and breaches to avoid operational failures and

minimize threats to national security. FedRAMP High represents the most stringent level of security requirements under the Federal Risk and Authorization Management Program and is required for any cloud systems/environments/services storing and/or processing of government's sensitive data.

ii. The solution must be a unified/single integrated platform that supports both investigative case management and investigative analytics capabilities to achieve operational efficiency, accuracy and meet mission needs. Case management holds information relevant to investigative cases, subject records (i.e. people, businesses, vehicles), approval workflows, investigative reports and attached media/content. This information along with data from other law enforcement agencies (such as seizures information from Customs and Border Protection (CBP) and arrests information from Enforcement Integrated Database (EID) Arrest Graphic User Interface (GUI) for Law Enforcement (EAGLE)) must be stored in an Enterprise Lakehouse repository that can be an authoritative data source for ICE, share subject information with CBP for lookout and seizure tracking purposes, and provide the foundation for investigative analytics. The unified/single integrated platform is required to eliminate data duplication and synchronization delays, reduce costs and provide real time analytical insights. The investigative analytics capabilities must be available on day one of the period of performance.

iii. The solution must successfully include completing data migration from the existing solution to a new solution. ICM holds investigative data collected over time that must be accessible and accurate to meet critical mission needs. The data migration from the existing solution to a new solution is critical, complex, and essential for conducting investigations, and the Government expects the vendor to take full responsibility in that all data is migrated to new solution and accounted for without any exceptions and/or errors.

iv. The solution must be a Commercial Off-the-Shelf (COTS) or modified COTS solution. ICE requires the use of COTS in lieu of a customized solution that is cost-effective, configurable and scalable to meet business needs and requires less time to achieve operational capability. The COTS solution or modified COTS solution is also preferred as they cover compliance and security requirements that are tested and updated periodically as part of the offering.

v. All investigative case management transactional data and derived analytical data within the platform must be owned wholly/entirely by ICE. Government furnished/owned information must be returned to the Government at no additional cost upon request.

vi. The solution must provide data Interoperability and Integrations with internal and external partners (including Criminal Justice Information Services, Department

of Justice, National Law Enforcement Telecommunications System, Office of Biometric Identity Management, CBP, etc.). Data interoperability is required to ensure ICE can communicate with internal and external partners that are using different systems, technologies and formats and vice versa. Data integration is required to combine and transform data into a consistent format and share with internal and external partners.

vii. The vendor providing the solution must have relevant experience with similarly situated government or law enforcement entities regarding size, scope, and complexity with active implementations as the ICM follow-on (including investigative case management and investigative analytics).

viii. The solution must have the ability to support multiple sets of users and hierarchy with clear data delineation, role based, and case level security. This is required as ICM supports multiple agencies (such as ICE, OPR etc.) with their investigative case management and collects sensitive data that must be segregated, and access based on their role and restrictions applied at the individual case level.

ICE also requires systems engineering, quality and process management, testing, system architecture, data management, performance assessment, modeling and simulation, post-implementation reviews, security management, and systems engineering process support including risk management, continuous process improvement, and configuration management in support of the ICM system. ICE also requires O&M of the ICM infrastructure for enhancements of the product for future releases, as needed.

The estimated Period of Performance (PoP) for the proposed action is as follows:

| | **Estimated Period of Performance** | **Current Estimated Value** |
|---|---|---|
| Base Period | 12 Months | [redacted] |
| Option Year 1 | 12 Months | |
| Option Year 2 | 12 Months | |
| Option Year 3 | 12 Months | |
| Option Year 4 | 12 Months | |
| | Total | |

The estimated PoP will be for one (1) 12-month base period plus four (4) 12-month option periods, with a Total Estimated Procurement Value (TEPV) of [redacted].

**4. Authority and supporting rationale and a demonstration of the proposed contractor's unique qualifications to provide the required supply or service.**

Authority:

☐ 8.405-6(a)(1)(i)(A) An urgent and compelling need exists, and following the ordering procedures would result in unacceptable delays.

☒ 8.405-6(a)(1)(i)(B) Only one source is capable of providing the supplies or services required at the level of quality required because the supplies or services are unique or highly specialized.

