# EXHIBIT V

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



[redacted]

## Biographics

| | |
|---|---|
| **Name** | |
| Last | [redacted] |
| First | |
| Middle | |
| Name Flip | Yes |
| **Date of Birth** | [redacted] |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height (ft/in)** | |
| Min Height | [redacted] |
| Max Height | |
| **Weight (lbs)** | |
| Min Weight | [redacted] |
| Max Weight | |
| **Hair Color** | [redacted] |
| **Eye Color** | [redacted] |

## Identification

| | |
|---|---|
| **Social Security Number** | [redacted] |
| **Miscellaneous Number** | |
| Type | SZ - SEACATS INCIDENT |
| Number | 2026SZ0031560 |

## Addresses



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS



| | |
|---|---|
| **Address Type** | |
| Type | H - HOME/RESIDENCE |
| **Address** | |
| Address<br>Apt./Suite<br>City | [redacted] |
| State | MN - MINNESOTA |
| Postal Code<br>Country | [redacted] |

## Subject Record Information

| | |
|---|---|
| **ICM Record ID** | P2600001471XMS |
| **CBP Record ID** | P1L72481100CMS |
| **Subject Record Status** | |
| Status | SC - SUBJECT OF CURRENT INVESTIGATION |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Assault on Federal Officer |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| | |
|---|---|
| **Position or Title** | NGI - NO GANG INVOLVEMENT |

## Citizenship and Status

| | |
|---|---|
| **Citizenship** | |
| Country | USA - United States |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Birthplace** | |
| Country | USA - United States |

## Passport

| | |
|---|---|
| **Passport Number** | [redacted] |
| **Issuing Country** | USA - United States |
| **Passport Type** | |
| Type | I - INDIVIDUAL |
| **Issue and Expiration Date** | |
| Issue Date | [redacted] |
| Expiration Date | |

## Employment

### Employer Details

| | |
|---|---|
| **Business Name** | [redacted] |
| **Address** | |
| Address | |
| City | |
| State | |
| Postal Code | |
| Country | |

### Employment Details

| | |
|---|---|
| **Job Title** | [redacted] |
| **Job Duration** | |
| Start Date | [redacted] |

## Remarks



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Remarks** | Subject arrested during Operation Metro Surge, Minneapolis, MN for violating 18 USC 111 |

## Routing Information

| | |
|---|---|
| **Subject Record Owner** | Richard Berger |
| **Subject Record Owner** | Brandon Clarke |
| **Subject Record Supervisor** | Bronson Day |
| **Office Code** | MS - Saint Paul, MN |
| **Query Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | DHS |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Metadata

| | |
|---|---|
| **Document Number** | P2600001471XMS |
| **Document Status** | Published |
| **Opened** | [redacted] |
| **Last Updated** | [redacted] |
| **Author** | Brandon Clarke<br>1038 - SPECIAL AGENT<br>[redacted] |
| **Owner(s)** | Richard Berger<br>1038 - SPECIAL AGENT<br>[redacted]<br><br>Brandon Clarke<br>1038 - SPECIAL AGENT<br>[redacted] |
| **Supervisor** | Bronson Day<br>1038 - SPECIAL AGENT<br>[redacted] |

## Case Metadata

| | |
|---|---|
| **Case Title** | [redacted]18 USC 111 |
| **Case Number** | MS05BR26MS0012 |
| **Case Opened** | [redacted] |
| **Case Last Updated** | [redacted] |
| **Approved** | Bronson Day<br>1038 - SPECIAL AGENT<br>[redacted] |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.