# EXHIBIT AA

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/20/2026 16:33 EDT



**CASE NUMBER**
MS02PR26MS0004

**CASE OPENED**
2/11/2026

**CURRENT CASE TITLE**
Project Whipple Shield

**REPORT TITLE**
Images from UCA 9843's phone.

**REPORTED BY**
Katherine Wespetal
SPECIAL AGENT

**APPROVED BY**
Hakan Catalan
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/7/2026

### SYNOPSIS

Since November 2025, ongoing incidents of demonstrations and civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assaults against law enforcement officers, and damage to property. Homeland Security Investigations (HSI) St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations. This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities, while continuing to safeguard the rights of peaceful demonstrators and the public. This investigation will prioritize the identification of funding sources, organizational structures, and predicate actions behind these campaigns.

This report documents screen captures and recordings made by UCA 9843.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

Prior to the implementation of chat capturing software, the images described below and appended to this report were captured by UCA 9843. The images are of Signal chats UCA 9843 was engaged in on his/her undercover phone. This is not an inclusive list of all of the activity, images or information on UCA 9843's undercover phone. A copy of UCA 9843's undercover phone will be made at the conclusion of the investigation or when directed too and included in the case file for retention and discovery purposes. Additional photos, not described below are also appended to this report.

This report was composed by HSI UCA 9843 and uploaded by HSI SA Katherine Wespetal.

**TCDA or DAMN**

**IMG_2637**

Chat: one of the Whipple Watch chats, unknown exact Whipple Watch chat

Captured: 1/10/2026

Date posted: approximately 1/10/2026 by Isaac SANT (aka "IKE")

Description: Flyer promoting the meeting that created TCDA / DAMN on January 11, 2026.

**IMG_2671**

Chat: Unknown

Captured: 1/11/2026

Date posted: N/A

Description / relevance: The username of [redacted] UCA 9843 captured this after he/she saw [redacted] at a meeting held on 1/11/2026 where Purcell stated this was her Signal name.

**IMG_2676 - 2684**

Chat: TCDA

Captured: 1/11/2026



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Date posted: 1/11/2026

Description / relevance: Screenshot of Spokes Council Meeting Notes from 1/11/2026 meeting. UCA 9843 believed the notes were taken by [redacted].

**IMG_2713**

Chat: TCDA

Captured: 1/12/2026

Date posted: Within 24 hours of capture.

Description / relevance: [redacted] asked for assistance to house Veterans for Peace members.

**IMG_2723**

Chat: TCDA

Captured: 1/13/2026

Date posted: Within 24 hours of capture.

Description / relevance: Isaac SANT a.k.a. Ike requested training for street confrontations. His posting stated, in part, "I'm feeling like we who organized the meeting may have been too conservative in our choice of tactics for the breakout groups. I agree with what somebody said about how we need a specific training for street confrontations. I'd like to do a training in the very near future that includes a) defense against chemical weapons and b) hands-on practice with shields/reinforced banners".

**IMG_2724**

Chat: TCDA

Captured: 1/13/2026

Date posted: Within 24 hours of capture.

Description / relevance: Isaac SANT a.k.a. Ike, in response to a previous post which expressed disappointment in the quality of training for "DA" (direct action) and requested training credentials, posted, "@Cam Kennedy and I are talking about putting on one. I can speak to his



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

credentials. My relevant experience with things like this comes from IMF/ World Bank protests in 2007, Occupy Oakland in 2011, the Freddie Gray uprising in Baltimore in 2015, and the J20 protests in 2017."

**IMG_2732-2735**

Chat: Unknown

Captured: 1/13/2026

Date posted: Unknown

Description / relevance: Sign-up information for the 1/23 ICE Out of MN event.

**IMG_2740**

Chat: TCDA

Captured: 1/13/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] asked for access to chat regarding the hard blockade.

**IMG_2743**

Chat: possibly TCDA

Captured: 1/14/2026

Date posted: Unknown

Description / relevance: Vetting chat for Whipple Watch which, per UCA 9843, is what TCDA based their vetting model on.

**IMG_2758**

Chat: TCDA

Captured: 1/14/2026

Date posted: 1/14/2026



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Description / relevance: Callum ROBINET a.k.a. Juliet K posted an about Officer Involved Shooting (OIS).

**IMG_2761**

Chat: TCDA

Captured: 1/14/2026

Date posted: 1/14/2026

Description / relevance: Isaac SANT a.k.a. Ike advised ICE has left the OIS scene.

**IMG_2769**

Chat: TCDA

Captured: 1/14/2026

Date posted: 1/14/2026

Description / relevance: Isaac SANT a.k.a. Ike sent a Youtube link to the raiding of an FBI agent's car and [redacted] posted about two people being "dearrested from ICE".

