# EXHIBIT BB (Part 1)

5:00 5G 27

-- WHIP




General:WHIPPLE (...
1d
[redacted] offline until night
WHIPPLE
WATCH
WW: SCHEDULE/ADMIN
Group · 170 members
signal.group
SHIFTS FOR 1/9 ARE LIVE. Sign up for your shift here:
https://signal.group/#CjQKINRyFfQxAL_Rq_H4_bzALQaCW4rlZvg9zCFnHz1p7iKZEhDvGN9PCT70rJjiGNmdaSoX
On-boarding at 7:00am!
We are continuing
Signal message


[redacted] 55 pm

[redacted]

EVERYONE! We are refreshing this channel with a deeper degree of vetting.

ASAP: PLEASE JOIN THE VETTING CHANNEL and read the group description to complete your vetting process and help vouch/move others through vetting. **EVERYONE needs to do this, no matter how long you've been here and showing up.** ❤️

https://signal.group/#CjQKIGjPRmhxUJDcdy9EI_1ck-aMo5VutuctSIWKfC82LPCHEhAynk_2FAc1R0W6ImXYeJLn

PLEASE DO NOT SHARE THIS LINK IN ANY UNVETTED GROUPS (send via DM instead)

Edited 2:53 PM


Vetting: Whipple DA
1d
g: Whipple DA
Sj M · 0:42
1x
Vetting: Whipple DA
[redacted]
no chatter please!! VOICENOTE &
VOUCH VETTING upon ent...more
Today
You joined the group via the group link.
0:42
1x
Now
Signal message


deployed a few times via grenade and they were spraying ppl. If you just stand further down the road and don't walk around in it u should be fine tho
Edited 4:39 PM
Pg
2
[redacted]
EMERGENCY MEETING ON RESISTANCE TO ICE OCCUPATION
SUNDAY JAN 11TH
1:00 PM
312 CENTRAL AVE SE
EVERY RAPID RESPONSE GROUP INVITED
Graphic to send out to your various local groups about tomorrow
4:44 PM
Signal message



[redacted] CATCHING UP




## About

[redacted] (CST) (m ...

[redacted]

Profile names are not verified >

B I U S A

4. Being present when ICE is identified, be sure

**RR Northeast**

Creating schedules to have better coverage across the group

Know your Rights canvassing is really helping

**[redacted] with RR in Whittier Uptown**

Post only for Salute

Buddy-up

Keep it only RR

Not using same car for RR as for mutual aid

Consolidate all evidence with one person before heeading

**Schools (I missed a bit of this one and many of the following went so fast it was**

6:36 5G 19

Spokes Council Notes 2...

B I U S A

**Schools (I missed a bit of this one and many of the following went so fast it was hard to catch all the info)**

Union said we can't take workplace action, however, it is said that if we had more support, we would be able to push against this.

**Workers Unions**

Entire job sites are getting shutdown when ICE arrives, but we need a long term solution.

**ACLU**

Wants intel and evidence from the public regarding racial profiling and warrant evasion (like not following the laws for warrants and consent to search)

**Blackcat**

6:36 5G 19

Spokes Council Notes 2...

O

B I U S A

**Blackcat**

Foot patrols are more effective than ever before

flyer drops in neighborhoods with QR codes are good to grow RR networks

scheduled patrols and food drops

We need guards outside of places of worship

Suggest that noise demos can be staggered

**St Paul public schools**

Better vetting

Meeting regularly with comrades in RR networks

Centered location for all information

SELF-CARE

**Riverbottom**

Aggregate mutual aid system

6:36

Spokes Council Notes 2...

**Riverbottom**

Aggregate mutual aid system

visiting homeless encampments

immigrant assistance for legal services

cell phone and signal security, interested in getting radios

download READY NOW app

**RR network (i don't know which one)**

Confusion over which airtable site to look at

scheduling reg meetings

**Grease Pit**

fixing up bikes for patrollers

**Northeast RR**

Zines that describe the whistles

Notify someone when you leave your

Spokes Council Notes 2...

