# EXHIBIT BB (Part 2)


1d
[redacted] COMMUTING TO
Omw to Whipple, 20 minutes out
55m
[redacted]
Update
[redacted]
Clint is out. They charged with obstruction on federal property? He was just in the road with an umbrella.
Now
They didnt get his phone
Now
Signal message

CK

I appreciate the active precautions.

2m

👍 4 💯

1 unread message

[redacted]

**Attending a Protest**

For quick reference, we've created a handy guide designed to be printed, folded, and carried in your pocket (PDF download). Now, more than ever, citizens must be able to hold those in power accountable and inspire others through the act of protest. Protecting your electronic devices and digital assets before, during,...

eff.org

Also, please check out this guide to locking your shit down before going out to things:

https://ssd.eff.org/module/attending-protest

Now

👍 ❤️

Signal message

4:57 5G 66

TC DA
1d

Definitely can! Who's organizing?
ED 44m

[redacted]

There's also a noise demo tonight at whipple north lo...




Hey please do not use jotform for that planning info. Information security professionals have some real concerns around metadata tracking and retention using browser fingerprinting, especially with that link tracking at the end of that URL. We were just discussing in threatwach and talking about how using screenshots instead could really drastically cut down the attack surface we present and surveillance we are exposing ourselves to. I would really recommend people not click that.

25m

👍 3 💯 😮

Pisss

Signal message


6:57
5G 60
TC DA
1d
Or unsubstantiated at this point
58m
[redacted]
Hi - Would someone in the W 7th RR loop mind adding or dming me? Live in the area, so I'd like to join, thanks!
Mh
49m
[redacted]
⚠⚠We need XLR Cables 43m
My black box they were all in didn't get here
43m
[redacted]
Hey all,
Left Jab, an *always free* leftist mixed martial arts class, is continuing to meet on Sundays. This class is geared towards beginners and designed to be anti racist and queer friendly. If you've ever wanted to learn basic self defense or just want to work through some of that rage we are all feeling by hitting some pads
Signal message

TC DA

1d

4 unread messages

[redacted]

How many people are there going to be at the blockade tomorrow

15m

I am terrified of the prospect of MPD or national not showing up, and watching people getting shot

15m

[redacted]

*This message was deleted.*

13m

[redacted]

Another thought for the barricade: is status coup + others going to be showing up? We need as much cameras on the situation for deterrence

2m

[redacted]

Update


11:26
TC DA
1d
[redacted]
GROUPS:
"Hey, I am in contact with the legal observers detained in Monticello yesterday. They kept one of their phones, the owners is working to wipe the phone remotely, but they are hoping to be removed from any rapid response groups that they were in. user name is [redacted] thought you may be able to spread the word more effectively."
Fyi in case y'all are in groups with this person
51m
[redacted]
FOR EVERYONE, CHECK YOUR GROUPS:
Hey in case they don't know this - wiping phone remotely is destruction of evidence and can
Signal message


11:26
5G 92
TC DA
1d
working to wipe the phone remotely, but they are hoping to be removed from any rapid response groups that they were in. user name is "Orange cat🐈" i thought you may be able to spread the word more effectively."

Fyi in case y'all are in groups with this person
51m
[redacted]
FOR EVERYONE, CHECK YOUR GROUPS:
Hey in case they don't know this - wiping phone remotely is destruction of evidence and can get you in serious legal trouble. I really strongly advise that they don't do that.
43m
[redacted]
FOR EVERYONE, CHECK YOUR
Signal message


12:22
5G 91
TC DA
1d
[redacted]
ANNOUNCEMENT - PLEASE READ
**working group delegates: please post links to your groups in reply to this message after reading to the bottom**

The spokes coordinating group has been meeting and we're making good progress. This message is to communicate some information, and to ask y'all to re-sort yourselves into the final action groups for Friday 1/23.

UPDATE:
We're all in for 1/23. We have some initial plans, but also a few challenges. So, especially if you have connections to AFL-CIO leadership or decision-makers, PLEASE ASK THEM TO FOCUS ON WHIPPLE AND NOT DOWNTOWN.

Their current event seems to focus on downtown, but we and our communities need them to
2
Signal message


12:22 5G 91

Message from [redacted]

Their current event seems to focus on downtown, but we and our communities need them to focus on Whipple. And we could sure use their numbers .

The Hard Blockade group is closed and not receiving new members. There will continue to be room for all sorts of levels of participation, and different levels of risk.

