# EXHIBIT BB (Part 3)

docs.proton.me

ICE WATCH: Best Practices

encounters to recenter, and go home if that feels right.

*Understand the evolving degree of RISK this work entails as ICE continues to become more unsettled by us and escalates their tactics of observer intimidation. They don't scare us, but we don't want them to come after or hurt any of us either, so* ***practice CONSENT around RISK****. talk with your buddy and others about how you're going to handle the shift and possible situations together.*

**ASK FOR HELP from anyone on shift or if you have questions or need anything.**




| | A | B | C | D |
|---|---|---|---|---|
| 1 | CROWD-SOURCED ICE / FED VEHICLE | | | |
| 2 | *Submit new plates (works best thru Fire* | | | |
| 3 | https://cryptpad.fr/form/#/2/form/view/Pico | | | |
| 4 | **Plate** | **State** | **Color** | **Ty** |
| 5 | [redacted] | | | SUV |
| 6 | [redacted] | | Red | Van |
| 7 | [redacted] | CO | Blue | SUV |
| 8 | [redacted] | MN | Gray | |
| 9 | [redacted] | NV | Black | |
| 10 | [redacted] | CO | White | SUV |
| 11 | [redacted] | MN | Grey | Seda |
| 12 | [redacted] | MN | Dark Blue | |
| 13 | [redacted] | MN | Gray | Van |
| 14 | [redacted] | | Black | Truck |
| 15 | [redacted] | MN | White | Van |
| 16 | [redacted] | TN | Black | Truck |
| 17 | [redacted] | TN | Black | Truck |
| 18 | [redacted] | MS | e | SUV |
| 19 | [redacted] | MN | r | SUV |
| 20 | [redacted] | MN | Black | SUV |
| 21 | [redacted] | MN | Black | Seda |
| 22 | [redacted] | MN | Blue | SUV |
| 23 | [redacted] | NE | White | Truck |
| 24 | [redacted] | CA | Black | Truck |
| 25 | [redacted] | MN | Black | SUV |
| 26 | [redacted] | MN | White | Van |
| 27 | [redacted] | MN | Blue | SUV |
| 28 | [redacted] | MN | Black | SUV |
| 29 | [redacted] | MN | Gray | Seda |
| 30 | [redacted] | MN | Black/gray | SUV |
| 31 | [redacted] | MD | Dark grey | Seda |
| 32 | | | | |

7:56 5G 37

[PUBLIC] Best Practices ...

B I U S A

- If you want an MPD response it is straightforward to describe what is happening to 911 without saying the word ICE or Immigration
  - There's two armed men in a vehicle at ________. They're getting ready to hurt or attack someone.
  - There is a Black Chevy Trailblazer SUV with MN license plates SJN 860 that is driving erratically the wrong way down a one-way and almost hit someone.
  - There's an abduction happening right now at 3300 Portland Ave! They're taking her and they have guns!
  - I'm afraid that I'm being pulled over by someone pretending to be a cop. I'm coming to the precinct because I don't think these are police who are trying to pull me over.
  - Oh fuck I am surrounded by 3 cars. They're waving guns at me and screaming.


7:59
5G
37
ICE ESCALATION AGAINST OBSERVERS
To support legal action against ICE, please share brief accounts (NOT PICTURES/VIDEOS) of ICE:
- detaining observers
- pepper spraying, assault, other violence
- stopping or following cars home
- working w/ local law enforcement
You can also share:
- racial/national origin discrimination
- violations of state law (illegal tint/license plates switching)
Admins are a vetted legal support team.
OK

[PUBLIC] MN Communit...

- Tear Gas and Protest Music – Fighting ICE on the Ground in Chicago
- 14 suburban moms arrested in sit-in protest outside Broadview ICE facility
- Feds Tell Faith Leaders 'No More Prayer' Outside Broadview Facility

- Following ICE vehicles while honking and blowing on whistles when they are sighted
  - Video: Following ICE vehicles when they have abducted someone
  - Traffic Jams and Slowdowns
- Video: Converging where ICE is staging their operations from
- Article: Sandwich tossing
- Restaurants:
  - Not serving Federal Agents
- Interrupting Recruiting Events, floods of fake job applications and scheduling for bogus interviews


8:12
5G 35
days, where one exists. See the resources section of this website for more about starting a school patrol if one does not exist in your neighborhood.
NEXT STEP:
Click here to open a new window with the list of Rapid Response Wide-Community Defense groups in Minneapolis. The password to access the sheet is defend5432
DO NOT JOIN Rapid Response groups in communities that you are not
English


password to access
the sheet is
defend5432
DO NOT JOIN Rapid Response groups in communities that you are not a part of, or those will not be defending each day.
DO NOT SHARE THE ABOVE LINK. Send individuals who want to join in their Neighborhood Rapid Response network first to http://defend612.com to
sign up and ge
informati
English


ICE ESCALATION A...
[redacted]


ICE ESCALATION A...
[redacted]
[redacted]/Whipp
[redacted]
WE WILL TEACH THE TRUTH!

