# EXHIBIT BB (Part 4)




I think this one was already reported, but I wasn't in the chat yet. Dec 11 at 9;50 am at cedar Riverside towers.


17 group members have the same name.
View
[redacted]
I think this one was already reported, but I wasn't in th...
The two vehicles sharing a plate and the black truck on the right subsequently boxed in and harrassed a rapid responder (me). I have talked to the ACLU already, so this is for the AG stuff
41m
F
[redacted]
(i've been reporting to AG and they ask for dates)
They were seen again leaving the whipple building, photo was shared yesterday (12/23) at 12:58pm. so repeat offenders.
Edited 40m
Signal message

1:57

ICE ESCALATION/R...

1w

[redacted]

[redacted] (she/her)

Video



He was mad. Really thought that was gonna go a different way for a minute when he got out of the car.

30m

‼ 2

[redacted]

Very satisfying to watch him get chased away, though.

26m

[redacted]ined the group via the group link.

[redacted]

Question about this: if ICE agent is off-duty (like purchasing personal items at Target) are they able to arrest folks for impeding? He appears off duty, so what action are observers impeding in this scenario?

Edited 25m

Signal message


2:25
5G 89
ICE ESCALATION/R...
[redacted]
About
[redacted]
Profile names are not verified >
No direct messages with [redacted]
1 group in common >


2:25
89
ICE ESCALATION/R...
1w
[redacted] they/she) joined the group via the group link.
[redacted]
Question about this: if ICE agent is off-duty (like purchasing personal items at Target) are they able to arrest folks for impeading? He appears off duty, so what action are observers impeding in this scenario?
Edited 54m
[redacted]
Update
5
[redacted] ined the group via the group link.
Signal message


2:26
5G 89
ICE ESCALATION/R...
1w
[redacted]
Question about this: if ICE agent is off-duty (like purchasing personal i...
I think people need to think less in terms of "what are the precise legal contours of the crime of impeding a federal officer" and more in terms of "what actions are likely to make ICE angry enough to arrest and/or criminally charge me, whether or not my actions actually qualify as a crime."
To support criminal charges here, the agent could say something like "I was on my way to a sensitive operation to apprehend violent criminal aliens when Defendant blocked my vehicle from exiting a parking lot. Defendant's conduct caused critical delays in the delivery of operational material and assets to my team agents, thereby impairing the operation and
5
Signal message


2:26
5G 89
ICE ESCALATION/R...
1w
the agent could say something
like "I was on my way to a
sensitive operation to apprehend
violent criminal aliens when
Defendant blocked my vehicle
from exiting a parking lot.
Defendant's conduct caused
critical delays in the delivery of
operational material and assets
to my team agents, thereby
impairing the operation and
jeapordizing agent safety."
The feds are dishonest and
lawless. They should not be
expected to care or even know
what "impeding" actually means
in Court. Even in normal times,
impeding/obstruction are
routinely used by cops to describe
any behavior they find annoying.
Bright red lines include touching
an agent, damaging federal
vehicles/proper... Read More
Edited 24m
3
5
Signal message

and more in terms of "what actions are likely to make ICE angry enough to arrest and/or criminally charge me, whether or not my actions actually qualify as a crime."

To support criminal charges here, the agent could say something like "I was on my way to a sensitive operation to apprehend violent criminal aliens when Defendant blocked my vehicle from exiting a parking lot. Defendant's conduct caused critical delays in the delivery of operational material and assets to my team agents, thereby impairing the operation and jeapordizing agent safety."

The feds are dishonest and lawless. They should not be expected to care or even know what "impeding" actually means in Court. Even in normal times, impeding/obstruction are routinely used by cops to describe any behavior they find annoying.

Bright red lines include touching an agent, damaging federal vehicles/property, physically blocking an officer from walking/driving during an abduction/raid.

