# EXHIBIT BB (Part 5)

This message was deleted.

58m

[redacted]

This message was deleted.

59m

[redacted]

🚫4 door Mercedes SUV New Jersey plates [redacted] was confirmed NOT to be ICE by the manager of the dealership, was confirmed to be a customer. Please let me know when info is logged and if I should delete for privacy

ETA: was involved in an incident earlier in longfellow Edited 57m

[redacted]

This message was deleted.

57m

[redacted]

This message was deleted.

4


[redacted]
31m >
Unverified - Patrol/Daily Chat
Patrol
See something suspicious
Tip
Information from a different chat or community
Arrive on Scene
No ICE on scene
Report to patrol chat
One ICE vehicle
Report to patrol chat, ask for backup
2+ ICE vehicles
Issue SALUTE for staging
Agents out of vehicle
Issue SALUTE for abduction
Continue Monitoring
Stay in contact with dipatch
Do not activate RR until confirmed staging or abduction
Deploy RR
Report to patrol chat:
Size - 3 vehicles, 6 agents
Activity - Knocking at door
Location - Lake & Chicago
Uniform - Tactical vests
Time - 3:30 PM 12/01
Equipment - License Plate #
Whistle / Honk / Make noise
Film
Broadcast:
- "ICE is here / La migra aqui"
- "Don't open the door / No abra la puerta"
- "Don't sign anything / No firme nada"
- "Stay silent / Guarda silencia"
- "Speak with a lawyer / Hable con un abogado"

2:23 5G 97

12/27 SOU...
1d
Join

Kevin Riach joined the group via the group link.

[redacted]
ICE at Parkway Pizza 7m

SPOTTED @ Parkway Pizza
[redacted] 2:15 PM
2 agents entering Parkway Pizza
7m

K

[redacted] joined the group via the group link.

[redacted]
[redacted]
ICE at Parkway Pizza

is possible please have someone on site call Monarca hotline to confirm first-hand [redacted]
6m


2:43
5G 95
ICE ESCALATION/R...
1d
[redacted]
1 unread message
[redacted]
I was led to my house today by a confirmed ICE vehicle and they got out to take pictures of my house, then drove to the back of the house, took more pics, and then tried to block me in with my neighbors trash cans.
Now
Signal message

2:48

ICE ESCALATION/R...

1d

[redacted]

An Anti ICE Patrol activist friend of mine was just assaulted, knocked out by ICE Agent. Trying to get further details. I will keep you all updated.

MC 2m

[redacted]

[redacted]

False imprisonment would be the term you're looking for

Sounds like a good lawyerly answer! Thanks

K 2m

[redacted]

Hello. This afternoon, agent physically hit me and my phone attempting to knock my phone out of my hand while filming him in a public place. I was directed by a community member to share the incident here. Is the ACLU resource in the description of this chat the correct route for that?

Now

Signal message


ICE ESCALATION/R...
1d
[redacted]
Update
[redacted]
Update
1 unread message
[redacted]
One of the Whipple Regulars was assaulted and knocked out by ICE Agents. They are on their way to hospital right now EMTs at scene advised them to be checked out. . I will update you all as much as possible. They will definitely need a lawyer. Please DM me on suggestions, contacts etc etc
Now
MC
Signal message


Join
1d
group members
have the same
name.
View
[redacted]
If anyone has connections to
Hastings RR, we are followi...
Ford
EXPEDITION
[redacted]
4:51 PM
[redacted]
20



7:27

Message from [redacted]

We would like to add an important strategy change for commuters that we experimented with today and had great success. While you are commuting behind a known ICE vehicle, honk continuously. Blow your whistles as much as you can. It annoys the ICE agents and makes it harder for them to think. It lets people on the street get out of your way or rapidly respond. It is a morale boost that maximizes the power we as the people are able to flex over ICE. We found we were able to tail longer because we did this. It was clear that commuters really annoy ICE and they wasted a lot of resources sending decoys, leading wild goose chases, blocking, etc. which is resources they're not able to use for abductions.

