# EXHIBIT BB (Part 6)

explaining and talking about license plates, like this so we can get you connected with legal team working on this

2m

[redacted]

No videos just pix of fed plates

1m

[redacted]

Talk of vanity plate, picture with bumper sticker, expired tags... has anyone run these plates through a public lookup? Are we dealing with commandeered impound cars?

1m

💯 👍

[redacted]

The [redacted] car is registered in ny

Now



Now


12/29
1d
Join
2m
[redacted]
[redacted] can you share in [redacted] chat? We can get items distributed
1m
[redacted]
ar is registered in ny
Interesting. Because MN plate [redacted] is registered to a 2015 Mercedes S Class.
1m
2
[redacted]
pickup truck MN plates starting SZF
Now
A
[redacted]
Utilizing personal plate on the car
Now


8:23
5G 21
12/29
1d
Join
[redacted]
car is registered in ny
Interesting. Because MN plate
[redacted] is registered to a 2015
Mercedes S Class.
1m
2
[redacted]
pickup truck MN plates
starting SZF
Now
[redacted]
Utilizing personal plate on the car
Now
[redacted]
I'm part of the 41/21 Block Club
fb group if anyone needs info to
be relayed there. (I posted there
when the activity was happening,
but the offer stands for future
things too.)
Now


8:23
5G 21
12/29
1d
Join
[redacted]
pickup truck MN plates starting SZF
Now
[redacted]
Utilizing personal plate on the car
Now
[redacted]
I'm part of the 41/21 Block Club fb group if anyone needs info to be relayed there. (I posted there when the activity was happening, but the offer stands for future things too.)
Now
[redacted]
Lmao the ice agent driving it literally spelled the license plate out for us and he was like it wont help you
Now
[redacted]
Wonder if we can get an address on the benz
Now

8:24

12/29
1d

Join

I'm part of the 41/21 Block Club fb group if anyone needs info to be relayed there. (I posted there when the activity was happening, but the offer stands for future things too.)
Now

[redacted]
Lmao the ice agent driving it literally spelled the license plate out for us and he was like it wont help you
Now

😂

[redacted]
Wonder if we can get an address on the benz
Now

[redacted]
Said that out loud to me as I took pics
Now

😂

[redacted]
BM
They are assholes Now

Signal message

8:24 5G 21

12/29
1d
Join

but the offer stands for future things too.)
Now

Sumac
[redacted]
Lmao the ice agent driving it literally spelled the license plate out for us and he was like it wont help you
Now

Yote They/them
[redacted]
Wonder if we can get an address on the benz
Now

[redacted] that out loud to me as I took pics
Now

Bichota MN
[redacted]
They are assholes
Now

Yote They/them
[redacted]
Report the benz to the cops as possible stolen car since it has federal
Dodge plates on it
Now

Signal message


8:25
5G
21
12/29
1d
Join
[redacted]
Report the benz to the cops as possible stolen car since it has federal
Dodge plates on it
Now
[redacted]
[redacted]
Now
Now
[redacted] joined the group via the group link.
Signal message

[redacted] plate is ice?

Vehicle is ice, plate is registered to a different car.

4m

[redacted]

Didn't they misrepresent themselves at MPD or the Sheriff's office?

That should be reported & escalated

j [redacted] 2m

[redacted]

Update

[redacted]

1

Update

to Bichota MN 🙈 Bilingual.

Update

[redacted]

They said they were airport police

1m

And that MPD did not accept the case on Friday so they asked HSI who accepted to help

JC

1m

😡

[redacted]

[redacted] 1m

🧊

[redacted]

t

Ahuh Now

[redacted]

Y'all move the chatter to strategy or other chats. We need to keep this one clear for RR and plate checks

E

Now

[redacted]

Signal message

[redacted]y

Ahuh Now

[redacted]

Y'all move the chatter to strategy or other chats. We need to keep this one clear for RR and plate checks Now

Liv🌻



This was seen associated with the 41st/21st activity, according to a neighbor. MN plate [redacted]. Now

Signal message

Join

1d

[redacted]

A

Nevermind, already shared! I'll delete.

