# EXHIBIT BB (Part 7)



ICE ESCALATION/R...
1d
2 unread messages
[redacted] Limited Availability
why back off just because they were in custody when they arrived? does...
Exactly. "Back off" what?
2m
[redacted] (eng/span)
Because we can protest, but we can't help them escape custody if they were already detained. It's a different situation if they actually brought a detainee in for treatment vs breaking a ton of laws and rules to abduct someone at the hospital.
Now
[redacted]
[redacted] r profile name
Update
Signal message


11:32
5G 15
ICE ESCALATION/R...
1d
[redacted]
why back off just because they were in custody when they arrived? does...
Exactly. "Back off" what?
2m
[redacted] RN (eng/span)
Because we can protest, but we can't help them escape custody if they were already detained. It's a different situation if they actually brought a detainee in for treatment vs breaking a ton of laws and rules to abduct someone at the hospital.
1m
[redacted]
[redacted] changed their profile name to [redacted].
Update
[redacted]
We are not the ones abducting anyone. We aren't taking them to El Salvador...
Now
Signal message


12:55
5G 73
ICE ESCALATION/R...
1d
[redacted]
imited Availability
Besides that If they are the hospital than they are not "in custody " unle...
Journalist here: Is ICE still at HCMC or is it all clear?
6m
CM
[redacted] P
Still as far as I know. But you didn't hear it from me
Now
[redacted]
Update


1:58
12/31 S...
1d
Join
[redacted]
Leaving this call to see about joining St. Paul call
28m
[redacted]
FWD from Long/SEW:
dark grey dodge ram, too clean, with 2 male occupants just drove from 31st st to Lake on 35th ave s, flipped a u-turn and slow rolled back. no plate info, sorry.
a second, dark blue 4-door pickup (maybe GMC), 2 males, drove by in the same direction (south on 35th ave from Lake)
28m
[redacted] joined the group via the group link.
[redacted]
Eng/Esp)
3



2:09

Message from 🚗💨🦺Maso...

baseline of stationary patrol at known hotspots. Burnsville El Loro also had a confirmed raid involving six ICE vehicles with multiple agents in each vehicle. The business locked their doors in time and agents dispersed. Burnsville RR requested backup commuters, and had to reject this due to limited patrol capacity.

12:00-12:20 pm: Had multiple commuters reporting plates break up and lose communications with plate checkers and dispatch disrupting our operations. Reports of stingray and signal jamming equipment being used by ICE have been received from Whipple Watch. Grey Nissan Frontie[redacted]n plainclothes ICE agent spotted on 5th and Lake sent in a request to the data and plates chat.

12:45-1:05 pm:Today was absolutely insanely busy with lots of activity. Grey Nissan Frontier left scene with commuters commuting behind the vehicle and spotted [redacted] Mn also Grey Chevy Tahoe in a convoy with the Nissan pickup. Commuters observed HCSO Deputy following the ICE convoy. Please reach out to [redacted].

Edited 1:08 PM


12/31 S...
1d
Join
22 group members have the same name.
View
[redacted] (SSMsp/DakCnty)
@ 12:58, commuters following this truck pair were in turn being follow...
HCSO is getting militant with this stuff.
Couple reminders:
1.) leave a few other vehicles between yourself and ICE when commuting and documenting
2.) Follow every traffic law to a T.
3.) if HCSO pulls you over, tell them to articulate a reason for the stop, and then, shut the fuck up.
2m
Signal message


3:31
70
ICE ESCALATION/R...
1d
[redacted]
ICE raid at the Eagan Perkins commuters were only able to get 1 plate I am talking with restaurant management now for more evidence. At least three Eagan PD units were on scene confirmed collaboration as well.
2m
1
Signal message

1d

Eagan PD units were on scene confirmed collaboration as well.

