# EXHIBIT BB (Part 8)


6:24
91
ICE ESCALATION/R...
[redacted]
[redacted]
Today I was commuting behind an unmarked ICE vehicle, and they pulled over, as did I. 4 agents got out of the car and demanded I roll down my window and said I was impeding a federal investigation and I would be arrested if I continued. I did not speak to them. They also shined a very bright flashlight into my car and took my picture. Once they pulled off I continued commuting, and after 3ish minutes another ICE vehicle came up behind me and tilted itself to block traffic while the vehicle in front of me pulled over. About 5-8 agents surrounded my car. One of them had the long black window breaking tool. They told me they would break my window. I then held my camera up to my car window, and another community member took photos/ video from the sidewalk. Agents then got back in their vehicles, and both ICE vehicles sped away.
2m
3
2
Signal message

[redacted]

Just passed plate [redacted] (I think mn) parked at Napa lot where the NY plate has also been trolling

3:30 PM

[redacted]

They came out of gate 1 at the whipple. All Iowa plates. Convoy of at least 7 vehicles they we drove behind as they drove to holiday to gas up. And yes all pigs with masks/balaclavas avoiding me from aking their pictures
We have a bunch of new plates, [redacted] was that you that was jotting those down?

Edited 3:31 PM

joined the group via the group link.

[redacted]

this is [redacted] signing off from plate checks. we have coverage for the

ICE ESCALATION/R...

[redacted]

[redacted]

Update

[redacted]

Update

[redacted]

there's an observer being detained by ICE, they're threatening to break her window

Edited 4:28 PM

2

[redacted]

[redacted] (Limited Availability

there's an observer being detained...

Where?

4:31 PM

[redacted]


6:21
50501: Minnesota
11h ·
You have 15 hours. Put in your PTO, get your closest friends together. Let's once again tell the Secretary of puppy killing to FUCK OFF.
9am - 1 Federal Drive - Mpls
9AM
UNTIL SHE LEAVES
JAN 6TH 2026
RAPID
RESPONSE
PROTEST
WHIPPLE BUILDING, [redacted] MINNEAPOLIS, MN 55417


1/6 👀 So...
1d
Join
16m
Yesterday
[redacted]
0848
6+ AGENTS 3 VEHICLES,
threatening with pepper spray
13th & 31st confronting observers
2 observers have been detained
Edited 10:50 AM
4
2
Today
[redacted]
From the Spanish chat: can someone check 15th Avenue Sout...
went by about 5 minutes ago. i didn't see anything. one car idling but no one in car.
16m
[redacted] joined the group via the group link.
2
Signal message

[redacted] ☀️🌹,

Update

[redacted]

Escalation I experienced this morning: drove me my old house (second day in a row, my registration is not up to date) knocking on my window asking me to put my window down. Said something to the effect of and calling me by my full first legal name that I do not go by: "J, put down the window and speak to us face to face. If you have the guts to be following as much as you have you should have the guts to have an adult conversation face to face. We want you to know we have alerted the cops and they are poised to arrest you if you do not stop. Alll you who are disrupting lawful arrests are causing harm and need to stop. You are causing harm." I did not respond at all and eventually he they got back in their car and drove away.

13m

causing harm and need to stop. You are causing harm." I did not respond at all and eventually he they got back in their car and drove away. 13m

❤️ 2




It was this vehicle 13m

Missed video call · 9:26 am

And joined the group via the group link.

[redacted] joined the group via the group link.

[redacted]

FORWARD FROM WW:
We had a hit and run by ICE in Eden Prairie by a black Nissan Titan with a Texas license plate around 7:30 this morning there was snow covering the plate number but maybe someone managed to capture this plate leaving Whipple?

8:37 AM

[redacted]

[redacted]

Hi I have a friend who exited her

Edited 13m

[redacted]

🚨 General Strategy Info 🚨

300 new plates were added to the Confirmed ICE rolls yesterday. The majority of these are out of state plates with TX, CA, and FL being the big ones. Out of state plates should be treated as ICE until confirmation they aren't. These new agents are very hot headed and if they are commuted behind they'll blow their cover within minutes.

