# EXHIBIT BB (Part 9)


5:23
5G 67
ICE ESCALATION/R...
Dis, SeaBass, (OFFLINE)
group link.
30 group members have the same name.
View
2 unread messages
[redacted]
Announcement via Fredegar dispatch that Whipple announced they are going to arrest everyone on federal property there. Just wanted to make it known to people observing there to make informed decisions. Spread the word please. Thanks for all you are doing ❤️
15m
👍 2
[redacted] the group via the group link.
[redacted] 1 person to the group.
[redacted] changed their profile name


6:37
5G
64
SMTC Action Team
[redacted]
[redacted]
ICE OUT OF MINNESOTA!
PROTEST AND NOISE DEMONSTRATION
PSL
Join us to demand that ICE end their reign of terror and murder in the Twin Cities. Let Hilton Hotels and Minneapolis PD know that there will be no peace until ICE is gone.
Friday 1/9 from 7-9 PM
Canopy by Hilton
Minneapolis Mill District
[redacted]
Downtown Mpls! 12:28 PM
wait...we know where bovine is staying?! I just saw the insta post
30m
2 unread messages
[redacted]
Signal message


6:37
5G 64
SMTC Action Team
[redacted]
2 unread messages
[redacted]
we have learned that Greg Bovino may be staying HERE
Residence Inn by Marriott Bloomington by Mall of America
4.3 ★★★★★ (783) · 3-star hotel ·
[redacted]
expect resistance if you are onsite, and BE SAFE
unrise.TwinCities
defendthe612 was invited to be a collaborator but hasn't accepted yet
yup!!
i'm unavailable for a demo tonight unfortunately (exhausted and prepping for the protest tomorrow) but hoping other folks will go out
i think this is an orange action given bovino's status
4m
Signal message

31 group members have the same name.

View

[redacted]

This is a note from the youths family that was abducted from Target Richfield today - can anyone help? PLEASE HELP SPREAD THE WORD :
My cousin [redacted] who is a BORN & RAISED US citizen was arrested by ICE today from work. No warrant, no probable motive for the arrest. was flat out RACIALLY profiled. When we communicated with ICE agents and presented his birth certificate and social security card they stated they didn't care he was a citizen. They DONT care who you are, if you fit the "profile" you're a target for them. He is being held at the Fort Snelling detention center with no communication with us. If you were able to record the incident please send me a message.
God be with you

SE

16m

Signal message

21:01

Threads
Connect and share ideas
Get
In-App Purchases

Log in

Get app

[redacted] > Jonathan Ross 2h

The killer's name is Jonathan Ross of [redacted]

He was dragged 50 feet, not 300, according to FOX news!

3.1K 852 754 65

[redacted]n

👀

More replies to [redacted]

[redacted]m · Author

His wife left him and is happily married living with her new husband and son....and they are lefties!!! She got out in plenty of time!!

47 1

threads.com

21:02

Log in | Get app

[redacted] 2h ...

The killer's name is Jonathan Ross of
[redacted]
He was dragged 50 feet, not 300,
according to FOX news!

♡ 3.2K 💬 861 🔁 763 ➤ 66

[redacted] ...

His wife left him and is happily married living
with her new husband and son....and they
are lefties!!! She got out in plenty of time!!

♡ 59 💬 🔁 2 ➤

[redacted] ...
[redacted]inneapolis Shooting 2h
It was murder! The killer is Jonathan
Ross of [redacted] Chaska,MN

♡ 4 💬 9 🔁 1 ➤ 1

a[redacted] 31m ...
It was murder! The killer is Jonathan Ross
of [redacted]haska,MN ,55318
Sorry, folks, I forgot to add the killers
zip code! Let me know if you need
the cell number!!

threads.com


33 group members have the same name.
View
message from me? Thx
24m
[redacted]eft the group.
[redacted]
To those political leaders... a close friend of mine is Philipino and very influential in politics... (very involved in Rhondo to hint at who). She was cornered and harassed in Saint Paul earlier this week. They DEFINITELY pissed off the wrong person. Now she actively pushing our politicians to utilize and activate the AMBER alert system to defend the community from ICE assaults.
6m
[redacted]hanged their profile name to [redacted]
Update
Signal message


