# EXHIBIT BB (Part 10)

7:02 5G 64

Sunrise TC Announ...

[redacted] (offline), Camer...

[redacted] (NE Metro).

2 group members have the same name.

View

Update

Today

[redacted] (NE Metro) changed their profile name to [redacted] (NE Metro).

Update

1 unread message

[redacted]

hello! we are seeking help with some information gathering + validation work today and tomorrow. if you can help, please react to the messages below 💕

Now

Only admins can send messages.

7:07

Sunrise TC Announ...

[redacted] (offline),

tomorrow. if you can help, please react to the messages below 💕

today (sunday), anytime:
identifying decision makers + gathering phone numbers/emails for the corporate offices of hotels housing ICE

this can also include identifying local companies that manage multiple hotels under one corporate umbrella

1 unread message

monday (between 10am-4pm):
making phone calls to hotel corporate people and/or local hotel front desk staff and general managers

this is to validate the phone numbers before sharing publicly and also give the front desk + hotel management some information about our goals and what they can expect once their info is published

Edited Now

Only admins can send messages.


7:21
5G
62
Instagram
mnicewatch
mnicewatch • Original audio
Reported to @mnicewatch
(01-10-26)
[redacted]
An ICE agent is reportedly seen slipping on his back, and then taking a woman into a singular porta-potty- whilst another agent sits in the car outside.

General:WHIPPLE (...
1d

8 unread messages

[redacted] (call if urg)
[redacted] (eng/esp) is being arrested.

Please remove from all chats @m
[redacted] CATCHING UP (CST)
[redacted] ✌️❤️‍🔥✊
[redacted]
5m

[redacted]
Please update. Did this for sure happen
2m

[redacted] replied in another chat.
1m

[redacted]
I'm still here it was my driver who was arrested
1m

[redacted]
Oh fuck. I just removed them from WW. Will readd
1m

1

Signal message

7:32

General:WHIPPLE (...
1d

[redacted]
Okay okay. 1m

[redacted]
Ty guys. I'm guessing they are taking ha ha to whip. Does anyone know if Gladys still where they are taking detained observers ? Now

[redacted] (esp) changed their profile name to [redacted]

Update

[redacted] (EP/Mntka) changed their profile name to [redacted] Mntka/chan.

Update

[redacted] (CST)
assuming Kevin has been contacted?

you okay [redacted] [redacted] (eng/esp) — what support do you need?
Now

Signal message


7:42
5G 59
ICE ESCALATION/R...
Dis, SeaBass, (OFFLINE)
Update
29 group members have the same name.
View
3 unread messages
[redacted]
This message was deleted.
4m
[redacted] (nmpls/ssrr dispatch)
Please remove [redacted] ☎ [redacted] (eng/esp) from the group
2m
[redacted]
Is anyone covering their plates? We just bought covers yesterday
1m
W
[redacted] changed their profile name to 🚗💨
Update


1/11 So...
1d
Join
4 group members have the same name.
View
Update
[redacted] oined the group via the group link.
[redacted] joined the group via the group link.
[redacted] changed their profile name to [redacted]
Update
[redacted]
Just so everyone is aware I have [redacted] phone in my possession
Now
3
[redacted] left the group.
Signal message

7:43

ICE ESCALATION/R...

D[redacted] (OFFLINE) L...

29 group members have the same name.

View

[redacted] changed their profile name to 🚗💨 [redacted]

Update

2 unread messages

[redacted] (nmpls/ssrr dispatch)

> [redacted] (nmpls/ssrr
> Please remove [redacted] 📱 [redacted] (eng/esp) from the group

[redacted] Now

[redacted]

At approx 7:30 ha ha was arrested. I believe they are taking her to whipple now. Just a heads up I have her phone in my possession Now


