# EXHIBIT BB (Part 11)

10:01 • 5G 73

TC DA
1d

weapons and b) hands-on practice with shields/reinforced banners
12:49 PM
👍 8 ❤️ 4

[redacted]

The person who was calling for direct action training said they were really disapppinted in the quality of training for DA they have had in the past. Can someone speak to the credentials of whatever group/individuals that gets brought in to do the training? I'm in, once that's established. ✊🏽✊🏼✊🏾✊🏽✊🏾✊
12:54 PM
❤️ 3

[redacted] and I are talking about putting on one. I can speak to his credentials.

My relevant experience with things like this comes from IMF/World Bank protests in 2007, Occupy Oakland in 2011, the Freddie Gray uprising in Baltimore

Signal message

[redacted]

for me, i have a plan already in place between the emergency contacts...

But I'm not quite sure what to tell them to do? Go to Whipple? Get a lawyer?

23m

[redacted]

starrynight
To share- A staff member of a certain airline was sent this email:

Does anyone know how this would affect families who are self-deporting? If they're going to the airport for their flights back to their countries of origin?

17m

S

[redacted]

[redacted]

Does anyone know how this would affect families who are self-deporti...

my immediate thought was that they will still be picked up, even if trying to self deport. because violence is the goal.

Edited 16m


10:39
5G 64
General:WHIPPLE (...
1d
5 unread messages
[redacted]
We were at the vigil this morning outside of gate 3. It was between 730 and 8 AM. I did not take photos of ice cars since it was a vigil, but it is a great opportunity to do so at that time every morning. You can tell who is an ice agent because they need to wait in line and drive very slowly to get through the gate where they are all slowly checked, and you can see who has a mask on and who does not. It would be very easy to take photos of those vehicle vehicles and license plate plates at that point in time.
13m
B
[redacted]
Word on the street, agents are rolling out as construction workers and hijobs. Any confirmation?
5m
1
[redacted]


10:53
1/13 S...
1d
Join
31 group members have the same name.
View
screenshot
Now
[redacted]
[redacted] (ssrr 9-11pm)
[redacted] Dodge
Not yet in database. I can submit a form to update. Is there more info you can provide?
1m
[redacted]
ICE @ HCMC - Impeding Care and handcuffing patients to the bed
Now
[redacted] joined the group via the group link.
[redacted] joined the group via the group link.
[redacted] left the group.
Signal message

[redacted]

...

## ICE is luring people out in plain clothes

Starting to see more reports in neighborhood chats that ICE officers in plain clothes trick people to help them with a flat tire or go into a business claiming they hit a car in the lot. Once isolated uniformed officers abduct them. Be rude. Don't engage. Stay safe!

ETA: I'm sharing a pattern that's been emerging in my community in hopes it helps you and your neighbors. I would stay plugged in to your community chats because they can change their tactics at any time.

1.3K · 149

[redacted] · 10h ago

Eden Prairie Chik-Fil-A - 2 female agents went in and said they hit a car and showed a photo of the car "they hit" and said they wanted to pay for the damage. When the car owners went out, they were arrested and taken away.

532

[redacted] OP · 9h ago

^ This is one of the reports that was shared.

170

Heads up

12:17 5G 50

Occupy Democrats

**Occupy Democrats**
14m ·

BREAKING: ICE EXPOSED — Massive data leak rips the masks off Border Patrol and ICE after deadly shooting.

The walls of secrecy protecting ICE and Border Patrol just cracked wide open — and the timing is no accident.

In the wake of the heinous killing of Renee Nicole Good, who was murdered by an ICE agent in Minneapolis, a Department of Homeland Security whistleblower has reportedly leaked personal details of roughly 4,500 ICE and Border Patrol employees in what's being described as the largest data breach of DHS staff ever.

Names. Work emails. Phone numbers. Job roles. Résumé histories. Nearly 2,000 frontline enforcement agents — the very people who conduct raids, arrests, and deportations — are now allegedly exposed.

The data was reportedly handed to ICE List, a volunteer-run "accountability initiative" that tracks immigration enforcement officers and incidents. Its founder says the killing of Good was "the last straw" for many inside DHS — and judging by the scale of the leak, dissent

Write a comment...

r/50501

**[ Removed by moderator ]**

2 upvotes • 4 comments

shes had fights with her husband about this for the past few days.

anyway, she says that from what she was able to make out, they're planning on hitting apartments and homes TONIGHT. the hundreds of other agents being dispatched tonight are there to ensure the operations can be done without the interruption of protestors. the assumption is that the higher ups realized how bad the killing was for their rep, and they wanna wrap things up as soon as possible. the ice agents who are already in minneapolis will be raiding residential homes and apartments TONIGHT. and it sounds like the backup being sent will fend off protestors by whatever means neccesary. please please please if you guys know people protesting in mn tonight inform them of this ASAP

Reply 2

AutoModerator MOD • 36m • Join us on r/ThePeopl...

