# EXHIBIT BB (Part 12)

[redacted]

[redacted]

I may not have been clear sorry. If I learn someone has been detained...

If you delete messages with someone you have to do each message and then hit "delete for everyone" instead of "delete for me." This will not delete the other persons messages to you but it will show anything you've sent them as "this message has been deleted"

Now

[redacted]

If you delete messages with someone you have to do each mes...

So I looked it up and if it's been after 24 hours you can't delete for everyone

Now

Signal message


12:26
5G 80
WHIP GENERAL:...
1d
[redacted]
If you delete messages with someone you have to do each mes...
So I looked it up and if it's been after 24 hours you can't delete for everyone
4m
4 unread messages
[redacted]
Yeah this is also true.
3m
[redacted]
Now what? I have texted a person info i shouldn't have
3m
And they are potentially detained
3m
[redacted]
anyone else have a French journalist contact them?
2m
LK
Signal message


12:26
5G 80
WHIP GENERAL:...
1d
everyone
4m
5 unread messages
[redacted]
Yeah this is also true. 4m
[redacted]
Now what? I have texted a person info i shouldn't have
4m
And they are potentially detained
3m
[redacted]
anyone else have a French journalist contact them?
LK
2m
[redacted]
Hey all I got a couple of comrades who want to get plugged into whipple watching what's the best chat to send them to to get vetted and trained up?
Now
Signal message

[redacted]



K

North lot, arrest

5m

1 unread message

[redacted]

So this incident brings up a good point. If you send sensitive info in a chat make sure you delete it immediately or before 24 hours because otherwise you will not have the option to delete it for everyone just for you.

Now

Signal message


WHIPPLE COMPLEX
PROTEST SITES
MODERATE-HIGH RISK
HIGH-VERY HIGH RISK
55
62
115
116A
116A
116B
N
ICE MP
1
3
The Great River Rd
Tower Rd
Mississippi River
MODERATE-HIGH RISK
AGENTS CAN MOBILIZE, BUT WILL TAKE SEVERAL MINUTES, TYPICALLY MINIMAL USE-OF-FORCE
HIGH-VERY HIGH RISK
ICE AGENTS CAN MOBILIZE IMMEDIATELY, READILY DEPLOY EXCESSIVE USE-OF-FORCE


4:58
5G
66
Gp
5m
There's a secret ICE detainee processing site
in Shakopee. [redacted]
(brand-new warehouses [redacted]
This is not a military secret; ICE is a public
agency. So I will not be patriot-shamed for
spreading this information. Making this kind
of thing public is how we keep things from
ever GETTING as far as camps.
Anyone know if this is accurate?


5:06
5G
64
Sunrise TC Announ...
4w
[redacted]
Hello friends!
As our operations grow and we gain more renown, we also draw the eyes of right-wing vultures, scrutinizing our every move.
And woe betide those who have a gap in their records, because the vultures like to fill those in with all sorts of nasties as they strip the flesh from our bones.
What to do when carrion birds circle above?
Why, keep meticulous financial records, of course!
If you have ANY sunrise-related expenses, please inform me of them by using this form:
[redacted]
AND, if you wish to be reimbursed for said expense, be sure to attach a picture of the
Only admins can send messages.

5:06

Sunrise TC Announ...

4w

AND, if you wish to be reimbursed for said expense, be sure to attach a picture of the receipt as an image or PDF!

If you have any questions, let me know!

Signed,
[redacted]

[redacted]

Edited 1:31 PM

❤️ 6

[redacted] (offline) changed their profile name to [redacted]

Update

[redacted] (she/they) changed their profile name to [redacted] she/they)

Update

[redacted]




[redacted]
Fri 3:18 pm >
ICE OUT OF MINNESOTA!
PROTEST & WIDE AWAKE
Home2 Suites is housing DOZENS of ICE agents. Let Hilton Hotels know that there will be no peace until ICE is gone!
Friday 1/16 from 7-9 PM
Home2 Suites by Hilton
[redacted] Bloomington
Prepare for icy sidewalks!
No children or pets, please
SUNRISE TWIN CITIES


megan (offline)
Fri 3:18 pm
ICE OUT OF MINNESOTA!
PROTEST & WIDE AWAKE
Home2 Suites is housing DOZENS of ICE agents. Let Hilton Hotels know that there will be no peace until ICE is gone!
Friday 1/16 from 7-9 PM
Home2 Suites by Hilton
[redacted]
Prepare for icy sidewalks!
No children or pets, please
SUNRISE TWIN CITIES


