# EXHIBIT BB (PART 13)


20:45
◄ Safari
Reels
FOR FOLLOWING.
95
9
34
8
Pittsburgh Lesbian Corr...
Follow
[redacted] Marine veteran an... more
UP NEXT: Built for the woods. This camo hunting cab...


9:44
5G 54
Twin cities comms
[redacted]
A downtown St. Paul hotel has told guests it is closing temporarily due to "heightened public safety" concerns.
twincities.com · Jan 18, 2026
hey comms team!! can i get someone to start working on a carousel related to this? we want to celebrate this

https://www.twincities.com/2026/01/18/hotel-in-downtown-st-paul-temporarily-closing-for-safety-concerns/?share=hmomnwywo1npdutgprtn
there are some more details that i will get info on tomorrow morning (what exactly is the impetus behind the closure and how we relate to it) so we wouldn't publish until tomorrow anyway

but we are looking at ways to both celebrate defections AND offer help + support to hotels who defect
2m
m
Signal message


10:02
5G 53
WHIP GENERAL:...
[redacted]
So, last night was the first night I stayed at my place again since everything happpened. Went to walk my dog this morning and...
29m
They were waiting directly across from my car.
29m
2
12
[redacted]
That's so fucking scary, I'm so
Signal message


11:31
TC DA
1d
Between the Insurrection Act and the Insurrections

On January 17th, 2026, the Pentagon alerted 1,500 troops from the 11th Airborne Division about a potential deployment to Minnesota. This new threat comes after a rapid series of escalations. Homeland Security forces have occupied the Twin Cities for 50 days now. More than 2,400 of our Latino, Somali, Hmong, West African, and even Indigenous neighbors were disappeared by these fascists. Neighborhood patrollers have been attacked hundreds of times, and protestors and federal forces clash almost every night. ICE agent Jonathan Ross murdered our comrade Renee Good on January 7th. On January 14th, a gang of these armed invaders shot one neighbor through his front door. Working class heroes fought back the assault on the Northside almost immediately.
Signal message

11:32 5G 51

← Message from [redacted]

Donald Trump threatened on Truth Social that same night: *"If the corrupt politicians of Minnesota don't obey the law and stop the professional agitators and insurrectionists from attacking the Patriots of I.C.E. who are only trying to do their job, I will institute the INSURRECTION ACT"*. Liberals argue the exact mirror image, scolding us that "Violence is just what they WANT". They exclaim if any action against these kidnappings dares to cross an imaginary line, Trump will send in the military and crush us. He has never needed a reason.

But history students know that Trump is not the first authoritarian to use the military against rebellious workers. The Insurrection Act is not a magic "Game Over" button that presidents use to instantly liquidate resistance. On the contrary, deploying the military domestically often backfires against those in power. It is a sign of a weak state, not a strong one. From Kent State to South Africa, from Detroit in 1967 to Ireland in 1972, from Poland's Solidarność to the B&O Railroad Strike, the government sending in the army does not crush the spirit. Occupation causes resistance to bloom


11:32
5G 51
Message from [redacted]
The working class of the Twin Cities holds a history and memory of fighting state forces during the George Floyd uprising of 2020. Many of us remember confronting the National Guard, and we found them weaker than the local police. Police in Minneapolis and St. Paul are trained into intense cruelty, while many in The Guard blinked at us with detached confusion. We kicked them out of our union halls and defeated them in the streets. The 11th Airborne will be more dangerous and organized, but they are not invincible either. If our experience holds true, they could be less of a threat than the fascist ICE psychopaths terrorizing our communities today.
These monsters cannot occupy everywhere at once. They lack the support and solidarity of a class under siege. The force of an insurrection is social, not military. It is warriors defending their people. Our warriors are standing up everywhere: from teenagers on walkout, to motorists chasing down ICE, to elderly mutual aid volunteers. Our response to this next invasion will be the same as our response to this current one. We must continue to organize communities, patrol our streets and build rapid response

11:32 5G 51

← Message from [redacted]

continue to organize communities, patrol our streets and build rapid response teams, push for workplace stoppages, and grind them down every step of the way. We must exact a price for every footprint they leave in our snow. When we have the opportunity, we will drive them from our streets and tear down their concentration camp. ICE will melt when the heat turns up.

