UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-115(7) (KMM/DTS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MR. WAGNER'S MOTION TO** |
| | ) | **APPEAR AT OCTOBER 20, 2026** |
| KYLE WAGNER, | ) | **EVIDENTIARY HEARING BY** |
| | ) | **VIDEO CONFERENCE** |
| Defendant. | ) | |

Kyle Wagner, by and through his attorney, Lisa M. Lopez, hereby respectfully moves the Court for an Order allowing him to appear at the Evidentiary Hearing scheduled for October 20, 2026, by video conference. Mr. Wagner is currently being transported to Michigan, where he is detained on another matter. Mr. Wagner asks the Court to permit his appearance by video conference so that when he arrives, he can remain in Michigan and be present for the October 20, 2026, hearing while avoiding the potential of additional travel.

Dated: October 16, 2026

Respectfully submitted,

OFFICE OF THE FEDERAL DEFENDER
*s/Lisa M. Lopez*
LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Kyle Wagner (7)
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858
lisa_lopez@fd.org