**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,

Defendants.

Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)

**DECLARATION OF CHRISTOPHER W. MADEL IN SUPPORT OF NON-PARTY MATTHEW DEATES'S MOTION**

---

I, Christopher W. Madel, declare as follows:

1. I am counsel of record for Non-Party Matthew Deates in the above-captioned matter. I have personal knowledge of the following facts and would testify consistently with the following if called as a witness.

2. We filed the instant motion on October 1, 2026.

3. On October 6, 2026, Minnesota Public Radio published a story regarding the motion. It is attached hereto as Exhibit 1. As part of its story, it appears that MPR asked Immigration and Customs Enforcement ("ICE") about our motion. The story states:

> In an email to MPR News on Tuesday, an ICE spokesperson writes the agency "remains committed to upholding the law and conducting all operations with integrity. Obstructing law enforcement

is a federal crime." ICE says it cannot comment further because the case is under "active litigation."

4. In sum, despite all facts to the contrary, ICE is still implying that Mr. Deates committed a federal crime.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2026, in Hennepin County, Minnesota.

Christopher W. Madel