**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, Emmett James Doyle, Cameron Kennedy, Callum Robinet, Erik Davis, Brian Stillwell Apland, Kyle Wagner, Hannah Margaret Van De Water Davis, Treasure Cay Thoreson, Nathan Junho Kim, Alec Stewart, Douglas Misterek, Dustin Scott Beisell, William Morgan, Natasha Rakotz,

Defendants.

Case No. 0:26-CR-00115-KMM-DTS (D. Minn.)

**AMENDED [PROPOSED] ORDER GRANTING MOTION FOR RETURN OR DESTRUCTION OF ICE MEMORANDUM AND TO COMPEL A CORRECTION OF THE RECORD**

---

Before the Court is Non-Party Matthew Deates's Motion for Return or Destruction of ICE Memorandum and to Compel a Correction of the Record (the "Motion").

Based on all the files, records, proceedings, and arguments of counsel herein, the Court **GRANTS** the Motion as set forth below.

**IT IS ORDERED**:

1. Within one week of the date of this Order:

   a. the U.S. Attorney's Office for the District of Minnesota shall notify every recipient of the April 29, 2026 memorandum captioned "Aid and Abetting," written by Deportation Officer Michael J. O'Neal to ICE Assistant Field Office Director Corey McMahon (the "Original

O'Neal Memorandum") that the memorandum was produced in error;

b. the U.S. Attorney's Office shall provide a copy of this Order to every recipient of the Original O'Neal Memorandum;

c. shall provide and/or produce a replacement for the Original O'Neal Memorandum that is redacted as set forth below (the "Redacted O'Neal Memorandum") to every recipient of the Original O'Neal Memorandum; and

d. the U.S. Attorney's Office shall certify its compliance with this paragraph to Mr. Deates's counsel at cmadel@madellaw.com.

2. The Redacted O'Neal Memorandum shall redact Mr. Deates's name, and any other information that reasonably could identify him (including his title or position), from the Original O'Neal Memorandum and from any excerpt, summary, or description of it before including it in or attaching it to any filing in this action. In any such filing, Mr. Deates shall be referred to only as "Mr. Doe."

3. All parties and their counsel, and every other recipient of the Original O'Neal Memorandum, shall replace the Original O'Neal Memorandum with the Redacted O'Neal Memorandum and shall destroy all copies (whether digital or hard-copy) of the Original O'Neal Memorandum and shall certify that they have destroyed all such copies to the U.S. Attorney's Office within 7 days of receipt of the Redacted O'Neal Memorandum.

4. Following receipt of all such certifications from the parties, their counsel, and every other recipient of the Original O'Neal Memorandum (and in no event later than

15 days following entry of this Order), the U.S. Attorney's Office shall provide confirmation to Mr. Deates's counsel at cmadel@madellaw.com that certifications of destruction of the Original O'Neal Memorandum were received from all parties, their counsel, and every other recipient of the Original O'Neal Memorandum.

5. No party or counsel shall mention Mr. Deates's name in any hearing, trial, or other proceeding before this Court when referring to the Original or Redacted O'Neal Memorandum or the allegations in it, and shall instead refer to him as "Mr. Doe." Counsel shall advise any witness they call of this requirement before the witness testifies.

6. Within two weeks of the date of this Order, any party that has previously filed the Original O'Neal Memorandum, or any document that identifies Mr. Deates in connection with the Original O'Neal Memorandum or the allegations in it, shall file the Redacted O'Neal Memorandum and/or redacted documents in compliance with paragraph 2. The Clerk of Court is directed to seal the unredacted versions of any such filings.

7. Nothing in paragraphs 2 through 6 restricts (a) references to Mr. Deates in his capacity as counsel in any matter; (b) filings by Mr. Deates or his counsel in connection with the Motion, or (c) the public availability of this Order.

8. The Court hereby finds that Assistant Federal Defender Matthew Deates did not aid or abet Ezequiel De Jesus Portillo-Rodriguez in evading arrest, detention, or capture.

9. The Court retains jurisdiction to enforce this Order.

Dated:__________________ ______________________________
The Honorable David T. Schultz