☐ 8.405-6(a)(1)(i)(C) In the interest of economy and efficiency, the new work is a logical follow-on to an original Federal Supply Schedule order provided that the original order was placed in accordance with the applicable Federal Supply Schedule ordering procedures. The original order or BPA must not have been previously issued under sole-source or limited-sources procedures.

Rationale:

Palantir is the only source available capable of meeting all of ICE's minimum requirements for ICM. ICE conducted extensive market research from July 2024 through September 2025 to determine if there are alternative solutions or companies could meet the minimum capabilities of the ICM requirement by September 2026. Of the 42 companies that ICE reviewed during market research, the vast majority did not demonstrate sufficiently relevant law enforcement or case management experience that is critical for successfully delivering ICM. In addition, several companies recommended custom solutions that are not COTS or modified COTS that present too much risk for ICE. ICE reviewed the capabilities of leading case management COTS products, including but not limited to [redacted] These products lack some of the following capabilities (in no particular order):

- Not currently FedRAMP High, and are not expected to be FedRAMP High at the time of contract award;
- Multiple aspects of solution, to include mobile and integration, have not been executed/deployed;
- Recommended solution does not include investigative data analytics, only case management and dashboards;
- Company is only willing to accept partial responsibility for data migration;
- Limited mobile and offline support; and/or
- Does not provide one integrated platform with ICM and data analytics capabilities.

Palantir's proprietary COTS platform is the only product that can meet all of the minimum capabilities necessary for the ICM requirement. No other COTS product available on the market is currently FedRAMP High certified, and therefore no other company is able to complete the transition to a new unified (case management and analytical) platform without an unacceptable schedule and delivery risk.

Without having FedRAMP High certification on day one of the period of performance, ICE would assume an unacceptable schedule and delivery risk because it is unknown when or if the solution would be able to be deployed. ICM must be available 24/7; a gap in service would result in HSI being unable to combat transnational criminal organizations that exploit the global infrastructure through which international trade, travel, and finance move, ensures continued operational efficiency and national security. Unavailability of ICM increases the risk of allowing potentially dangerous and/or inadmissible travelers into the United States. This would increase wait times at the border as officers would be using migration systems and processes to screen travelers. Without a fully functioning ICM system in place, ICE would not have the ability to perform its mission. Therefore, any lapse in service presents an unacceptable risk to ICE and must be avoided. While some companies suggested that they could deliver a solution as little as 12-weeks, those companies are not currently FedRAMP High certified. As such, a 12-week timeline is highly unlikely and unachievable. Other companies suggested an 18-to 24-month case management delivery timeline as each alternate solution would require a significant amount of development or re-architecting in order to integrate with the existing infrastructure, with no guarantees that all current capabilities would be implemented. This will significantly increase the risks associated with operational impacts, financial burden, and capability gaps. During this 18- to 24-month time, vendors need to complete activities such as obtaining FedRAMP High hosting environment, obtaining cleared resources to start the project on day one of the PoP, and obtaining an infrastructure that's has been approved at ICE. The critical activities necessary (i.e., development, testing, production, migration, etc.) for a complex system like ICM in a new vendor platform are extensive and time-consuming. ICE must plan and develop/re-architect, receive change approval for the development/re-architect, obtain, produce, support and deploy the capability, and finally, test and obtain an Authority to Operate (ATO) before a new solution can be implemented into the program portfolio, and that solution must be approved by the program Acquisition Decision Authority (ADA), for full performance operation in order to sunset a legacy solution. Palantir's platform is the only product that is already FedRAMP High certified and is therefore the only product that can meet ICE's requirements.

Finally, Palantir is the sole owner of its Intellectual Property (IP) for the Palantir Platform, inclusive of its software source code. Palantir is also the sole author/owner of its computer software documentation, end User License Agreement(s), and associated IP terms and conditions. Palantir does not authorize any other source to resell or distribute their licenses for the Palantir Platform, software/tools or provide operational and maintenance support or customizations to their software on General Services Administration (GSA) Multiple Award Schedule (MAS) or otherwise.

ICE determined that Palantir is the only source capable of providing all of the unique and highly specialized capabilities with minimal risk to operational impacts. Awarding to any other vendor increases the Government's risk to an unacceptable level; failing to meet all of the above identified minimum requirements can lead to security concerns as well as degraded system integrity and functionality, resulting in unexpected delays and ultimately mission failure.