**IMG_2770**

Chat: Unknown

Captured: 1/15/2026

Date posted: 1/15/2026

Description / relevance: [redacted] discussed the deletion of the screenshots they shared from the livestream footage of law enforcement sensitive information found with an FBI vehicle.

**IMG_2774**

Chat: Unknown

Captured: 1/15/2026

Date posted: unknown



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Description / relevance: Sprout Distro anarchist website.

**IMG_2779-2781**

Chat: TCDA

Captured: 1/15/2026

Date posted: Within 24 hours of capture.

Description / relevance: Information regarding a grassroots bail fund; [redacted]

**IMG_2796**

Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Information regarding a march planned for 1/23/2026.

**IMG_2797**

Chat: Unknown

Captured: 1/16/2026

Date posted: Unknown

Description / relevance: Information about events on 1/23/2026 which states, in part, "Finally, there is a community self defense mobilization planned on Washington Ave S by the Courtyard by Marriott Hotel and Cedar Avenue. This is being put together by Somali organizers who have committed to a mobile blockage of the fascist march. This action is outside of Cedar-Riverside, which is in line with the St Paul Principles and the separation of time or space from other actions. The details of this action will also be linked below in the comments. If you're down to confront the fascists directly as the main hard line of defense between downtown and the West Bank, this is the action for that. All of these actions represent different strategic orientations, different stances towards confrontation, and different relationships to the state. It is up to you to determine where your solidarity and affinity lies."

**IMG_2812**



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] posted:

I have a large group of comardes out of state who have been generously donating, but also want to donate time and labor. Please DM me if you have any need for sound expertise, as the sound comrades can travel, and/or for logistics/otherwise tasks that can be done at a distance."

**IMG_2818-2823**

Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Isaac SANT a.k.a. Ike removed a user from the TCDA chat due to their arrest. Signal moniker [redacted] noted "the feds have tools like Cellubrite" and stated they shouldn't assume the phone is safe.

**IMG_2824**

Chat: Whipple (unsure of exact Whipple chat)

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: [redacted] identifies Signal moniker [redacted] as [redacted] and advised that federal law enforcement did not get his phone.

**IMG_2825**

Chat: Unknown

Captured: 1/16/2026

Date posted: Within 24 hours of capture.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Description / relevance: Signal moniker [redacted] posted a guide on "locking your shit down before going to things".

**IMG_2828**

Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Callum ROBINET a.k.a. Juliet K expressed concern regarding technical surveillance.

**IMG_2836**

Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Cam Kennedy (Cameron KENNEDY) promoting Left Jab, which is described in the post as "an *always free* leftist mixed martial arts class".

**IMG_2842**

Chat: TCDA

Captured: 1/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] discussed police / media presence.

**IMG_2854-2855**

Chat: TCDA

Captured: 1/17/2026

Date posted: Within 24 hours of capture.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Description / relevance: Signal moniker [redacted] discussed a recent arrest of [redacted] who was trying to remotely wipe a phone that was detained. Signal moniker [redacted] explained that is destruction of evidence.

**IMG_2856**

Chat: TCDA

Captured: 1/17/2026

Date posted: Within 24 hours of capture.

Description / relevance: Eric DAVIS a.k.a Errico's posted about final organizing for 1/23/2026.

**IMG_2901**

Chat: Unknown

Captured: 1/19/2026

Date posted: Unknown

Description / relevance: Flyer promoting an Organizing Meeting for the 1/23 General Strike Against ICE at La DONA Cerveceria on 1/19/2026.

**IMG_2905**

Chat: TCDA

Captured: 1/19/2026

Date posted: Within 24 hours of capture.

Description / relevance: Isaac SANT a.k.a. Ike discussed his scout of Whipple in preparation for Friday 1/23/2026.

**IMG_2906**

Chat: TCDA

Captured: 1/19/2026

Date posted: Within 24 hours of capture.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Description / relevance: Callum ROBINET a.k.a. Juliet K asked for housing for "crews" from out of town.

**IMG_2907**

Chat: TCDA

Captured: 1/20/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] posted an advertisement for a video conference on the occupation.

**IMG_2915-2944**

Chat: TCDA

Captured: 1/20/2026 / 1/21/2026

Date posted: Within 24 hours of capture.

Description / relevance: [redacted] poster requested to be added to the blockade group. Isaac SANT a.k.a. Ike stated the group was closed.

**IMG_2981**

Chat: TCDA

Captured: 1/21/2026

Date posted: Within 24 hours of capture.

Description / relevance: Screenshot of TCDA group description, "Post-Spokescouncil Coordination; only people who join prior to end of phy…" Messages were set to disappear after 1 day.

**IMG_2982 - 2983**

Chat: TCDA

Captured: 1/21/2026

Date posted: Within 24 hours of capture.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



Description / relevance: Screenshot to capture total members (143) & disappearing messages.