**Northeast RR**

Zines that describe the whistles

Notify someone when you leave your house to go on patrol

Memorize the National Lawyer's Guild Number 612-444-2654

**NE SE RR**

Emojis are used to describe what you are doing

**Loring park RR**

Learning form other groups

Find ways to organize conversations on signal when on patrol

Focus on prioritized zones when # of patrollers are low

bus stops (especially along Nicolet ave )are hot spots of abductions

Spokes Council Notes 2...

**Northstar and 5051**

give yourself RISK ASSESMENTS everyday

always run with a buddy

interruption of cell signal and radio

**state agency employees?**

notify RR channels if state agencies are complying with ice

**South Side RR**

don't follow ice into alleys

convoys will have one car at the back to loose you by slowing way down

getting vetted into neighbors might entail confirming that you live in the house you say you do

turn volume down and keep on call when confronted by ICE

**RR (Idk which one)**

Spokes Council Notes 2...

**RR (Idk which one)**

Democratic and informal meetings often to build trust

[redacted] *spoke to use about Whipple Direct Action*

Jan 23rd: Big announcement coming soon

Join call tomorrow (1/12) at 4pm, RRs will be sending out info

*Then we split into 6 breakout groups to discuss strategies we can use going forward.*

**Breakout groups**

Mass commuting

Marches

Soft Blockade (using just human bodies)

Hard Blockade (humans and stuff)

Civil disobedience

Workplace Action

*I joined* ***Mass Commuting.*** *This refers to getting a large group of people to drive a loop around the Whipple to effectively stop traffic and shut down ICE operations in and out of the Whipple.*

Open to Public? Car Protest

Will not be low risk, we want people who get involved to know

Dash cams encouraged

Critical mass of cars (how many are needed to make this a worthwhile effort?)

Safety: cars who are involved cannot be connected to living space of endangered people

New recruits should go to Whipple before committing to the event to assess risk level, understanding public vs private property

ICE has cooperation from HennCounty

Spokes Council Notes 2

B I U S A

ICE has cooperation from HennCounty sherrifs and parks police

What happens if you are pulled over or signaled by ICE to pull you over? Participants should be trained

ICE has been more aggressive to observers in cars (not just at Whipple) shooting pepperballs at cars to alert other agents (carwash to help get this off)

Don't say anything to your detainer, ever, besides your name

vehicles can get impounded, who will support you with that?

what if we did it on bikes?

***This is where I had to leave to make it to Whipple Shift***

[redacted]

TC DA
1d

[redacted]

**RESOURCE REQUEST!**
Veterans for Peace is sending a group of 10-12 veterans on a two-week deployment to the Twin Cities to bring in supplies, do solidarity work on the frontlines and in mutual aid, and learn from local organizers OTG.

we need housing for these vets! seeking a SINGLE location to serve as a base of operations, barracks, supplies/logistics hub, and all-around third space.

we are wondering, specifically, if a local faith place would be willing to host us. we'd like everyone to have a bed/cot/air mattress of their own and NO bedsharing (i.e. no houses with a handful of double beds).

Deployment dates: Jan. 15-29th

please DM me any leads! tysm comrades 🫡

Edited Now

TC DA
1d

Thanks all. Passing on the info want to make sure I do so accurately
12:42 PM

[redacted]

After yesterday's events (the no-knock raid at Thomas & Victoria, the Speedway incident, and tear gas at Whipple) I'm feeling like we who organized the meeting may have been too conservative in our choice of tactics for the breakout groups.

I agree with what somebody said about how we need a specific training for street confrontations. I'd like to do a training in the very near future that includes a) defense against chemical weapons and b) hands-on practice with shields/reinforced banners
12:49 PM

👍 8 ❤️ 4

[redacted]

The person who was calling for direct action training said they

were really disapppinted in the quality of training for DA they have had in the past. Can someone speak to the credentials of whatever group/individuals that gets brought in to do the training? I'm in, once that's established. ✊🏽✊🏼✊🏾✊🏽✊🏾✊

12:54 PM

❤️ 3

[redacted] and I are talking about putting on one. I can speak to his credentials.

My relevant experience with things like this comes from IMF/ World Bank protests in 2007, Occupy Oakland in 2011, the Freddie Gray uprising in Baltimore in 2015, and the J20 protests in 2017.