We will continue to abide by the Saint Paul Principles, including trying to separate and deconflict between very divergent tactics, and refusing to sell out or snitch on each other despite tactical disagreements ("diversity of tactics").

ASK
Please sort yourself into the following action groups for Friday
1. Marches
2. Soft Blockades
3. Mass Commuting
4. Propaganda

PROPAGANDA AND COMMUNICATIONS
We need to start this working group immediately. This group should promote participation on Friday as widely and strategically as possible, giving away NO

12:22 • 5G 91

← Message from [redacted]

and deconflict between very divergent tactics, and refusing to sell out or snitch on each other despite tactical disagreements ("diversity of tactics").

ASK
Please sort yourself into the following action groups for Friday

1. Marches
2. Soft Blockades
3. Mass Commuting
4. Propaganda

PROPAGANDA AND COMMUNICATIONS
We need to start this working group immediately. This group should promote participation on Friday as widely and strategically as possible, giving away NO strategic info, but getting people excited and enthusiastic and confident in preparation for participating. [redacted] has started this group but we need lots of help, communicating with the spokesdelegates. Specifically we need writers, designers, and strategists.

Thank you for reading: let's get going this last week. The groups that prepare and do the work are the groups that win!!!

Edited 36m


1/23 GENERA
STRIKE AGAINST
ICE!
ORGANIZING MEETING
MONDAY, 1/19 AT 6:00 PM
LA DOÑA CERVECERÍA
241 FREMONT AVE N
"The army Trump is building right now in Minneapolis to deport people is the same army Trump will use to crush the working class. This is why we're calling for a day without shopping or work [on Jan 23rd]." - [redacted]
President of Service Employees International Union Local 26


7:42
5G 41
TC DA
1d
This message was deleted.
5:26 PM
[redacted]
I just circled around Whipple in a car and scoped it out. There is a big protest, just confined to the sidewalk, and behind some metal road barricades by Gate 3 keeping them off the road. There were 15 Hennepin sheriff cars there, with 2 by the light rail and 2 in south lot, and all the rest near Gate 3 on Federal Dr and in the tennis building lot. They DID let us drive through, the road was not closed.
We should expect and plan for at least that many sheriff vehicles to be there on Friday. Their main goal is going to be to keep us out of the street and on the sidewalk. If we have the numbers, this may be difficult for them.
Every spoke should adjust their plans accordingly.
Edited 6:15 PM
Signal message

10:59 5G 34

TC DA
1d

[redacted]
https://bringmethenews.com/minnesota-lifestyle/growing-number-of-minnesota-businesses-announce-plans-to-close-for-jan-23-strike
9:21 PM
❤️ 2

[redacted]
JD Vance is coming to the Cities on Thursday. Not sure who else has heard, but wanted to share.
Source: https ://bsky .app / profile/ottergoose .net/ post/ 3mct4otj5qc2y
9:22 PM

[redacted]
I just got a ask for housing for crews from out of town. Is there anyone willing to put up the space for this?
9:58 PM

[redacted] changed their profile name to [redacted]

Update

Signal message

1d

[redacted]




TODAY - Tu 1/20 at 7pm CT (registration required by 5PM): SCHOOL/ NEIGHBORHOOD RAPID RESPONSE, MUTUAL AID, & the UNION MOVEMENT in the Twin Cities.

Join feel free to share with trusted friends. But please DO NOT SHARE on social media.

https://bit.ly/TC_under_seige

11:56 PM

Signal message


7:02
5G 72
TC DA
1d
Could I be added to the blockade group? 5:58 PM
3 unread messages
[redacted]
I'm sorry, we decided at our last meeting to close that working group after we made a plan 28m
If you show up on Friday I'm sure you can find an ad hoc way to participate 27m
[redacted]
Sounds good 17m
[redacted] changed their profile name to [redacted]
Update
[redacted] changed their profile name to [redacted]
Update


10:38
5G
76
TC DA
1d
Update
[redacted]
Good afternoon. If you are able to marshal, DM me.
4:32 PM
[redacted]
Could I be added to the blockade group?
5:58 PM
[redacted]
I'm sorry, we decided at our last meeting to close that working group after we made a plan
6:33 PM
If you show up on Friday I'm sure you can find an ad hoc way to participate
6:34 PM
[redacted]
Sounds good
6:44 PM
[redacted] changed their profile name to [redacted]
Signal message