08:06

SPM Metro Surge

Yoder
Natalie Mendoza

Today

En route to Stillwater, MN 05:30

M

SPM-TEAM6J.MORALES
SPM-Team 6 in service

Morales
Ibanez
Trombino
Baptiste
Nicola
O'Connor
Baldwin
Chan
Gamboa

Address:

[redacted] 05:34

SPM-Team3-J.Garcia
Team 3 - In Service
Garcia, J.
Pernicano, N

En route to Stacy, MN

Rest of Team to follow 05:36

15

Message

SPM-TEAM7-A.BREITSPRECHER
ERO Team 7 in service


10:04
5G
55
Page transparency
Defendthe612
Cause
History
Page name has not changed
Created - Defendthe612
December 14, 2025
Name changes can help you see if the Page's purpose has changed over time. If Page merges have occurred, that means that the Page has combined its followers with another Page.
Ads from this Page
This Page is not currently running ads.
Go to Ad Library

ICE ESCALATION A...
1w

[redacted]

⚠️ANNOUNCEMENT:⚠️
We know another big operation is starting over the holidays. Approximately 300 additional agents are arriving. We suspect they are moving into the suburbs/ rural areas.

Our communities need time with experienced dispatchers and patrollers from the twin cities to talk through what we've learned to help them prepare.

We encourage SSMPLS & St. Paul to continue to communicate with 📟hyper-local community groups to remain prepared in these areas as they may surge within the twin cities again.

THIS IS A CALL TO ORGANIZE 📟
Folks in each region please connect with your local sub-groups to attend a meeting (see below) or arrange an in

Signal message


12:26
ICE ESCALATION A...
1w
THIS IS A CALL TO ORGANIZE
Folks in each region please connect with your local sub-groups to attend a meeting (see below) or arrange an in person training: (please let us know if you have one planned and we will update announcements)
GATHERINGS NEEDED:
—-1. Bloomington/ Richfield/ burnsville/AppVal
—-2. NE/SE
—3. Woodbury
—4. Stillwater
WE HAVE ONE ONLINE TRAINING THIS WEEKEND FOR DISPATCHERS, and FOUR IN-PERSON TRAININGS FOR COMMUNITIES THIS WEEKEND
REMOTE -
SUNDAY, D... Read More
6m
Signal message

12:27 5G 86

Message from [redacted]

[redacted] Council Woman [redacted] will be there to support dispatch training

Minneapolis -
SUNDAY DEC 21 @ 3:30pm-6:00pm at the New City Center - organized by community members - [redacted] will be there to support dispatch training

Chanhassen/MTKA/Shakopee/EP/Carver Cnty-
Monday, DEC 22 @ 6:30-8pm [redacted] will be there to support dispatch training

North - Monday, DEC 22 @ 6pm at Sumner Library

I think Monday and Tuesday will be the last two days to get it done ahead of the holidays for groups 1-4. Please let us know if there is another area that needs support and training.

Admins will collaborate to support with hosting/training @ meetings in each of the different areas. 🙏

7m


12:27
5G 86
ICE ESCALATION A...
1w
2
[redacted]
They are Venezuelan.
Thank you! And keep me posted we can assist with follow ups to ensure they get legal assistance
5m
[redacted]
Update
[redacted] changed their profile name
Signal message

RRs in northern MN. How can we get our local groups into these trains? This is exactly what folks are asking for up here is dispatch, patrol, etc training. Ty!!

2m

1 unread message

[redacted]

> Plz delete if not ok but working RRs in northern MN. How can we get o...

Probably digital trainings are the best option. Most of the methods and practices folks are using locally was taught to us remotely by organizers in Chicago and LA. Message the admins.

Now

[redacted] 🚗💨 changed their profile name to [redacted] 🚗 (parked) 🐈‍⬛.