Edited 25m

and more in terms of "what actions are likely to make ICE angry enough to arrest and/or criminally charge me, whether or not my actions actually qualify as a crime."

To support criminal charges here, the agent could say something like "I was on my way to a sensitive operation to apprehend violent criminal aliens when Defendant blocked my vehicle from exiting a parking lot. Defendant's conduct caused critical delays in the delivery of operational material and assets to my team agents, thereby impairing the operation and jeapordizing agent safety."

The feds are dishonest and lawless. They should not be expected to care or even know what "impeding" actually means in Court. Even in normal times, impeding/obstruction are routinely used by cops to describe any behavior they find annoying.

Bright red lines include touching an agent, damaging federal vehicles/property, physically blocking an officer from walking/driving during an abduction/raid.

Edited 25m

ICE ESCALATION/R...
1w

behavior!!!
20m

[redacted] is commuting and just had ice vehicle [redacted] just try to T-bone his vehicle on the road. They will update you when they are safe. Dropping here for now.

They were following: Illinois plate [redacted] - Silver jeep grand Cherokee.

The driver will have to follow up with the description of vehicle that tried to hit them.

Edited 19m

😮 7 👍 2

[redacted]

> [redacted] is commuting and just had ice vehicle [redacted] just try t...

Commuting with him, don't believe we are being pursued but will stay on call until safely off the

Signal message


2:27
ICE ESCALATION/R...
1w
[redacted]
[redacted] is commuting and just had ice vehicle [redacted] just try t...
Commuting with him, don't believe we are being pursued but will stay on call until safely off the road.
18m
A
[redacted]
[redacted] is commuting and just had ice vehicle [redacted] just try t...
I just wrote to City Council re: reckless driving after what i experimced today.. prayers for everyone.
18m
5 unread messages
This message was deleted.
16m
[redacted]


2:27
ICE ESCALATION/R...
1w
[redacted]
signal-2025-12-24...
496 KB
Hi! The Commissioner of the dept of Public Safety in MN sent this letter to Kristi Noem about plate switching yesterday. As you can read he refers to specific activities that were first documented and submitted by members of this group. It's been hard to get the administration to take even action like this and those of us pressuring on the inside hope this is a delayed but important first step. So just wanted to say a huge THANK YOU to everyone in this group and beyond for being on top of documenting what will forever be known as ICE FUCKERY, even if we change the group name 100 times! 💜💜✊
AG
Edited 13m
❤️ 18
✊
+2
[redacted]
Signal message

ICE ESCALATION/R...

1w

2 unread messages

[redacted]

[redacted] is commuting and just had ice vehicle 941kxr just try t...

Vehicle that tried to hit was a dark grey Toyota tundra pickup truck 941KXR, masked and vested agent jumped out of the car.

6m

[redacted]

Are you all safe? 5m

[redacted]

Update

1w

name to Museau (shadowing).

Update

[redacted]

Update

[redacted]

Hi! The Commissioner of the dept of Public Safety in MN sent this letter...

Thank you [redacted]!!

3:22 PM

[redacted] Mostly

Video



I know where he's staying

3:25 PM

South Minneapolis Crime Watch & ...

20m

Minneapolis Crime Watch & Informa... · Follow

1h

This message went out to Minneapolis cops today.

Merry Christmas.

To: Police - Sworn

[redacted]

To: Police - Sworn


7:53
5G 74
ICE ESCALATION/R...
1w
2
Kevin Riach
[redacted]
Had some classic fuckery tonight
What happened?
12:42 AM
KR
[redacted]
Kevin Riach
What happened?
I'll DM. Includes sensitive details
12:43 AM
Kevin Riach
KR
12:44 AM
[redacted]
Update
[redacted]
Signal message


12:37
5G 72
ICE ESCALATION/R...
1w
[redacted]
We're all good. Intimidation techniques last night escalated from taking photos of me going to work.
Don't want to publicly broadcast details about my address, but a man parked in the middle of an intersection to put brights through our bay window last night. Then idled in area after we looked at him.
Just glad this guy wasn't kidnapping and trafficking neighbors
9:10 AM
‼ 4
*At least while while harassing our household
9:10 AM
[redacted]
You're a warrior
9:11 AM
💯 2

11:00

5G 66

ICE ESCALATION/R...