One other note for commuters - today we got further confirmation that some police jurisdictions are more likely to coordinate with ICE than others. If you are commuting behind a vehicle they are likely trying to find a police jurisdiction that is willing to coordinate with them to pull you over. Sometimes they don't have to search very long for a cooperating police unit. Each car must act as an autonomous AG and run their own risk assessment. What

Message from [redacted]

commuting behind a vehicle they are likely trying to find a police jurisdiction that is willing to coordinate with them to pull you over. Sometimes they don't have to search very long for a cooperating police unit. Each car must act as an autonomous AG and run their own risk assessment. What we can tell you is that we believe you are more likely to be pulled over in the outlying suburbs.

Because we experimented today and quadrupled our efforts, and found some success, we believe that this is likely to correspond to a rise in repressive tactics. These include more arrests, more engagement from police units, tempting commuters to drive illegally so then they will be ticketed, aggressively cutting off or boxing in commuters, and more.

Thanks to everyone who came out today, everyone who's on streets and in the calls, and everyone who is braving the threat of ICE.

We will continue to do everything we can to prevent kidnappings. .

All power to the people.

46m

Message from [redacted]

commuting behind a vehicle they are likely trying to find a police jurisdiction that is willing to coordinate with them to pull you over. Sometimes they don't have to search very long for a cooperating police unit. Each car must act as an autonomous AG and run their own risk assessment. What we can tell you is that we believe you are more likely to be pulled over in the outlying suburbs.

Because we experimented today and quadrupled our efforts, and found some success, we believe that this is likely to correspond to a rise in repressive tactics. These include more arrests, more engagement from police units, tempting commuters to drive illegally so then they will be ticketed, aggressively cutting off or boxing in commuters, and more.

Thanks to everyone who came out today, everyone who's on streets and in the calls, and everyone who is braving the threat of ICE.

We will continue to do everything we can to prevent kidnappings. .

All power to the people.

46m

9:57 AM

[redacted]

We've seen an increase in these Illinois FP (fleet plates) so

This is confirmed ICE full salute below
One white male agent in a black hat black cloth mask black jacket blue jeans in a black Chevrolet Trax [redacted] IL equipped with police lights on the front dash of the vehicle ordering food at McDonald's in [redacted] in Lakeville MN at the truck stop. Left heading eastbound on [redacted] I will be adding a request to add this plate.

Edited 9:57 AM

[redacted]

Are more observers needed right now?

Original message not found

No

3m

[redacted]

Fun FYI if you put your camera against tinted glass it can see through the tint.

3m

👍 2

[redacted]

Whats the address for [redacted] again?

[redacted]

Minneapolis, MN 55407
United States

3m

[redacted]

This is [redacted]. Street Medic with Freedom Street. On

1:41 5G 37

ICE ESCALATION/R...
1d

Kare11 Main desk: [redacted]
https://form.typeform.com/to/DHPkWCvA?typeform-medium=embed-snippet&typeform-source=www.kare11.com"
Star Tribune
Bring Me The News
Now

[redacted]
I can call KARE 11
I can ask [redacted] at MinnPost
Now

[redacted]
WE NEED MEDIA AT RIDGEDALE NOW!
Now

[redacted]
The news is needed!!'
Now

[redacted]
More agents still arriving at Ridgedale
Now

Signal message


1:45
5G 37
12/29
1d
Join
of the parking lot & wait for
12 group members have the same name.
View
[redacted]
Are you able to see how many people in vehicle / are they filming?
The windows were so tinted, hard to see in back. But definitely 2 people in front, filming observers with their iPhone. What a creepy fucking place to be hanging out in a daycare centers back alley
Now
[redacted]
Update
[redacted]
Chaos on the court room, physical altercation, whistles deployed inside. Outside observers should be prepared to witness
Now
Signal message