19m

[redacted]

I'm going to be signing off 19m

[redacted]

Sharp uptick in Limo plates (MN plates that start with LM) over the last two days. These are harder to confirm/add to the plate list because they can be rented out to any number of individuals. They could be used by ICE one day and legit Limo driving the next by totally different drivers. If you can safely ID the drivers that's the best practice. A legit limo driver will typically wear a black suit jacket and white shirt.

19m

[redacted]

F

[redacted] you have an [redacted]

18m


1d
[redacted]
A
Nevermind, already shared! I'll delete.
19m
[redacted]
I'm going to be signing off
19m
[redacted]
Sharp uptick in Limo plates (MN plates that start with LM) over the last two days. These are harder to confirm/add to the plate list because they can be rented out to any number of individuals. They could be used by ICE one day and legit Limo driving the next by totally different drivers. If you can safely ID the drivers that's the best practice. A legit limo driver will typically wear a black suit jacket and white shirt.
19m
[redacted]
F
[redacted] you have an open mic!
18m
1


ICE ESCALATION/R...
1d
15 group members have the same name.
View
16m
[redacted]
AL
Just FYI today at Cub on 58th and Nicolett ICE pulled up to my car an...
Were you out observing when this happened or just like going to cub?
16m
[redacted]
I was out observing-so waaaay less creepy than if I was just out shopping.
14m
[redacted]
Still worth reporting here, the fact that they came to harass you and looked you up and used your name.
14m
[redacted]
1
Signal message


11:54
5G 72
ICE ESCALATION/R...
1d
218-370-2055 o por correo
15 group members have the same name.
View
11:00 a.m. a 2:00 p.m.
27m
2
[redacted]
Just FYI today at Cub on 58th and Nicolett ICE pulled up to my car and both passengers had masks on. They started talking but I didn't roll down my window and I motioned I couldn't hear them. The driver pulled his mask down and said my name.
22m
4
3
!!
[redacted]
Just FYI today at Cub on 58th and Nicolett ICE pulled up to my car an...
Not creepy at all
16m
1
Signal message

ICE ESCALATION/R...

1d

‼️

[redacted] d their profile name to [redacted] l.

Update

[redacted]

It's being handled by attorneys

It was just shared in SSRR that he was booked on "stalking." If any lawyer could confirm or deny that ahead of the weekend that would be really helpful.

4:08 PM

‼️

[redacted]

That was his spouse posting.

4:09 PM

[redacted]

That was his spouse posting.

Signal message

- Albert Lea Code-9 Birdwatchers
- ICE Alerts Bancroft-Bryant-Northrop
- Bloomington ICE RR
- Brooklyn Park & Brooklyn Center ICE Watch
- Bryn Mawr/Near North RR
- Burnsville/Apple Valley ICE Watch
- (Greater) Camden RR
- Carver County Chat ICE Watch
- Cedar-Riverside Patrols
- Central Rapid Response (S Mpls, NOT DOWNTOWN)
- Chanhassen/Chaska/ECCS Resistance (Eastern Carver County Schools)




- Columbia Heights RR (vetted)
- Como RR
- Corcoran Rapid Response (S Mpls, NOT SUBURB)
- Dakota County RR
- Downtown Minneapolis RR
- Eagan Watch (SD 52) (RR + Discussion)
- East Phillips 26th-Lake St/16th-18th Ave Ice Watch
- East Side (St Paul) Solidarity Network (Payne Phalen, Daytons Bluff, the Greater East Side, and Sun Ray-Battle Creek-Highwood)
- Eden Prairie/Minnetonka/Chanhassen ICE RR
- Edina Rapid Response

1:35 5G 67

MPLS Hyper-Local RR Groups...