2m



2m

Three men tackled the individual in question per witnesses we suspect excessive force

Now

[redacted]

Update

Signal message


1d
Join
20 group members have the same name.
View
1 unread message
[redacted]
A commuter actually spoke to the general manager and other employees who felt threatened. Manager actually did lock the office door to keep 🧊 out!!! Multiple employees were escorted out of the premises by some lovely commuters
Now
[redacted]
Update
Signal message

09:28

**SPM Metro Surge**
Muted

SPM - Team 25 - M. TO...
*Photo*


FYI individual appears to be the GF of our subject who is an F1 overstay. 08:10

S

**SPM-HSI Team 18 L. Webster**
Team 18 clear for Aldrich St N. Address 08:13

S

**SPM-Team10-J.Solis-betty**
Team 10 clear from Bloomington and en route to St. Paul
Edited 08:13

**SPM-JOC-M.Green**
**SPM-TEAM#26-C.Ohman**
FYI individual appears to be the GF of our subject who is an F1 overst...



Message

Accurate photo? 08:15

10:27 5G 17

ICE ESCALATION/R...

1d

4 unread messages

[redacted]

During my dispatch shift today, I received a plate check on a suspicious vehicle [redacted] front plate] at Sheraton Hotel in Woodbury, came back negative. Observer followed up initial message with past reports from 12/22 and 12/23 of observing that lot and general area and being followed while on foot by an unconfirmed but suspicious black pickup truck that had been parked in the lot after observer took photos of plates. Not sure if this has been logged already or if it can be because of the uncertainty around the vehicles parked there, but wanted to drop here in case. Waiting to hear back from observer if they have the plates of the truck that followed them. Please sweep if unnecessary.

15m

2

Signal message


11:52
5G
84
[redacted]
Fri 10:46 am >
Message Details
[redacted]
neighbor reported agents from this abduction came from a t...
Correct- 4 agents pepper sprayed and yanked [redacted] from his car. Luckily he threw his ID into the back seat while this was happening & observers arrived so his family will know what happened to him/they're in contact with monarcha for help
Edited 08:44
7
2
Sent Today 08:44
Received Today 08:44
Disappears 23 hours, 45 minutes
View Edit History
Sent from


10:37
[redacted]
One person taken? Sorry trying to collect information for the data tea...
neighbor reported agents from this abduction came from a tan pickup and gray jeep, did not get plates. also reported agents pepper sprayed inside the car and multiple agents forcibly removed the person from their car.
08:40
J
3
Reply
Forward
Copy
Select
Info
Delete


10:38
Message Details
[redacted]
One person taken? Sorry trying to collect information f...
neighbor reported agents from this abduction came from a tan pickup and gray jeep, did not get plates. also reported agents pepper sprayed inside the car and multiple agents forcibly removed the person from their car.
08:40
3
Sent Today 08:40
Received Today 08:40
Disappears 23 hours, 44 minutes
Sent from
J
[redacted]
Today 08:40


10:37
[redacted]
neighbor reported agents from this abduction came from a tan pickup...
Correct- 4 agents pepper sprayed and yanked [redacted] from his car. Luckily he threw his ID into the back seat while this was happening & observers arrived so his family will know what happened to him/they're in contact with monarcha for help
Edited 08:44
7
2
Reply
Forward
Copy
Select
Info
Delete




Hotel pressure strategy (GROUP EXISTS)

- Tentatively identified and rallied - Hilton in Bloomington, [redacted] Courtyard by Marriot Downtown, [redacted]
- Info requested from hotel workers union
- Spend the night at potential hotels in order to scout/access
- Check w/ Bloomington City Council; pressure leadership on police supporting ICE hotels
- Squads following people is hard escalation – contact city/AG
- We can either NOT do this (because of risk) or do MORE AT WIDER SCALE for numbers safety. Bloomington governor/mayor homes as

cryptpad.fr/pad/#/

THINKING, THINKING, T... (Read only)

0 1

- We can either NOT do this (because of risk) or do MORE AT WIDER SCALE for numbers safety. Bloomington governor/mayor homes as satellite protests, effective in 2020. ADVERTISE DAYS IN ADVANCE + PRESS IF POSSIBLE.