The nature of ICE operations has changed markedly this week. They've moved to a 'flood-the-zone' strategy where they nab anyone they can from bus stops, the sidewalk, cars, or homes. This means indiscriminate abductions and obviously no warrants.

Hit your social medias hard today by letting the world know that we are being OCCUPIED. Secret


21 group members have the same name.
View
[redacted] joined the group via the group link.
9 unread messages
[redacted]
An observer was just shot in central heads up
1m
3
By ice agent 1m
[redacted]
[redacted]
So far, WSP police have been helpful at times. They have refused to help...
5
Glad to hear it. Just be cognizant that this isn't universal. A WSP
Signal message


9:54
93
ICE ESCALATION/R[redacted]
21 group members have the same name.
View
[redacted]
Many many commuters on my shift were pulled over and threatened with their car window glass being broken unless they stopped commuting. Probably 5 or 6 in two hours- all by different ice vehicles
6:17 PM
2
2
+3
[redacted]
Thank you! This could be an important example of how ICE's claims of feeling threatened are unsupported by evidence.
6:17 PM
2
[redacted]
Those people should submit to ACLU form
6:20 PM
Signal message


9:55
5G 92
BLOOM General
Bloomington General
1w
[redacted]
From Rep. [redacted] email: "Yesterday, ICE injured and abducted three siblings in Bloomington walking to school. One was an 11 year old." - do we know about this one?
3m
‼ 4
His email is pretty good, if anyone wants me to forward it to them, DM me your email address. Don't post your email here in open forum.
WA
1m
👍 2
[redacted]
From Rep. [redacted] email: "Yesterday, ICE injured and abducte...
didn't hear about it at all, neither in out chats or on whatsapp
Now
1
[redacted]
MS
Me please Now
Signal message


1d
Join
2m
30 group members have the same name.
View
[redacted]
Message
Video
Audio
Nickname
Add to another group
View safety number
Block


32 group members have the same name.
View
Seems there are commuters in pursuit
10m
[redacted]
Any dispatchers telling people not to go to 34th and Portland are makin...
There are certainly lots of agents here still and tension are high, but also no detentions under way, and at least 50 people, observing that I can see, likely many more down the Block. Would be useful for people to follow these ice vehicles as they leave gradually.
RJ
10m
2
[redacted]
[redacted] heading south
10m
4
Signal message


14m
32 group members have the same name.
View
[redacted]
[redacted]
Any dispatchers telling people not to go to [redacted] are making a grave mistake. Pepper spray deployed and protesters arrested. More people ARE needed here.
20m
‼ 3
[redacted]
[redacted]
13m
[redacted]
Person driving alone while texting
4
Signal message


11:12
5G 83
ICE ESCALATION/R...
[redacted]
Hi I'm adding @Steph P who has
20 group members have the same name.
View
23m
[redacted]
Potentially silly question. When we are being followed by these fuckers. Should we assume our plates are being run (I'm thinking obviously) a
D should we be worried about them showing up at our homes?
28m
3
[redacted]
Yes 21m
[redacted]
Yes 21m
[redacted]
[redacted]
Signal message


11:29
5G 81
1/7 So...
1d
Join
37 group members have the same name.
View
[redacted] eft the group.
[redacted]
If you witnessed the shooting and would be willing to sign an affidavit that will go in a court filing please reach out to me here in a private message.
10m
[redacted]
[redacted]
[redacted] 20 ice agents, whole block is blocked off
10m
41
Signal message



3:23

Message from [redacted] ☀️

First, I want to acknowledge how terrifying, gut-wrenching, and horrible that is. There are many ways your brain and body may respond to this sort of news, so please give yourself the time and care you need to process.