7:20
5G
80
General:WHIPPLE (...
1d
[redacted]
we need a blackout plan.
Been working on learning to use ham for a black out but I'm still in the early learning phase.
43m
[redacted]
I have been seriously discussing how we can protect people AND start to engage our 2nd amendment rights... unfortunately it's come to that point.
A politically savvy friend said if we went into lockdown and refused them entry, we would have every right to defend our homes WHEN they break in without a warrant.
But it's a tricky balance to strike to protect our rights and not go too far.
Edited 29m
[redacted]
RIP RENEE


7:21
5G 80
General:WHIPPLE (...
1d
[redacted]
we need a blackout plan.
I was looking at encrypted channel walkie talkies the other day
LK
1:45 AM
[redacted]
https://www.threads.com/@lindsayguentzel/post/DTQzSKEEjvy?xmt=AQF0T4JYzOvL1SgI_LD8Dttk5W8736in6AlaOSCstqk6XwCDjX2AhecP5nf7kfpe0UovQ_Et&slof=1
2:11 AM
[redacted]
we need a blackout plan.
Been working on learning to use ham for a black out but I'm still in the early learning phase.
43m
[redacted]
Signal message


7:21
5G 80
General:WHIPPLE (...
1d
[redacted]
we need a blackout plan.
12:12 AM
3
[redacted]
we need a blackout plan.
Outstanding 12:55 AM
[redacted]
we need a blackout plan.
I was looking at encrypted channel walkie talkies the other day
1:45 AM
LK
Signal message


8:01
5G
77
Bloomington General
1w
BLOOM General
Patrol Tips
For individuals who are interested in patrolling/commuting/going out in your car or by foot to observe and watch for ICE, know that this comes with risk. There are patrol trainings, however, and as soon as I get the link to the next one I will share. For now, the info below from user Robin is a great start.
As ICE ramps up their observer intimidation tactics as well as abductions in Minnesota, it is imperative that we are aware of the risks this type of activity entails. This work is an ever evolving set of risks and while our work is legal, it is very annoying and disruptive to ICE agents.
This document is subject to change, and is not a legal guide. This is a collection of information and steps to take to protect yourself. Again, this should NOT
9


8:01
5G 77
Bloomington General
1w
[redacted]
Any one know is this is real?
When canvassing, the Marriott chain hotels didn't want info and said they had a corporate policy.
6:36 AM
[redacted]
Does anyone have a few whistles? Can pickup this morning
58m
[redacted]
I'm wondering if it makes sense to bulk order whistles from alibaba and pay the shipping for 3-7 day delivery. They are not stupid expensive on Amazon, but not give away to tons of people cheap
56m
[redacted]
Does anyone have a few whistles?
8
Signal message


10:02
5G 70
Bloomington General
1w
[redacted]
I'm seeing reports in Minneapolis and St. Paul. Asking people to identify their neighbors
7m
MS
[redacted]
Ice cannot do traffic stops legally. You don't have to show them shit or say shit unless they have a warrant for a person with you, and they are showing fake warrants that are just homeland orders. It needs to be a real warrant from a court and signed by a judge. You don't have to show them anything. Don't say anything other than show me a real warrant, and don't roll down a window because they break the law and pull you out. The advice going around is only good for normal cops
5m
[redacted]
Moment of silence happening for Renee Nicole Good at 10AM
2

12:29 5G 55

General:WHIPPLE (...

1d

job easier? Please and thank you.

14m

😂 2

1 unread message

[redacted]

Can we request for them to shut down gate 3 as well t...



All it would take is for someone with a landscaping company to go and dump a couple big boulders in front of the gate, and things are gonna slow down real quick for the day. Hypothetically.