8:23
5G
56
ICE ESCALATION/R...
[redacted] (OFFLINE)
admin remove them?
29 group members have the same name.
View
[redacted]
I have been trying to get in contact with Kevin Riach. Probably just wai...
If this is not a U.S. citizen and they need help filing a habeas petition, please let me know ASAP. I'm an attorney and am working with a network of other lawyers that I can activate quickly if we get this person's info. 22m
AK
[redacted]
[redacted] (She/her)
[redacted] (eng/esp) is in this chat and was just arrested - can an adm...
They were with [redacted] an [redacted] has their phone. Haha's phone is not with police 22m
2
[redacted] She/her)


1d
Join
8 group members have the same name.
View
[redacted]
Eb on 28th 21m
[redacted] ed the group via the group link.
[redacted] (nmpls/ssrr dispatch)
FOR SOUTHSIDE from Longfellow: 🚨🔥 Someone escaped from ice 37xx cedar Ave 🔥🚨 Resident ask for help for him , she is afraid
21m
[redacted] joined the group via the group link.
[redacted] oined the group via the group link.
[redacted] (they/she) joined the group via the group link.
5
[redacted] joined the group via the
Signal message


Bloomington General
BLOOM General
1w
I'm new here. Trying to read the document on the group and it won't load. Just trying to figure out how this all works. Thanks!
F
Edited 15m
[redacted]
Not sure where to post this but 🧊 has been meeting up/staging in the north lot of MOA every morning since 1/6. They show up between 5:20 and 5:40 and leave within 15 mins.
13m
👍 2
[redacted] 08 requested to join via the group link.
[redacted]
They park sideways in front of the big star so mall cameras can't see their LPs. Always 3-4 vehicles.
11m
[redacted]
This message was deleted.
J
7m
Signal message


9:22
5G
49
CLIFF
CASH
THE
WILMINGTON
[redacted]
366K followers • 175 following
We will beat them and when we do, they'll wish they'd never picked the fight.
I'm ( [redacted] on all social media.
GRAB SOME ANTIFA MERCH:
[redacted]
Follow
Posts
About
Photos
More
Details
Page · Comedian


9:22
If you're in Minneapolis and know someone with a 200 seat venue, I'd like to come there Monday Jan 19 and do a show and speak and join a protest. Holler at me.
48
9
7


9:51
5G 45
General:WHIPPLE (...
1d
one observer signed up for the next four hours. Is anyone else able to come out
18m
[redacted]
[redacted] coming out in an hour to give some folks from atlanta a tour of the whip ahead of the huddle at noon
15m
[redacted]
[redacted] and I can get there at 10:40
15m
5
Signal message
English (US)

1d

[redacted]

📣 **NOON HUDDLE at N Lot!**
Join us for the safety briefing, updates on ICE escalation/ intimidation at the Whip then jump into watch at N Lot & Gate 3 locations, and possibly a third new one.

‼️URGENT: **we need more observers on site!** if folks have capacity, we need to continue collecting as much plate data as possible as more and more agents and vehicles pour in, *this*

Signal message


10:27
5G 39
Twin cities comms
[redacted] Shawn...
I think we should set up a new mode for them
[redacted] is on deck to help out with research or setting up Distro tools
14m
[redacted]
I think collaborating with 50501 on this would be ideal, if that's possible
3m
Signal message

27 group members have the same name.

View

10m

[redacted]

From Burnsville post...

WARNING!!!

[redacted]

Be careful with this woman we need to get the word out she works with immigration she pretends to sell food to Hispanic people and then shows up with immigration to your house or to the people's house that ordered the food we need to get the word out to be careful with her.

P

Fwd: 8m

[redacted]

What's their handle and/or email?