[redacted] 33m

Ice is a degenerate agency

Reply 1

Join the conversation


5:36
5G
17
Sunrise TC Announ...
[redacted] (offline),
[redacted]
Thievery Corporation · El Pueblo Unido
EMERGENCY PROTEST
ICE AGENTS ARE USING THE GRADUATE HOTEL ON WASHINGTON AVE
Upon questioning, management has become very tense and avoidant. Confirmed ICE cars have been seen at the Graduate and they are hosting at least 2 agents. The University of Minnesota profits off of the Graduate, using it's landscape staff to maintain it's grounds and even using it to host finals. This is despicable and the UMN must threaten to cut ties with a hotel that hosts abductors, murderers, and abusers.
SHOW UP TO SAY FUCK ICE
BRING SH*T TO MAKE NOISE
Graduate by Hilton
Minneapolis, [redacted]
8:30PM Tuesday, January 13th
this is tonight!! i personally can't attend but react if you'll be there
39m
2
[redacted] changed their profile name to [redacted].
Update


General:WHIPPLE (...
1d
Today
[redacted]
11:14
January 13, 2026 at 11:07 PM
[redacted]
- Georgia Bulldogs sweatshirt
B I U S
"sweatshirt" sweatshirts sweatshirt's
An ICE agent in whipple
12:29 AM
[redacted]
[redacted]
I do not have a sense of whether today was busier than usual at whi...

10:48 5G 100

Sunrise TC Announ...

4w

[redacted] changed their profile name to [redacted] (online at 8:45 am).

Update

Today

[redacted]

Hey all, we are holding another noise demo/wide awake from 7-9pm on Friday in Bloomington (exact location TBA). We're anticipating that this one will be smaller scale than the one at Canopy, and we would be circling the parking lot/sidewalks. Would anyone here be willing to marshal at this one? Please react to this message if you are able to. Thanks!

9:34 AM

❤️ 4

[redacted] 🧪 (NE Metro) changed their profile name to


1K
209
62
[redacted]
1h ·
Tarot readings available at Mystic Healing Stones in Mpls 11am to 3pm Saturday 1/24/25
Meta AI
4
1
1
50501: Minnesota
1h ·

16:09

(U//LES) Planned Event Notification: Minneap...

Protective Intelligence)

Link:
https://www.facebook.com/1513749280757599




Reply All

Mail Calendar Apps


MIRAC Raid Response
‼️ Important Update ‼️
Date: 1/14/26
Time: 7:35pm
Location: [redacted]

Confirmed 2 people shot by ICE, neither dead. Many observers present, more heading over.

ICE is still present in the area, vulnerable people should stay clear of the area for now.
134 7:42 PM


[redacted] left the group.
[redacted] changed their profile name to [redacted]
Update
[redacted]
[redacted] (south mpls)
📣‼️ADMIN ANNOUNCEMENT: DO NOT REPLY📣‼️
North side is ongoing, does NOT need observers from South. Many livestreams are ongoing.
Now
S
[redacted]
according to livestream ice are leaving in ~10min, probably not helpful
Now
[redacted]
Signal message


against IC
ers, then they will face
justice.”
nenM
102
49
47
50501: Minn
sota
2h ·
Want to help out folks who get released from detainment at the Whipple Building, often hungry, without phones or any way to get home? Donate to the team warming those released and getting them home safe.
account.venmo.com/u/whipplesaf...
venmo.com
Venmo
29
10
NowThis Impact · Follow
1d ·

22:22

SPM-JOC-ERO INTEL...
Muted

New Messages

SPM-SRT 7-J.Beshk




[redacted]

Hey this guy may have been at our hotel two nights ago. I stopped a guy hanging around our vehicles at about 10pm at night. He was wearing all black, black beanie and a greenish face mask. I noticed a little black mark by his right eye just like this guy. Same build and complexion. Right next to where he was, was a camera tower PD set up. May be worth looking into. Now

S

Message


10:39
[redacted]
12m >
CX-5
Plate check: IL plate [redacted]