16:01
LTE 67
MN IW
mnicewatch 3h
Added to Education >
HOW TO MAKE WIPES
FOR CHEMICAL WEAPONS
(USE LIKE SUDECON WIPES)
1 Gal. Warm Water
9 Cups White Sugar
2 Tbs Citric Acid
CITRIC ACID
MIX
Previous Mixture
21 fl oz Baby Shampoo
MIX
(gently)
Soak napkins or paper towels in solution. Squeeze out excess. Place in individual-use ziploc bags with a few wipes per bag. Keeps for a few days. Makes 200-300 packs.
Keeps 2+ weeks in the fridge!
(recipe by rosehip medic collective, portland oregon, usa)
POPMOB
portlandactionmedics
@portlandactionmedics

6:52 5G 62

WHIP GENERAL:...

1d

[redacted]

I know a guy who is trying to contact the Black Panthers for aid in Minnesota. Can someone tell me which Black Lives Matter organizations in Minnesota are legit? There was talk that Black Lives Matter St Paul was sus but I can't find it anymore 33m

[redacted]




WW: SCHEDULE/ADMIN
signal.group

❤️‍🔥SHIFT SIGN UPS FOR 1/17 ARE LIVE. Sign up for your shift here:

10


6:58
5G 60
DT 1/17 - SAFETY A...
2h
DT 1/17 - SAFETY AND SALUTE
Group names are not verified
[redacted]
This chat is STRICTLY for PERSONAL SAFETY related...more
Today
You joined the group via the group link.
Signal message


7:40
5G 54
DT 1/17 - SAFETY A...
2h
DT 1/17 - SAFETY AND SALUTE
This chat is STRICTLY for PERSONAL SAFETY related messages and SALUTE messages. It is a temporary chat to accommodate the counterprotest.
SALUTE
-1st person Encounter
-Size & Strength
-Actions & Activity
-Locations & Directions
-Uniform & Clothing
-Time & Date
-Equipment & Weapons
This link will help you draft posts:
[redacted]
OK

For the reasons stated herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED IN PART**.

1. This order applies to individual Plaintiffs and to all persons who do or will in the future record, observe, and/or protest Operation Metro Surge and related operations that have been ongoing in this District since December 4, 2025.

2. This Injunction applies to Defendants and their officers and agents operating in the District of Minnesota to conduct immigration enforcement activities as part of Operation Metro Surge. It also applies to Defendants and their officers and agents responding to protests that arise in response to Operation Metro Surge. (Hereinafter "Covered Federal Agents.") This Injunction does not apply to Defendants and their





officers and agents otherwise conducting routine operations within the District of Minnesota.

3. Covered Federal Agents are hereby enjoined from:

   a. Retaliating against persons who are engaging in peaceful and unobstructive protest activity, including observing the activities of Operation Metro Surge.

   b. Arresting or detaining persons who are engaging in peaceful and unobstructive protest activity, including observing the activities of Operation Metro Surge, in retaliation for their protected conduct and absent a showing of probable cause or reasonable suspicion that the person has committed a crime or is obstructing or interfering with the activities of Covered Federal Officers.

   c. Using pepper-spray or similar nonlethal munitions and crowd dispersal tools against persons who are engaging in peaceful and unobstructive protest activity, including observing the activities of Operation Metro Surge, in retaliation for their protected conduct.

   d. Stopping or detaining drivers and passengers in vehicles where there is no reasonable articulable suspicion that they are forcibly obstructing or interfering with Covered Federal Agents, or otherwise violating 18 U.S.C. § 111. The act of safely following Covered Federal Agents at an appropriate distance does not, by itself, create reasonable suspicion to justify a vehicle stop.

4. Dissemination of this Order

   a. The Defendants must widely disseminate notice of this Order to all Covered Federal Agents, including providing copies in paper or electronic format.

   b. The Order must be distributed to all Covered Federal Agents and all Defendants within 72 hours of its issuance.

   c. The Order must be distributed to all newly deployed Covered Federal Agents that arrive in Minnesota to take part in Operation Metro Surge.

5. This Order shall remain in effect until Operation Metro Surge concludes or the conditions change such that it is no longer necessary. If any party believes that the

8:26 5G 50

General:WHIPPLE (...