Military deployment illustrates just how scared these authoritarians are. The regime is sick and weak, and these fools can be defeated. **A general strike looms this Friday, January 23rd.** The local capitalists and federal government fear us. We must push for an even larger and wider stoppage all throughout Minnesota. Students in Duluth, nurses in Rochester, prisoners in St Cloud, laborers in Mankato, hospitality workers in Bemidji, and all those willing to stand up for their neighbors can push with us. This is the only way out of this nightmare. We have no choice but to win.

In solidarity,
Black Cat Workers Collective

Edited 10:03 AM


12:56
46
WHIP GENERAL:...
1d
So 4 of us 47m
[redacted]
hey all, i am connected with a state rep who is working to understand how stopping infrastructure support (read: plowing, de-icing) in key areas could impact ICE operations.
i thought y'all might have some good thoughts re: whipple! anyone interested in chatting with this rep? if you react to this message i can connect you. you would not need to share identifying information about yourself.
47m
[redacted]
Whipple Dispatch Trainings: scheduling available for this


1:14
5G
42
TC DA
1d
profile name to m ❤️‍🔥(vfp) coordinating.
Update
[redacted]
Chris
Hey folks can people do
one more shout out throu...
STRIKE AGAINST
ICE!
ORGANIZING MEETING
one day — that will show them?
🫠
19m
please tell me the plan is to
sustain the econ block when they
don't leave on Friday.
18m
[redacted]
Photo
This is such a rockin poster
18m
2
[redacted]
Update
Signal message

00004098


1:27
5G 41
Whipple Ground Pro...
1d
[redacted]
Ok. Making a new loop to introduce you
3m
[redacted]
No I know him
1m
[redacted]
[redacted]
Todd from AFL-CIO says he has people who want to donate money...
[redacted]
[redacted]
Ok
Now
[redacted]
Update
Signal message


1:28
5G 41
count.venmo.com
23
venmo
Whipple Safe Haven
[redacted]
Sign in to pay this person
Or create your Venmo account
If you accept cookies, we'll use them to improve and customize your experience and enable our partners to show you personalized ads when you visit other sites. Manage cookies and learn more
Decline
Accept


2:05
5G 38
General:WHIPPLE (...
1d
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
Update
1 unread message
[redacted]
Just did a drive through of Federal Drive. 15 Sheriff vehicles; at least 9 in close proximity to Gate 3. Pedestrian gates on "our" side of the road from the tennis club to the South lot. They were arresting one protester who was standing on the road just outside the pedestrian fence.
4m
N
Signal message


3:00
5G UW 34
Whipple Ground Pro...
1d
Yes
11m
[redacted]
How do we get word out about "You can protest from the North parking lot" ?

Making noise there gets on their nerves, and it's "far from the active random brutality".

And then we have them "surrounded".
Edited 10m
[redacted]
How do we get word out about "You can protest from the North parking...
I was there and got under their skin while they went to their vehicles. The one car called loser out the windows at me. Love that for them. I'll be rent free in their head all day.
6m
Signal message


4:14
5G 24
General:WHIPPLE (...
1d
JAN. 20 | 5-7PM
[redacted]
Can you get this to the Whipple crew? Seems like they might be interested.
"At the same time, our deputies have taken a great deal of abuse for simply doing their jobs, keeping the peace, patrolling the areas that we are required by law to patrol, and attempting to minimize the violence in our streets. The small number of demonstrators who use violence undermine the cause of the thousands of peaceful demonstrators around them."
https://secure.actblue.com/donate/witt-launch
1m
Passing this along - might be a strategic point of disruption
Signal message


10:32
5G
16
Whipple Wat...
3d
Join
-cjhOxFORZC82dnLfDpDi
29m
S
[redacted]
Last night and this morning a team was able to confirm ICE agents are staying at the hotels on American Blvd. Hampton and the one across the street.
6m
[redacted]
Jeep
[redacted]
Some plates.
6m
[redacted]
Update
[redacted]
Update
Signal message


12:03
5G 84
Whipple Watch
3d
I'll pass this on to my hoptonka group. Let's play some spicy music!
Edited 10:47 AM
[redacted]
whipple dispatch signing off. thank you to observers on the ground and protesters for braving the cold. all power to the people ✊
58m
[redacted]
Any way to get BloomingtonRR here?☺️
58m
[redacted]
What gear do we/you all want/need? Think specific tools, technology, PPE, etc. I've got someone looking to put money towards supplies for us.
56m
[redacted]
Signal message