**5. Determination by the ordering activity contracting officer that the anticipated order represents the best value consistent with FAR 8.404(d).**

The Contracting Officer (CO) determines that issuing a sole source procurement for support to ICE's ICM System represents the best value and will result in the lowest cost, considering price and administrative costs, to meet the Government's needs. The CO determines that the anticipated price will be fair and reasonable based on prior Task Order pricing, published rates on GSA MAS, and the Independent Government Cost Estimate (IGCE).

**6. A description of the market research conducted among schedule holders and the results, or a statement of the reason market research was not conducted.**

From July 2024 through June 2025, ICE conducted extensive market research and engagement with industry, including an Industry Day (reference https://sam.gov/opp/e1d91841563c4dba8bf208a8fd56ff18/view), two Requests for Information (RFIs) (https://sam.gov/opp/b7883d14a16e4d049f6d31f0875bf6f4/view and https://sam.gov/opp/a6da44adf7114a74b34d62cbe1fe1b1c/view), internet research, product demonstrations and evaluation of commercial software, a review of the FedRAMP marketplace, and meetings with stakeholders and other government agencies who have similar requirements. The market research identified several potential products and vendors. Overall, ICE assessed 42 vendors' capability to meet the project's requirements during market research. Most companies recommended custom solutions that relied on large teams to provide similar capabilities, with long lead-times (18-24 months) to develop the solution, migrate existing data, develop and conduct trainings, and fully transition to the new system. All other solutions lack FedRAMP High Certification, which would lead to potential security concerns and threats. Given the mission criticality and urgency of Executive Order 14159, Protecting the American People Against Invasion, the timelines and plans presented by the other vendors for procuring a new solution are unacceptable and would result in harm to national security.

**7. Any other facts supporting the limited-sources justification. Additional facts may be stated in this section. If there are no additional facts, you must state that here.**

The current ICM system, initially deployed in 2016, provides a modified COTS solution built on the Palantir Gotham platform, and has been highly customized to support case management and subject management for ICE's operational requirements in support of its law enforcement mission. Gotham is a proprietary software owned by Palantir and is hosted in the Palantir cloud. The current Task Order, 70CTD022FR0000170, currently provides O&M support for the ICM Gotham platform until 2027.

Switching to a new vendor would disrupt ongoing investigations and operations, potentially compromising national security. Palantir's systems are already ingesting and processing data from multiple internal and external sources, making a potential transition to a new system to meet these requirements with a new vendor highly complex and with increased risk. Palantir has developed deep institutional knowledge of ICE operations over more than a decade of support, and their systems have been tailored to meet strict DHS security and privacy standards. This includes software licenses, maintenance, updates, active workflow configurations, cloud hosting, and specialized engineering support services that can only be provided by Palantir. Given these considerations, Palantir remains the sole provider capable of meeting the specific needs and requirements of ICE. Their system provides the unique capability to combat transnational criminal organizations that exploit the global infrastructure through which international trade, travel, and finance move, ensures continued operational efficiency and national security.

**8. A statement of actions, if any, the agency may take to remove or overcome any barriers that led to restricted consideration (i.e., limited-sources) before any subsequent acquisition for the supplies or services is made.**

ICE will continue to research opportunities to remove any barriers to competition for this procurement with each option year and future recompetes. This ensures that the services/products provided remain aligned with the evolving needs of the agency and reflect current market conditions and best practices.

**9. DHS intends to post this requirement on sam.gov pursuant to FAR 8.405-6(a)(2).**

**10. Technical/Requirements Personnel Certification.**

Pursuant to FAR 8.405-6(c)(2)(x), I certify that this requirement meets the Government's minimum need and that the supporting data, which form a basis for the Limited-Sources Justification, are accurate and complete.

[redacted]

Technical Representative/COR

Tracking #: J&A-25-0266

## 11. Contracting Officer Certification

Pursuant to FAR 8.405-6(c)(2)(ix) and (xi), I certify that the Limited-Sources Justification is accurate and complete to the best of my knowledge and belief, and I determine that the circumstances identified in Section 4 apply.

[redacted]

## 12. Approval.

Pursuant to FAR 8.405-6(c)(2)(xi), I hereby determine the circumstance identified in Section 4 applies.

[redacted]

[redacted]

Head of Contracting Activity

[redacted]

Chief Procurement Officer