**IMG_2996**

Chat: TCDA

Captured: 1/21/2026

Date posted: Within 24 hours of capture.

Description / relevance: Message from Signal moniker [redacted] (UCA 98 43 believed this is Emmet DOYLE due to a signal name change) regarding jail support.

**IMG_3009**

Chat: TCDA

Captured: 1/22/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] posted about Cities Church arrests.

**IMG_3010-3011**

Chat: TCDA

Captured: 1/22/2026

Date posted: Within 24 hours of capture.

Description / relevance: Callum ROBINET a.k.a. Juliet K sent information out about how undercover ICE agents may use elicitation to obtain information.

**IMG_3031**

Chat: TCDA

Captured: 1/22/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] explained his mantra.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

**IMG_3040**

Chat: NA - Yahoo

Captured: 1/20/2026

Date posted: NA

Description / relevance: Screenshot of [redacted]

**IMG_3056**

Chat: None - social media

Captured: 2/5/2026

Date posted: NA

Description / relevance: Workers' Assembly flyer for 2/15/2026.

**IMG_3064**

Chat: None - social media

Captured: 2/7/2026

Date posted: NA

Description / relevance: Black Cat Workers Collective flyer regarding their presence at the Capitol.

**IMG_3065**

Chat: TCDA

Captured: 2/7/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] reported [redacted] presence at the Whipple building.

**IMG_3066**



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Chat: TCDA

Captured: 2/7/2026

Date posted: Within 24 hours of capture.

Description / relevance: Workers' Assembly flyer for 2/15/2026 posted by Signal moniker [redacted], who was looking for volunteers to support the assembly.

**IMG_3081**

Chat: TCDA

Captured: 2/16/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] sent out a map of parking and entrance information for the TCDA meeting at [redacted]

**IMG_3101**

Chat: Whip 03/01

Captured: 2/25/2026

Date posted: Within 24 hours of capture.

Description / relevance: Signal moniker [redacted] sent a message stating the group will meet at [redacted] located at [redacted] [redacted] [redacted] on 2/26/2026 at 7:30pm.

**IMG_3115**

Chat: DAMN

Captured: 3/18/2026

Date posted: Within 24 hours of capture.

Description / relevance: [redacted] a Signal moniker used by Issac SANT, sent a fundraising link, "for travel expenses for some of us to go on 3 different legs of a speaking tour to export the Twin Cities RR model. (Rapid Response).



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**IMG_3117**

Chat: DAMN

Captured: 3/18/2026

Date posted: Within 24 hours of capture.

Description / relevance: Flyer with cities listed in the anarchist tour. The flyer describes the tour as, "Anarchists from the Twin Cities share their experiences building rapid response networks, explore how Minnesota thwarted Operation Metro Surge, and draw out lessons about how to defeat fascism."

**IMG_3125**

Chat: unknown

Captured: 3/26/2026

Date posted: unknown

Description / relevance: Map of the traffic jam scheduled for the Whipple building on 3/26/2026.

**Misc Other Chats Folder**

**IMG_2580**

Chat: Private Chat between

Captured: unknown; Prior to January 11, 2026, per UCA 9843

Date posted: unknown

Description / relevance: Video of Signal chat on UCA 9843's phone between [redacted] (later identified as [redacted]) regarding adding UCA 9843 to a Whipple chat room. [redacted] states, in part, "okay-as a heads up this group is only mildly vetted and has a tendency to veer into conversation around illegal activity. please read the disclaimer in the group description and feel free to leave the channel if you become uncomfortable with the degree of risk"

**IMG_2589**

Chat: General Whipple Admin



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Captured: unknown

Date posted: unknown

Description: Photo of a Signal posting on UCA 9843's phone in the General Whipple Admin Signal chat regarding signing up for shifts on 1/9/2026; captured 1/8/2026

**IMG_2590**

Chat: Whipple Admin chat

Captured: 1/8/2026

Date posted: Unknown

Description: Video of live Whipple Huddle / Safety Documents found in Whipple Admin chat. Unknown author or publish date. Document outlines safety procedures and provides guidance on law enforcement encounters.

**IMG_2719**

Chat: Unknown

Captured: 1/13/2026

Date posted: Unknown

Description: Selfie sent from Signal user Ike (later identified as Isaac SANT).

**IMG_2754**

Chat: Unknown

Captured: 1/14/2026

Date posted: Unknown

Description: Whipple General Vetting Announcement

**IMG_2756**

Chat: Vetting: Whipple DA



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Captured: 1/14/2026

Date posted: Unknown

Description: Photo of UCA 9843's phone regarding his/her vetting recording for the Vetting: Whipple DA chat.

Investigation continues.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.