12:58 PM

❤️ 6

[redacted]

Hey I'm [redacted] and didn't get a chance to reply til now. I'm an SPFE educator in the West 7th

Signal message



NO WORK. NO SCHOOL. NO SHOPPING.

# 1/23 Ice Out of MN Org Sign Up

Details: Fri, Jan. 23rd || ICE Out of MN: A Day of Truth and Freedom

A unified statewide pause in daily economic activity:

-- **No work** (except emergency services)
-- **No school**
-- **No shopping** or consumer spending

**1.23 Demands**

1. ICE must leave Minnesota now.

2. The officer who killed Good must be held legally accountable.

3. No additional federal funding for ICE in the upcoming budget.

*These are moral common sense demands for a state that values truth, freedom, and life.*

Endorsement principals:

12:06 5G 52

*These are moral common sense demands for a state that values truth, freedom, and life.*

Endorsement principals:
Endorsing orgs are committed that all activities on this day will be non-violent.
Each endorsing org will get a seat on Organizing committee for the march that day(downtown MPLS 2pm), so please put your ONE representative's name and email below.

Orgs are encouraged to move their own bases to whatever actions that day (and in the lead up) that makes most sense to them, lots of separate actions are fine, or shared. There is (and should be) too much moving to expect central decision-making. Each should run hard at what they can do towards the core goals of the day.

There will be 2 coordination teams: they will not have power over the other orgs, but for those that want to coordinate, they can use this space on the given topic:
1) Corporate accountability: Within the core corporate demand to come out publicly to get ICE out of MN, there are already many related specific corporate demands/campaigns running in our orgs, so this space will discuss deeper coordination.
2) Actions & training: In addition to the unity action at 2p downtown mpls (that will be planned by the OC together), if orgs are doing other actions they want to share that day, this

12:06 5G 52

will be a chance to share training materials/etc.

Current Co-Sponsors (in alphabetical order):

Alliance for Metropolitan Stability
Black Lives Matter Twin Cities
Clean Water Action Minnesota
Communities United Against Police Brutality
Comunidades Organizando el Poder y la Accion Latina
CTUL
CWA Local 7250
Freedom Road Socialist Organization
Gender Justice
Immigrant Defense Network
Indivisible Twin Cities
Inquilinxs Unidxs por Justicia
ISAIAH
Jewish Community Action
Minnesota 50501
Minnesota Immigrant Rights Action Committee
Minnesota Indivisible Alliance
Minnesota Voice
NRRC
QUEERSPACE collective
Saint Paul Federation of Educators
SEIU 26
The New Justice Project Minnesota
Twin Cities Democratic Socialists of America
Unidos MN
UNITE HERE Local 17
Women's March Minnesota
Workers Solidarity Circle


12:06
5G
52
sjmorgan455@gmail.com Switch account
Not shared
* Indicates required question
ICE OUT
OF MINNESOTA
A DAY OF TRUTH & FREEDOM
NO WORK. NO SCHOOL.
NO SHOPPING.
MARCH DOWNTOWN
MINNEAPOLIS AT 2:00PM
JANUARY 23
Org Name *

5:38 • 5G 16

**TC DA**
1d

[redacted]
Are there already plans for the hard blockade? Could people from there add me to whatever chat you have set up? 53m

[redacted]
> Here's the call out from some major unions like SE...
> NO WORK. NO SCHOOL. NO SHOPPING.

Also, can I share this with people at Students for Democratic Society, and YDSA? 52m

SDS is already trying to plan for a walkout at the UMN. They are also in contact with the school's unions and could help with the general strike 50m

[redacted]
> Are there already plans for the hard blockade? Could people from there...

dm me 37m

11

Signal message


10:27
5G 100
TC DA
1d
Vetting: Whipple DA
no chatter please!!
VOICENOTE & VOUCH VETTING
upon entry:
1. first, send a 1-2 minute voicenote introduction WITHOUT identifying information. answer the question: why does the Whipple matter to you?
2. then scroll, listen, and vouch for others with a ✅ REACT to their voicenote.
THREE green check marks required for entry at admins discretion. once vetted, requesters will be added to the locked Whipple DA channel.
OK