9:22 5G 76



# TC DA

Post-Spokescouncil Coordination; only people who join prior to end of phy...**more**

Story Video Mute Search

Disappearing messages
1 day

Chat color & wallpaper

Sounds & notifications

Shared media


9:22
5G
75
TC DA
Shared media
DIRECT ACTION TO
SHUT DOWN ICE
JUSTICE FOR RENEE GOOD &
SILVERIO VILLEGAS-GONZALEZ
See all
143 members
Add members
You
🙏 Be kind
[redacted]
Admin
[redacted]
Admin
[redacted]


9:23
5G
75
TC DA
Post-Spokescouncil Coordination, only
people who join prior to end of phy...more
Story
Video
Mute
Search
Disappearing messages
1 day
Chat color & wallpaper
Sounds & notifications
Shared media
DIRECT ACTION TO
SHUT DOWN ICE
JUSTICE FOR RENEE GOOD &
SILVERIO VILLEGAS-GONZALEZ
See all

← Message from [redacted]

Jail support forms will be made available at the staging site. Only in the event of your confirmed arrest will your forms be used, otherwise they will destroyed. The forms will be used by the jail support volunteers to: attend to communications to loved ones about your arrest, and any other attainable needs including, for example, communicating to the NLG about your arrest. Jail support volunteers will also work to post bail when possible, whether or not jail support forms are completed. Additionally, if you do not complete a jail support form, the NLG or your loved ones may be able to inform the volunteers, with your consent, of any additional needs while you are in custody.

In addition, we will be setting up a protonmail account and posting it here, where you may send jail support info before going in. We will transcribe all the info in the emails and then delete them.

All jail support documentation will be burned when it is confirmed that the person it's about is safely away and not in custody.

1m


11:14
5G 34
TC DA
1d
[redacted]
Sharing this here since we have a lot of reach in this chat and it's time sensitive and pressing:
FBI arrested multiple community leaders this morning for their organization of the peaceful protest at the ICE agent pastor's church. This is insane on so many levels but these leaders have done so much for their communities and we need to show out in support.
PLS IF UR ABLE TO, SHOW UP AT Federal building [redacted] in downtown St. Paul. Room 368. Asking people to be there at 11am for press conference and arraignment at 11:30.
56m
this is in 40 minutes!! Need as many bodies as possible!!!
55m
Signal message


11:15
5G
34
TC DA
1d
[redacted]
ELICITATION
This brochure is an introduction to elicitation and elicitation techniques. Understanding the techniques and the threat may help you detect and deflect elicitation attempts.
STRATEG
NVERSATION
TARGETIN
COLLECTIN
OWLEDGE
FORMATION
DEFLECTING ELICITATION ATTEMPTS
[Okay to cross-post to other chats.]
I'm hearing reports that undercover ICE agents are approaching patrollers and other community members and trying to sneakily get information out of them through seemingly polite conversation. This is a social engineering technique called elicitation - a way to get information from people without raising alarm bells.
Signal message


11:15
5G 34
TC DA
1d
Here is a pamphlet about recognizing and deflecting elicitation. It is unfortunately from the FBI, but is still solid information (and probably representative of the techniques the feds are using). Screenshotted so you don't have to go to the FBI website.
Note that these techniques are intended to not raise alarm bells, and normal conversations with fellow community members may also fall into some of these patterns. It's up to you to use context clues and your judgment to decide how much to trust the person you're talking to.
(Passing along from someone else)
55m
2
Signal message

and do not consent to your friend sharing with us if you are arrested.

43m

ED

[redacted]

Remember that the arc of the moral universe is long, but it bends towards justice- not because the gravity of history guides it there in a predestined path, but because brave generations of people press their shoulder to the arc and push and strain to bring our world out from under the blood-soaked boot heel of tyranny and to give birth to the new world that grows in our hearts. Godspeed, companions.

40m

ED

12

Signal message

Yahoo
7:52



[redacted]
unsurprised'

Watch >

Uploaded: Jan 7, 2026

In the hours following a fatal shooting in sout... More

Images may be subject to copyright. **Learn More**


2:58
5G
14
Posts
About
Photos
More
+11
Black Cat Worker's Collective
50m ·
WORKERS' ASSEMBLY
TO DEFEAT ICE AND PLAN
THE NEXT MASS STRIKE
ORGANIZED BY
CWA 7250
DEMOCRATIC SOCIALISTS OF AMERICA
TWIN CITIES
WORKERS' SOLIDARITY CIRCLE
ICE's legitimacy may be dwindling, but their terror continues.
Twin Cities workers, unions, community and rapid response groups are invited to collectively decide the next mass action against ICE.
FEBRUARY 15TH, 4-6 PM
United Labor Center Building
4

11:08

Create story

Mercado Media

HIT 'EM WHERE IT HURTS!