Update

🐈‍⬛ changed their profile name to 🐈‍⬛🚗💨

Signal message


1:50
5G 85
Facebook
m.youtube.com
YouTube
Open App
@CHANGE.THE.SYSTEM/TIKTOK
CC
0:03 / 8:03
UNMASKED: the ICE Agents Making Our Lives a Living NIGHTMARE
47K views · 3 days ago TYT Sports ...more
TYT Sports 1.35M
Subscribe
2.4K
Share
Save
Comments 791
Add a comment...


LIVE
322
[redacted]
Send 200 Stars to pin your comment here.
Write a comment...
Overview
Live chat
Your replies

12:11 5G 64

ICE ESCALATION A...

1w

Their comment on staffing is not for MN because they are not located here

12m

[redacted]

[redacted]

Please be cautious about sharing this. i know it's out there already, b...

And George Floyd died of a medical emergency as LEO diligently tried to save his life. Remember cops lie. ICE lies. And lawyers here need to know about verifiable incidents that can add to cases or build new ones.

What is happening is horrific and sharing verified information is obviously gonna cause some folks to panic.

Not sharing verified info makes it easier for ICE to unleash their violence and break the "law". Just my 2 cents.

Edited 6m

Signal message


1w
link.
15 group members have the same name.
View
[redacted]
Remember when law enforcement said Floyd died from "medical complications" exacerbated by a drug addiction, and that they continue to promote that narrative 2 years after the slime were convicted of his public lynching. Do we trust these sources more than those? Bet we don't. Watch your oppressor and never trust them. Trust yourselves. Trust eachother. I glad nobody died. I hope nobody dies. Everyone hopes that doesn't change. But "peace" doesn't mean taking it easy. It means loud expression, forced transparency, and respectful interactions with our immigrants that allow them to respond to process rather than be sent to a camp in El Slavador. We aren't the extremists. They are. We are the reasonable ones.
1:53 PM
Signal message


8:27
5G 58
ICE ESCALATION A...
1w
5 unread messages
[redacted]
[redacted]
Rochester, when he was coming home from work, she told me ICE t...
Would your friend be willing to talk to an attorney about this? I'm so sorry that happened 😳
5:43 PM
[redacted]
Have a video of hsi surrounding me and another woman at whipple today. Shoild tbis just be shared here or sent to the aclu link
6:20 PM
LK
[redacted]
This message was deleted.
6:24 PM
[redacted]
Signal message

ICE ESCALATION A...

1w

*This message was deleted.*

6:24 PM

[redacted]

[redacted] (Spanish/English)
Have a video of hsi surrounding me and another woman at whipple tod...

If people who could have anything used against them are in the video - the lawyers here [I'm not a lawyer] advise to not share it here but to DM one of the admins.

You can find admins by tapping the title of the loop up top and scrolling down. Then tap the circle by a name that also has "Admin" by it.

[redacted] Edited 6:24 PM

A

[redacted]

*This message was deleted.*

6:25 PM

LK

Signal message



[redacted]

[redacted] requested to join via the group link.

2 unread messages

[redacted]

🚨 NOISE DEMO ANNOUNCEMENT 🚨

tuesday 11/23 7-9pm
location to be announced tomorrow (we have a hotel confirmed already, shout out to hotel scouting team!)

react to this if you can make it 👀

Edited 50m

👀 2

[redacted]

react to THIS if you want to help day of (lots of ways to help depending on your skill set!)

50m

👍 2

Only admins can send messages.


23:33
Location Access Needed
Weather
Safari
Outlook
Signal
WhatsApp
Notes
Sun
21
Calendar
Your Top Songs
Dive into your year in listening
Google Maps
Maps
Spotify
Clock
Work
Settings
Find My
Translate
Records
Productivity
SharePoint
Search

ICE ESCALATION A...
1w

15 group members have the same name. View

[redacted]

Question for the leagle eagles:

Ianal but my assumption would be yes. I do data request work. Bodycam footage, with some exceptions, are "public data" generally. I could request and they would have to provide it. Active investigations I think can restrict public release iirc, but if there wasn't an active investigation (and probably even if there was) it would be available to the department the specified officer worked for with minimal restrictions, is my understanding. I know someone who actively works on data practices and innocence project styled orga that I could likely get a solid answer from