1w

Citizens. NY Times did a

17 group members have the same name.

View

https://www.nytimes.com/video/us/100000010596053/la-raid-immigration-us-citizens-video-investigation.html

Edited 9:02 PM

[redacted]

Was Whipple when a vehicle with at least two agents visited north lot to harass commuters. They flashed a strobe light from their vehicle at two cars of commuters. I have video of them flashing strobe at car in front of me.

9:06 PM

[redacted]

Was Whipple when a vehicle with at least two agents visited north lot t

11:00 • 5G 66

ICE ESCALATION/R...
1w

least two agents visited north lot t...

17 group members have the same name.
View
×

[redacted]

Was Whipple when a vehicle with at least two agents visited north lot t...

Blue Ford Explorer [redacted]
approaching commuters in North lot, parking behind, then pulling alongside and strobing with handheld device to blind commuters. (I was dispatch at time, sharing what I know)

Edited 9:07 PM

😮 2 👍

[redacted]

I wrote another email to the City Council regarding ICE'...



Thank you for the link and thank you for writing CC.

WS

9:12 PM

Signal message

11:00

ICE ESCALATION/R...
1w

17 group members have the same name. View

[redacted] joined the group via the group link.

[redacted] joined the group via the group link.

[redacted]

I've now seen multiple videos of Ice going through people's mail in different states. I just saw the one in Columbus, and those are the agents that were just here. They had been showing up with "warrants" or attempting to abduct people and getting stopped because they didn't have names or no names on their fake warrants. Is it possible that they've been going through mail to get people's names and then following them to grab them?

Js 3m

Signal message

Fia, find your match in Minneapolis, Minnesota

Join 59,000 singles who are actively seeking a connection

Join now Preview

[redacted] is in **Shakopee, MN**. · Follow

9h ·

The Christmas faces of two people out looking for ICE in Shakopee (multiple verified sightings) instead of home drinking cider w/ fireball and playing games with their kids.

These ICE bastards have no soul.



927 331 33

[redacted]

You could be doing so many better things with your life😂 here you are

changed their profile name to 💤

15 group members have the same name.

View

2 unread messages

[redacted]

[redacted]

That's highly illegal 😮

The USPS doesn't play around with the integrity of the mail system. They have like their own investigators who might like tips/ those videos.

5m

T

[redacted] ☠️👳out til Friday changed their profile name to 🚗📍 [redacted]

Update

[redacted]

Update

[redacted]

1


12:05
5G
50
ICE ESCALATION/R...
1w
intimidation.
10m
15 group members have the same name.
View
Commuter being detained and cuffed
8m
Trying to find more info here but it appears that HCSO is arresting an observer at Whipple. This is the public lot outside of gate 3, near the indoor tennis courts
7m
Signal message


12:05
5G 50
ICE ESCALATION/R...
1w
3 unread messages
[redacted]
Is there anything to do other than to fill out the form? An ICE car we were following just brought us to the address where we live, where the car is registered, and circled the block as a means of intimidation.
10m
[redacted]


[redacted]
Update
[redacted]
Update
[redacted]
Update on the commuter that was detained outside of the Whipple building by Hennepin County Sheriff's office the sheriffs office arrested him and brought him into the Whipple building this same user posted two hours ago on the southside chat when he was at a gas station and was being stocked by two ice agents in a black Nissan pickup truck who were taking photos of him. The same truck was on scene with Hennepin County sheriffs office when he was arrested outside of gate three near the Whipple.
Now
Signal message