12 group members have the same name.
View
4m
!!
[redacted] (she/her) joined the group via the group link.
3 unread messages
[redacted]
ridgedale library is asking observers to stay on the left side of the parking lot & wait for further instructions
Edited Now
[redacted]
[redacted]
Are you able to see how many people in vehicle / are they filming?
The windows were so tinted, hard to see in back. But definitely 2 people in front filming observers
Signal message


5:57
5G 40
ICE ESCALATION/R...
1d
6
[redacted]
12.29.25 13:10 Confirmed ICE vehicle (MN [redacted]) spotted behind [redacted] childcare center on [redacted] Whistling neighbors convinced it to leave the childcare center area.
13:41 Same vehicle attempted to pull over a commuter at Portland and 34th. Commuter kept doors locked and windowns up - agents banged on car windows and displayed long guns. Once agents realized they were being filmed by other commuters, they returned to their vehicles and ran multiple red lights to leave the area. Commuter has the ACLU link and 2nd person in car was filming.
3:27 PM
2
[redacted]
[redacted] Just making sure you made your report here?
3:30 PM
1
[redacted]
Signal message

Crust News

Subscribe Sign in

Read in the Substack app Open app

# We Built a Public Record of ICE Because They Refuse to Keep One

## Tracking Immigration Enforcement as It Accelerates Under Authoritarian Rule

CRUST NEWS AND [redacted]
DEC 17, 2025



ICE LIST

Main Page Discussion Read Edit Edit source More Search ICE List Wiki

Main page
Random page
Special pages

Data
All Agents
All Incidents
Boycott list
Vehicles
287(g) Agreements

Contribute
Add information to page
Submit an Incident
Submit an Agent
Submit a Facility
Submit a Vehicle
Join as a Volunteer
Image Submission Rules
Data Standards & Naming Rules
Verification System

Create pages

**About the ICE List**

The ICE List Wiki is a public, verifiable record of immigration enforcement activity in the United States.

It documents incidents, agencies, individuals, facilities, vehicles, and legal authorities involved in enforcement operations. Entries are structured, sourced, and timestamped to support verification, cross-referencing, and long-term analysis. The wiki is intended for use by journalists, researchers, advocates, and the general public.

This project was created by Crust News.

**Project status:** This wiki is in active development. Structure, navigation, and data standards are being finalised. Older pages may be reformatted as standards are applied consistently.

**Using the data**

The ICE List Wiki is designed for public use. Journalists, researchers, and advocacy groups use the data to track enforcement patterns, identify repeat agencies or jurisdictions, and contextualise individual incidents. Pages may be cited with attribution.

**Browse the ICE List**

Browse incidents
Browse agents and officers
Browse vehicles
Browse by state
Browse boycott list

**Contribute information or media**

Upload photos, video, or documents
Submit a new incident
Submit a new agent
Submit a vehicle

**Recommend a company to boycott**

Recommend a company

**Scope and limits**

2,216 71 930

Facebook
wiki.icelist.is

ICE List Wiki

# Category:Agents

This category contains all documented immigration-enforcement agents currently listed in the ICE List database. Agents may belong to ICE, CBP, HSI, ERO, USCIS, local 287(g) partner agencies, or other federal–local cooperative units.

For more information or to add missing entries, see:

- Add New Agent
- ICE List:Data Standards & Naming Rules
- ICE List:Verification System

## Pages in category "Agents"

The following 200 pages are in this category,


have the same
name.
View
[redacted]
I think you can send to yourself
via signal to st etadata?
16m
[redacted]
I think you can send to yourself via
signal to strip metadata?
I take the extra protection of
deleting the meta data just in
case some fingerprints track back
to Signal. Don't even want the
original source of the video to
some MAGA OSINT freak
12m
CM
[redacted]
Update
Signal message

6:47 5G 33

airtable.com/apprF

24

Airtable

More

[redacted]