B I U S A

- Edina Rapid Response
- Fed Threat -- Greater Powderhorn / Phillips
- Fed Threat -- Uptown / Whittier
- Fridley & Spring Lake Park RR
- Golden Valley/Robbinsdale RR
- Goodhue/Olmsted/Wabasha Counties
- Highland Park ICE Watch
- Lowertown/Downtown St Paul ICE Watch
- Kingfield/South RR ICE OUT
- Macalester-Groveland Group
- Maple Grove/Western Burbs RR (Maple Grove, Rogers, Corcoran, Medina, Plymouth)


1:36
5G 67
MPLS Hyper-Local RR Groups...
B I U S A
• Midway-Frogtown ICE Watch
• Minneapolis College-Loring Park ICE Watch
• (Minne) TonkaHop (kins) ICE Watch
• Moundsview School District RR
• NoICE / SE Como and Marcy Holmes
• Nokomis East (Keewaydin, Wenonah, Minnehaha, Morris Park)
• West Nokomis (Hale/Page/Diamond/Field/Regina Lake/Northrup) RR
• North Minneapolis RR
• NORTH & NORTH BURBS (NW, Maple Grove, Anoka, Coon Rapids) (Brooklyn P/C, Crystal, New Hope, Robbinsdale) Rapid Response
• Northeast Metro RR (Hugo, Vadnais


1:36
5G 67
MPLS Hyper-Local RR Groups...
B I U S A
• Northeast Metro RR (Hugo, Vadnais Heights, White Bear Lake, Maplewood, Woodbury, Lino Lakes, Shoreview)
• Northeast/Southeast NOICE RR (Northeast Minneapolis + Southeast to University of Minnesota, Prospect Park, Como, and Marcy.)
• Prior Lake/Savage (PL/S) ICE Watch
• Prospect Park RR (quiet, alerts-only)
• Rice County Resistance & Alerts
• Richfield (Indivisible) RR
• Richfield y Bloomington Accion (bilingual/Spanish) RR
• (Rochester) 507 Birdwatchers
• Roseville ICE Watch RR (daily)
• Scott County Immigration Chat




- Roseville ICE Watch RR (daily)
- Scott County Immigration Chat
- Seward/Longfellow RR
- Shako(pee) ICE Watch
- South Side Minneapolis Daily RR
- Standish Erickson (SENA) Watch Group
- Stearns County RR
- St Anthony Park RR
- St. Louis Park ICE RR
- St Paul Daily RR
- St Paul Resistance and Alertas (bilingual English/Spanish)
- Stevens Square RR (Loring Heights)

1:36

MPLS Hyper-Local RR Groups...

- St Paul Daily RR
- St Paul Resistance and Alertas (bilingual English/Spanish)
- Stevens Square RR (Loring Heights)
- WALK Watch (Windom, Armatage, Lynnhurst, Kenny)
- Wedge Watch
- West Bank - UM Campus Augsburg RR (Cedar-Riverside)
- West SP/South SP/Mendota Heights Icebreaker
- Willard Hay Rapid Response
- Wright County RR

SCHOOL-SPECIFIC ALERTS-ONLY Channels

[redacted]s left the group.

[redacted]

FYI from EP/Tonka Confirmed ICE on 62[redacted]1, one observer is currently following

Edited 8m

[redacted]

FYI from EP/Tonka Confirmed ICE on 62W [redacted], one observer is c...

Let us know if you need support. Do you have access to the groups in that area for support?

6m

👍

[redacted]

Let us know if you need support. Do you have access to the groups in t...

They pulled into the hotel and

Signal message

8:04

12/30 🧊SOU...
1d

Join

This is an unvetted and non-encrypted space meant for centering at the end of the day, not for sensitive information. Join with that in mind.

8:30pm start time.

Tonight's (12/30) link: https://us06web.zoom.us/j/81987584915 8m

[redacted]

Plate check [redacted] please 3m

black suv in bloomington 3m

[redacted] [redacted] joined the group via the group link.

J[redacted] 🚗 changed their profile name to J[redacted] 📺.

8:50 5G 34

sunrise.twincities ICE agents are staying at hotels in the Twin Cities, and we'll be publishing a list of these hotels weekly so you can call them and tell them how you feel.

Join your neighbors as we let hotel management know that we don't and won't support hotels that house ICE agents. These calls WORK! When we do this, hotel management is forced to respond, either by kicking agents out or preventing them from extending their stays.

❗ When you reach staff and management, please don't harass them! Being polite and clear will get you far. ❗ Ask to speak with management or leave a message with the front desk.