**locating people**

- locating people who have been abducted to communicate with family
- telling their stories and uplifting their names to spread awareness of who this is happening to, makes it feel more personal

**lawyers**

DECIDE WHAT KIND OF LAWYER YOU NEED - they're not all the same. The types of lawyers we need are roughly the following:

THINKING, THINKING, T... (Read only)

0 1

- We're getting some attention from nasty right wingers. suggestion- when they're filming you, have people in your group play Disney music from their phones. There is serious copyright infringement and they will not be able to use the footage. https://youtube.com/playlist?list=PLOba6OKTJnLbDvwBBEwO1EaVsilCn8Svw&si=DPB3LyjozqWqrU87

- there were girls on tinder trying to out ice agents online in the area lol

## 6. Community Building/Mutual Aid

**Grocery drops for affected/at-risk folk**

- Richfield church leader doing this
- Nice Time market has free bags of groceries no questions for people who are hungry and/or afraid to leave home


10m
12 group members have the same name.
View
keep an eye out for these plates - all were parked at cecil's getting lunch in st paul but have started to depart
[redacted]
= in cryptpad
Edited 9m
Signal message


Update
13 unread messages
[redacted] (Dakota County)
Please Call
[redacted]
I found a wallet
Thx


8:15
5G
91
[redacted]
13m
ROGUE
[redacted]
SV


9:11
5G 63
ICE ESCALATION/R...
1d
link.
[redacted]
[redacted]
S: 1 vehicle
A: Assaulted observer with chemical spray
L: Our Lady of Guadelupe, 401 Concord St, St Paul, MN 55107
U: Tactical gear, mask, hat
T: 1/3/2026 15:15
E: OC spray
ICE license plates: MN [redacted]
Notes: At least 1 observer assaulted. ICE agent ran over stop sign and busted his front bumper. Fled the scene after assault. Will update with video of assault if possible.
Edited 7:35 PM
2
[redacted]
[redacted]
6
Signal message

[redacted]

[redacted] ☀️

**Call these hotels today and tell management to kick agents out!**

**be polite to staff please 💕**

Home2 Suites by Hilton Minneapolis Mall of America
4.6 ★★★★★ (544) · 3-star hotel

[redacted]
***(stay on the line)***

Fairfield by Marriott Inn & Suites Minneapolis Burnsville
3.9 ★★★★★ (335) · 2-star hotel

[redacted]
***(press 3)***

Canopy by Hilton Minneapolis Mill District
4.6 ★★★★★ (930) · 4-star hotel

[redacted]
***(stay on the line)***

SCREENSHOT AND SHARE

we posted this on the sunrise IG (sunrise.twincities), please make some calls today if you can!

defendthe612

DEFEND 612

# ICE WATCH WELCOME

**JAN 5, 6-7:30PM ON ZOOM**

**MINNEAPOLIS AND THE TWIN CITIES HAS BEGUN TO EXPERIENCE ANOTHER MASSIVE SURGE IN ABDUCTIONS AND DISAPPEARANCES.**

➤ **NEW TO ICE WATCH & WANT TO GET INVOLVED?**

JOIN THIS CALL TO LEARN AND GET ORIENTED BY OTHERS WHO HAVE BEEN LEARNING ON THE GROUND SINCE DEC. 1.

➤ **ALREADY ICE WATCHING & OPEN TO SHARING YOUR LEARNINGS?**

SHARE YOUR LESSONS FROM YOUR TIME ON THE STREETS WITH THOSE WANTING TO GET INVOLVED!

**REGISTER @ DEFEND612.COM/EVENTS**

Liked by **iceoutoftwinports** and **61 others**

**defendthe612** ⚡ Tomorrow ⚡ As ICE activity continues to ramp up, more and more people are ready to hit the streets with their neighbors to keep our community safe. Whether you've been at it since Dec. 1 or just beginning, join us MONDAY for an ICE Watch Welcome. Register at defend612.com and

15:48

**SPM Metro Surge**
Muted

SPM-SRT12-E.McCully changed their profile name to SPM-SRT12-TL-E.McCully.

SPM-TEAM21-B.WILLWERSCHEID changed their profile name to SPM-B.WILLWERSCHEID.

**New Messages**

SPM-Team 43 H.Solomon
Team 43, a protester followed some officers who arrived today from 1 Fed to the hotel at 1520 hours (**Homewood Suites by Hilton@**[redacted] **MN 55435**) and blocked them in the hotel driveway. The officers drove around the car and it followed them. The plate number of the car is [redacted] Subaru. This hotel might be compromised.
5m

SPM-HSI-JOC-M.Green
[redacted] known agitator
3m

SPM-Team 51-D.Brousseau changed their profile name to SPM-Team51-ATL-D.Brousseau.