I'm feeling really fucking angry but also a bit numb (this is what grief can feel like for me). I also feel proud that we are on the right side of history together. This moment of escalation in the Twin Cities is happening, in part, because of strong resistance. When authoritarianism meets resistance, it doubles down. But it is weak, and we are powerful. We will get these agents out of our cities and continue fighting to keep our loved ones and neighbors safe. We will win.

[redacted] and a few other members will be at the community vigil at 5pm today on [redacted] Reach out to her if you'd like to meet up.

And feel free to reach out to me or another Sunrise member if you have feelings or thoughts you'd like to share.

Love you all ❤️


ICE ESCALATION/R...
[redacted]
18 group members have the same name.
View
[redacted]
This message was deleted.
12:51 PM
[redacted]
jesse who was detained at whipple yesterday got a message from someone named [redacted] with southside rapid response calling him [redacted] and telling him [redacted] won't be his attorney. do the names [redacted] and [redacted] an attorney mean anything to people here? he is concerned
12:54 PM
[redacted]
Just dropped a message in the form that I have video and witnessed the shooting.
12:56 PM
8
corndog


ICE ESCALATION/R...
[redacted]
this, take it down 1:23 PM
18 group members have the same name.
View
[redacted]
1:23 PM
[redacted]
This message was deleted.
1:25 PM
[redacted]
Is it ok to post the murderers picture in here
1:27 PM
[redacted]
no 1:27 PM
[redacted]
This message was deleted.
1:27 PM
[redacted]
if people wanna seek that out, they can, jesus, read the damn room
1:27 PM
Signal message


3:26
5G 66
ICE ESCALATION/R...
Dis, SeaBass, (OFFLINE)
18 group members have the same name.
View
Not sure if they're a doctor
1:37 PM
LZ
[redacted]
I believe there was a civilian doctor on scene who had guns pulled on them by ICE
that's the video I'm looking for
1:38 PM
[redacted]
[redacted]
if people wanna seek that out, they can, jesus, read the damn room
Sorry I thought this was evidence collection.
1:38 PM
10
[redacted]


18 group members have the same name.
View
anything 1:42 PM
[redacted]
I'm with Legal Rights Center, but we're all working together.
Feel free to DM me
I also have his contact info, but haven't had a chance to talk with him yet 1:43 PM
[redacted] joined the group via the group link.
[redacted]
I believe there was a civilian doctor on scene who had guns pulled on t...
[redacted] sent you a pm 1:49 PM
11
Signal message


18 group members have the same name.
View
[redacted]
Hey, I'm at the Hilton Inn by the Walmart in Roseville where I got pictures of ICE changing plates, and got pictures of the van without plates on it currently too. Would an admin like me to send pics their way?
41m
!! 4
[redacted]
Hey, I'm at the Hilton Inn by the Walmart in Roseville where I got pi...
I am certain that they would! Though, they are a bit overwhelmed with the aftermath of the murder in Minneapolis, so you may not get a response.
32m
7
Signal message

1d

Join

link.

[redacted]s left the group.

[redacted]
Yes if you can 2:18 PM

[redacted]
In pursuit of 3 vehicles who just abducted someone
At 38th and Steven's now
2:15 PM

[redacted]
Report more of what you learn Ill relay to call [redacted]
2:18 PM

[redacted]
MS
Just saw a swat vehicle and a minivan with vested men going south on Nicolette past 35th, should we keep an eye on it?
2:17 PM

[redacted]

9


3:39
5G 62
30319
ICE has been terrorizing our immigrant neighbors, and has now horrifyingly murdered a community member in cold blood.
Reply ICE OUT to join a nonviolent emergency protest at 7 a.m. tomorrow (Jan. 8) to demand that ICE be held accountable and leave Minnesota.
ICE threatens our public safety. We keep us safe.
Text message