JZ

1m

❤️

[redacted] changed their profile name to 🚗 💨 [redacted]

Update

DA [redacted] Wed
hi!! interested in that email...my email is

1/1 🧊 LEAVE & DELETE Tue
*Safety number changed*

[redacted] Tue
https://signal.group/#CjQKIKNtcmnzshQiVx7Yki_moM...

12/31 LEAVE 2025 BEHIND... Tue
*Safety number changed*

12/23 noise demo team Dec 23
[redacted] i am on the sidewalk outside the hotel entrance

[redacted] Dec 22
happy you're here virtually!

[redacted]
https://signal.group/#CjQKINHw1inGmgMYGfeHCH

12


12/29 LEAVE & DELETE
17h
Safety number changed
1/3 LEAVE ME. DELETE ME.
17h
Safety number changed
LEAVE & DELETE
17h
Safety number changed
1/5 🧊LEAVE & DELETE
17h
Safety number changed
LEAVE & DELETE — 12/28 ...
Wed
Safety number changed
1/2 🧊 🍓LEAVE & DELETE
Safety number changed
Leave/Delete BLOOMINGT...
Safety number changed
13
Chats
Calls
Stories


12:42
5G
53
Signal
Bloomington General
12m
BLOOM General
[redacted] Shared to SS RR.
Leave chat, delete....
27m
Safety number changed
27m
Safety number changed
LEAVE & DELETE (see descr...
4h
[redacted] ⚠ LEAVE & DELETE THIS CHAT THANK YOU!
LEAVE & DELETE
5h
Safety number changed
Connecting for Whipple
13h
[redacted] CATCHING UP (CST): i think understanding the
Leave & delete chat
15h
Safety number changed
16
Chats
Calls
Stories
now


12:43
Signal
Pinned
[redacted]nnouncements 1h
[redacted]ffline) added
[redacted]
SMTC Action Team 3h
[redacted] added Darian.
ICE ESCALATION/RACIAL Now
[redacted] thanks. I'll try to follow up as well
1
General:WHIPPLE (minimal 10m
[redacted]hamed MN dot on his fb and they showed...
Chats
1/9 Southside
Bloomington General
[redacted]hared to SS RR.
BLOOM General
19
Chats
Calls
Stories

K hotels tonight?
6m

[redacted]
Can someone add me to patrol chat please
4m

[redacted]
Anyone that can connect me to New Hope RR? Or have any details about the New Hope HS from the monarca alert
4m

[redacted]
Can I get access to Burnsville's RR?
T
3m

[redacted]
High possibility of the right wing asshats [redacted] and [redacted] being in Minneapolis today, standby for increased violence, take precautions
Now

[redacted]
Is that the Nazi trying to antagonize the crowd at Whipple yesterday?
Now

650 81 shares

Ryan Kirsten

So is he wanted? Or is he being helped to hide out of state? I'm confused on which false narrative this post is trying to push🤣🤣

1d Like Reply 1 😆

[redacted]

We know his face and name. It will be spread throughout the world. If the courts fail, justice will still be served.

1d Like Reply 22 👍😆

[redacted]

[redacted] what was the officers name, seen photos but no names

21h Like Reply

[redacted]

From Title 1, U.S. DOJ Policy on Use of Force:

"Firearms may not be discharged solely to disable moving vehicles. Specifically, firearms may not be discharged at a moving vehicle


1:34
5G 42
General:WHIPPLE (...
1d
[redacted]
One less gate to worry about is fantastic news for us
20m
Suggests these BorTac chuds have somewhat limited manpower to guard all three, too. Why else would they do it?
19m
Is gate 1 barricaded now too? That's where the truck with the jersey barriers was right before I left?
Edited 18m
[redacted]
I'm not there but I'm watching a livestream at work. Looks like they put up some barricades at the entrance to G1
14m
1 unread message
[redacted]
Has a group started that falls under the heading of technology and security yet?
1m

2:03

Sunrise TC Announ...

[redacted] (offline),

[redacted] (Back @ Noon) changed their profile name to [redacted]

Update

1 unread message

[redacted]

Hey all! Would anyone be willing to be vehicle marshals? Basically, you would use your car to block off an intersection. Please react if you'd be willing to do this. Thanks!