2

Signal message


27 group members have the same name.
View
[redacted]
RELAY TO NORTH MINNEAPOLIS
At least one ICE Vehicle in alley between Russell & Sheridan on 50th Ave N
New York [redacted]
Unsure how many agents
Unsure on equipment
Unmarked car is blocking alleyway
Firefighter on the way to help deescalate
No additional responders needed
Please be mindful if you are in this area. Please alert neighbors on the 4900 and 5000 blocks of Sheridan and Russell Ave N
Now
Signal message


5:07
5G
34
[redacted]
L
About
[redacted]
Profile names are not verified
No direct messages with [redacted]
4 groups in common


5:07
5G
34
4 groups in common
General:WHIPPLE (minimal vetted)
Leave & delete chat
TC DA

General:WHIPPLE (...
1d

[redacted]

I was approached today by a person on their way to the protest. They expressed support for our work and said they are hoping to connect to a group to contribute their tech/it/security/infrastructure skill set. They understood the issue of security and verification. I have their signal contact info. Any thoughts from others on how to proceed? General best practices for adding a stranger seems to team up for an observation shift to feel it out a bit?

4m

[redacted]

Or throw them in the deep end to join out midnight protest... 🤣

3m

[redacted]

That might be spicier protest than they want. I think they are thinking more back end work. They had come today to join the protest for the first time and when I gave them a heads up

Signal message

1d

from others on how to proceed? General best practices for adding a stranger seems to team up for an observation shift to feel it out a bit?
4m

[redacted]

Or throw them in the deep end to join out midnight protest... 🤣
4m

[redacted]

That might be spicier protest than they want. I think they are thinking more back end work. They had come today to join the protest for the first time and when I gave them a heads up about it hearing up they mentioned they would probably hang back.
2m

👍

[redacted]

I said throw in the deep end... 😂 I didn't say it was definitely the right thing to do. Just an easy way to sort vetting...
Now

Signal message

Spokes Council Notes 2...

B I U S A

**Communique Notes 1/11 13:00**

*Isaac (Member of Whipple Watch and Black Cat) opened. Issued big thank you to all of us.*

**Goal of meeting is to go over broad Civil Resistance Strategies**

1. Best Practices
2. Split up into breakout groups to talk about strategies for Mass Civil Resistance
3. Seek collective Agreements

[redacted] *Facilitated the Spokes council*

**Explanation of Spokes council:** Leaders represent the inner circle of a wheel. The folks who follow these leaders represent the spoke of the wheel. We organized ourselves with leaders in the middle circle and sat behind our leaders. For Whipple Spoke, M was our leader.

6:35 5G 19

Spokes Council Notes 2...

B I U S A

*Spokes broke out into small groups*

**Whipple Spoke met to discuses Best Practices for Whipple Watch:**

Buddy System!!! No matter what position; observer or commuter. Protests become unsafe at the gates. Bring that energy to N Lot, allow observers space to do what they need to do at the gates.

Safety: Knowing a phone number you can call, cards with your name and DOB and emergency contact to give to bystanders upon your arrest. Regularly read through Safety Briefing.

Plates Database Folks are in our chat so you can send photos of plates on the fly or after a shift in the Whipple Chat OR send directly to the data collection chat. However, we need to try and do plate data on the fly so that people from inside and outside of metro area can get that information.

Spokes Council Notes 2...

We learned from that Staging is also called Mobile Field Force. Commander Calls out where they are going, and we need to be listening. It may be possible to HEAR their direction.

We would like to have a a twin cities plate database as well as access to the national plate collection database.

*Each spoke leader gave us a rundown of their best practices and anything else they wanted the room to know. (I missed one or two spokes due to inability to hear from back of room)*

**Monarca said they are receiving a call a minute!**

3 types of calls:

1. ICE is here, what do i do?

2. My ______ (Friend, husband, child, etc.) was detained, what do I do?

6:36 5G 19

Spokes Council Notes 2...

0

B I U S A

3. I'm commuting, ICE is here. **THEY DON'T WANT THESE CALLS.** Send this info to the RR (rapid response) signal groups. If whipple knows **where** large convoys are headed, then we can call monarca. Otherwise, send intel to RRs.

**Directives from Monarca:**

1. **Please call, don't text information**
2. **Email video evidence**
3. **ACLU will take evidence of excessive force**

**RR Powderhorn/Phillips Best practices:**

1. Decentralization, patrols vs care teams vs educators to public vs trainers for RR/patrollers

2. Are we vetting well enough?

3. Signal and SALUTE is not cross cultural, though people are finding ways to use WhatsApp as a relay information to those who don't speak English, a long term solution is necessary.