11:09
WW: SCHEDULE/ADMIN
E
[redacted]
[redacted]
weekly whipple protests. follow No More MNICE on social media
Message
Video
Audio
Nickname
Add to another group
View safety number
Block

00004007

1d

I think I'm set on this one. 🤓

19m

😂 ❤️

[redacted] changed their profile name to [redacted]

Update

4 unread messages

[redacted]

Mercado is getting receipts folks https://www.youtube.com/live/2l5GY9ZQRk0?si=mnLUzAIHBSRHKE3-

4m

❤️

[redacted]

HG That's incredible. 1m

[redacted]

I got screen shots Now

Wild Now

Signal message

12:05 5G 63

WHIP GENERAL:...
1d

[redacted]
HG That's incredible. 48m

[redacted]
I got screen shots 46m
😮

Wild 46m

Could be a psy op 45m

[redacted]
*This message was deleted.* 31m

[redacted]
I also got screenshots. Thunder can you zip that and drop it to me? Looks like you got a lot more angles. 28m

[redacted]
I have no idea how to do that 😅 26m

[redacted]




[redacted]

42m

[redacted]

Did they pull the video? 41m

[redacted]

> [redacted] coordinating
> Photo
> [redacted]

Shit! I went to college with that guy. 38m

😮 4

HG

1:39

General:WHIPPLE (...

1d

Update

[redacted]

*This message was deleted.*

12:30 AM

[redacted]

EVERYONE! We are refreshing this channel with a deeper degree of ve...

Would like to work on retiring this channel today due to inconsistent vetting practices bringing folks in.
**if you haven't yet, TAP ABOVE to move into our new VETTED general channel!**

(to agents among us, fuck you and goodbye lol)

40m

❤️ 3

[redacted] changed their profile name to [redacted]

Update


Sat, Jan 17 at 10 AM CST
Glee Drag Brunch - Minneapolis
Union Rooftop · Minneapolis, MN
Interested
48
[redacted] is with NPR
6h ·
Minneapolis is a warzone. Im not saying this lightly. I am a combat veteran. If you are an activist, journalist,content creator,influencer,or human being with free time; You need to be here now!!
264
37
32
[redacted] is in Minneapolis, MN.
7h ·
Whenever I say I'm not going to work, expect that could change at any moment 😂 Thank you so much for supporting the stream tonight ❤️ It's dangerous out here but we are doing the best we can. Now to get some sleep




9:18
5G
44
Subscribe
Mercado Media
$2.99 per month | Cancel anytime
Google Play
Start by adding a payment method
[redacted]
Add a payment method to your Google Account to complete your purchase. Your payment information is only visible to Google.
Add PayPal
Add card
VISA
+ more
Redeem code
Ask someone else to pay
Unavailable for subscriptions


9:45
5G 59
WHIP GENERAL:...
1d
2 unread messages
[redacted]
And an update for installing Graphene OS, I've had ZERO luck in...
If I'm not mistaken that's listed on the graphene website as a known issue that they could never sort out.
Also hey what's your tech experience like?
4m
[redacted]
70 umbrellas were made yesterday!!! 🤯
And for those of you who are interested in being a part of the ☂️ task force, please DM me. The first official meeting will be this Friday.
Edited 2m
Signal message


10:10
68
WHIP GENERAL:...
1d
I have a cursory knowledge in most stuff, but my expertise is definitely hardware.
9m
[redacted]
Professionally or just a hobbyist? I'm in Cybersecurity
Edited 8m
2 unread messages
[redacted]
Hobbyist, I got the hardware bug about 10 years ago, I got onboarded by Digital Foundry, Gamers Nexus, Level1Tech, etc, and the rest is history. 🤓
Hell, I watch [redacted] and I don't even have an interest nor need to use raspberry pi's. 🤷‍♂️😂
Edited 7m
[redacted]
Imma DM
6m
Signal message
SET+
SET –


11:57
5G 60
General:WHIPPLE (...
1d
[redacted]
Youre right. Sorry. Just after being in it and seeing the description, it really seemed like it was that
Now
And I stand by that today
Now
Moved over from WW
Now
[redacted] changed their profile name to [redacted] 🌹.
Update
[redacted] changed their profile name to 📍🏃 [redacted]
Update
[redacted] (SMpls) changed their profile name to [redacted]
Update
[redacted] changed their profile name to [redacted]
Update
Signal message

20:14

Open now | Top rated

Maple Grove, MN · Choose area

LinkedIn
https://www.linkedin.com

## [redacted] - Elementary School Teacher at ST CLOUD PUBLIC ...

Maple Grove, Minnesota, United States · Elementary School Teacher · ST CLOUD PUBLIC SCHOOLS - ISD 742

[redacted] Elementary School Teacher at ST CLOUD PUBLIC SCHOOLS - ISD 742. ST CLOUD PUBLIC SCHOOLS - ISD 742. Maple Grove, Minnesot...