1d

Update

[redacted]

Update

1 unread message

[redacted]

Heads up that I just got a ticket for an “unlawful use of car horn” when I honked while driving past one of the hotel noise demonstrations.🙄 Edited 6m

S

[redacted]

Update

[redacted]


10:44
5G
37
mnicewatch 14h
[redacted]
PayPal: [redacted]
now collecting cash donations for
MNICEWATCH
IN THE FORM CASH/CREDIT
OR VIA PAYPAL
(JUST DROP A LIL 🧊 IN NOTES)
@bresalempls
If you'd want to tap in and support M
directly- go give love to our family ove
[redacted] South Minneapolis!
If you're in the area, stop by at local
resteraunts, [redacted] or more
local businesses supporting the people 🌻
Send message


10:44
5G
37
mnicewatch 14h
[redacted]
PayPal: [redacted]
now collecting cash donations for
MNICEWATCH
IN THE FORM CASH/CREDIT
OR VIA PAYPAL
(JUST DROP A LIL 💵 IN NOTES)
@bresalempls
If you'd want to tap in and support
directly- go give love to our family
[redacted] in South Minneapolis!
If you're in the area, stop by at local
resteraunts, [redacted] or more
local businesses supporting the people 🌻
Send message

7:33 5G 29

Whipple Ground Pro...

1d

cold day, cuz we have tens of thousands of people who know we are right
I think it will be a bust 🤣

12:01 AM

❤️

[redacted]

Protesters have been asked to not take the bait.

Can we scout their cars? I'd like to know where they're staying...let some air out of the tires.

jJ

12:02 AM

❤️ 3

[redacted]

Can we scout their cars? I'd like to know where they're st...

If you see an ICE vehicle, "DO NOT" cut at least two of the wheel's valve stems. This would prevent the vehicle from driving, as they only carry one spare.

Signal message


7:34
5G
29
Whipple Ground Pro...
1d
[redacted] was just released
12:12 AM
5
[redacted]
I got valve stem removers and spark plugs to hand out! 🤘
12:14 AM
2
[redacted]
[redacted] was just released
There are folks in orange vests outside the gate, Haven Ground Support, that have a car waiting for him
12:14 AM
3
[redacted] oordinating changed their profile name to [redacted] [redacted] call w urg needs.
Update
[redacted] changed their profile name to [redacted]
Signal message


9:27
5G 59
General:WHIPPLE (...
1d
[redacted]
This same thing happened at Bloomington noise hotel protest to...
To me, this just means we need to start stealth missions to fuck with ICE cars..... If the police want to act as private security, then make them earn their pay. For every car that can't be used, we take two ICE off work.
28m
N
[redacted]
The shop of choice for these ice agents is [redacted] in Bloomington.
15m
L
[redacted]
Heads up that I just got a ticket for an "unlawful use of car horn" when...
Omg, they are that desperate. So proud of you!
4m
Signal message


9:59
5G 84
Whipple Ground Pro...
1d
CC
The way some protesters talk to agents are genuinely hilarious.
2m
[redacted]
This is what I've been thinking.
Might need to wipe clean with rubbing alcohol to make sure it sticks.
2m
[redacted]
They have a video where a white woman throws a bal...
I just shared this and said to read the comments
1m
[redacted]
I got valve stem removers and spark plugs to hand out! 🤘
I was told used spark plug bits world better cause the porcelain gets harder after they've been used.
Now
Signal message


10:17
Whipple Ground Pro...
1d
[redacted] changed their
call w urg needs.
Update
[redacted]
Update
[redacted]
I bought a big roll of snowflake stickers... I feel like using them at the next hotel scouting...
7:40 AM
[redacted]
Update
[redacted]
Update
Signal message

11:19 5G 93

Whipple Ground Pro...
1d

commuters following them there?
N 27m

[redacted]
Yes. I know several of the techs there. One was complaining about just how many more DHS vehicles are there compared to last year
L 26m

[redacted]
Just asking; we don't want to be like the CIA and call in a drone strike on a wedding party.... ;)
N 25m
😂

That would be called a "Source with excellent access whose reporting has been previously verified". ;)
N 25m

[redacted]
I used to work there years ago and the feds loved the spot. No appointments and we took their fleet cards
L 26m
👍

7

Signal message


11:22
5G 92
Whipple Ground Pro...
1d
2
[redacted]
I quit after Jan 6. He said it was just broken glass and hurt feelings
L
17m
[redacted]
I quit after Jan 6. He said it was just broken glass and hurt feelings
I bet he doesnt have a night patrol over the ICE vehicles..... ;)
N
14m
2
[redacted]
Nope but tons of security cameras. They're not the greatest. But there's no spot in the lot that's not covered.
L
6m
[redacted]
Signal message