Whipple Ground Pro...
1d
[redacted]
Bring Me The News's post
Bring Me The News
13h
NEW: A "VIP Movement Notification" for Minneapolis has been issued by the Federal Aviation Administration for this Thursday.
A similar notice was issued in early September, when vice president JD Vance visited the Twin Cities.
https://bringmethenews.com/minnesota-news/list-of-major-ice-raids-updates-in-minnesota-on-monday-jan-19
FAA Safety Team
FAASTeam Notice
VIP Movement Notification – Minneapolis, MN
83
83
18
33
Most relevant
Write a comment...
12:27 PM
JD Vance is rumored to be here on Thursday. Does anyone have info?
12:28 PM
[redacted]
CC
Gotta try n get press credentials to cover this bad boy and selling my couch on Ebay
12:28 PM
2
[redacted]
1
The umbrellas have been delivered to Red Rider!
Signal message


Renegades ...
1w
[redacted]
Update
5 unread messages
[redacted]
[redacted]
Water bottles! Yes. Because it's so cold keep up with the hand warmers.
Water bottles are for weapons right? Cos we can throw frozen ones?
13m
PUNCH YOUR LOCAL NAZIS
[redacted]
40 military lawyers being moved to assist with depp.ort.ing in Minny
[redacted]


3:49
5G 81
Renegades...
1w
[redacted]
[redacted]
For those of us who don't have tiktok...what's the latest?
A source inside the government has stated that 40+ JAGS (Military lawyers) and 500MP's will be moved to Minnesota at camp Ripley to assist with ICE getting judicial warrants. This is something extremely unusual according to that source. Currently they are still under the governors control under title 32, but that can be reversed to federal control at any time. In addition to this the source says that while most of these resources would be useless in a situation where there are quick arrests and releases, this would be useful if you were attempting to build the infrastructure for rapid mass deportations
Edited 1m
Signal message


Renegades...
1w
Dogge Minni van.
42m
[redacted]
Hello just got a tip from an inside source from MPD the commander and chief will be visiting the cities on Thursday. Trump is coming to town. MPD was briefed on this and will be doing traffic control with him. Spread the word
21m
!!
[redacted]
Hello just got a tip from an inside source from MPD the commander...
I heard JD Vance is comming.
18m
[redacted]
Let's hope he didn't jump on board to come here and declare martial law
15m
[redacted]
Gonna add this in here. I cannot
5
Signal message

Update

[redacted]

Some have responded they thought Hitler dumber copy was in Europe this week 12m

The flight logs definitely have someone big coming, regardless. 11m

[redacted]

> The flight logs definitely have someone big coming, regardless.

I'm going to see if I can get more information from my Minneapolis source. 10m

1 unread message

Signal message


7:19
5G 71
WHIP GENERAL:...
1d
homies for life. They'll bring you all kinds of trinkets until yall come to a mutual agreement on specific trinkets being better than others (aka money, or attacking MAGA hats 😂)
27m
2
[redacted]
Yeah, it's been on my list to get in with the local murder since I moved in.
23m
2 unread messages
[redacted]
We just got confirmed hits at Marriott Minneapolis Southwest - is this one of our known hotels?
8m
[redacted]
Gotta start scoping out the restaurants around these hotels too. I'll have to go into a chili's. Ew
Now
WJ
Signal message


8:08
✊❤️Renegades🔥...
1w
[redacted]
okay sooo does anybody know where a good spot to be Firearm Educated is
1m
that's a weird way to say it. But I'm trying to be subtle.
1m
S
[redacted]
*cough cough*
1m
M
[redacted]
Or is there a chance we could work with someone willing to help?! I have no extra money lol.
Now
JUST brainstorming
Now
S
[redacted]
did you NOT get my super subtle message?
Now
look up MOS 0931
Now
M
Signal message


Renegades ...
1w
that's what my job was in the corps
2m
7 unread messages
[redacted]
Damn. Is doing trainings on firearms something you'd be interested in doing?!
1m
[redacted]
I'm not just gonna come out and say it but
Now
[redacted]
Yes .
Now
[redacted]
This message was deleted.
Now
Now
Signal message