8:24
5G UW 98
TC DA
1d
https://x.com/kscullinfox9/status/2011614632939823263
15m
2
2
1 unread message
[redacted]
https://x.com/kscullinfox9/status/2011614632939 8...
Getting word that one of the people who got shot but will be okay but they hit a fed with a shovel??
7m
[redacted] changed their profile name to 🚗📍 [redacted]
Update


10:09
5G 81
TC DA
1d
are weak to laugher, weirdness and belittling. If we show we are unaffected and I afraid it offsets them. Look at Portland and there effective silliness
2m
Unafraid *
2m
[redacted] changed their profile name to [redacted]
Update
[redacted]
There inflatable costumes are so smart cause they can't be violent and the idea of a frog or something dumb being taken down also gets media on our side
1m
[redacted]
ICE is gone. Standoff here with MPD in riot gear
Now
Signal message

TC DA

1d

Update

2 unread messages

[redacted]

Some folks raided an ICE vehicle for paperwork. Shown on camera and discussed here:

https://www.youtube.com/watch?v=TewasURTjN0&t=9810s

1m

[redacted]

From a friend otg tonight till MPD left - two people were dearrested from ICE:

Dude also!! They snatched 2 kids that threw a fire work at them, like 20 of them ran a block to grab them.. then about 30.mina later after hella pressure, they let them go! I totally forgot.. that was like an hour before they left.. simply amazing

Now

Signal message

https://www.youtube.com/watch?v=TewasURTjN0&t=9810s

22m

[redacted]

Video is private 17m

[redacted]

I just reposted it from another chat idk

16m

It's Mercado 16m

Today

2 unread messages

[redacted]

I'm gonna delete those screen shots and try to scrub the Metadata

Edited Now

I need to learn how to do that anyway

Now


8:23
5G
50
sproutdistro.com
26
Search
Contact
Light
SPROUT
DISTRO
Home
Zines
About
Welcome,
troublemaker.
Sprout Distro is an anarchist zine distro. We feature 100s of zines on topics ranging from direct action to theory. Our main focus is sharing practical skills with an eye towards anarchy.


9:30
5G 46
TC DA
1d
Twin Cities Protest Bail Referral Form | Baserow
tlsurl.com
PASS TO TRUSTED NETWORKS!
❌KEEP THIS OFF OF SOCIAL MEDIA❌
Donations are now open for the new 💪💸 Twin Cities Swoletariat Bail Fund 💪💸
This is a small grassroots bail fund for those arrested while resisting the illegitimate ICE occupation by the US government in Minneapolis/St. Paul.
🚨Bail Referral Form:
https://tlsurl.com/mh49a
Venmo: [redacted] (PLEASE use the "private" option when donating)
CashApp: [redacted]
Make sure those who might witness your arrest in your circle know your govt. name -- on the flipside, get the names of those

9:30 5G 46

← Message from [redacted] (he/they)

Make sure those who might witness your arrest in your circle know your govt. name -- on the flipside, get the names of those being arrested. Getting a lawyer in touch with an arrestee remains vital, it's why we ask for attorney info (if you can get it!).

We only have a few thousand bucks to kick us off and are putting out a call for funds in anticipation of a prolonged struggle. This will not be a formal nonprofit -- we know how to do this, and are in touch with a national network of comrades for support like bookkeeping. If we wind down operations, we will donate fund moneys to a collective that fabricates shelters and distros firewood and supplies for encampments here in town and provide receipts.

⚠️ Note for Whipple/ICE arrests ⚠️ as of now, most protesters being arrested by ICE are being held at Whipple until an attorney shows up for them. We can only pay bail if one is set, and that typically only occurs at the county jail with a local agency (MPD, Hennepin Sheriff) etc. as the arresting body. Try and track whether

We only have a few thousand bucks to kick us off and are putting out a call for funds in anticipation of a prolonged struggle. This will not be a formal nonprofit – we know how to do this, and are in touch with a national network of comrades for support like bookkeeping. If we wind down operations, we will donate fund moneys to a collective that fabricates shelters and distros firewood and supplies for encampments here in town and provide receipts.