Emily Heather

**Black Cat Worker's Colle[illegible]ve**

1h ·

Good morning Minnesota! We are still set and ready to be at the capitol this morning, despite [redacted] attempt to get himself put into protective custody and his claim that he will instead be holding a press conference at the Whipple building.

Community defenders who want [illegible] reinforce Whipple are welcome to do so (please take guidance from the regular Whipple watchers and the indigenous folk having an event there).

In the chance that any of his cronies still try to march, or that his announcement is [illegible] bluff, the rally to defend the community is going ahead. Whether the fash show or not, we anticipate ending our watch in celebration.




12:02
TC DA
1d
Update
1 unread message
[redacted]
I'm not at Whipple, but [redacted] + 6ish people rolled by there in a smaller Uhaul truck (advertisement on side is a person pointing to a cell phone in their hand) like 15ish minutes ago. They got chased away pretty quick, but they had a large wooden cross, several bags of ice, a sound system playing music, someone armed with a paintball gun, and pepper sprayed someone chasing them before jumping onto the highway going EB on 62.
Unsure what their plan is, but wanted to communicate in case anyone sees that Uhaul roll up on them at any number of locations people are at.
Edited Now
Signal message


5:40
94
TC DA
1d
WORKERS' ASSEMBLY
TO DEFEAT ICE AND PLAN
THE NEXT MASS STRIKE
ORGANIZED BY
CWA
7250
ICE's legitimacy may be dwindling, but their terror continues.
Twin Cities workers, unions, community and rapid response groups are invited to collectively decide the next mass action against ICE.
FEBRUARY 15TH, 4-6 PM
United Labor Center Building
312 Central Ave SE, Minneapolis
We need help with the following roles at this event:
-soft security
-hard security
-special security
If you have been curious about learning more about doing security at actions and would like to shadow someone, open to chatting
Signal message


5:40
TC DA
1d
THE NEXT MASS STRIKE
ORGANIZED BY
CWA 7250
ICE's legitimacy may be dwindling, but their terror continues.
Twin Cities workers, unions, community and rapid response groups are invited to collectively decide the next mass action against ICE.
FEBRUARY 15TH, 4-6 PM
United Labor Center Building
312 Central Ave SE, Minneapolis
We need help with the following roles at this event:
-soft security
-hard security
-special security
If you have been curious about learning more about doing security at actions and would like to shadow someone, open to chatting too!
Shoot me a message if you are interested in helping!
11m
G
Signal message

TC DA (2)

1d



[redacted]

Parking: Green areas are good to go. Red has no parking signs, but they're never enforced. I'd still avoid it if you can help it.

Entry: At the star in the photo. There's a call box in the foyer. [redacted] opens the door.

Contact me on here if there's any issue.

Elevator is to the right after you enter. 2nd floor is the room we're in. It'll be almost right in front of you when you reach 2nd floor.

30m


4:28
5G 93
Whip 03/01
1w
[redacted]
Ok we're meeting tomorrow at 7:30 PM. [redacted]ffered to host. [redacted]et us know the address when you can.
11:45 AM
[redacted]
11:50 AM
[redacted]
[redacted]
Anyone who supports what we are doing can attend, there are bounda...
sounds good, i should be able to fish for a larger number then
11:51 AM

DAMN

1w

[redacted]

[redacted]




Happy holidays, comrades!
💚🏴💚🏴

5:00 PM

❤️ 9 ✊ 2 🤎

Please share this fundraiser widely--it's for travel expenses for some of us to go on 3 different legs of a speaking tour to export the Twin Cities RR model to other cities

https://www.gofundme.com/f/minneapolis-anarchists-talk-ice-resistance-nationwide 5:01 PM

❤️ 6 🩷

Signal message

# BREAKING THE ICE

## LESSONS FROM THE RESISTANCE IN MINNESOTA



Anarchists from the Twin Cities share their experiences building rapid response networks, explore how Minnesota thwarted Operation Metro Surge, and draw out lessons about how to defeat fascism.