1m

Signal message


ICE ESCALATION A...
1w
15 group members have the same name.
View
this is from personal experience.
[Apologies admins - I realize this is side chatter] Will sweep / delete if wanted
13m
[redacted]
Question for the leagle eagles:
Would SPPD have access to review their own body cam footage from Nov 25 before the "investigation" was announced?
Is is possible they could unofficially access it to identify community members who showed up that day?
8m
[redacted]
Signal message



Message from [redacted]

This happened today. [redacted] in the commuting car. Very dangerous driving by ICE.

we saw a black Jeep Laredo SUV with license plate MN [redacted]eave with two masked agents in it, we followed. They saw us following and went 80 miles an hour north on 35W to try to lose us. But we stayed with them all the way to North Minneapolis, [redacted] They ended up parking in a neighborhood there and we opened our windows and blew our whistles. This got all of the dogs in the neighborhood barking and so frustrated the goons and they left. We kept following them. All the way to Highway 55 where they stopped in the middle of the highway, and we stopped next to them, stopping traffic in both lanes. They looked at us side-by-side with their masks on, and we smiled and waved. Then they took off really fast, got to the next light, and took a U-turn. We followed them in our own U-turn. Then they sped to the next light, and went right through that red light and from the right lane crossed all three lanes, still through the red, in a left turn, and lost us. This was an incredibly dangerous move to try to lose us. In any case, we made them waste their



Message from [redacted]

This happened today. [redacted] in the commuting car. Very dangerous driving by ICE.

we saw a black Jeep Laredo SUV with license plate MN [redacted] eave with two masked agents in it, we followed. They saw us following and went 80 miles an hour north on 35W to try to lose us. But we stayed with them all the way to North Minneapolis, [redacted] They ended up parking in a neighborhood there and we opened our windows and blew our whistles. This got all of the dogs in the neighborhood barking and so frustrated the goons and they left. We kept following them. All the way to Highway 55 where they stopped in the middle of the highway, and we stopped next to them, stopping traffic in both lanes. They looked at us side-by-side with their masks on, and we smiled and waved. Then they took off really fast, got to the next light, and took a U-turn. We followed them in our own U-turn. Then they sped to the next light, and went right through that red light and from the right lane crossed all three lanes, still through the red, in a left turn, and lost us. This was an incredibly dangerous move to try to lose us. In any case, we made them waste their


4:51
5G 17
Message from [redacted]e
we saw a black Jeep Laredo SUV with license plate MN [redacted] leave with two masked agents in it, we followed. They saw us following and went 80 miles an hour north on 35W to try to lose us. But we stayed with them all the way to North Minneapolis, [redacted]
They ended up parking in a neighborhood there and we opened our windows and blew our whistles. This got all of the dogs in the neighborhood barking and so frustrated the goons and they left. We kept following them. All the way to Highway 55 where they stopped in the middle of the highway, and we stopped next to them, stopping traffic in both lanes. They looked at us side-by-side with their masks on, and we smiled and waved. Then they took off really fast, got to the next light, and took a U-turn. We followed them in our own U-turn. Then they sped to the next light, and went right through that red light and from the right lane crossed all three lanes, still through the red, in a left turn, and lost us. This was an incredibly dangerous move to try to lose us. In any case, we made them waste their time and we warned a community of their presence with our whistles.
3:48 PM

5:18

[redacted]

its working but annoying af for us hahaha
9:00 AM

yeah for sure!! here's how we've been doing it:

we get a tip from someone
we go to the hotel and try to get 1-2 pieces of confirmation

confirmation: known ICE cars in the lot, recognized by their license plates OR staff member confirms ICE is staying there

they are doing some sketchy shit with their license plates, like switching plates, using new ones, not having any plates, and this has made it more challenging

also seems like some hotels are not telling their staff that ICE is there. i think staff are our best bet rn

would you be comfortable going into hotels and chatting with staff? i can train you and we can also send you with a buddy
9:45 AM

ok wow this is wild I'm not sure if I

Signal message

[redacted] 8:02 AM

[redacted]

Need to activate RR network for SHAKOPEE
8:12 Gate 3 OUT -- CONVOY 2 Black SUVs (2 vehicles)
Mobile observation, heading toward Airport
8:18 turned onto 77 South
8:22 exited West on Cty Rd 32 to Slater Road
idling in vehicles at Cinnamon Ridge Park apartment complex

49m

K

Please forward 49m

[redacted]

Thank you! 46m

[redacted]

Just a reminder to everyone, this chat is not for general

[redacted] le name to

Update

Perhaps OT if unsubstantiated but wanted it preserved somewhere.