12:19
5G 49
ICE ESCALATION/R...
1w
4 unread messages
[redacted]
@Kevin Riach someone who knows [redacted] should be calling you soon
2m
[redacted]
[redacted]
Update on the commuter that was detained outside of the Whipple
Have we heard yet what they used as justification for the arrest?
Now
[redacted]
[redacted]
Have we heard yet what they used as justification for the arrest?
I will be asking Kevin this once he gets [redacted] out. Which I am sure he will. He got me out fast 🙏
Now
Sending love to [redacted] Now
Signal message


12:20
ICE ESCALATION/R...
1w
Have we heard yet what they used as justification for the arrest?
1m
2
[redacted]
Have we heard yet what they used as justification for the arrest?
I will be asking Kevin this once he gets [redacted] out. Which I am sure he will. He got me out fast 🙏
Now
4
Sending love to [redacted] Now
[redacted]
[redacted]
Have we heard yet what they used as justification for the arrest?
Unknown at this time but HCSO is supposed to have a strong separation ordinance with ICE.
Now
Signal message


ICE ESCALATION/R...
1w
separation ordinance with ICE.
2m
[redacted]
[redacted]
Unknown at this time but HCSO is supposed to have a strong separati...
Per pillsbury and 29 I heard sheriffs do not have a separation ordinance
1m
I believe [redacted] confirmed this but maybe I am mistaken
1m
[redacted]
[redacted] (eng+español)
Per pillsbury and 29 I heard sheriffs do not have a separation ordinance
Oh dang! Thought they did!
1m
[redacted]
yeah the sheriffs don't have one. just MPD does
1m
2
Signal message


12:28
ICE ESCALATION/R...
1w
separation ordinance with ICE
[redacted]
Unknown at this time but HCSO is supposed to have a strong separati...
Per pillsbury and 29 I heard sheriffs do not have a separation ordinance
7m
I believe [redacted] confirmed this but maybe I am mistaken
6m
[redacted]
Per pillsbury and 29 I heard sheriffs do not have a separation ordinance
Oh dang! Thought they did!
6m
[redacted]
yeah the sheriffs don't have one. just MPD does
6m
3

Per pillsbury and 29 I heard sheriffs do not have a separation ordinance

Oh dang! Thought they did! 11m

[redacted]

yeah the sheriffs don't have one. just MPD does

11m

👍 3 😡 😮

[redacted]

I have a previously scheduled meeting with the sheriff right now about 29th and Pillsberry. If anyone has any relevant information about what just happened at Whipple please DM me. I saw a video and have three names and five squad car numbers. I've noted the information about the intimidation that happened of this observer this morning. If anyone else has relevant stuff, please get it to me. Sorry I know this isn't the point of the chat, but it's fortunate timing.

AG

2m

❤️ 6

Create story

@average_jakee
Daddy
Derek Torstenson

Emily Heather

Ch

[redacted]

m ·

Legal observer detained by Hennepin County Sheriff's Office. They won't tell us what the "traffic violation" they detained them for was. They were taken to the Whipple.

#fuckICE #Minneapolis #legalobserver Attorney General Keith Ellison




4

Reels

1w

[redacted]

[redacted]

Have we heard yet what they used as justification for the arrest?

I sent this quickly but I suppose it needs fleshing out: I'd be curious to see if there's a line now established where ice is going to call the Hennepin county sheriff's office to arrest us for doung _________. It would be prudent to determine their criteria so commuters can make informed, strategic choices.