## Reports history

| | |
|---|---|
| # of times reported | 4 |
| Vehicles its been seen on | Red Sedan Ford Focus, Red Sedan Ford Focus, Red Sedan Ford , Red Sedan Ford Focus |
| Dates/times seen | 12/23/2025 12:00am,<br>12/27/2025 11:43am,<br>12/27/2025 9:54pm,<br>12/28/2025 12:00pm |
| Locations seen | Whipple building, In G1, Out G1 |
| Reports notes | Several years of taxes paid, registration matches VIN. Likely civilian.,<br>Entered incorrectly in plate lists, |
| Seen traveling with... | – |
| Images | No attachments |



15 group me ers
have the same
name.
View
2 unread messages
[redacted]
For what it's worth, Signal will strip EXIF out of photos shared to Signal as photos. It will not do this with files, so if you share a pdf or something the metadata will be retained for the most part. Likewise it won't do anything with URLs, so tracking cookies need to be removed manually (generally everything to the right of a ? in a URL is just tracking garbage and could be personally identifiable)
5m
Stripping the EXIF yourself before the photo ever sees Signal is still good insurance; it can't betray what isn't there in the first place
4m
[redacted] changed their profile name to
Signal message

7:37 5G 28

12/29
1d
Join

12 group members have the same name.
View

From smaller RR 23m

There are about six ICE cars with Texas plates in the alley between 20th and 21st by the address [redacted] they say they are airport PD doing narcotics warrant looking for about 30 pounds of meth but it's clear they are ice. Only three neighbors are there taking photos and witnessing if others are able to go. 23m

S

[redacted]

There are about six ICE cars with Texas plates in the alley between 2...


12 group members have the same name.
View
On the scene blocking alley at [redacted] So confirmed
PL
Now
Signal message

12/29

1d

Join

accompaniment throughout

12 group members have the same name.

View

[redacted]



On the scene blocking alley at 45th and 21st. So confirmed

PL

1m

[redacted]

Signal message


12/29
1d
Join
12 group members have the same name.
View
[redacted]
[redacted]
1m
Signal message


7:43
5G
27
12/29
1d
Join
12 group members have the same name.
View
1m
1m
Signal message


1d
Join
12 group members have the same name.
View
1m
1m
G left the group.
Signal message


8:07
5G
24
12/29
1d
Join
[redacted]
[redacted]
so is that [redacted] or whatever confirmed feds?
Yep at least 3 agents in that vehicle
Now
[redacted]
Now
This vehicle was the agent who took a box from the house
Now
Signal message



Fed cars from raid on 21 and 41

Now

[redacted]

Also tip for pepper spray: rinse your clothes in cold water before washing (or wash in cold water) and avoid extreme temps when showering cause it can make it burn more if there is pepper spray left on your skin/hair

Now

[redacted]

If anyone who was on scene early has video of the agents explaining and talking about license plates, like this so we can get you connected with legal team working on this

Now

Signal message

your clothes in cold water before washing (or w Today cold water) and avoid extreme temps when showering cause it can make it burn more if there is pepper spray left on your skin/hair

1m

[redacted]

If anyone who was on scene early has video of the agents explaining and talking about license plates, like this so we can get you connected with legal team working on this

1m

[redacted]

No videos just pix of fed plates

Now

[redacted]

Talk of vanity plate, picture with bumper sticker, expired tags... has anyone run these plates through a public lookup? Are we dealing with commandeered impound cars?

Now

•••

Signal message

[redacted]

If anyone who was on scene early has video of the agents explaining and talking about license plates, like this so we can get you connected with legal team working on this

2m

[redacted]

No videos just pix of fed plates

1m

[redacted]

Talk of vanity plate, picture with bumper sticker, expired tags... has anyone run these plates through a public lookup? Are we dealing with commandeered impound cars?

1m

[redacted]

The [redacted] car is registered in ny

Now