Some helpful phrases:

"As a concerned community member, I want to let you know that we don't and won't support your hotel if you continue to house ICE."

"ICE isn't welcome here, but immigrants are."

"Other hotels have chosen to kick ICE agents out. I recommend you do the same."

1 hour ago

Threads Open app


8:50
Instagram
4/6
THESE FIVE MN HOTELS ARE HOUSNG ICE
CALL AND ASK TO SPEAK TO MANAGEMENT
1) Hampton Inn by Hilton Lakeville
[redacted] (stay on the line)
[redacted]
2) DoubleTree by Hilton Saint Paul East
[redacted] (stay on the line or press 2 for sales)
[redacted]
DO NOT HARASS STAFF!
Liked by iceoutoftwinports and 94 others
sunrise.twincities ICE agents are staying at hotels in the Twin Cities, and we'll be publishing a list of these hotels weekly so you can call them and tell them how you feel.
Join your neighbors as we let hotel management


8:51
5G
33
Instagram
5/6
THESE FIVE MN HOTELS ARE HOUSNG ICE
CALL AND ASK TO SPEAK TO MANAGEMENT
3) Residence Inn by Marriott
Eagan
[redacted] (stay on the line)
[redacted]
4) Sheraton
Woodbury
[redacted] (press 9)
[redacted]
SUNRISE MVMT
DO NOT HARASS STAFF!
Liked by iceoutoftwinports and 94 others
sunrise.twincities ICE agents are staying at hotels in the Twin Cities, and we'll be publishing a list of these hotels weekly so you can call them and tell them how you feel.
Join your neighbors as we let hotel management


8:51
5G 33
Instagram
6/6
THESE FIVE MN HOTELS ARE HOUSNG ICE
CALL AND ASK TO SPEAK TO MANAGEMENT
5) Home2 Suites by Hilton Eden Prairie
[redacted] the line)
DO NOT HARASS STAFF!
SUNRISE MOVEMENT
Liked by iceoutoftwinports and 94 others
sunrise.twincities ICE agents are staying at hotels in the Twin Cities, and we'll be publishing a list of these hotels weekly so you can call them and tell them how you feel.
Join your neighbors as we let hotel management


12/31
S...
1d
Join
[redacted]
K
Correct 14m
[redacted]
Nursing leadership has sent message to all nursing in ED saying it's immigration
I
11m
[redacted]
[redacted], security said they are here
ON
11m
!!
[redacted]
I know someone who works at HCMC who is on their way to ED now
MG
11m
[redacted]
I am here at HCMC if that is what this is about
WEAREALL IMMIGRANTS
11m
13
[redacted]
Signal message



10:34
12/31 S...
1d
Join

[redacted]
*no "all clear" from monarca
Edit: about hcmc
Edited 19m

[redacted]
From FTP 1 at 9:55am: (with updates below)
S: 3 ICE officers in full face coverings
A: looking for patient at HCMC ER to detain
L: HCMC emergency room waiting room [redacted]
Minneapolis, MN 55404
U: face coverings street clothes.One gray Nissan pathfinder. MN plate [redacted]
T: 9:52 12/31
E: tactical vest. No weapons seen.

Additional Updates:
Initially they said they were looking for the pt. Now they say pt is in their custody
Nissan is still out front with driver inside
20m

16

Signal message


10:36
5G 19
12/31 S...
1d
Join
[redacted]
MONARCA ALERT
Dec31 9:52a
HCMC emergency room waiting room [redacted] MN 55404
Agents in tactical vest & face coverings looking for patient at HCMC ER to detain. No weapons seen. One gray Nissan pathfinder. MN plate [redacted]
Need observers, blow a whistle
Call [redacted]
STOP to opt out
22m
[redacted]
Ice agents r currently inside ER. They were let through doors from triage to rooms. They are sitting in chairs outside pt room currently.
7
Signal message


10:37
5G 19
12/31 S...
1d
Join
2
[redacted] joined the group via the group link.
[redacted]
I told them that I could prevent "all hell breaking out" if the agents did have proper warrants. When they told me off, I told them to expect chaos.
12m
[redacted] joined the group via the group link.
[redacted] joined the group via the group link.
[redacted]
I am here and don't see anything
11m
[redacted] joined the group via the group link.
[redacted] joined the group via the group link.
3
Signal message


10:38
5G
19
12/31 S...
1d
Join
[redacted]
[redacted] I am here now in the hospital. In the ED. I walked through all triage. There are three ice- looking guys walked out and are sitting in a vehicle
7m
8
7m
5
Signal message

12/31 S...
1d
Join

[redacted]

[redacted]
They are leaving through the employee exits. Securi...