Message



7:03

Message from [redacted]

I was commuting on the Southside dispatch call and we received a call from Monarca that there were multiple agents meeting at Minnehaha Falls. Videos were taken of their cars, which were mostly New Jersey plates. I was in the area and ended up catching a few of the cars with NJ plates who started heading north on Hiawatha. I ended up following one of them all the way into Maple Grove. On the way, they pulled over onto the side of the highway multiple times (at one point another ICE vehicle pulled over as well and almost hit my car as we were all pulling back onto the highway) and they at one point also tried to trick me out of following them by pretending to exit but then swerving back onto the highway at the last second. In general, erratic driving. I stayed on their tail until they pulled into the Maple Grove government center. At this point two other ICE vehicles surrounded my vehicle and agents left all their cars. They got Maple Grove police involved, cops and agents were working together/talking, shaking hands, all standing in a line watching me. An agent approached my passenger door. I didn't engage but took video. As I tried to leave, one ICE vehicle began driving their car


7:03
5G
41
Message from [redacted]
taken of their cars, which were mostly New Jersey plates. I was in the area and ended up catching a few of the cars with NJ plates who started heading north on Hiawatha. I ended up following one of them all the way into Maple Grove. On the way, they pulled over onto the side of the highway multiple times (at one point another ICE vehicle pulled over as well and almost hit my car as we were all pulling back onto the highway) and they at one point also tried to trick me out of following them by pretending to exit but then swerving back onto the highway at the last second. In general, erratic driving. I stayed on their tail until they pulled into the Maple Grove government center. At this point two other ICE vehicles surrounded my vehicle and agents left all their cars. They got Maple Grove police involved, cops and agents were working together/talking, shaking hands, all standing in a line watching me. An agent approached my passenger door. I didn't engage but took video. As I tried to leave, one ICE vehicle began driving their car back in forth in front of me to try to block my way out. I ended up getting past and left the scene.
5:09 PM

7:03 5G 41

ICE ESCALATION/R...

1d

[redacted]

That's terrifying? Did police make physical contact with you? Thank you for sharing. 5:22 PM

[redacted]

I was commuting on the Southside dispatch call and we received a call...

You are a badass thank you for following them 5:23 PM

❤️ 5 💯 2

[redacted]

No, police didn't make any contact with me. I felt I got out of the situation right in time before I may have been approached by cops or other agents 5:24 PM

❤️ 3 👍

Thanks everyone, though it could have been worse, I was pretty shaken 5:25 PM

❤️‍🩹 3

Signal message

Here are 5 plates I can 100% confirm from interactions at Homewood Suites today from either them trying to box me in or seeing agents get in after they had a group huddle:

[redacted] Texas
Gold Ford expedition

[redacted]
Illinois fleet plate
White Ford expedition

[redacted] Texas
Bluish silverish Ford edge

[redacted] Texas
Vin #: [redacted]
Bluish grey Ford escape

[redacted] Texas
Black dodge charger

Since we switched to airtable, how do I add plates?
7:10 PM

[redacted]

ICE [redacted]
Minnetonka. No further details at this time
22m

IR

[redacted]

[redacted]
ICE [redacted]
Minnetonka. No further details at t...

I believe this is one of the Home2Suites
21m

[redacted]

Ok update. This is where ICE are staying.
21m

IR

Not a raid. Sorry folks 21m

[redacted]oined the group via the group link.

3


1/4 So...
1d
Join
[redacted]
Can you confirm the address of the hotel for me pls? My maps goes to...
Cuisinart plates are from Homewood suites on York in Edina
1m
[redacted]
Can you confirm the address of the hotel for me pls? My maps goes to...
Yes [redacted] Edina is correct!
Now
[redacted] (Spanish/English)
Plate check [redacted] tjink it was [redacted]
there is a [redacted] which isn't a million miles away
Now
Signal message
C
V

[redacted]

Today I was commuting and two Bloomington PD vehicles pulled me over. The seemingly civilian car in front of me surprised me by turning on red and blue lights as well, then drove away. Bloomington PD officer D. Koosmann, badge #266, came to my window and told me they received a report that I was running red lights to follow a police vehicle (a wild accusation, and completely untrue). He asked me multiple times if I had any narcotics in my vehicle, was under the influence of anything, etc,. He also saw that I have a dash cam and asked, "Are you using that to record evidence?" I didnt respond and thought that was a strange question. After verifying my license and insurance he said "okay dear be safe," and I continued running my errands.