3:58
5G 58
ICE ESCALATION [redacted]
Posting in case this has not been dropped here yet. 8:50 AM at Cub at Pascal & University (St Paul). Commuter was surrounded by confirmed ICE vehicles. Agents exited their vehicles and were confronting her. Observer filmed end of the interaction.
SL
9m
[redacted]
3:51 2 observers at Roosevelt are detained and arrested, 50 observers, tear gas deployed - LEGAL SUPPORT IS NEEDED at ROOSEVELT HS - [redacted]
6m
Medics have already been notified, but legal aid is needed ASAP
5m
2
Signal message


4:00
1/7 So...
1d
Join
Your safety number with kt has changed.
Learn more
[redacted]
This message was deleted.
Now
[redacted]
This message was deleted.
Now
[redacted]
K
Pigs from Roosevelt
Now
1
[redacted]
Signal message


4:09
5G 55
1/7 So...
1d
Join
[redacted]
27 group members have the same name.
View
Edited 1m
[redacted] joined the group via the group link.
[redacted]
+ if commuting please hop on call
1m
[redacted]
I will not forgive myself for not physicaly getting in the way or blocking off the people more
1m
[redacted]he group.
ft the group.
3
Signal message


1/7 So...
1d
Join
[redacted]
28 group members have the same name.
View
[redacted] joined the group via the group link.
[redacted] left the group.
D
[redacted]
Now
[redacted]
PLEASE LEAVE THE GROUP IF YOU ARE DONE FOR THE DAY
Now
[redacted]
Are we still protesting over on 34th? I think I might be ready to go back out I've decompressed for quite a bit after watching the murder this woman this morning.
TD
Now
[redacted] left the group.
Signal message


4:42
5G 48
1/7 So...
1d
Join
27 group members have the same name.
View
8 unread messages
[redacted]
Monarca Report: huge convoy of fed vehicles including buses at west parking lot of the Mpls Convention Center
2m
EP
[redacted]
[redacted]
Kay Tee
[redacted]
Please join the call if you can. Commuters joining
2m
Signal message


1/7 So...
1d
Join
28 group members have the same name.
View
read messages
[redacted]
Anyone who witnessed or has video of Renee Nicole Good's murder by an Ice Agent today: PLEASE contact her widow's attorney
[redacted]
Feel free to contact me if you have questions.
Thank you!
8m
[redacted]
5
Signal message



posts followers following

Renée Good she/her

Poet and writer and wife and mom and shitty guitar strummer from Colorado; experiencing Minneapolis, MN

M · Jan 7, 202

388 1.9K 202

Vote

[redacted]

You know since grok is so good at nudifying women, we should put it after unmasking these fucking mouthbreathers.

Vote

[redacted]

Everyone better screen shot this so when they start trying to scrub his image, it's everywhere.

Vote

[redacted]

That's not Trump thats a stupid goon full of hate. A pawn.

Vote

Join the conversation



posts followers following

Renée Good she/her

Poet and writer and wife and mom and shitty guitar strummer from Colorado; experiencing Minneapolis, MN

3:48 PM · Jan 7, 2026 · 77.9K Views

372 1.9K 202

First time?

Vote

[redacted]

I can almost guarantee that he does not live in town. The number of people who live in Minneapolis who want to be cops isn't even enough people to staff the MPD. The vast majority are from suburbs or even further out.

Vote

[redacted]

He's likely already got a go fund me for millions already has a pardon lined up and a job at Fox News. No chance he's not already out of the state.

Vote

Join the conversation


429 posts
123 followers
1,013 following
Renée Good she/her
Poet and writer and wife and mom and shitty guitar strummer from Colorado; experiencing Minneapolis, MN
3:48 PM
77.9K Views
388
372
1.9K
202
27 more replies
[redacted]
[redacted]
POLICE
[redacted]
The ICE Agent that murdered the Minneapolis woman on 1/7/26
Her murderer
Reply
Vote
Join the conversation

7:45 5G 23

1.4K 498 shares

[redacted] All-star contributor

How do we know if this is actually the right name? I'm not interested in getting the wrong person killed

28m Like Reply 13

[redacted]

[redacted] agreed I've seen this too

[redacted] the murderer.