12m

[redacted] changed their profile name to [redacted]

[redacted]

sorry for the clutter y'all, will 🧹 after, but can someone link me to the NE watch group?

14m

[redacted]

Ice just tried to trap a guy on 22nd and johnson they where trying to pull him out of car and then he floored it and another car got in the way of the agents and he was able to get away

12m

❤️ 2 ✨

[redacted]

is ICE following the person now? or are they safely away?

and did they get their plate info?

10m

10:03 5G 64

**Bloomington General**

1w

Update

[redacted]

Who can I send pics too of agents eating without masks 4:35 PM

❤️ 2

L

To* 4:35 PM

[redacted]

> Who can I send pics too of agents eating without masks

You can send them to me, I can add them to a data base

4:57 PM

[redacted]

Anyone else creeped out by how quiet it is? (Knocking on wood)

4:58 PM

💯 4

43 unread messages


10:15
5G 60
1/9 👀 So...
1d
Join
32 group members have the same name.
View
[redacted]
It's not ICE 1m
State Patrol and local PD heading to the protest 1m
[redacted]
Confirmed? Now
[redacted]
More people going into the canopy building. Now
[redacted]ined the group via the group link.
[redacted]ft the group.
[redacted]d the group via the group link.

Twin cities comms
megan 🌞 (offline), Shawn

[redacted]
sorry!

i had to get a reel out real fast 2m

❤️

and needed to tell ppl it was over 😅 2m

[redacted]
ALL GOOD

MAKES WAY MORE SENSE

HERES A RECAP REEL IF WE WANNA POST IT

‼️ We show up for our neighbors, and we DEMAND ICE OUT ‼️

Our voices will not be silenced. This hotel is not the only one housing ICE agents. Make your voices heard Minnesota.

Protocol and safety guidelines for protesting can be found on our page.

1d

Join

Update

[redacted]

J Are we needed downtown? At quarry now 2m

[redacted]

SM the convoy is here now 2m

[redacted]

G Are more people needed downtown? 2m

[redacted]



1/9 ... So...

1d

Join

[redacted]




SM

2m

[redacted] oined the group via the roup link.

[redacted]

they haven't done anything yet

SM

1m

1

10:19 5G 59

1/9 👀 So...
1d
Join

[redacted]
We might need some people. No one enforcement here yet except hotel security
K 1m

Crease left the group.

[redacted]
Just pulled up at speedway next to andale
K 1m

[redacted]
> Are more people needed downtown?

I think people are needed at MOA Benihana if able
CB 1m
👍 2

[redacted]


1

1/9 So...

1d

Join

CB

I think people are needed at MOA
Benihana if able 2m

👍 2

SM

[redacted]




1m

[redacted]

we are leaving quarry all the vehicles went downtown

Now

K

[redacted]

MPD IS HERE Now

Signal message

1/9 🧊 👀 So...
1d
Join

8 unread messages

[redacted]

⚠️ downtown activity is likey LOCAL law enforcement responding to protestors at Canopy Hotel
Now

SM
[redacted]

MPD - they're giving the protestors 10 mins to disperse
Now

K
[redacted]

Carrier vans
Now

K
[redacted]

Lots of cars pulling in to speedway
Now

m
[redacted]

From NE chat: If you have people downtown pull them out. MP has sprinter vans from NE on the way.
Now

👍

[redacted]

10:23 5G 58

1/9 🧊 👀 So...
1d
Join

m
Now

CB
[redacted]
Heading there now
MOA or Andale? Now

B
[redacted]
Feds have arrived at the canopy
Now

[redacted]
FORWARDED FROM MUTUAL AID
If you know anyone at the downtown noise protest at the canopy hotel please let them know that about 13 of 30 state trooper and mpd vehicles including sprinter vans have left the quarry and heading your way. Know your exits.
Now

[redacted] (they/them) joined the group via the group link.