4. Being present when ICE is identified, be

18:43

SPM-DBFTF24...

Here are some things i have done to try to keep myself and my family safe. This is good to use in addition to safe internet practices, scrubbing social media profiles, and removing any pictures of yourself from the internet that you can. Data brokers are constantly looking for information to publish and one of the ways they get it is through social media, county assessors websites, and other open source services. Mail forwarding sometimes sends notices to senders of new addresses. I forward all mail to a PO Box. I also order anything to my house in the name of my LLC so my name does not show up on labels. Loans are crazy too because lenders will sell your information! We applied for a home loan and got spammed for weeks!

We hired a lawyer to create a LLC using a registered agent (statutory agent) and put our house in that LLC. This way when someone sees your name on a County Assessors website, it shows up as the LLC which is traced back to your statutory agent. This is not very expensive to complete. If [illegible]
[illegible]
Check around locally to see how records show online before filing

Message

18:43

SPM-DBFTF24...

We hired a lawyer to create a LLC using a registered agent (statutory agent) and put our house in that LLC. This way when someone sees your name on a County Assessors website, it shows up as the LLC which is traced back to your statutory agent. This is not very expensive to complete. If you put a house in a Trust name, it may still show who the Trustees are. Check around locally to see how records show online before filing paperwork.

The services i have used to remove my information are: Officer Privacy (DIY Subscription) and DeleteMe. There are other services available so please check around and do your own research.

I currently use DeleteMe and have been satisfied with the results. I looked into quite a few different companies and reviews before making the switch and decided to go with them. Here is a referral link that gets you 20% off if you decide to go with them. https://joindeleteme.com/refer?coupon=RFR-398523-DJ9RKR

Message

Officer Privacy has a DIY option that I used that provides you with links needed to remove information from

18:43

SPM-DBFTF24...

The services i have used to remove my information are: Officer Privacy (DIY Subscription) and DeleteMe. There are other services available so please check around and do your own research.

I currently use DeleteMe and have been satisfied with the results. I looked into quite a few different companies and reviews before making the switch and decided to go with them. Here is a referral link that gets you 20% off if you decide to go with them. https://joindeleteme.com/refer?coupon=RFR-398523-DJ9RKR

Officer Privacy has a DIY option that i used that provides you with links needed to remove information from data brokers. This is very time consuming and something you'll need to stay on top of. They have a full service option as well, i am not sure of the pricing. They are running a special for ICE right now and support the work being done. https://officerprivacy.com/ and https://officerprivacy.com/ice-offer

I hope this is helpful. Stay safe!

Message

Ironwall: FLEOA's official online privacy




[redacted]
21m ·

MINNEAPOLIS GET TO WHIPPLE NOW!!

159 33 32

Reels




Crop
DEWALT
PYLE
POLICE

9:51 5G 90

General:WHIPPLE (...
1d

28m

[redacted]

Today while observing from the north lot standing on the snow [redacted] and I were on the call and we had a vehicle drive by with a loudspeaker and said "hi [redacted]" After driving by and going to the other side of the Whipple he returned and parked in the north lot. Shortly after that we had a number of agents drive through the lot and then the truck that tried to menace Us by driving up the snow bank. I'm going to assume that the individual was able to hear our call conversation because me and almond were both using wireless earbuds. They knew that we were alone which was something we had communicated on the channel. I think we have to start talking about the vulnerability of Bluetooth air buds.