## Businesses




[redacted]

5.0 ★ (739) · Insurance agency
Closed · 7200 Hemlock Ln N Ste 102
5+ years in business
"She is very friendly and super fast in getting my work done"

[redacted]

[redacted]

5.0 ★ (94) · Real estate agent
Open
10+ years in business



zach hoffma

20:15

[redacted]




[redacted]

Follow

[redacted]

Joined September 2011 >

**1,291** Following **983** Followers

**Posts** | Replies | Media

[redacted] Apr 16, 2023 •••

We are adopting!

Words can't express the emotions going through us as we post what we have been working towards for the past year. [redacted] and I have always wanted a family and we are so grateful that our path to parenthood is through adoption.

Agency Page: [redacted]

10 15 178 37K

x.com

Zach H... ...28, 20...

So this happened yesterday... Excited to

22:48

Operation Metro Surg...
Muted

field. 51m

SPM-TEAM 92-DE LA ROSA, C changed their profile name to SPM-TEAM92-TL-C De La Rosa.

New Messages

SPM-171-D.Bagirov-TL




46m

This is how they are communicating 46m

Ready Now app 45m

and accounted for. 45m

Message


11:28
[redacted]
Now >
POLICE
POLICE
POLICE


11:58
5G
85
WHIP GENERAL:...
1d
today.
Update
[redacted] changed their profile name [redacted]
Update
[redacted] (offline) changed their profile name to [redacted] (workworking).
Update
[redacted] changed their profile name to [redacted]
Update
[redacted] changed their profile name to [redacted]
Update
[redacted]
Please remove cm jorisse, he's been detained per another Whipple chat
Now
Signal message


11:59
5G 85
Whipple Wat...
3d
Join
1 unread message
[redacted]
Sounds like our observers at gate 3 witnessed some escalation between DHS and protesters. They were able to grab photos
21m
[redacted] ✌❤️‍🔥✊ removed [redacted]
[redacted] changed their profile name to 🔴 [redacted]
Update
[redacted]hanged their profile name to [redacted]
Update
[redacted] changed their profile nam[redacted]
Signal message

[redacted]




Observation from today at g1 9:25-11:30 am

There was a masked white blond women hanging back in the sidewalk near G1. In the area of observers and protesters but not participating. She hung back, and was often on a phone. I overheard her say “I am so fucking nervous

Signal message


12:01
5G 84
WHIP GENERAL:...
1d
g1 9:25-11:30 am
There was a masked white blond women hanging back in the sidewalk near G1. In the area of observers and protesters but not participating. She hung back, and was often on a phone. I overheard her say "I am so fucking nervous about this..." into her phone at one point. I think I recognized her eyes and hair color from a reporter seen at G3. When I left G1, I turned around and she had headed straight in, to greet and shake hands with an ice agent, they then proceeded out of site into the whipple complex. Sorry I do not have photos of her face. No press identification.
Now
Signal message


12:02
5G
84
WHIP GENERAL:...
1d
the area of observers and protesters but not participating. She hung back, and was often on a phone. I overheard her say "I am so fucking nervous about this..." into her phone at one point. I think I recognized her eyes and hair color from a reporter seen at G3. When I left G1, I turned around and she had headed straight in, to greet and shake hands with an ice agent, they then proceeded out of site into the whipple complex. Sorry I do not have photos of her face. No press identification.
1m
[redacted]
Should I be deleting chats with people who get detained?
Now
Signal message


12:02
5G
84
Whipple Wat...
3d
Join
Jorisse.
[redacted] changed their profile name to [redacted]
Update
[redacted] changed their profile name to [redacted]
Update
[redacted] changed their profile nam [redacted]
Update
1 unread message
[redacted]
Just had an abduction in north lot, christian with big truck and sign
Now
Signal message


12:03
WHIP GENERAL:...
1d
at one point. I think I recognized her eyes and hair color from a reporter seen at G3. When I left G1, I turned around and she had headed straight in, to greet and shake hands with an ice agent, they then proceeded out of site into the whipple complex. Sorry I do not have photos of her face. No press identification.
2m
[redacted]
Should I be deleting chats with people who get detained?
1m
1 unread message
[redacted]
detained now so we can remove who has been burned
Now
Signal message