11:26
92
DT 1/17 - SAFETY A...
2h
[redacted]
2 unread messages
[redacted]
Confirmed ICE parked at LaSalle between 9th/10th
Grey Chevy Tahoe
[redacted]
50m
[redacted]
greg bovino is appearing on WCCO, it's his whole convoy
49m
[redacted] joined the group via the group link.
Signal message


1:51
5G
87
Whipple Ground Pro...
1d
Maybe we'd better leave our ANITFA jackets at home. And wear MAGA caps. ;)
7m
N
[redacted]
Do ANTIFA jackets look like Members Only Jackets?
6m
[redacted]
Hey
4m
[redacted]
NocNoc
Maybe we'd better leave our ANITFA jackets at home. And wear MAGA...
Ohh.. "MAGA against ICE"
Let's new with their brains
3m
[redacted]
I have someone bringing gallons of hot coffee and handwarmers
to Whipple right now
Signal message


1:51
5G 87
Whipple Watch
3d
Update
[redacted]
Update
[redacted]
Update
[redacted]
Update
[redacted]
Update
1 unread message
[redacted]
Fwd: BBJaxx is currently being detained. Please remove from any applicable groups!
7m
Signal message


2:15
5G
85
General:WHIPPLE (...
1d
[redacted]
Everyone takes responsibility for their actions.
Aka... y'all know it's illegal. Sunshine doesn't allow damage at their events. Others are more lenient. I tend to turn a blind eye as long as we are subtle and not caught... but that was to stickers and 🧨
3m
[redacted]
Aka... y'all know it's illegal. Sunshine doesn't allow damage at their even...
I promise anything that happens will not be attributed to ANTIFA and the people in this chat.
1m
N
[redacted]
Update
[redacted]
1
Signal message


2:37
5G 82
Whipple Ground Pro...
1d
28m
[redacted]
Update
[redacted]
I'm going to bring water by. Just left downtown area and stopping home first.
jJ
18m
2 unread messages
[redacted]
Just pasted the whipple, lots of people at both g1 and g3 no one in north lot right now. Looked like there was still space to park there. Lots of sheriffs down by protesters.
7m
[redacted]
I'm taking off. Stay safe and warm y'all
M
2m


6:54
Whipple Watch
3d
light rail station and wants to
drop some stuff. Thanks!
39m
M
Fwd:
39m
[redacted]
Homeland
Security
24m
Souvenir from my trip inside
Whipple today 😂
24m
😂
[redacted]
Heads up to whipple folks the
police currently have all


7:07
5G 71
Whipple Watch
3d
[redacted]
Update
[redacted]
Update
[redacted] 🚶‍♀️ [redacted]
Update
[redacted]
I took video documentation from 2 people the got sprayed with stuff a...
I was super jittery and forgot to mention when we talked. I didn't see his face because my hood was over my eyes, but one of them full on fondled me after I was cuffed. If you wanna add that to the aclu info
9m
2
Signal message


7:29
Whipple Ground Pro...
1d
6:12 PM
[redacted]
I wish I lived like 5 miles from the Whipple and not 20 miles away.
Me too
6:13 PM
[redacted]
does anyone have the rapid response chat for the area around the university?
49m
T
[redacted]
What is the situation down there right now?
5m
After the fascist rally i went to a no-phones meeting, when I got my phone back all my chats were blowing up
5m
Do you guys need reinforcements right now?
5m
Signal message



8:27 5G 67

Alliance for Metropolitan Stability
Amalgamated Transit Union 1005
ATU1005
Black Cat Workers Collective
Black Lives Matter Twin Cities
Clean Water Action Minnesota
Communities United Against Police Brutality
Comunidades Organizando el Poder y la Accion Latina
CTUL
CWA Local 7250
Freedom Road Socialist Organization
Gender Justice
Handmaids of MN
Housing in Action
Immigrant Defense Network
Indivisible Twin Cities
Inquilinxs Unidxs por Justicia
Jewish Community Action
League of Women Voters Minneapolis
Maja Sullivan-Adams
May Day Strong
MFE59
Minnesota 50501
Minnesota Immigrant Rights Action Committee
Minnesota Indivisible Alliance
Minnesota Voice
Minnesota Workers United
No Kings Coalition MN
NRRC
Our Revolution Twin Cities
OutFront Minnesota
Pillsbury United Communities