[redacted]
I'm not just gonna come out and say it but
Now
[redacted]
Yes .
Now
[redacted]
This message was deleted.
Now
Now
[redacted]
I understand 💀
Now
I've been carrying around a notebook for note taking again the past few weeks...like it is 1924
Now
Signal message


hell of a distraction from the
Epstein files and a canceled
midterm.
3m
2 unread messages
[redacted]
It looks like someone may have
figured out that Bovino is staying
at the Hilton on Marquette and
11th. They have seen a white
vehicle there two days in a row.
Can anyone confirm? And can we
go make noise?
Now
https://www.threads.com/@t
_dubb32/post/DTt2AbnFr4B
?xmt=AQF0Wd
-A5hbpAvT5c0pYo7qJJla3FSZm
IMDDRKai
_88cVIQdMSIvTgQsRAsCnzdzlyL
-moiC&slof=1
Now
Signal message



✊❤️Renegades🔥...
1w
https://www.threads.com/@t_dubb32/post/DTt2AbnFr4B?xmt=AQF0Wd-A5hbpAvT5c0pYo7qJJla3FSZmIMDDRKai_88cVlQdMSIvTgQsRAsCnzdzlyL-moiC&slof=1
4m
https://www.threads.com/@t_dubb32/post/DTt2AbOlhpn?xmt=AQF0YGEhwEpHdGl6t7OxEpeYgWh7deSS3sDjDh6N0FxhpwJgstaTj8ecnGI-xHXNdkc8a0Vb&slof=1
3m
[redacted] 🛠️😴😴😴
[redacted]
It looks like someone may have figured out that Bovino is staying a...
This is a walkable distance close to where I live, do we need someone to stake out the building for a day or two? I have some time off coming up
Edited 1m
[redacted]
I can be out there early and late to see if they leave/return
Now
Signal message

9:05 5G 56

✊❤️Renegades🔥...

1w

[redacted] 🚗

Update

[redacted]

I did federal service and could help with this.

for sure - idk what type of federal service, but this was my literal job taking any level of experience and getting them qual'd up. I'm also super competitive and autistic, so I ended up being a REALLY good teacher - my FTAC dude said he thought I was probably the best CMT in the corps at one point 😊

Now

esp since I'm cross eye dominant and a woman - I had a great skillset

Edited Now

M

M

Signal message


9:08
5G 56
✊❤️Renegades🔥...
1w
esp since I'm cross eye dominant and a woman - I had a great skillset
Edited 2m
fucking Apple trying to be misogynistic changing skillset to skillet 🤬🙄😂
1m
[redacted]
Tim "Cook" at it again.
1m
[redacted]
for sure - idk what type of federal service, but this was my literal job t...
I taught for the gov but because of federal regs I had to qualify under DOJ LEO standard annually. I would honestly love some pointers, I can shoot well enough but our training wasn't as comprehensive or stringent as the USMC obviously.
Now
Signal message
Return to:


✊❤️Renegades🔥...
1w
Tim "Cook" at it again. 3m
[redacted]
for sure - idk what type of federal service, but this was my literal job t...
I taught for the gov but because of federal regs I had to qualify under DOJ LEO standard annually. I would honestly love some pointers, I can shoot well enough but our training wasn't as comprehensive or stringent as the USMC obviously.
2m
[redacted]
while I'm a FANTASTIC fucking teacher w the 🔫, I am far from the best shot. i can kill paper (or other things) well enough, but I def would never claim to be a top shooter. sharpshooter w a 🔫 at best. but yeah, being a teacher we basically got to shoot all the time on the govt's dime.
Now
Signal message


Renegades...
1w
USMC obviously.
18m
[redacted]
This message was deleted.
15m
but teach I can do
14m
[redacted]
I would gratefully take any tips!
8m
2 unread messages
[redacted]
anyone happen to have a cabin or parcel of land we could use? i feel like all of us walking into a brick and mortar spot might raise some flags 😅
Edited 2m
also, don't mind me if I delete these messages...this seems like a convo that might need a little extra ⚠️
Now
Signal message