⚠️ Note for Whipple/ICE arrests⚠️ as of now, most protesters being arrested by ICE are being held at Whipple until an attorney shows up for them. We can only pay bail if one is set, and that typically only occurs at the county jail with a local agency (MPD, Hennepin Sheriff) etc. as the arresting body. Try and track whether your person gets taken to Whipple vs. elsewhere, and note who is cuffing them, before reaching for the referral form.

Power to the people, ruination to the bootlickers.

1m

[redacted]

Do you know any more info about that? I'm trying to get in contact with some of the people organizing it currently

31m

If anyone is able and willing to connect me, please send me a dm

AT

30m

[redacted]

SEIU 26 is the driving force behind it. Their march is going to go up Hennepin Ave to downtown.

To get in on the AFL-CIO/SEIU 26 planning meetings, you have to be from an organization that endorsed their call

28m

[redacted]




27m

protest. We will link their event in the comments. If you're down to protest and holler but not seeking a direct confrontation, this is the one for you.

Finally, there is a community self defense mobilization planned on Washington Ave S by the Courtyard by Marriott Hotel and Cedar Avenue. This is being put together by Somali organizers who have committed to a mobile blockade of the fascist march. This action is outside of Cedar-Riverside, which is in line with the St Paul Principles and the separation of time or space from other actions. The details of this action will also be linked below in the comments. If you're down to confront the fascists directly as the main hard line of defense between downtown and the West Bank, this is the action for that.

All of these actions represent different strategic orientations, different stances towards confrontation, and different relationships to the state. It is up to you to determine where your solidarity and affinity lies.

12:06 5G 83

TC DA
1d

Update

[redacted]

*This message was deleted.*
3m

A

1 unread message

[redacted]

I have a large group of comrades out of state who have been generously donating, but also want to donate time and labor. Please DM me if you have any need for sound expertise, as the sound comrades can travel, and/or for logistics/otherwise tasks that can be done at a distance.

Now

BA

[redacted] changed their profile name to [redacted]

Update


12:26
5G
80
TC DA
1d
Update
[redacted] removed [redacted]
2 unread messages
[redacted]
Removed [redacted] because they're under arrest and phone is in custody
2m
2
[redacted]
Removed [redacted] because they're under arrest and phone is in custody
Do we all need to be concerned that our semi-security has become less semi because of comrade [redacted] falling into the authority's hands? MPD or DHS/ ICE? Are they ok?
Thx.
Now
Signal message


12:27
5G
80
TC DA
1d
[redacted]
Removed C.M. because they're under arrest and phone is in custody
3m
2
[redacted]
Removed [redacted] because they're under arrest and phone is in custody
Do we all need to be concerned that our semi-security has become less semi because of comrade [redacted] falling into the authority's hands? MPD or DHS/ICE? Are they ok?
Thx.
1m
2 unread messages
[redacted]
Is [redacted] in other chats
Now
I'm scrambling
Now
Signal message

12:30 5G 79

TC DA
1d

is [redacted] in other chats 3m

I'm scrambling 3m

[redacted]

Somebody removed them from all Whipple groups already. I don't know about other chats 2m

💯

[redacted]

Do we all need to be concerned that our semi-security has become less...

I think we're fortunate that the person who got arrested is probably the person with the most locked-down phone I've ever met. But the feds have tools like Cellubrite and I wouldn't assume this chat is safe.

I think we should be aware they might be able to see all the above talk about the Saturday antifascist demos, but nothing before that b/c of disappearing messages Now

Signal message


12:32
5G
79
TC DA
1d
[redacted]
Do we all need to be concerned that our semi-security has become less...
Cybersecurity person here. From a technical standpoint: if their phone is encrypted (which all newer Androids and iPhones are by default), they have a strong password set, and they were keeping their phone up to date with security patches, it will be very difficult to get into the phone. Not 10000% bulletproof impossible but very resource intensive and time consuming
Now
[redacted]
Everyone should disable message previews for signal, so that you have to actually unlock your phone to read messages
Now
[redacted]
I think we're fortunate that the
Signal message