**March 31 - Atlanta**
**April 1 - Milwaukee, Asheville**
**April 2 - Chicago, Durham**
**April 3 - Bloomington, Richmond**
**April 4 - Baltimore, Cleveland**
**April 5 - Buffalo**
**April 6 - Binghamton, Pittsburgh**
**April 7 - New York**
**April 8 - Ann Arbor**
**April 11 - Tucson**
**April 12 - Los Angeles**
**April 13 - Oakland**
**April 14 - Sacramento**
**April 15 - Eugene**
**April 16 - Portland**
**April 17 - Olympia**
**April 18 - Seattle**

CrimethInc.


Fort Snelling
Station North
Expected Snowplow Deployment
62
US Army Reserve Center
ilitia Dr
US Interior Department
Bishop Henry Whipple
Federal Building
Federal Dr
Base Camp
d Airlift
esota...
Fred Wells Tennis
& Education Center
MNDOT Central
Services Building
Bloomington Rd
Militia Dr
Airlift Dr
Fie
ercules Ave
Minnehaha Ave
Neiman Sports Complex
New Route: Approach from Minnehaha
Use Bloomington Road back entrance to S Lot to turn around
Use Metro Station to turn around


7:31
5G 41
Facebook
docs.proton.me
ICE WATCH: Best Practices
B I U S A
ICE WATCH
Resources & Best Safety Practices for Patrollers/Post-Ups/Mobile Observers
RESOURCES
ACTIVITY DATA REPORTING (intel gathering):
https://signal.group/#CjQKIGXt4phC8z3pxFcMZu52dWH_Bv2F1yt1ntAXsR9JrKb4EhARmV4052qaVTOuj0_JCj1n
USE-OF-FORCE/ESCALATION REPORTING (evidence gathering):
https://signal.group/#CjQKIPy1EAcX7ebt9TQwnJknBJ8ycdZZt7rPmH4agt-SPSUoEhAl6CKM3lMMdZDCmjzGD1T2
PLATES DATABASE:
https://cryptpad.fr/sheet/#/2/sheet/view/S7G47-fKloPOswbeBQ4x37WJisdPUWBCqGC



ICE WATCH: Best Practices

**PLATES DATABASE**:
https://cryptpad.fr/sheet/#/2/sheet/view/S7G47-fKloPOswbeBQ4x37WJisdPUWBCqGCGLTpN4TY/

**CONFIRMED PLATES SUBMISSION FORM:**
https://cryptpad.fr/form/#/2/form/view/PicoNGExOpaVxQdepKJzV0-nBEmQ+0gLupODiMaiiOY/

**S - SIZE** (number of vehicles/agents)
**A - ACTIVITY** (what are they doing? example: "idling inside vehicles" or "surrounding a home")
**L - LOCATION** (where, include address if possible)
**U - UNIFORM** (tactical gear and "DHS/POLICE/ICE" identifiers)
**T - TIME** (be precise as possible!)
**E - EQUIPMENT** (weapons, armored vehicles, other equipment)
**S - SUPPORT** (what is being asked

Facebook
docs.proton.me

ICE WATCH: Best Practices

# BEST PRACTICES

⭐ **DOUBLE UP on shift.** if you need a buddy, ask for one in the Whipple, DAILY, or your local rapid response channel. if we're always with someone, we'll never get targeted alone. talk to each other and make plans together for how to approach your shift.

⭐ **BE ON THE CALL (tap video button in Signal channel) for your full shift** and stay in good touch with dispatch and others on patrol/posted up.

⭐ **PACK A BAG:**

- Signal access (phone, laptop with hot spot)
- camera
- warm clothes
- water & snacks


Facebook
docs.proton.me
ICE WATCH: Best Practices
PACK A BAG:
Signal access (phone, laptop with hot spot)
camera
warm clothes
water & snacks
pen & notebook
medications in original prescription bottles
legal info envelope to exchange with your buddy during your shift including your
legal name
emergency contact info
lawyer's name
city and state-level elected officials
NATIONAL LAWYERS GUILD

docs.proton.me

ICE WATCH: Best Practices

B I U S A

❌ remove valuable or sentimental jewelry as they may be taken and not returned if you get arrested

❌ NO drugs or weapons (don't give them a reason to lock you up)

**⭐ if FEDS approach your vehicle:**

🔺 immediately come off mute and notify everyone

🔺 remain calm and begin recording if possible

🔺 try ignoring them entirely

🔺 try telling them you are an observer and nothing you are doing is illegal

🔺 ask if you are being detained or if you are free to carry on