There reportedly was an agitator at the No Sleep protest in Eagan 12/23/25 who went back into the hotel after failing to incite. Eagan police were seen walking to the protest 30 mins before it ended in full riot gear kit. 11:28 PM

Pic (when they left the area) and video (walking to the protest) of Eagan PD: 11:28 PM




10:41
5G
99
ICE ESCALATION/R...
1w
windows, was let go after
confirming legal status
19m
Good morning! Some
disturbing news out of
Shakopee today. Around 7
AM someone with legal
status was beaten and had
a car window broken. Was
let go once he could he
could prove status. 😭 The
people who did this very


10:41
5G
99
ICE ESCALATION/R...
1w
[redacted]
Following up on this. It was confirmed that it was 🧊 or bounty hunters. A member of the community was beat by them and once he was able to prove his status they let him go. A police report is being made according to the community members
15m
3
Sorry ^^ copy and pasted from a cousin of the witness
15m
You can see drops of blood on the yellow line in the photo of the broken glass. They were too afraid to video but remember the types of vehicles
14m
2
[redacted]
You can see drops of blood on the yellow line in the photo of the brok...
Likely blood on the attackers's clothing
3m
Signal message


12:06
5G 98
ICE ESCALATION/R...
1w
this morning in Shakopee. Individu...
This morning, 12/24? Just wanted to confirm
49m
[redacted]
10:45-11:10 ⚠ HIGH ACTIVITY at WHIPPLE
Large number of agents (30+) and vehicles (~12) staging. multiple vehicles moving in and around parking lots, agents gearing up, ICE vehicles running intimidation and interference against mobile observers, anticipating large convoy or multiple smaller convoys moving out very soon.
Increase patrols and post ups at highly-targeted areas across all RR networks.
48m
[redacted]
Update
[redacted] ged their profile
Signal message


12:07
5G 98
ICE ESCALATION/R...
1w
/reel/1370292711231501
10:43 AM
[redacted] ned the group via the group link.
2 unread messages
[redacted]
FYI on this incident that occurred this morning in Shakopee. Individu...
This morning, 12/24? Just wanted to confirm
49m
[redacted]
10:45-11:10 ⚠ HIGH ACTIVITY at WHIPPLE
Large number of agents (30+) and vehicles (~12) staging. multiple vehicles moving in and around parking lots, agents gearing up, ICE vehicles running intimidation and interference against mobile observers,
Signal message


12:07
5G 98
ICE ESCALATION/R...
1w
[redacted]
Following up on this. It was confirmed that it was 🧊 or...
Chicos esto fue ahorita en shakopee. En bonnevista también hay mucho movimiento porfavor cuídense miren cómo le quebraron todos los vidrios a este chico 😢
5.8K views Reel By Shakopee Noticias MN
facebook.com
https://www.facebook.com/reel/1370292711231501
10:43 AM
Signal message


12:07
5G 98
Reels
Chicos esto fue ahorita en shakopee. En bonnevista también hay mucho movimiento porfavor cuídense miren cómo le quebraron todos los vidrios a este chico 😭
28
4
11
Shakopee Noticias MN
Reel has no sound
Follow...
Shakopee!... more
UP NEXT: Lola Dls Cortinas · 0:10
Cuidado se reporta movimiento 12...


1:08
97
ICE ESCALATION/R...
1w
17 group members have the same name.
View
[redacted]
This happened today [redacted] and [redacted] the commuting car. Very...
Fyi at the same time, other comrades were commuting behind ice agents who went to the airport. As reported, they parked in a police only area, left the vehicle, and proceeded into the airport. Fast forward to this morning at the Whipple, a young woman who works at the airport, got off the light rail, and stopped to tell us what happened yesterday. Ice agents detained her associate as they were signing in for work. Her timeline matches our comrades in that commute.
24m
5
Signal message

1w

baseline assumption. Sharing of

17 group members have the same name.

View

[redacted]

so I just got off the phone with the public relations person at the state patrol and they said if you see regular cars (not squad cars) with duplicate plates you should call 911 nonemergency and have the local jurisdiction look in to it. neat!

15m

[redacted]

Our MSP friends believe that TSA is passing info to ICE, but you need at...

They have one of the most ridgid background checks in the nation, like they go through a DHS/ Federal Background Check. I have a couple misdemeanors and didn't get hired. So her criminal

Signal message