8m

👆 6 ❤️ 2

[redacted]

Just saw HCSO get off exit towards Whipple

6m

[redacted]

On a legal level, I would be curious to see if there's a plate running thing happening where they find if one of us has warrants they're dispatching to Hennepin county - and if this plate running

Signal message


[redacted]
On a legal level, I would be curious to see if there's a plate running thing happening where they find if one of us has warrants they're dispatching to Hennepin county - and if this plate running handoff violates any sort of detachment or privacy statutes
6m
💯 2
[redacted]
On a legal level, I would be curious to see if there's a plate running thin...
They'll say it doesn't because they're purchasing public data from a data broker, that's the loophole Flock AI is exploiting to monetize our privacy and violate our rights
1m
👍
(Part of the reason Trump keeps trying to prevent states from regulating AI, this is the fascist
Signal message


1w
county - and if this plate running handoff violates any sort of detachment or privacy statutes
6m
💯 2
[redacted]
On a legal level, I would be curious to see if there's a plate running thin...
They'll say it doesn't because they're purchasing public data from a data broker, that's the loophole Flock AI is exploiting to monetize our privacy and violate our rights
2m
(Part of the reason Trump keeps trying to prevent states from regulating AI, this is the fascist dystopia unregulated AI would love to bring about... probably going to just stop here as it is getting offtopic)
Edited Now
D
Signal message

ICE ESCALATION/R...

1w

[redacted]

On a legal level, I would be curious to see if there's a plate running thin...

Js

Are any of the LPR places HCSO lists near where watchers have been? https://dps.mn.gov/divisions/bca/data-and-reports/agencies-use-lprs-lpr

Now

[redacted]

[redacted]

Is there anything to do other than to fill out the form? An ICE car we wer...

You could try making a police report so that there is a record of the event. The only way cases can be prosecuted is if they are first reported to police. I have seen and understand the concerns folks have about calling police to the scene when there is conflict, but you can make a report after the fact also.

Now


1:39
40
ICE ESCALATION/R...
1w
[redacted]
Does anyone know about when the Whipple building arrest happened?
2m
[redacted]
[redacted]
Does anyone know about when the Whipple building arrest happened?
Just Before noon
Edited 2m
[redacted]
[redacted]
Does anyone know about when the Whipple building arrest happened?
Between 11:45-12pm and 2 hours prior to that ICE was stalking the detainee at a gas station in Richfield off 68th and Penn Ave
1m
[redacted]
This message was deleted.
1m
1
Signal message


1:40
5G
40
ICE ESCALATION/R...
1w
pEhBX287OGRJEie8McaPjMt8u
1m
[redacted]
Update
[redacted]
[redacted]
I sent this quickly but I suppose it needs fleshing out: I'd be curious t...
Count on them lying to get HCSO to show and respond the same way they did during the Philips raid
Now
!!
Signal message


6:51
5G
24
12/26 SO...
1d
Join
[redacted]
[redacted]
are you able to read the plates?
I believe the plate is [redacted]
42m
it's from the call to Eagan RR about the confirmed vehicle that was at Marathon Gas and made its way to Eagan Walmart and was later found at this hotel, the Eagan Home 2 Suites by Hilton
41m
that hotel is besides the Twin Cities Outlet mall and a parking and ride as well
40m
Le
[redacted]
[redacted] eng/span)
I believe the plate is
[redacted]
we have it listed but not confirmed ice
40m
Signal message

1d

16 unread messages

[redacted]

Hi pals. We need observers at Whipple when most of our observers will be leaving at 730ish.

7:14 PM

This is a great time to catch license plates as they leave for the night or return to the motor pool. Respond to this with a ⏰ if you think you can make it down in the next 30

58m

[redacted]



10

From whipple 11:06 AM

[redacted]

Ill forward to Richfield 11:06 AM

[redacted]

[redacted]

Pursuing this vehicle e on 66th need support



Try to use commuting! Pursuing is not the greatest language and can get you in trouble. I know it's hard when you're driving and things are hectic tho 11:06 AM

3

[redacted]

I will be logging off local Dispatch for [redacted] and [redacted] (he/him) will be taking over for me! Thank you all, excellent working with everyone this morning! 11:07 AM

10

*This message was deleted.*

11:32 AM

[redacted]




they turned down columbus ave

11:32 AM

2

[redacted] joined the group via the group link.