These r different ones. The car that was initially reported was at the public entrance around the corner 6m

[redacted]
This is the vehicle- parked with 3 agents in it. Corner of 7th st and park ave 6m

[redacted] joined the group via the group link.

[redacted]
I think a hospital is an institutional space that's going to be delicate for community rapid response and we should all be mindful of that 5m

6

[redacted]

Signal message


10:39
5G 18
12/31 S...
1d
Join
cas joined the group via the group link.
[redacted]
I got in contact with the exec at HCMC
3m
they are deploying more resources to the ED now
3m
7
[redacted]w
[redacted]g
The patient was not physically with them when they entered. They cam...
[redacted] Are the agents inside HCMC gone? The vehicles outside the ER were asked to leave. But are just circling.
Edited 3m
a
[redacted] the group via the group link.
[redacted] the group via the group link.
3
Signal message



Couldn't fet plates on this gmc acadoa but physically watched three agents enter. If this car is still at park @ 7th, they need to be monitored

1m

[redacted]

Transferring info from call: 10:40am ICE Remains inside HCMC, sitting...

So the only wat this is occurring means the patient is in custody. I will alert colleagues to try to use EXTRA caution and privcay with other patient names, but we need high alert for the agents outside

Now

[redacted] joined the group via the group

Signal message


2 unread messages
[redacted] (out of town)
Glad to know someone is out there.
someone ELSE is out there. You're out there too, [redacted] and I am heartened to hear it ❤️‍🔥
8m
ho
[redacted]
FYI. Lawyers get ready to go after HCMC for leaking patient information AND allowing ICE access to a patient that was in the ER. Situation is evolving currently.
6m
❤️ 3
[redacted] changed their profile name to [redacted] (Parked)
Signal message

10 group members have the same name.

View

Holly D (bilingüe) changed their profile

[redacted] 🚒💨 [redacted] (bilingüe).

Update

1 unread message

[redacted] (eng/span)

Do we need a ride for the patient? I could show up to some other door and bring them home... 🤷‍♀️ or to a safe location where they can regroup and figure out where to go since their home is likely compromised.

Now

[redacted]

[redacted] (she/her) joined the group via the group link.

[redacted] joined the group via the group link.

Signal message


1d
10 group members have the same name.
View
[redacted]
I have a contact thats currently in the ED
Now
[redacted]
Let's be careful about strategy in an unvetted chat y'all
Now
[redacted]
[redacted] (eng/span)
Do we need a ride for the patient? I could show up to some other door...
Was just thinking this. If the patient arrived by car they likely know where his car is by now and where his house is
Now
MG
F
Signal message

1d

Join

12 group members have the same name.

View

concern to the exec team now

Please let them know from rn on site that they need to talk to the welcome staff to vet every person that comes in to visit, but if they go into the emergency department triage entrance, they don't have to say who they're there to see. Tell them there's concern for patients besides the one that's currently being detained by ice. As they're targeting people with supposed Hispanic names and etc..

Now

WEAREALL IMMIGRANTS

[redacted]

Utilize the skyway if patient is able to leave HCMC

Now

MG

[redacted] the group via the group link.

Signal message



10 group members have the same name. View ×

[redacted]

From the Call: 10:46 HCMC Security is telling responders to move to the sidewalk. Assume that ICE will remain with patient throughout discharge, or if they are moved into a more permanent bed.

1m

[redacted]

[redacted]

Fyi for those who work here, security seemed very annoyed and said it's a "problem" that people know ICE is there and wanted to know how I knew.