46m

ICE ESCALATION/R...

[redacted]

[redacted]

01/05 08:13 Commuter notes three Maryland plate vehicles, all blacked out windows, all running with no one inside. Two parked close together, one parked in a different area of the lot. Commuter sits in lot, that's otherwise empty for 10 minutes and sees four men appear from other end of lot. All wearing similar clothing, brown pants dark grey/black hoodies, beanies. Two men get in Dark Grey Ford SUV [redacted] one man gets in Gray Ford Edge [redacted] one man gets in black Nissan Titan [redacted]. All three vehicles leave lot together at 08:30. Ford SUV goes a different direction, commuter follows the Edge and Titan and quickly gets sandwiched when the SUV circles back and gets behind them. The three vehicles take commuter on loops around the East Phalen neighborhood, driving increasingly erratically – swerving and speeding. Eventually the Ford Edge [redacted] turns on undercover flashing lights and runs a red light at


10:56
ICE ESCALATION/R...
[redacted]
the East Phalen neighborhood, driving increasingly erratically — swerving and speeding. Eventually the Ford Edge [redacted] turns on undercover flashing lights and runs a red light at White Bear Ave and 7th St. at 08:49. Commuter lost vehicles at this point.
46m
[redacted]
Hi— I had an incident today where an unmarked ice vehicle that I was foll...
I'll let the lawyers lead but I'd suggest reporting it officially to your local PD if you got plates. Official documentation is needed from what I've gathered
47m
[redacted]
Hi— I had an incident today where an unmarked ice vehicle that I was foll...
I'm so sorry this happened! Make sure you fill out the ACLU form (link in chat description) &
Signal message



10:57

ICE ESCALATION/R...

[redacted]

As requested: video from 12/7/25, commuted behind this guy from Whipple. Kept a safe distance but didn't lose sight even though he was hauling ass and driving increasingly reckless; he was just terrible at it.

First video: I get close enough at a stop sign to see the plate if you zoom in.

Second video: he doesn't stop for a pedestrian in a crosswalk and then blows a red to make a left turn. I think this is highland park.

Third video: I decide to drive another direction after processing that this guy is going to increase the recklessness until either I lose sight or he kills someone.


10:58
1/5 South...
1d
Join
23 group members have the same name.
View
Original message not found
we will also head this way & stay nearby
1m
[redacted]
MONARCA – RR NEEDED
ICE knocking on duplex door
[redacted] Minneapolis, MN 55407
Now
[redacted]
MONARCA TIP – NEEDS VERIFICATION
Original message not found
Note that I believe the address is actually on 16th ave and 26th St block, across Bloomington
Now
Signal message

11:40

Operation Metro Surg...
Muted

name to SPM-SRT12-TL-E.McCully.

SPM-TEAM21-B Yesterday HEID changed their profile name to SPM-B.WILLWERSCHEID.

**SPM-Team 43-TL-H.Solomon**
Team 43, a protester followed some officers who arrived today from 1 Fed to the hotel at 1520 hours (**Homewood Suites by** [redacted] **S, Edina, MN 55435**) and blocked them in the hotel driveway. The officers drove around the car and it followed them. The plate number of the car is [redacted] Subaru. This hotel might be compromised. 15:42

**SPM-HSI-JOC-M.Green**
[redacted] known agitator 15:45

SPM-Team 51-D.Brousseau changed their profile name to SPM-Team51-ATL-D.Brousseau.

**SPM-Team19-TL-J.Hudson**
Team 19A clear of the field. 15:50

15

**SPM-Transport1-J.Capps**
Transport 1 clear of the field

Message

**Yue Her**
Team 36 out of service


11:48
1/5 South...
1d
Join
23 group members have the same name.
View
[redacted]
We were home Depot next to Sam's Club in Blooming...
All patrollers pay attention to the lights on these cars. They are hidden behind tint strips on the front windshield. Often called a "tint brow"
If you see fully tinted cars and the top 1/3 or 1/4 of their windshield is also tinted, strong chance it could be ICE. Take note of occupants and if there is another car in the immediate vicinity that has the same qualities
15m
34
[redacted]
[redacted] Idaho Ford expedition
Signal message

23 group members have the same name.