Write a public comment...


7:45
See all
The 50501 Movement
[redacted] · 32m ·
Contact Hennepin County DA and demand the prosecution of [redacted] the ICE agent who killed a US citizen today.
[redacted]
STAND AGAINST MAGA-NEONAZI AUTOCRATS NOW.
⚡KTAOS⚡
●86/ICE/45●
DO NOT COMPLY
🇺🇸⚡🔱☯🔱⚡🇺🇸
2 / 2
POLICE

responsible of you

1h Like Reply 6

[redacted]

Why would you need to know his name?

1h Like Reply 4

[redacted] to make him and his family famous of course. I give it 24hrs and it's released and he is arrested for his own safety

58m Like Reply 10

[redacted] so the world knows who this murder is!! And wat happens next!! Karma🤣🤣🤣

46m Like Reply 8

[redacted] so we can handle the problem and get justice

Write a comment...

1h Like Reply 55

[redacted] He will be p...

View 1 more reply...

[redacted]

Never make decisions when emotions are running high. This post could put the man and his family at risk of vigilante justice. I believe the video evidence will lead to a very public accounting of his actions.

52m Like Reply 7

[redacted]

Look further in this thread. The crazies have already called for his family to be hurt.

38m Like Reply

[redacted]

Good. That's what is needed.

22m Like Reply

[redacted]

Umm they recorded his tag number

30m Like Reply 1

Write a comment...

21:45

Inj... Hs | Daniel Hernandez | Israel Domingo M... | Vale Herr...

[redacted] updated her profile picture.

2h · 🌐

📷 credit: [redacted]




💬 10 ↪ 2

[redacted] 1h

I was watching a live feed earlier and swear I heard you chanting in the backgr... See more

👍 3

[redacted] 9m

[redacted]aha you definitely did 📣

👍 2

**MPR News** ✔ · Follow

1h · 🌐

Just hours after Renee Nicole Good was shot and killed by an Immigration and Customs Enf... **See more**


MERCADO MEDIA
38th Street
Media


PACIFIC BEACH
CA

10:00

Bloomington General
1w

Edited 7:58 PM

[redacted] requested to join via the group link.

[redacted] equested to join via the group link.

[redacted]

Somewhere today and it got lost in the midst of the chaos. I'm sure I saw a request for housing for someone tonight who is coming in. Did that get resolved? If not, I have a a spare room. 8:23 PM

KG

[redacted]

Can we add the general chat link to the rapid response description? People keep asking for it so they don't flood the RR chat 8:30 PM

[redacted] requested to join via the group link.

[redacted]equested to join via the group link.

[redacted]equested to join via the group link.

[redacted]quested to join via the group link.

[redacted]

> Somewhere today and it got lost in the midst of the chaos. I'm sure I s...

Thanks, [redacted] It did get resolved. And they asked for south minneapolis and friday.... I so appreciate your offer. You all are the best.

8:37 PM

[redacted] ested [redacted] e group link [redacted]

[redacted] pprove [redacted] to join [redacted] p from [redacted]

[redacted] pprove [redacted] to join [redacted] p from [redacted]

Signal message

Someone at IKEA alerted me that ICE was there this morning. Getting more info, but good to know that we didn't get eye son that.
1:02 PM

[redacted]

Hey there. A very trusted friend sent me this—I can't help but maybe someone here could. Hi, [redacted] Would you happen to know of a friendly place that an activist from out of town would be able to stay tonight? I don't know who it is yet, only that it is "a well known activist with a huge platform flying in for tomorrow's call to action. He needs a place to stay overnight." My contact says that he will be tremendous attention to the cause. We don't have a spare room to house him, but I thought you might know someone. It's just for tonight, apparently.
1:30 PM

[redacted]

[redacted]

10:05

5G 5

docs.google.com/c

16

EMERGENCY NONVIOLEN...