2

Signal message

10:26 • 5G 57

1/9 So... ⏱1d Join

SM Now

[redacted]

Can someone please monitor this, live stream? https://www.youtube.com/live/PvbiB9xbMp4, I'm only on a mobile right now and can't watch both

Now

[redacted]

Definitely ice here. Anyone at Andale?

Is there a specific vehicle you see?

Now

[redacted]

They're blocking the block. REMOVE ALL PERSONAL.

Now

K

[redacted] left the group.

Signal message

General:WHIPPLE (...

1d

JZ

people know who these fuckers are!

9m

[redacted]

If you know anyone at the downtown noise protest at the canopy hotel please let them know that about 13 of 30 state trooper and mpd vehicles including sprinter vans have left the quarry and heading your way. Know your exits.

1m

👍 2

[redacted] changed their profile name to len 🖼️🚗.

Update

1 unread message

[redacted]

NOISE DEMO MARCH: GET OUT, THEY ARE GOING TO KETTLE.

Now

💯

Signal message

1d

CB Shared Now

[redacted] (English/Español) left the group.

3 unread messages

[redacted]
Shared

Location? Now

[redacted]
Shared

C Thank you Now

[redacted]
C Brown can you forward this num...

CB Delete asap Now

Signal message

10:35 5G 55

1/9 👀 So... Join

1d

[redacted] ng/esp) changed their profile [redacted] (eng/esp).

[redacted]

Update

[redacted] anged their profile name to [redacted]

Update

[redacted] spañol) left the group.

[redacted]

> [redacted]
> They think I'm ice he just came out and talked to me lol

Show your whistle that always helps

Now

LG

[redacted]

> [redacted]
> Unvetted chats

Sorry dude technical difficulties with phone

Now

C

Signal message

[redacted]

Delete this number dude wtf

You should also delete your reply because it reveals the sensitive info fyi.

M

3m

[redacted] joined the group via the group link.

[redacted] the group.

1 unread message

[redacted]

Alright folks, protest is moved by to Indigo Hotel, state patrol is not following

Now

[redacted] joined the group via the group link.

Signal message

1/9 So...

Join

1d

[redacted]

Police pulling someone over in speedway lot 1m

8 unread messages

Leaving call to film 1m

[redacted]

[redacted] e/They)

Any update on MOA situation?

CB Commuters are in MOA, getting to benihana, trying to figure how to get them out Now

[redacted]

A Where TF is national guard Now

[redacted]

CB Need cars to get home Now

oined the group via the group link.

2

Signal message

10:59 5G 50

**SMTC Action Team**
[redacted] (offline), Shawn

[redacted]
guys I accidentally went home with my banner, ill bring to the next mee...

Glad you got home safe! 18m

it was nice to be able to join you all 17m

[redacted]
great work!!! 12m

[redacted]
Home safe also! Amazing turnout 11m

[redacted]
home safe. awesome work everyone. praying for the folks still protesting. from another chat there are a lot of cops, but it sounds like everyone just moved over a block and is fine. rest up yall!! 2m

Signal message

Create story Torstenson Quintero Me

[redacted] · Follow

2d ·

UPDATE: MURDEROUS NAZI THUG JONATHAN ROSS HAS BEEN AIRFLOWN OUT OF STATE

HELP NEEDED: This is the murderers vehicle. They have been using their own resources because they dont' have the funding. Find this murderer criminal fuck. [redacted]



114 15 30

Reels

1d

Join

Mer G TE Mom joined the group via the

17 group members have the same name.

View

[redacted] the group via the group link.

[redacted]

🛑WHIPPLE ALERTS continue to be PAUSED. no observers presently on site. we're evaluating our strategy and overall capacity needs.

we will resume alerts as soon as we are able.

2m

[redacted] left the group.

[redacted]

BB

Looking for a link for the Quarry area, Roseville, North East Minneapolis please?

Now

joined the group via the group link.