28m

😮 3 👆

1

Signal message

General:WHIPPLE (...
1d

3

[redacted]
I had assumed they thought I was physically there... or that they got into [redacted] phone and saw the DM from me...
28m

[redacted]
*This message was deleted.*
26m

[redacted] in all seriousness. This group does the hardest, riskiest work with total dedication. They're experienced, smart, and careful. Also brave AF. I'm honored to be in the group though, at least in this moment, I really haven't earned it.
26m

**Kamala Harris Says She Uses Wired Headphones Because They're More Secure Than AirPods: "Don't Be On The Train Using Your AirPods Thinking That Somebody Can't Listen To Your Conversation"**

1

Signal message

10:14 5G 88

2

ICE is in BROOKLYN CENTER. They're staying at the hotel I'm at.... Embassy Suites 6300 Earle Brown Dr, Brooklyn Center, MN 55430. They definitely don't hide who they are!
Share this post and spread the word!

2 1

**The 50501 Movement**

Randall Moody · 54m ·

he's causing havoc in Minneapolis

[redacted]

59m ·

this guy just punched a woman in the face what y'all going to do about that

09:08

HSI TL - METRO SURGE

Muted



**Simple Health Services · Edina, Minnesota**

Find local businesses, view maps and get driving directions in Google Maps.

maps.app.goo.gl

[redacted]e

Posting for visibility. No assistance needed. Executing search warrant 0900 hours with FBI, IRS, and postal. JOC is aware.

https://maps.app.goo.gl/SVUHnBPBrgGKQeRb9?g_st=ipc

6m

Message


11:07
5G 60
ICE ESCALATION/R...
[redacted]
32 group members have the same name.
View
you DM me if you have experience with this?
14m
[redacted] SM
[redacted]
Jesus - can I back it up first? Or will I just lose everything? Can you DM...
iPhone? I'll message you!
Also if your car was left, I'd have someone check for bugs. I found a tracker on mine last year.
10m
[redacted] joined the group via the group link.
[redacted]
[redacted] - on SM
Also if your car was left, I'd have someone check for bugs. I found a...
2
Signal message


ICE ESCALATION/R...
[redacted]
32 group members have the same name.
View
[redacted] joined the group via the group link.
[redacted]
Where on the car should someone look?
I think there are places that will use instrumentation to scan your car for RF devices, intended to help with stalking / DV victims but I think this applies.
4m
100
[redacted] joined the group via the group link.
[redacted]
Where on the car should someone
2
Signal message


11:08
5G 60
ICE ESCALATION/R...
[redacted]
32 group members have the same name.
View
look?
Literally EVERYWHERE.
Under and around the insides of both front and back bumpers. Up on top of your tire control arms, up on the frame, the whole underside of the car with any exposed metal (for magnetic attachment). Under your car seats, inside the glovebox, any cracks between the seats. The trunk where your spare tire is. Any and all bags/pockets/etc in the car, if you can dump them out and look with your eyes, do that.
If your dashboard has fresh scratches on it, they might have disassembled the dash.
Up under your steering wheel there's usually a loose cover protecting your knees from the steering column, i'd feel around
2
Signal message
→ Bills


11:08
5G
60
ICE ESCALATION/R...
[redacted]
look with your eyes, do that.
32 group members have the same name.
View
there's usually a loose cover protecting your knees from the steering column, i'd feel around up there (watch out, it may be sharp)
[redacted]
I think there are places that will use instrumentation to scan your car f...
This is also a fantastic suggestion if you can find a place
Edited 4m
[redacted]
Guys it is VERY IMPORTANT not to tell people to delete their phones/etc. Just in general. The reason is that many observers may have legal claims against ICE and if they do they have an obligation to preserve evidence.
WS
4m
2
Signal message


11:10
5G
59
ICE ESCALATION/R...
[redacted]
34 group members have the same name.
View
[redacted]eft the group.
[redacted]
Be advised: ICE is targeting Somali refugees who have permanent status here. Two have been abducted in the last 24 hours, with a third attempt up in St cloud. If any of your Somali (or Muslim) neighbors are taken, feel free to contact me and I'll pass it along to [redacted] at CAIR MN who assembling legal representatives.
1:59 PM
TP
3
[redacted]
I am a Registered Nurse and active in Minnesota Nurses Association
1:59 PM
IR
1
[redacted]
Signal message

11:14 5G 58

ICE ESCALATION/R...