12:04
84
Whipple Wat...
3d
Join
profile name to Fredegar (St Paul).
Update
[redacted]
TO WHIP.
Update
[redacted]
Update
[redacted]
Just had an abduction in north lot, christian with big truck and sign
2m
2
1 unread message
[redacted]
ICE did this or a random instigator?
Now

00004030


12:04
5G 84
WHIP GENERAL:...
1d
proceeded out of site into the whipple complex. Sorry I do not have photos of her face. No press identification.
3m
[redacted]
Should I be deleting chats with people who get detained?
2m
[redacted]
We need a list of everyone detained now so we can remove who has been burned
1m
1 unread message
[redacted]
Hey friends, I should be able to start contributing on Monday. I'm sorry I've been inactive here. Lots going on over here. 😔
Now
L
Signal message


12:04
WHIP GENERAL:...
1d
face. No press
identification.
3m
[redacted]
Should I be deleting chats with people who get detained?
2m
[redacted]
We need a list of everyone detained now so we can remove who has been burned
1m
[redacted]
Hey friends, I should be able to start contributing on Monday. I'm sorry I've been inactive here. Lots going on over here. 😔
Now
1 unread message
[redacted]
Does that delete the chat for both parties when I delete it on my end?
Now
Signal message


12:04
5G 84
WHIP GENERAL:...
1d
[redacted]
We need a list of everyone detained now so we can remove who has been burned
1m
[redacted]
Hey friends, I should be able to start contributing on Monday. I'm sorry I've been inactive here. Lots going on over here. 😔
Now
L
2 unread messages
[redacted]
Does that delete the chat for both parties when I delete it on my end?
Now
[redacted]
Does that delete the chat for both parties when I delete it on my end?
No
Now
Signal message


12:05
5G 84
WHIP GENERAL:...
1d
detained now so we can remove who has been burned 1m
[redacted]
Hey friends, I should be able to start contributing on Monday. I'm sorry I've been inactive here. Lots going on over here. 😔 Now
L
3 unread messages
[redacted]
Does that delete the chat for both parties when I delete it on my end? Now
[redacted]
[redacted]
Does that delete the chat for both parties when I delete it on my end?
No Now
[redacted]
Is there a way to do that? Now
Signal message


12:05
5G 83
WHIP GENERAL:...
1d
[redacted]
Hey friends, I should be able to start contributing on Monday. I'm sorry I've been inactive here. Lots going on over here. 😔
1m
L
[redacted]
Does that delete the chat for both parties when I delete it on my end?
1m
[redacted]
Does that delete the chat for both parties when I delete it on my end?
No
Now
[redacted]
Is there a way to do that?
Now
1 unread message
Like do I just have to delete every individual message?
Now
Signal message


12:06
5G 83
Whipple Wat...
3d
Join
[redacted]
Update
[redacted]
Update
[redacted]
Just had an abduction in north lot, christian with big truck and sign
4m
2
[redacted]
ICE did this or a random instigator?
1m
1 unread message
[redacted]
Ice Now

12:06 5G 83

WHIP GENERAL:...

1d

parties when I delete it on my end? 2m

[redacted]

Does that delete the chat for both parties when I delete it on my end?

No 1m

[redacted]

Is there a way to do that? 1m

Like do I just have to delete every individual message? 1m

1 unread message

[redacted]

The point of removing people who have been burned is so they do not keep receiving communications from us when their phone is in custody, we can't do anything about previous messages Now

Signal message


WHIP GENERAL:...
1d
[redacted]
The point of removing people who have been burned is so they do not keep receiving communications from us when their phone is in custody, we can't do anything about previous messages
1m
[redacted]
I mean in private chats i have had with individuals
1m
Is there protocol for that?
Now
[redacted]
[redacted]
The point of removing people who have been burned is so they do not...
Related: if your phone has pop-up notifications on the lock screen, ideally turn those off entirely or at the very least turn off the "preview message in notifications" part.
Now
Signal message


6
MN
2h ·
ST. PAUL PROTEST TODAY!!
STOP ICE TERROR!!
DEMAND JUSTICE FOR RENEE GO... See more
ST. PAUL PROTEST!
STOP ICE TERROR!
FRIDAY, JAN.16
HAMLINE PARK
[redacted]
6PM
JUSTICE FOR RENEE GOOD!
ARREST JONATHAN ROSS!
108
2
55


[redacted] Follow
16h ·
"Mr 'Internal Bleeding' carrying heavy boxes less than 36 hours after the shooting."
468
233
223
[redacted]