8:27 5G 67

Pillsbury United Communities
Prism Organizing Network
QUEERSPACE collective
Red River United Indivisible
Reviving Sisterhood
Revolutionary Communists of America
Saint Paul Federation of Educators
SEIU 26
Socialist Alternative
St. Croix Valley Indivisible
TakeAction Minnesota
The Committee of Interns and Residents/CIR
The New Justice Project Minnesota
Trader Joe's United
Twin Cities Democratic Socialists of America
UMN Students for a Democratic Society
UNITE HERE Local 17
Veterans for Peace Twin Cities
Women Against Military Madness
Women's March Minnesota
Workers Solidarity Circle
Workers Strike Back

[redacted]@gmail.com Switch account

Not shared

9:09

5G 62

Whipple Watch

3d

me. No idea how long he had been in there though

7m

[redacted]

This is where I store my "trophies." Although, I may...



I was there too! Didn't get picked up though. They used to hesitate to arrest 5ft blonde women for yelling at them 🙄

5m

[redacted]

This is where I store my "trophies." Although, I may...



Can I ask if your citations are from Ice or mpd / local ?

2m

[redacted]

DHS and since I wasn't booked, they're all bluffs.

2m

This is the second time they've "charged" me. The previous time was 8 weeks ago from yesterday. I'm still waiting on the letter that I'm never going to receive for my

2

Signal message


Whipple Watch
3d
[redacted]
DHS and since I wasn't booked, they're all bluffs. 2m
This is the second time they've "charged" me. The previous time was 8 weeks ago from yesterday. I'm still waiting on the letter that I'm never going to receive for my court appearance date. 😂
Edited 1m
[redacted]
[redacted]
[redacted]
Update
[redacted]
Got it, makes sense thanks Now
[redacted]
[redacted]
Np. Now
Signal message

10:50 5G 58

Whipple Ground Pro...
1d

They sure arent going to turn their weapons on ICE. Their weapons are definitely only there for us

42m

[redacted]

How can that not be supporting the ICE mission. Every ICE goon on th...

I'm going to think on this. I think they brought the new guys in specifically for crowd control. What we need to figure out is how to stop the agents kidnapping people. It was fine to fight them when it was the kidnapping agents, but these ones are specifically for engaging protesters. Police presence is more because they get OT and the departments back each other. We have to get creative in how we push and stop the flow of cars.

jJ

38m

10:52 5G 58

WHIP GENERAL:...

1d

Literal snipers? and where

Edited 33m

[redacted]

Literal snipers? and where

Yes, Southeast corner of the Whip. Veils matching the building color, with the barrels pointed South. So, not at us protestors, but at the South lot in general. Not sure when they came out, but I they were gone by 3:30.

2m

Correction: I didn't get to G3 until 2:45pm. Also, 2 drones were there, but I'm sure most people noticed that.

1m

[redacted]

Update

[redacted]

1


5:00
5G
73
WHIP GENERAL:...
1d
[redacted]
[redacted]
DIRECT ACTION
TO SHUT DOWN ICE
9AM
FRIDAY
JAN 23
ICE
OUT
JUSTICE FOR RENEE GOOD AND
SILVERIO VILLEGAS-GONZALEZ
MEET AT FORT SNELLING
LIGHT RAIL STATION
graphic from the DA group formed at the spokescouncil to promote the action at Whipple on Friday morning
17m
[redacted]
1
Update
Signal message


WHIP GENERAL:...
1d
Update
[redacted]
Update
[redacted]
DIRECT ACTION TO SHUT DOWN ICE
JUSTICE FOR RENEE GOOD & SILVERIO VILLEGAS-GONZALEZ
FRIDAY, JAN 23RD
9:00 AM
MEET AT FORT SNELLING LIGHT RAIL STATION
The Whipple building is ICE headquarters for the entire Upper Midwest. If we shut them down here, we halt the deportation machine everywhere. ALL OUT TO WHIPPLE THIS FRIDAY.
8m
[redacted]


5:05
5G
72
Whipple Ground Pro...
1d
Whipple Building
Recently viewed
Federal Dr
Base Camp
Fred Wells Te
& Education Center
South Parking Lot
Metro Snelling
Recently viewed
Minnehaha Ave
Field H
Nieman Compl
Slow-driving-loop is an option. North parking lot through South parking lot, around the block, and turn to go past Whipple again, towards the north lot.
Best of all is a buddy system, so if someone gets followed, there is an observer car.
Best again to have two persons in each car, one driver one observer.
11:46 AM
3
Signal message