9:42
5G 52
✊❤️Renegades🔥...
1w
also, don't mind me if I delete these messages...this seems like a convo that might need a little extra ⚠️
17m
2 unread messages
[redacted]
also, don't mind me if I delete these messages...this seems like a convo...
Probably good idea
6m
[redacted]
anyone happen to have a cabin or parcel of land we could use? i feel l...
I don't. But I do know a friendly brick and mortal that usually has a lot of POC and lefty clientele
1m
Signal message


9:45
5G
52
✊❤️Renegades🔥...
1w
unread messages
[redacted]
also, don't mind me if I delete these messages...this seems like a convo...
Probably good idea
8m
[redacted]
anyone happen to have a cabin or parcel of land we could use? i feel I...
I don't. But I do know a friendly brick and mortal that usually has a lot of POC and lefty clientele
3m
[redacted]
I don't. But I do know a friendly brick and mortal that usually has a lot of...
Would that be the one in my backyard? Robbinsdale...
Now
Signal message


9:52
5G 51
Renegades...
1w
a lot of POC and lefty clientele
11m
[redacted]
I don't. But I do know a friendly brick and mortal that usually has a lot of...
Would that be the one in my backyard? Robbinsdale...
7m
[redacted]
Would that be the one in my backyard? Robbinsdale...
Eagan
3m
[redacted]
Eagan
Still gonna make it, but sad to NOT be my backyard.
2m
Signal message


10:22
5G
48
Whipple Watch
3d
[redacted]
Hey friends, a neighbor has a ton of whistles, hand warmers, ski google...
Whistles can go into the RR chats, not as needed at Whipple. But I would love to add the rest to the stockpile with the tactical umbrellas 🌂
5m
[redacted]
Update
1 unread message
[redacted]
on dispatch today my observers all had to be out of car. i didnt have en...
We need short range webcams we could place and then observe.
1m
N
Signal message


Whipple Watch
3d
[redacted]
We need short range webcams we could place and then observe.
Or trail cams - hunters may already have these (I am not a hunter)
4m
Jinx! 4m
[redacted]
A possible spot if sensory overload with protesting would be being positioned further down the sidewalk at g3 going towards the base camp since a lot of their vehicles either continue straight or turn on that road. Just a possible spot and then also be positioned on the side walk between g3 and g1 with buddies to get pics since protesters would not be in the way and you can catch the vehicles turning toward g1 when they come out of g3.
Food for thought
1m
Signal message


10:31
5G
46
General:WHIPPLE (...
[redacted]
It made a difference to that one
[redacted]
[redacted]
Message
Video
Audio
Nickname
Add to another group
View safety number
Block

10:54

s.startribune.com

The Minnesota Star Tribune

# [redacted]y Obituary

[redacted]y died on September 2 of complications from heart failure. Born October 30, 1945 in Laurel, Mississippi. Preceded in death by his parents, [redacted]y; and brother, [redacted]. Survived by son [redacted]; grandsons [redacted]; and seven brothers and sisters. [redacted] graduated from DeLaSalle High School (1963), joined the Marine Corps, and served several tours of duty in Viet Nam from 1963 to 1967. [redacted] became fluent in Vietnamese and returned from Viet Nam strongly opposed to the war. Like many veterans, he struggled alone in his life, but was loved. Private service, Fort Snelling Cemetery. For information contact [redacted]

To plant a beautiful memorial tree in

Share a Memory

Plant a Tree


11:23
5G
37
Whipple Watch
3d
3 unread messages
[redacted]
I will be running an onboarding tomorrow morning at 7
8m
[redacted]
We need short range webcams we could place and then observe.
I took a mental health break for a but but I do have a solar powered live trail cam that can be controlled remotely.
4m
I was discussing this with someone. It's quasi-legal. Did a little research. Someone interested in actually trying this DM me. I'm going to bed here but will be up early.
3m
TA
[redacted]
Update


12:31
Whipple Watch
3d
2 unread messages
[redacted]
Has anyone done recon on what they're using the north west side of the building for?
21m
[redacted]
Has anyone done recon on what they're using the north west side of...
Inside or outside?
Inside it is where the immigration courts are housed and where the ICE hq was even before this regime. Outside? Like the part theyre trying to obscure now? Staging and loading/unloading supplies and detainees.
Edited 15m
[redacted]
Update
Signal message

12:47 5G 30

MINNEAPOLIS INTERVIEW PROJECT

# Progressive Politics, Working Class Ethics, Hip Hop Culture

I was born in Minneapolis in 1977, to [redacted] and my big brother, [redacted]. My parents were card-carrying members of the Communist Party, and were atheist/agnostic. Social justice was our religion. My parent's activism, and growing up in Central neighborhood, have much to do with who I am. Progressive politics, working class ethics, and hip-hop culture were my major influences.