Now

Signal message


10:49
12/31 S...
1d
Join
Security is telling responders to
10 group members have the same name.
View
bed.
1m
[redacted]
[redacted]
Fyi for those who work here, security seemed very annoyed and said it's a "problem" that people know ICE is there and wanted to know how I knew.
Now
ON
[redacted]
[redacted]
I wouldn't be surprised if HCMC investigates for a mole
Now
ON
Signal message

10:51

12/31 S...
1d

Join

Unrelated to Mercado Central, but

10 group members have the same name.

View

Tucson

[redacted]

48m

[redacted] [redacted] /they) joined the group via the group link.

[redacted]

Do we need a large presence to chase them away? From Mercado central

Edited 48m

[redacted] joined the group via the group link.

[redacted]

Just joined. Are responders needed at HCMC?

48m

ON

8


12/31 S...
1d
Join
[redacted]
View
[redacted]
[redacted] joined the group via the group link.
[redacted] the group via the group link.
[redacted]
If someone is able to get the person out of there and away from ICE, I have a couple protected places for them to stay.
Now
[redacted] left the group.
Signal message


2m
10 group members have the same name.
View
where to go at HCMC. I walked in a circle around the building, did not see you guys
1m
There are 2 hennepin sheriff vehicles on 7th in no parking zone
1m
[redacted]
Stay aware that HSCO has arrested and harassed observers for ice.
Now
[redacted]
[redacted]
There are 2 hennepin sheriff vehicles on 7th in no parking zone
Those are always there
Now
[redacted]
Be careful around them
Now
Signal message


10:52
12/31 S...
1d
Join
SidBee (Unavail til 12/31...
Photo
FYI the ambulance bay is a private, protected area.
By hospital policy, they are not allowed to be back in this area
2m
S
O [redacted]
100%, can confirm 2m
ON
[redacted]
Y'all please keep this chat clear of chatter there have been many active situations this morning
2m
2
2
[redacted]
Can someone please indicate where to go at HCMC. I walked in a circle around the building, did not see you guys
2m
There are 2 hennepin sheriff vehicles on 7th in no parking zone
Signal message

10:53 • 5G 16

12/31 S... Join
1d

💯 2

[redacted]

[redacted]
This has someone in tactical gear in it. Someo...



m

Is someone able to add this to plates?
2m

[redacted]

If this patient did not enter the facility in ICE custody, then the hospital is breaking laws and important rules by allowing this.
2m

[redacted]

❤️ 2

[redacted]

S[redacted] (Unavail til 12/31
Photo



FYI the ambulance bay is a private, protected area.
By hospital policy, they are not allowed to be back in this area
2m

S

Signal message

[redacted] left the group.

[redacted]

Signing off for now via chat since call is so busy.

I'll keep my eye on chat and can go if needed.

Now

[redacted] joined the group via the group link.

[redacted] 2/31 eve)

(eng/span)

Someone could PM me who is on site and can talk to the person... I c...

If they are being sat on they won't be allowed to leave privately. But I am concerned for patients leaving appointments and the agents on site communicating to agents outside

Now

Signal message

... group members have the same name.

View

[redacted] (SMpls) changed their profile name to 😴 [redacted] s).

Update

2 unread messages

[redacted]

We also need lawyers to go and represent the person that they are trying to abduct from the hospital. Apparently agents are sitting outside their room and will follow them until discharge. 3m

❤️

[redacted]

I knew you would like that [redacted] 😂. Don't piss off the Nurses 3m

MC

❤️

Signal message

11:04 5G 14

ICE ESCALATION/R...

1d

[redacted] (eng/span)

[redacted]a P

Hcmc social worker here. I'll ask ED security if this is accurate. They ar...

Yes, please. We just need to know if they were indeed in custody at the time they presented to the ER. If so, we can back off. If not, then we can charge forward. 2m

[redacted]

why back off just because they were in custody when they arrived? does that make the ice detention anymore justified? healthcare workers know ICE detention is fatal Now

❤️ 2

[redacted]N (eng/span)

Yes, please. We just need to know if they were indeed in custody at the...

I talked to security. They said they haven't gotten any reports of ICE trying to enter the ED. There is security posted outside the

Signal message