View

Plate check please? 12m

[redacted]

MONARCA ALERT

01/05 11:27

[redacted] St Louis Park, MN, 55426

4 trucks and ICE agents, agents are knocking on doors, residents are sheltering in place

Observers needed, blow a whistle

Call [redacted]

STOP to opt out 12m

[redacted] [On & Off until Jan...

[redacted] Southside Dispatch


11:51
5G
15
LEAVE & DELETE
1d
KE SHACK
It's a blue gray Ford edge.
[redacted] Texas plate
5:06 PM
Only admins can send messages.


11:52
5G 15
LEAVE & DELETE
1d
anyone available to do plate checking for the 5-7 shift or at least partially? 4:58 PM
if so please join the voice chat and identify yourself 4:58 PM
[redacted]
[redacted]
Can someone do a quick tabs check for me? [redacted] looks like Escalade, darkened windows, in Blaesdell YMCA parking lot. No one in car. I was just inside but no obvious ICE presence. Car just seemed odd. 5:00 PM
LM
Only admins can send messages.
1 2 3 4 5 6 7 8 9 0


11:52
5G
15
LEAVE & DELETE
1d
[redacted]
It's a blue grey silverish Ford edge. Texas plates.
4:56 PM
[redacted]
Only admins can send messages.


11:55
5G
14
LEAVE & DELETE
1d
EB she/they left the group.
[redacted] joined the group via the group link.
[redacted] is confirmed ICE. I can't remember if I said that one before. It just left Homewood Suites. If it's not on the list can someone add it?
4:56 PM
2
[redacted] joined the group via the group link
Only admins can send messages.


11:56
5G
14
LEAVE & DELETE
1d
[redacted]
[redacted] at shake shack left. I think they were just picking up food, but I let the restaurant workers know that they never have to let ICE in the kitchen unless they have a judicial warrant

Edit: not to bum y'all out, but the restaurant employee I was talking to did say "well we don't have to worry about ICE here because of how we do our paperwork" And he looked a little uninterested in
Only admins can send messages.
1 2 3 4 5 6 7 8 9 0


11:56
5G
14
LEAVE & DELETE
1d
judicial warrant
Edit: not to bum y'all out, but the restaurant employee I was talking to did say "well we don't have to worry about ICE here because of how we do our paperwork" And he looked a little uninterested in what I was saying.
But other employees overheard so that's good
Edited 5:12 PM
15
+3
[redacted] very limited til 1/8
Only admins can send messages.


11:56
5G 14
LEAVE & DELETE
1d
Boom! Nice work
5:13 PM
[redacted]
We're departing home wood suites Edina. Not a lot of action currently. No convoys spotted coming in or out. Seemed like most of them were likely checking in this afternoon.
5:17 PM
[redacted]
[redacted]
5:18 PM
Only admins can send messages.


group link.
23 group members have the same name.
View
[redacted]
TAHOE
[redacted]
Confirmed ICE that was on 16th and lake
10m


12:00
5G 13
1/5 South...
1d
Join
23 group members have the same name.
View
Junior Quiroz joined the group via the group link.
[redacted]
Whipple folks- observer is being intimidated currently at Whipple
3m
[redacted]
[redacted]
Confirmed ICE that was on 16th and lake
This is the vehicle that I followed who then led me to my house and took pictures of it.
3m
2
[redacted] left the group.
2
[redacted]
Signal message


3:51
5G 87
[redacted]
ICE is here. They surrounded a workers house. Lots of people inside. I have them the number to copal and to monarca
[redacted]
Forest Lake MN 55025
United States
If you know anyone that wants to show up, please share
I'm on my way
iMessage
Can someone help me get this info to the north burbs chat?

5:50 5G 94

Sunrise TC Announ...

[redacted] (offline),

☀️ Full hub meeting tomorrow, Monday, Jan 5

⏰ 6:30-8pm.

📍 Minneapolis Central Library, room S-275. Easiest way to get to the room is to go up the escalator or elevator in the lobby area, not the one inside the library space.

🚘 You can take the blue or green line to the Nicollet Mall stop to get to the library. If you're driving, there is parking underneath the library for $5 (cheaper than street parking).

💻 The meeting will also be accessible over zoom for anyone who cannot make it in person. https://zoom.us/my/aruzoom

Only admins can send messages.