# EMERGENCY NONVIOLENT WHIPPLE PROTEST TOOLKIT

## BASICS

**Who:** Community members committed to nonviolence

**What & why:** A nonviolent protest in response to ICE terrorizing our immigrant neighbors and now, horrifyingly, murdering a community member. We are demanding that ICE be held accountable and leave Minnesota.

**Where:** Fort Snelling Park & Ride South Lot (VRR3+HH, St Paul, MN 55111)

**When:** Thursday, January 8

Meet at 7:00 a.m.

Begin marching at 7:30 a.m.

No official end time, estimating about an hour.

**RSVP (Optional):** Text ICE OUT to 30319

## GRAPHICS

→ Here!

## TEMPLATE SOCIAL MEDIA COPY

ICE has been terrorizing our immigrant neighbors, and has now horrifyingly murdered a community member in cold blood. Join tomorrow's nonviolent emergency protest at 7:00 a.m. (Jan. 8) at the F... Snelling Park...


9:33
ICE ESCALATION/R...
[redacted]
30 group members have the same name.
View
[redacted]
3 agents boxed me in, pounded on my car, etc. Would like to talk with someone from the escalation team please.
5:29 AM
ICE OUT OF MINNESOTA
2
+2
[redacted] I am so sorry this happened to you. I hope you are recovering from this. The ACLU is collecting data on incidents like this. There is a form you can use to share info on the incident. Let me grab that link for you
5:31 AM
WS
[redacted]
Hello, if you were at the Powderhorn Park parking lot ICE sighting with 3 vehicles
Signal message

9:37 5G 100

← Message from [redacted]

evolving. While some actions are riskier than others, by participating in patrolling you are consenting to some level of risk. Some examples of activities by risk level.

Low:
Daylight patrolling
Reporting to Signal
Observing from a distance
Providing community support/mutual aid
Documenting activities of ICE

Medium:
Being followed by ICE
Commuting behind an ICE vehicle
Patrolling high activity areas
Supporting commuters
Photographing or videoing actions and activities

High
Confronting ICE agents
Actively tracking vehicles/agents (ie: Whipple Watch)
Responding to an active raid
Plate scanning revealing personal infomation (name/address)

Your informed consent is incredibly important. Do not take any action that you are uncomfortable with.


11:05
98
ICE ESCALATION/R...
[redacted] (OFFLINE) L...
SC
Sending you a pm
1m
[redacted]
This message was deleted.
[redacted]
Forwarding from southside chat: Not ICE present but clear instigator that I grabbed a screenshot of from the protest livestream spouting some crazy racist and violent shit. Would not be surprised if he's out and about trying to start more shit, be on the lookout
Edited Now
KC
[redacted]


12:14
5G 94
Connecting for Whi...
1d
Update
[redacted]
thank you so much [redacted]
would you like me to add you to the whipple general chat for now while we figure out how you'd like to plug in there?
9:49 AM
that would be great -- 11:08 AM
[redacted]
okay--as a heads up this group is only mildly vetted and has a tendency to veer into conversation around illegal activity. please read the disclaimer in the group description and feel free to leave the channel if you become uncomfortable with the degree of risk.
11:13 AM
react to this message and i'll add you!
11:13 AM
Signal message


4:51
Party for Socialism and Liberation - Minneapolis
1h ·
BREAKING - ARREST JONATHAN ROSS!
Join us to demand that Jonathan Ross be charged with the murder of Renee Nicole Good TONIG... See more
25
21
14
ARREST
JONATHAN
ROSS!
JOIN US TO DEMAND THAT JONATHAN ROSS BE CHARGED WITH THE MURDER OF RENEE NICOLE GOOD TONIGHT!
THURS. 1/8
LAKE ST & CHICAGO AVE
5.30 PM
PARTY FOR SOCIALISM & LIBERATION
PSL
POLICE
JAIL KILLER ICE AGENTS!
SWIPE TO READ THE FULL STATEMENT