10:40 LTE

# Intro

Anders, Anthony M 08:49
To Anders, Cameron, Lynch, Joshua, +3

Anthony Anders - [redacted]

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Brubaker, Zoee [redacted]
**Date:** Saturday, Jan 10, 2026 at 7:43 AM
**To:** Anders, Anthony M
[redacted] Anders, Cameron
[redacted] Lynch, Joshua
[redacted]
**Cc:** Ehmke, April L [redacted]
JPowell [redacted]
[redacted]
**Subject:** [redacted] Intro

Hi Team —

Reply All

Mail Calendar Apps


12:29
General:WHIPPLE (...
1d
The "new" boundary. They keep predictably changing it on us. 😂 Edited 31m
[redacted]
Quick show of thumbs so I can try to estimate how much pizza to buy - 7m
Who all is planning on being at the meeting tomorrow?
1pm, United Labor Center, 312 Central Ave SE. Second floor
We can park in the main parking lot there 6m

RN (eng/span).

Update

[redacted]

Update

1 unread message

[redacted]

ATTENTION: [redacted] was arrested and needs to be removed from all groups ASAP.

Edited 1m

Signal message


10:34
General:WHIPPLE (...
1d
4 unread messages
[redacted]
About
[redacted]
Profile names are not verified
No direct messages with [redacted]
1 group in common

10:35 5G 75

← Message from [redacted]

Today myself and a passenger commuted behind 2 ICE vehicles in South Minneapolis. The 2 vehicles then started driving towards my home. Over the course of the 20ish minute drive, a third ICE vehicle joined. Then, a few blocks from my house, a fourth ICE vehicle came out of nowhere, and the vehicles boxed us in on an area of the side street fully secluded by trees. Luckily I drove forward in a panic, partially over a snowbank, so that the one house on that street could have eyes on my car and we would not be hidden behind the trees. Many agents surrounded my car, and one of them pointed a gun at us. We dropped our camera, but as soon as we picked it up and pointed it at the agent with the gun, he immediately put his gun back in his holster. My passenger and I did not speak to the agents or roll down our window. One of them said they were "trying to take us home." And "We have an escort." Then, when the residents of the house whose driveway I frantically drove into came out and started filming the agents, they noticed the camera and went back to their cars and drove away.

10:35 5G 75

← Message from [redacted]

vehicle joined. Then, a few blocks from my house, a fourth ICE vehicle came out of nowhere, and the vehicles boxed us in on an area of the side street fully secluded by trees. Luckily I drove forward in a panic, partially over a snowbank, so that the one house on that street could have eyes on my car and we would not be hidden behind the trees. Many agents surrounded my car, and one of them pointed a gun at us. We dropped our camera, but as soon as we picked it up and pointed it at the agent with the gun, he immediately put his gun back in his holster. My passenger and I did not speak to the agents or roll down our window. One of them said they were "trying to take us home." And "We have an escort." Then, when the residents of the house whose driveway I frantically drove into came out and started filming the agents, they noticed the camera and went back to their cars and drove away.

A major takeaway lesson I want to tell everybody here is: FILM. FILM. FILM. And if god forbid your phone runs out of storage space or something, and you aren't able to film, just open your camera and hold your phone up as if you are.

13m

00003938

7:01 5G 64

ICE ESCALATION/R...

[redacted] (OFFLINE)

27 group members have the same name.

View

left and gave the woman a ride back to a safe place where her group could get a Lyft home

12:56 AM

M

[redacted]

Question for the lawyers. Seems like ICE is looking up people's licen...

There is nothing legal that can be done to stop it. They have access to multiple databases that tie your car to your name and address. You best legal option is to rent a car for commuter work that you're doing. That way they would have to get your name from the rental car company with a subpoena or search warrant

12:58 AM

Signal message

00003939

5G 64

ICE ESCALATION/R...

[redacted]

27 group members have the same name.

View

[redacted]

Question for the lawyers. Seems like ICE is looking up people's license plates to get their addresses. If that info is in the state's DMV database, how are they getting access to it and can we do something to stop it?

11:49 PM

👍 3

[redacted]

They probably use CLEAR or something like that. They have led people to prior addresses before so know that they are doing some guesswork

11:54 PM