[redacted]

Understood, I misread your original message and didn't realize you meant spoilation. Absolutely agree, unintentional spoilation is a huge issue in computer forensics.

Here's the caveat to that then, and Will if you're giving out the "Don't wipe your phone" advice, you need to be letting folks know this too, please; if ICE ever handles your phone, you should consider it compromised. It takes seconds to install malware (a virus) with physical access to a device. (If they knock it out of your hand onto the ground, and you grab it, that's OK. If they hold it for more than 5-10 seconds, that is long enough to plug something in)

If you plan on using your phone as evidence in a lawsuit against ICE, you should tuck it away and get a second phone. DO NOT transfer your backup data.

Consider all passwords on your phone (including linked iCloud / google stored passwords)

Signal message


Dis, SeaBass, Laura
Here's the caveat to that then, and Will if you're giving out the "Don't wipe your phone" advice, you need to be letting folks know this too, please; if ICE ever handles your phone, you should consider it compromised. It takes seconds to install malware (a virus) with physical access to a device. (If they knock it out of your hand onto the ground, and you grab it, that's OK. If they hold it for more than 5-10 seconds, that is long enough to plug something in)
If you plan on using your phone as evidence in a lawsuit against ICE, you should tuck it away and get a second phone. DO NOT transfer your backup data. Consider all passwords on your phone (including linked iCloud / google stored passwords) compromised also.
Edited 4m
[redacted] left the group.
Signal message


1d
here is an event
Z
Edited 27m
2
[redacted] eir profile name to
Update
2 unread messages
[redacted]
I have someone wanting to report a confirmed new hotel. Where's the best place to confirm and send that info?
2m
[redacted]
I have someone wanting to report a confirmed new hotel. Where's the b...
You can DM me hotel tips! Please and thank you.
Now
Signal message


12:15
5G
49
15
2
Renegades
[redacted] · 10h ·
FAFO
bitch
Bitch
+2
142
106
Friend Requests


4


12:18
ICE ESCALATION/R...
[redacted]
33 group members have the same name.
View
[redacted]
Update
[redacted] changed their profile name to [redacted].
Update
[redacted] changed their profile name to [redacted]
Update
1 unread message
[redacted]
I ran someone off the road by smashing into their car in order to try to abduct them on 35th and Park many agents pulling up in their cars responders are needed
1m
Signal message


12:20
5G
47
ICE ESCALATION/R...
[redacted]
33 group members have the same name.
View
[redacted]
I ran someone off the road by smashing into their car in order to try to abduct them on 35th and Park many agents pulling up in their cars responders are needed
2m
[redacted]
I ran someone off the road by smashing into their car in order to t...
This is not a rapid response chat - however this has been posted in rapid response
1m
[redacted]
2 in 1 letting people know Ice is running people off the road and then I guess putting out a call for help cause shit
Now
Signal message

33 group members have the same name.

View ✕

Copied:

Info, please share.
Please help get word out: 🚨 🧊
Confirmed leak from employee at MSP - Airlines have been warned that ICE will be up in MSP for next 3 weeks checking IDs of employees and ticketed passengers alike.

This is yet another major escalation aimed at the immigrant - and unionized - workforce at MSP.

Props to the worker who blew the whistle. Stay safe, stay strong everyone ✊

Edited 32m

😮 4 ‼️ 2 ✊🏾

[redacted]

I have a community member saying his cousin was taken and

[redacted]



**Whipple Ground Protesters**

29 members

signal.group

If you protest at the whipple

https://signal.group/#CjQKIC7i89hwqWoTDkWCEVbbVQFN1kuO1DnQR4m-D1fusHU9EhDkbKCIjOUVJ1tQWWYQ4egp

7m

56 18

[redacted] Follow

1d ·

No rest

[redacted]

ICE staying at the Fairfield Inn off Hwy 65 in Blaine (Confirmed 8:10 pm Sunday)

1.2K 487 158

[redacted]

Little Earth is now a reservation‼️ LiLiLiLi