6:14
5G
65
TC DA
1d
DIRECT ACTION TO SHUT DOWN ICE
JUSTICE FOR RENEE GOOD & SILVERIO VILLEGAS-GONZALEZ
FRIDAY, JAN 23RD
9:00 AM
MEET AT FORT SNELLING
LIGHT RAIL STATION
The Whipple building is ICE headquarters for the entire Upper Midwest. If we shut them down here, we halt the deportation machine everywhere.
ALL OUT TO WHIPPLE THIS FRIDAY.
Twin Cities Direct Action
49m
[redacted]
Good opportunity to say that a while ago actually I had an idea that we frame it as a protest then pivot to DA when we are there
And work behind the scenes to support the safety and success of this pivot
Trojan horse... Loon ,if you will..
i wouldnt want to let the Feds fully engage with Strat ..
I've neglected to share this idea
Signal message

TC DA
1d

that we frame it as a protest then
pivot to DA when we are there
And work behind the scenes to
support the safety and success of
this pivot
Trojan horse... Loon ,if you will..
i wouldnt want to let the Feds
fully engage with Strat ..

I've neglected to share this idea
I've been preoccupied idk why ..
Thoughts
40m

[redacted]

Good opportunity to say that a while
ago actually I had an idea that we f...

Not my idea
Iliad credit where it's due
40m

[redacted]

if we changed it to read "MARCH
ON ICE HQ" is that better?
38m

[redacted]

Signal message


This message was deleted.
39m
[redacted]
Good opportunity to say that a while ago actually I had an idea that we f...
I think it can be important that people know risks. The invite probably should include a code: green, yellow ir red based on the level of risk as was used during Line 3
R
19m
2
[redacted]
Yeah, not a fan of bait and switching participants who think they're coming to a pedestrian action.
7m
[redacted]
yeah, these are good points, I'm not changing the wording
Signal message

Whipple Watch
3d

URGENT: this is [redacted] from Safe Haven. We are monitoring the gate almost 24/7 for releases and then giving them burner phones, care kits, rides, and any other support they need. If there are any detainees that you know are inside or are being released, please let me or our group know asap so we can assist them and get them home.

We are working directly with [redacted] and then NLG to also get them legal aid. 13m

❤️ 5 ❤️‍🔥 +2

We are wearing orange vest and trying to work with Hennepin Sheriff Office to be allowed to park nearby, because my people are freezing trying to watch the gate all day. 11m

❤️

It is URGENT that any releases go immediately to a Safe Haven escort to get their burner phone and connected to an attorney.

4

3d

Update

[redacted]

I may have already talked to them, but definitely. Currently, our top needs are

1) hardcore protestors or people at the gate to get any releases to an orange vest asap. We have interpreters on call.
2) attorneys representing clients to have my number
3) money. We are paying for burner phones, hotels if needed, clothes, rides, a bit of money for our unhoused or releases in severe need, etc

1m

[redacted]

[redacted]

It was just a LOT of money being spent all at once having to get my window fixed, my car swept, my winter clothes replaced, etc

1m


8:35
5G 61
Sunrise TC Announ...
4w
1 unread message
[redacted]
Hi all!

☀️ In place of our usual full hub meeting, we will be doing an Art Build tomorrow, Monday, Jan 19 at 6:30pm. Come join us to make banners and signs for the week of action leading up to the general strike on Friday, Jan 23!

📍 The Art Build will take place at the New City Center [redacted] in the Cedar Room. The doors are locked, so someone will be at the door to let you in. If no one is present, please ring the doorbell.

🚘 You can take the 14 bus or the Metro B Line to get to the New City Center. If you're driving, there is free street parking on the surrounding blocks.

Feel free to DM me or a core team member if you have questions.
See you there!
57m
❤️ 6
Only admins can send messages.


Sunday, January 18
8:36
5G 61
WHIP GENERAL:...
1d
7 unread messages
[redacted]
Do we know anyone taking the unmasked agents photos for records? Cuz I have two that were just sent to me, along with their names...
6:32 PM
[redacted]
Following the lead on sharing cuteness, here is some pics [redacted] took of my goblin cat
6:46 PM
2
[redacted]
3
Signal message


Press Ctrl+Alt+Delete to unlock.
8:39
8:39
Whipple Watch
3d
[redacted]
Can I be linked 👀
7:05 PM
[redacted]
✊❤️Renegades🔥✌️
33 members
signal.group
[redacted]
7:06 PM
[redacted]
Signal message
shift
alt
ctrl