I went to Minneapolis public schools: [redacted] close to the

7:19

✊❤️Renegades🔥...

18h

app ICE is using while on the road.

2m

[redacted]

> Okay—I'm going to DM you tomorrow—anybody else who is int...

Bumping this one more time before I start to look into actual plans/supplies today. Please heart this message if you're interested in doing firearm training!

1m

S

[redacted]

I would entertain the idea. I don't own one though.

Now

1 unread message

[redacted]

Me either. But I might have somebody who can help fund it.

Now

S


defrost Minnesota link?
51m
[redacted]
Okay thank god it's not just me
39m
[redacted]
5:39
Anyone recognize some of these apps on this ice agents phone?
5m
[redacted]
Update


9:21
Whipple Watch
3d
Update
4 unread messages
[redacted]
Seems like they are waiting for something here at gate 1.... Vehicle tried to enter and was turned away
1m
[redacted]
Not yet. Maps show it as Renaissance Minneapolis Bloomin...
a neighbor shared that they've seen ICE vehicles coming in and out of the drive regularly and that the office has been closed to
Signal message


18h
[redacted]
Anyone recognize some of these apps on this ice age...
I see flight radar... and a couple that seem to be "how to ICE"
6m
2 unread messages
[redacted]
Anyone recognize some of these apps on this ice age...
Wave.pft and the open app seem to be a basic MP3 recording app. Are they recording audio journals for their ethnic cleansing activities.
Edited 1m
[redacted]
And signal, of course
Now
Signal message


10:07
5G 81
✊❤️Renegades🔥...
18h
[redacted]
[redacted]
Anyone recognize some of these apps on this ice age...
https://www.omniapartners.com/suppliers-files/A-D/BI_Incorporated/Assets/2025.04_BI_TotalAccess.pdf
BI total access and okta verify are part of the same app ecosystem so they're likely used in tandem.
Mobile fortify is their biometric scanning app. If they're taking pictures of you thats the database their sending it too
The paramedic app I believe is this one https://www.acidremap.com/
The grey and orange hollow triangle app that says access on it appears to be the blackberry access app. https://play.google.com/store/apps/details?id=com.good
Signal message


10:07
Renegades...
18h
BI total access and okta verify are part of the same app ecosystem so they're likely used in tandem.
Mobile fortify is their biometric scanning app. If they're taking pictures of you thats the database their sending it too
The paramedic app I believe is this one https://www.acidremap.com/
The grey and orange hollow triangle app that says access on it appears to be the blackberry access app. https://play.google.com/store/apps/details?id=com.good.gdgma
The grey sheild is iTAK, a DHS issued app https://apps.apple.com/us/app/itak/id1561656396
Now
Signal message


12:20
General:WHIPPLE (...
1d
[redacted]
[redacted]
Update
[redacted]
Update
2 unread messages
[redacted]
Hello folks. I'm close with a detained observers family. User [redacted] Would folks reach out on his release and I'll help get him home
22m
[redacted]
Can we please get their real name to ask for release?
Now
Signal message


12:20
5G
70
Whipple Wat...
3d
Join
Join call
[redacted]
Hello folks. I'm close with a detained observers family. User Spud. Would folks reach out on his release and I'll help get him home
21m
[redacted]
Likely spies at gate #1 this morning. Sorry didn't get a pic of them. They said they are teachers from Georgia. Two white guys, 40 years old or so. The one put off special forces vibes. I watched them leave, the met up with a big white SUV, Illinois plate [redacted] then got in another big white SUV with Florida plates. Story didn't add up. I have spent time around special forces guys and Federal Law Enforcement and these guys are one or the other or both.
14m
L4
Signal message


12:22
5G
69
Whipple Wat...
3d
Join
Update
[redacted]
Update
2 unread messages
[redacted]
[redacted]
Now
[redacted]
Wasn't these two, was it? Now
Signal message