IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CRIMINAL NO. 26-CR-115 (KMM/DTS)

UNITED STATES OF AMERICA

v.

ISAAC AUMAN SANT (1)
a.k.a. Isaac Dalto
a.k.a. Ike
EMMETT JAMES DOYLE (2)
a.k.a. Plotnikov
CAMERON KENNEDY (3)
a.k.a. Cam
a.k.a. Olive Knite
a.k.a. Knite
CALLUM ROBINET (4)
a.k.a. Juliet K
a.k.a. Juliet
a.k.a. Cal
ERIK DAVIS (5)
a.k.a. Errico
BRIAN STILLWELL APLAND (6)
a.k.a. Tiny
KYLE WAGNER (7)
a.k.a. Kaos
HANNAH MARGARET VAN DE WATER DAVIS (8)
a.k.a. Gabriel Van De Water
a.k.a. Nube
TREASURE CAY THORESON (9)
a.k.a. Schatzi
NATHAN JUNHO KIM (10)
a.k.a. Moon Bear
ALEC STEWART (11)
a.k.a. Mac

**SUPERSEDING INDICTMENT**

SCANNED
OCT 22 2026
U.S. DISTRICT COURT MPLS

DOUGLAS MISTEREK (12)
a.k.a. Doug
a.k.a. D Munny Big Dog Orf Orf
DUSTIN SCOTT BEISELL (13)
a.k.a. Sparky
WILLIAM MORGAN (14)
a.k.a. Willow
a.k.a. Willow Tree
NATASHA RAKOTZ (15)
a.k.a. Anuran

Defendants.

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT ONE**
**Conspiracy to Impede or Injure a Federal Officer**
**(Violation of 18 U.S.C. § 372)**

The Conspiracy

1. From in and around January 2026, through in and around June 2026, in the District of Minnesota and elsewhere, the defendants, **Isaac Auman Sant, a.k.a. Isaac Dalto, a.k.a. Ike ("SANT"); Emmett James Doyle, a.k.a. Plotnikov ("DOYLE"); Cameron Kennedy, a.k.a. Cam, a.k.a. Olive Knite, a.k.a. Knite ("KENNEDY"); Callum Robinet, a.k.a. Juliet K, a.k.a. Juliet, a.k.a. Cal ("ROBINET"); Erik Davis, a.k.a. Errico ("DAVIS"); Brian Stillwell Apland, a.k.a. Tiny ("APLAND"); Kyle Wagner, a.k.a. Kaos ("WAGNER"); Hannah Margaret Van De Water Davis, a.k.a. Gabriel Van De Water, a.k.a. Nube ("VAN DE WATER DAVIS"); Treasure Cay**

**Thoreson, a.k.a. Schatzi ("THORESON"); Nathan Junho Kim, a.k.a. Moon Bear ("KIM"); Alec Stewart, a.k.a. Mac ("STEWART"); Douglas Misterek, a.k.a. Doug, a.k.a. D Munny Big Dog Orf Orf ("MISTEREK"); Dustin Scott Beisell, a.k.a. Sparky ("BEISELL"). William Morgan, a.k.a. Willow, a.k.a. Willow Tree ("MORGAN");** and **Natasha Rakotz, a.k.a. Anuron ("RAKOTZ") ("the Defendants"),** did knowingly conspire, with other persons known and unknown to the Grand Jury, to prevent by force, intimidation, and threats, officers and employees of the United States, from discharging the duties of their offices, in violation of Title 18, United States Code, Section 372.

2. The Defendants are members and associates of Twin Cities Direct Action ("TCDA"), later renamed Direct Action Minnesota ("DAMN"), an organization dedicated and committed to direct action against federal law and immigration enforcement. Direct action refers to disruptive and obstructive tactics used by participants to forcibly challenge, block, or stop enforcement of federal law. DAMN refers to themselves as a decentralized coalition of working-class people engaged in various forms of community defense against federal law enforcement within Minneapolis and the surrounding areas. DAMN trains its members in surveillance, event planning, role differentiation, and rapid mass mobilization against law enforcement actions, including the use of shields against law enforcement.

3. Many self-proclaimed "antifascist" or "Antifa" groups in the United States exist at the local level, in small units called affinity groups. DAMN is comprised of members from several local antifascist or Antifa sub-groups, such as the Black Cat Worker's Collective ("BCWC") and the Ray Rainbolt Memorial Shooting Club. BCWC

is a Minneapolis-based Antifa affinity group committed to militant class struggle and revolution. Militant class struggle includes disrupting rallies, digital campaigning, community organizing, and physical confrontation, often justified as collective self-defense. BCWC members advocate, promote, and utilize militant tactics and violence. BCWC members are intricately involved in the planning and execution of direct actions. The Ray Rainbolt Memorial Shooting Club is a Minneapolis-based Antifa affinity group dedicated to "community self-defense."

4. DAMN members work closely with rapid response networks ("RRNs") to identify federal employees in order to harass and prevent the employees from performing their official duties.

5. DAMN members utilize social media and electronic communication, including Facebook and Signal, to facilitate the identification of federal employees, their vehicles, and government documents into a shared database. The Whipple Watch Signal group chat was created to facilitate the ongoing identification of federal employee vehicles and government documents personal identifying information. DAMN members rely on this shared information and intelligence produced by the Whipple Watch and other Signal group chats to target, harass, and confront federal employees. When a DAMN member identifies a federal employee's location, other DAMN members deploy to the identified area to interfere with, prevent, hinder, delay, impede, and directly confront the federal employees from discharging their duties.

6. Roles include dispatchers, commuters, and co-pilots. "Dispatchers" relay identifying information about federal employee activities to other members. "Commuters" receive the information from the dispatchers and follow federal employees from employment locations, like the Bishop Henry Whipple Federal Building ("the Whipple Building"), to the employees' personal residences and other locations or respond to locations of suspected law enforcement activity. "Co-pilots" work alongside commuters to communicate with dispatchers in real-time.

7. DAMN works closely with other direct action groups, Antifa affinity groups, RRNs, and other organizations to plan for and execute certain direct actions. DAMN attempted to infiltrate and exploit lawful protests of law enforcement operations involving the United States Immigration and Customs Enforcement ("ICE") and other federal and state law enforcement. DAMN relied upon lawful protesters and a strength in numbers model to divert law enforcement attention and resources, enabling DAMN members to continue direct action operations.

Purpose of the Conspiracy

8. The purpose of the conspiracy includes the following:

a. Preventing, impeding, and interfering with federal employees from discharging their duties by force, intimidation, and threats;

b. Preventing the enforcement of federal law by force, intimidation, and threats;

c. Opposing the authority of the United States government;

d. Preventing, hindering, or delaying by force the execution of the laws governing the identification, detention, and removal of non-citizens, to include the Immigration and Nationality Act; and

e. Preventing, impeding, and interfering federal law enforcement from discharging their duties, including enforcement of federal immigration law by force, intimidation, and threats.

Manner and Means of the Conspiracy

9. **SANT, DOYLE, KENNEDY, ROBINET, DAVIS, APLAND, WAGNER, VAN DE WATER DAVIS, THORESON, KIM, STEWART, MISTEREK, BEISELL, MORGAN,** and **RAKOTZ,** with others whose identities are known and unknown to the Grand Jury, carried out the conspiracy through the following manner and means, among others, by:

a. Coordinating anti-law enforcement actions using RRNs, whose members and associates use social media, text messaging, and encrypted messaging applications, such as Signal Messenger, to communicate with coconspirators and others;

b. Preparing, coordinating, and executing direct actions and blockades to forcibly obstruct federal operations at the Whipple Building;

c. Advocating and promoting direct action against federal law enforcement in Minneapolis and the surrounding area;

d. Executing "hard blockades" at or around the Whipple Building to forcibly obstruct and impede federal employment actions. Members of the "hard blockade" team used debris, vehicles, trailers, Czech hedgehogs, caltraps, and other items to obstruct the roads near the Whipple Building, impeding the movement of the federal employees;

e. Executing "soft blockades" at or around the Whipple Building to forcibly obstruct and impede federal law enforcement. Members of the "soft blockade" team wielded shields to physically resist and attempt to disrupt law enforcement efforts;

f. Coordinating security among members to counter law enforcement and other demonstrators, including members that were more confrontational and prone to physical violence;

g. Organizing and facilitating after action reviews ("after actions" or "AARs") of completed direct actions to develop best practices;

h. Utilizing direct, mass, and electronic communications, including social media, text messaging, encrypted messaging application, and word of mouth to advertise and promote future direct actions against federal employees;

i. Coordinating with other groups and organizations, including Melt the Ice, Week of Action, BCWC, Ray Rainbolt Memorial Shooting Club, and others, to prepare additional direct actions;

j. Operating working groups for specific direct actions where members of the conspiracy develop, plan, and rehearse roles and operations for specific direct actions targeting federal employees;

k. Conducting targeted trainings for members to develop, plan, and rehearse roles, tactics, and other strategies to impede federal law enforcement;

l. Conducting counter-surveillance to inform DAMN members of law enforcement activity at or around the Whipple Building;

m. Engaging in a decentralized, militant approach to groups and individuals that DAMN perceives as fascist;

n. Utilizing and practicing "operational security" to prevent non-member monitoring and surveillance;

o. Utilizing surveillance tactics to identify, follow, surveille, harass, and confront federal employees with the goal of preventing, hindering, delaying, and impeding the enforcement of federal law; and

p. Training other individuals on how to forcibly obstruct, prevent, delay, hinder, and impede federal immigration enforcement operations.

Overt Acts

10. In furtherance of the conspiracy, and to affect the object and purposes thereof, the defendants, **SANT, DOYLE, KENNEDY, ROBINET, DAVIS, APLAND, WAGNER, VAN DE WATER DAVIS, THORESON, KIM, STEWART,**

**MISTEREK, BEISELL, MORGAN,** and **RAKOTZ,** and others known and unknown to the Grand Jury, committed various overt acts, including, but not limited to, the following:

1) On or about January 11, 2026, **DAVIS** moderated a DAMN event called "Emergency Meeting on Resistance to ICE Operation" in Minneapolis in preparation for a January 23, 2026 direct action at the Whipple building.

2) On or about January 11, 2026, **SANT** introduced **DAVIS** during the "Emergency Meeting on Resistance to ICE Operation" event as a member of the Black Cat Workers Collective ("BCWC").

3) On or about January 11, 2026, an unindicted co-conspirator created a Signal group chat called "TC DA" for individuals to join and coordinate actions for the January 23, 2026 direct action at Whipple Building.

4) On or about January 13, 2026, **KENNEDY** posted on Facebook, "It's going to get much worse and non-violent ideology and our politicians aren't going to save us. We need to become ungovernable. We need to actively resist anyway we can to materially stop the Nazi occupation forces."

5) On or about January 14, 2026, at 10:03 p.m., **SANT** was present among rioters that broke into and destroyed Federal Bureau of Investigation ("FBI") vehicles in Minneapolis and stole several items, including identification cards, license plates, government documents, tactical gear, and a firearm.

6) On or about January 14, 2026, at 10:09 p.m., **SANT** sent a message in the "TC DA" Signal group chat, stating, "ICE is gone. Standoff here with MPD in riot gear."

7) On or about January 14, 2026, **SANT** sent a message in the "TC DA" Signal group chat, stating, "Some folks raided an ICE vehicle for paperwork…"

8) On or about January 15, 2026, **SANT** wrote an article for "Crimethinc," an anarchist blog, entitled "North Minneapolis Chases Out ICE: A Firsthand Account of the Response to Another ICE Shooting." **SANT** wrote that "…the officers lost control of the area and retreated, ceding the streets to those who had defied them...ICE agents abandoned several vehicles in the area. Demonstrators opened up the vehicles and found identity cards, paperwork, license plates, operational plans, tactical gear, and other items." **SANT** described utilizing a database to compare government employee's license plates with confirmed government vehicles "in the middle of a riot."

9) On or about January 16, 2026, **APLAND** and **WAGNER** communicated over Signal. **APLAND** messaged **WAGNER**, "Hey! Are you still in the cities? My comrades may be able to use your help. Do you still have that space in north…Kind of high security thing, so I want to be extremely careful if we decide to use the space, if indeed it is open. Building things. need production space. Fuck ICE." **WAGNER** responded, "Let's have a face to

face conversation soon – we have resources." **APLAND** replied, "10am my place" and provided his address.

10) On or about January 17, 2026, at approximately 11:46 a.m., **DAVIS** sent a message in the "TC DA" Signal group chat, stating, "ANNOUNCEMENT – PLEASE READ ** …This message is to communicate some information, and to ask y'all to re-sort yourselves into the final action groups for Friday 1/23. UPDATE: We're all in for 1/23."

11) On or about January 18, 2026, **WAGNER** posted a video on his Instagram account "kaos.follows," captioned "…If you can't be here and want to see us take the fight to them - give me your support and help us Stop ICE now. My link is in my bio - fund community protection and anti-ICE direct action. #vivalaresistance."

12) On or about January 18, 2026, at approximately 10:15 a.m., **APLAND** sent a text message to **WAGNER**, stating, "Hey Kyle! Are you still planning on coming by this morning? Ike and I are hanging out here waiting for you."

13) On or about January 18, 2026, at approximately 11:17 a.m., **WAGNER** sent a text message to **APLAND**, stating, "Here." **APLAND** also sent a text message to **WAGNER**, called him, and left a voicemail.

14) On or about January 18, 2026, at approximately 12:23 p.m., **APLAND** introduced **WAGNER** and **SANT** in the "January DIY" Signal group chat.

15) On or about January 18, 2026, **SANT** posted in the "January DIY" Signal group chat a flyer for the January 23 direct action at the Whipple Building that was also posted to the BCWC's Facebook page.

16) On or about January 18, 2026, at approximately 4:56 p.m., **SANT** messaged **WAGNER** in the "January DIY" Signal group chat, "Good talking today – let me know when the earliest date & time we could use that warehouse is."

17) On or about January 18, 2026, at approximately 4:59 a.m., **APLAND** messaged **WAGNER** on Signal, "Would it be alright/useful if I connect you with a comrade of a comrade from Chicago who has carpenter friends who want to help with shield building."

18) On or about January 18, 2026, at approximately 5:39 p.m., **APLAND** created a Signal group chat called "New Friends." **APLAND** messaged **WAGNER** and unindicted co-conspirators about coming from Chicago to support the direct action and bringing additional people to assist in building shields for future actions.

19) On or about January 19, 2026, the BCWC's public Facebook page advertised "DIRECT ACTION TO SHUT DOWN ICE" and listed January 23, 2026. The post also stated, "The Whipple Building is ICE headquarters for the entire Upper Midwest. If we shut them down here, we halt the deportation machine everywhere. ALL OUT TO WHIPPLE THIS FRIDAY (January 23, 2026)." **SANT** later posted the image in the "TC DA" Signal group chat.

20) On or about January 19, 2026, at approximately 6:15 p.m., **SANT** sent a message in the "TC DA" Signal group chat, stating, "I just circled around Whipple and a car and scoped it out…There were 15 Hennepin sheriff cars there, with 2 by the light rail and 2 in south lot, and all the rest near Gate 3 on Federal Dr and in the tennis building lot…We should expect and plan for at least that many sheriff vehicles to be there on Friday. Their main goal is going to be to keep us out of the street and on the sidewalk. If we have the numbers, this may be difficult for them. Every spoke should adjust their plans accordingly."

21) On or about January 20, 2026, **KENNEDY** purchased a trailer from Capital Car on Facebook Marketplace.

22) On or about January 21, 2026, at approximately 3:15 p.m., **SANT** texted an unindicted co-conspirator about "neighborhood rapid response groups," described as, "extremely well-organized and have very good communication practices. Signal groups with 1000 people in them form every day, and are deleted and re-created every night. We benefit a lot from a counter-surveillance program called Whipple Watch, which is mostly what I did for the first 5 weeks of the invasion. That's people posted up at the big federal building taking pictures of ICE license plates and adding them to a publicly accessible database in real time."

23) On or about January 22, 2026, at approximately 8:34 a.m., **APLAND** sent a message to **WAGNER** on Signal, stating, "We do need one or two of your trucks if you can make them available. This is an essential moment, the plan may not go forward if someone does not volunteer a truck. The trucks may not be lost, they just might be marked, plates might be compromised."

24) On or about January 22, 2026, at approximately 11:05 a.m., **APLAND** introduced **KENNEDY** and **WAGNER** in the "Construction Invoice #7" Signal group chat.

25) On or about January 22, 2026, **WAGNER** offered to donate his vehicle during the planned January 23, 2026 direct action.

26) On or about January 22, 2026, **KENNEDY** messaged, "Well, if you are willing to face possible arrest, it would be to use your truck to drive a trailer and deploy it with a small team of vetted folk to block a roadway. Time permitting-using chains to flip it. If you aren't comfortable with that, letting us borrow your truck will ensure we can make this action happen." **WAGNER** responded, "For sure can empty the truck and let it go missing…I've been urged by the community not to engage and to stay free – so I cannot get arrested…but this truck is already been stolen twice out of uptown and we're going to let that happen again today yeah?"

27) On or about January 23, 2026, at approximately 7:01 a.m., **KENNEDY** rented a 10-foot moving van from a U-Haul location in Saint Paul, Minnesota.

28) On or about January 23, 2026, at approximately 7:09 a.m., **THORESON** was near the Jake the Plumber business in Minneapolis with her vehicle and a black trailer.

29) On or about January 23, 2026, at approximately 7:16 a.m. **SANT** entered the U-Haul Moving and Storage location on Hiawatha Avenue in Minneapolis.

30) On or about January 23, 2026, at approximately 7:30 a.m., **SANT** drove a U-Haul cargo trailer from the Hiawatha U-Haul to the Jake the Plumber location to load shields into the U-Haul cargo trailer.

31) On or about January 23, 2026, at approximately 7:39 a.m, **DAVIS** sent a message in the "TC DA" Signal group chat, stating, "People who are on the ground today should leave and delete this group."

32) On or about January 23, 2026, at approximately 8:39 a.m., **THORESON** drove her vehicle and trailer from the Jake the Plumber location to a parking lot near the northwest corner of the Whipple Building.

33) On or about January 23, 2026, at approximately 8:44 a.m., **SANT** and **DOYLE** drove the U-Haul cargo trailer from the Jake the Plumber location to the Park and Ride North lot near the Whipple Building.

34) On or about January 23, 2026, at approximately 8:47 a.m., **SANT** and other unindicted co-conspirators took part in a soft blockade at the Fort Snelling Light Rail Station on Minnehaha Avenue.

35) On or about January 23, 2026, at approximately 8:54 a.m., **KIM** and **STEWART** were at the Fort Snelling Light Rail station.

36) On or about January 23, 2026, at approximately 8:59 a.m., **DOYLE** unloaded large shields from the U-Haul cargo trailer to approximately 30 to 40 people in and around the Park and Ride North lot.

37) On or about January 23, 2026, at approximately 9:05 a.m., **SANT** walked with several unindicted co-conspirators from the Fort Snelling Light Rail station towards the Park and Ride North lot near the Whipple Building.

38) On or about January 23, 2026, between approximately 9:22 and 9:25 a.m., **SANT** provided a radio to a group of unindicted co-conspirators holding shields and barriers, walking from the Park and Ride North lot towards the soft blockade at or around the Fort Snelling Light Rail Station.

39) On or about January 23, 2026, at approximately 9:27 a.m., **DOYLE** drove the U-Haul cargo carrier away from the Park and Ride North lot towards his residence.

40) On or about January 23, 2026, at approximately 9:46 a.m., unindicted co-conspirators formed a soft blockade and held shields and barriers and blocked road and vehicular traffic near the Fort Snelling Light Rail Station.

41) On or about January 23, 2026, at approximately 10:01 a.m., **SANT** walked from the soft blockade at the Fort Snelling Light Rail Station towards the Whipple Building east gate.

42) On or about January 23, 2026, at approximately 10:11 a.m., **SANT** directed unindicted co-conspirators from the east gate toward the soft blockade at the Fort Snelling Light Rail Station.

43) On or about January 23, 2026, at approximately 10:17 a.m., **ROBINET** participated in the soft blockade at the Fort Snelling Light Rail Station.

44) On or about January 23, 2026, at approximately 10:22 a.m., **SANT** spoke with unindicted co-conspirators throwing large ice blocks into the road and at vehicles near the Whipple Building east gate.

45) On or about January 23, 2026, at approximately 10:29 a.m., **THORESON** participated in the soft blockade at the Fort Snelling Light Rail Station with other unindicted co-conspirators.

46) On or about January 23, 2026, at approximately 10:32 a.m., an unindicted co-conspirator flipped a U-Haul cargo carrier and trailer in the roadway of Bloomington Road and Minnehaha Avenue North.

47) On or about January 23, 2026, at approximately 10:58 a.m., **WAGNER's** vehicle towing **KENNEDY's** trailer later crashed near the intersection of 7th Street West and South Davern Street.

48) On or about January 23, 2026, at approximately 10:47 a.m., unindicted co-conspirators formed a second soft blockade near the Whipple Building east entrance.

49) On or about January 23, 2026, at approximately 11:05 a.m., **WAGNER** posted a video to his "Kyle Wagner" Facebook account, stating, "I'm Kyle. I'm Antifa…I'm on my way to Whipple with a bunch of gas masks with filters, get in my DMs, give me a salute."

50) On or about January 23, 2026, at approximately 11:24 a.m., unindicted co-conspirators in the soft blockade at the Fort Snelling Light Rail Station walked towards the Park and Ride North lot.

51) On or about January 23, 2026,at approximately 11:37 a.m., **THORESON** and **SANT** drove **THORESON**'s vehicle and trailer away from a parking lot near the Whipple Building.

52) On or about January 23, 2026, at approximately 11:42 a.m., **WAGNER** posted a video to his "Kyle Wagner" Facebook account, stating, "…I am at the North Fort Snelling Park and Ride, and we have a blockade of protesters across the street with shields prepared to stand guard here."

53) On or about January 23, 2026, at approximately 11:55 a.m., **WAGNER** texted an unindicted co-conspirator, "That's ok – your voice carries – be proud bb. I'm proud of you – and others will find strength in what you do."

54) On or about January 23, 2026, at approximately 11:58 a.m., **WAGNER** texted an unindicted co-conspirator, "We shit down both the back entrances and have them trapped one way in and one way out from that north entrance."

55) On or about January 23, 2026, at approximately 2:52 p.m., **SANT** and **DOYLE** drove the U-Haul cargo carrier from **DOYLE's** residence in Minneapolis to the U-Haul Moving and Storage location on Hiawatha Avenue in Minneapolis.

56) On or about January 23, 2026, at approximately 12:20 p.m., **SANT** sent a message in the "TC DA" Signal group chat, stating, "I got out and I'm home safe. We held the intersection at Minnehaha and Federal for 2 and a half hours…ICE was totally boxed in for half an hour, and inconvenienced all morning…"

57) On or about January 24, 2026, **WAGNER** posted a video on his Instagram account "kaos.follows," where he stated, "You can't march and bang drums and sing songs when they're shooting people in the fucking head. Go and fucking fight them…"

58) On or about January 24, 2026, **WAGNER** posted a video on his Instagram account "kaos.follows" stating, "I have my truck on standby. I have gas masks on the ground there, as much as I could deliver. I have people en route. If you're seeing this video, we're done with peaceful protests now. The gloves come off and ICE needs to get out. Run for the hills, boys…"

59) On or about January 24, 2026, **WAGNER** posted a video on his Instagram account "kaos.follows," stating, "[I]f you are [caught up], it's time to suit up. Boots on the ground. Nicollet and fucking 26th. My house is four blocks away. Anywhere between Franklin and Nicollet, and 26th and Nicollet, show up ready to go. Okay, no, not talking about peaceful protests anymore. We're not talking about having polite conversations anymore…This is exactly what I said was going to fucking come when we didn't fucking go march on fucking Whipple with guns. Sorry but welcome to America 2026 where the Second Amendment is the only thing that's going to keep you fucking protected from literal fucking Nazi gun men that are killing innocent people in the street with impunity. This is not a fucking joke. There's nothing fun to chant about it. Get your fucking guns and stop these fucking people."

60) On or about January 24, 2026, **KENNEDY** posted on Facebook, "By supporting the resistance you are helping create a smokescreen of discontent that makes us all safer and harder to track. More over, when Frontline feel supported, they act far more boldly because they know if they fight ICE in the street, folks actually harbor them and help and them instead of lecturing them on 'non-violence'…"

61) On or about January 25, 2026, **SANT** wrote an article for "Crimethinc" where he discussed receiving a Signal message about a barricade and "facing

off against ICE" on Nicollet Avenue. **SANT** stated "my friend and I decided to join them." He described a large crowd behind wooden barricades on Nicolett Avenue with ICE and Customs and Border Protection ("CBP") officers on the opposite side, stating he "could see fear in their eyes." **SANT** stated that law enforcement fired tear gas at him and the crowd and then law enforcement and an armored vehicle attempted to leave the scene towards the highway. **SANT** stated he tried "to try to catch the agents as they retreated" and "[p]eople were peppering their cars with rocks and ice chunks as they drove off toward the 35W on-ramp."

62) On or about January 27, 2026, **WAGNER** sent a Signal message to an unindicted co-conspirator explaining he was about to go on a "mission" to Wisconsin to obtain fireworks and then he will be in the "streets" for the rest of the day. **WAGNER** continued, "Welcome homan properly…I need some black block kids to give homan a proper welcome - just picked up some party favors – looking for some real ones – same people we need to start targeting ice convoys with more direct interventions.." When the unindicted co-conspirator asked, "What exactly do you think your part is?" **WAGNER** replied, "Easy target – draw attention and distract and occupy them so they don't target the mutual Aid or community of watchers…give them a face to hate so they aren't focused on the real movement behind the scenes. I'm a spectacle – a punch able face and loud mouth – and everything they hate…"

63) On or about January 27, 2026, **WAGNER** posted a video on his Instagram account "antifa.kaos," stating "I'm Kyle. I'm Antifa. Welcome to Minneapolis. Got rid of Bovino yesterday. Also sent a lot of ICE agents packing. It's working people. The pressure is getting results."

64) On or about January 27, 2026, **SANT**, **KENNEDY**, **VAN DE WATER DAVIS**, **APLAND**, **THORESON**, **KIM**, **ROBINET**, **MISTEREK**, **DAVIS**, **BEISELL**, and other unindicted co-conspirators attended a meeting at the Democratic Socialist of America office. The meeting, led by **SANT** and **DAVIS**, was to analyze and learn from the January 23, 2026 direct action at the Whipple Building. Members of BCWC, TCDA, and the Democratic Socialists of America attended the meeting.

65) On or about January 27, 2026, **SANT**, **ROBINET**, **KENNEDY**, and **MISTEREK** admitted to participating in the January 23, 2026 direct action at the Whipple Building. **DAVIS** and **SANT** identified themselves as members of BCWC.

66) On or about January 27, 2026, **SANT** stated "One thing we in Black Cat are going to be doing in the next two or three weeks is calling for some sort of re-groupment meeting for revolutionary anarchists in the Twin Cities."

67) On or about January 30, 2026, **KENNEDY** posted on Facebook, "It's really encouraging to see tens of thousands still in the streets to protest in Minneapolis. I want y'all to realize though that if we had those numbers

down at the Whipple Building today, we could shut down most of ICE's operations in the state and actually have protected our people for at least a day, today. We need to focus our energy strategically to maximize disruption of ICE and minimize our own losses in people and materials. It takes a lot less to block 3 entrances into the federal building then a 75k march…We need to physically shut them the fuck down. I encourage you all to think about how to physically stop ICE, disrupt their logistics or otherwise directly impede them in your own life and find the courage to escalate your tactics to something more confrontational. We need to fight to win, not just for show."

68) On or about February 1, 2026, at approximately 3:00 p.m., **KENNEDY, VAN DE WATER DAVIS,** and other co-conspirators attended a group meeting sponsored by TCDA's Propaganda and Communications Team to discuss TCDA funding and to "give it to these front liners and not just this group. The idea of also being that we stockpile materials for other groups and can provide training."

69) On or about February 1, 2026, **KENNEDY** stated, "…Hi, my name's Cam. I'm now Olive Knight in the chat. I'm a revolutionary anarchist…I've more or less traveled around the country doing various types of struggles, um, since I was 15…I've got fairly extensive experience with how to specifically coordinate propaganda with effective direct action to help supply materially."

70) On or about February 5, 2026, **KENNEDY** posted on Facebook, "I swear I'm going to lose my fucking mind if I see that 'if 3.5% of the population is committed to peaceful revolution, they win' bullshit…It's given far to many well meaning people, a fake ass idea of what it takes to win. It has folks attacking militant elements of the resistance and aiding the state against them because they think violence or even property destruction is counter revolutionary. They could not be more wrong. I want to make this as clear as I can: YOU WILL NEVER WIN WITH NON-VIOLENCE ALONE. Ever. No one has. No one will. You absolutely need militants to win. I'm sorry the world is so cruel but this is the real world, not a fucking fairytale…"

71) On or about February 6, 2026, **SANT**, driving a vehicle, followed federal law enforcement engaged in an arrest operation in Minneapolis. After being warned that interference would constitute a violation of federal law, **SANT** continued to follow the law enforcement officers and impede the transportation of a detained individual.

72) On or about February 7, 2026, at approximately 10:12 a.m., **DOYLE** loaded shields into the back of his vehicle at his residence on Snelling Avenue.

73) On or about February 7, 2026, at approximately 11:30 a.m., **DAVIS** and other unindicted co-conspirators attended a BCWC and Antifa organized rally.

74) On or about February 11, 2026, at approximately 3:04 p.m., **SANT** sent a message in the "TC DA" Signal group chat, stating, "Black Cat is part of the coalition putting on this week of action. I want to make a proposal for TC DA to get involved, too. Specifically, I'd like us to take responsibility for an action at a certain corporate target something during that week."

75) On or about February 12, 2026, at or around 2:23 p.m., **DAVIS** sent a message in the "TC DA" Signal group chat, stating, "The revolutionary potential of our organizations if continued and allowed to grow in experience and militancy should not be underestimated…"

76) On or about February 13, 2026, at approximately 7:00 p.m., **SANT, APLAND, KENNEDY, DOYLE, VAN DE WATER DAVIS, KIM, ROBINET, DAVIS, BEISELL** and others attended a TCDA sponsored meeting for "vetted" members. The group discussed whether TCDA would be narrowly focused on anti-ICE activities or would have a broader focus on being "anti-regime" function.

77) At the meeting on or about February 13, 2026, **SANT** stated that he had just come from a meeting with organizers from Minnesota 50501 and Sunrise. He stated those groups wanted to do a march from the Fort Snelling Light Rail station to the Whipple Building on March 1, 2026, and requested TCDA assistance in organizing a blockade at the Whipple Building.

78) On or about February 13, 2026, at approximately 9:11 p.m., **VAN DE WATER DAVIS** sent a message in the "TC DA" Signal group chat, asking **DAVIS** or **SANT** to publish information on the next TCDA meeting in the group discussion.

79) On or about February 13, 2026, at approximately 9:18 p.m., **DOYLE** sent an attachment titled, "Working group structure draft" in the "TC DA" Signal group chat.

80) On or about February 13, 2026, at approximately 10:06 p.m., **VAN DE WATER DAVIS** sent a message in the "TC DA" Signal group chat, stating, "People who would like to be part of the March 1st Whipple project group please flag/react to this message. Thank you."

81) On or about February 15, 2026, at approximately 11:35 a.m., **SANT** posted screenshots of notes from a TCDA meeting on February 13, 2026 in the "TC DA" Signal group chat.

82) On or about February 15, 2026, at approximately 3:00 p.m., **ROBINET**, **SANT**, and other unindicted co-conspirators attended a meeting at the United Labor Center building in Minneapolis and sponsored by TCDA, BCWC, Ray Rainbolt Memorial Shooting Club, Socialists Alternative, and other organizations. Participants began planning a March 1, 2026 direct action at the Whipple Building. **SANT** proposed organizing another blockade at the the Whipple Building east gate.

83) On or about February 16, 2026, at 11:32 a.m., **VAN DE WATER DAVIS** sent a message in the "TC DA" Signal group chat, stating, "This chat is being closed in the next 24 hours…We have concluded the initial vetting process and will be creating a new group chat with all vetted members. If you did not respond to a member of the vetting team by this time, you will not be added to the new group. You can still be added, you just need to complete the process…If you have questions, please DM the vetting team member you have been working with. Once the new chat is up, this chat will be renamed Leave and Delete. Please leave the group promptly an delete it from your message history. Don't forget to request to be added to the new chat before leaving this one!" **VAN DE WATER DAVIS** sent the link to the new group chat, which was renamed "TC DA (2)."

84) On or about February 16, 2026, at approximately 12:55 p.m. **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "There is a meeting with folks from Week of Action coalition organizing on Tuesday at 5pm. Would anyone else like to join Ike and myself at the meeting?" **MISTEREK** responded at approximately 8:14 p.m., "I will try to be there."

85) On or about February 17, 2026, **SANT**, **APLAND**, **KENNEDY**, **VAN DE WATER DAVIS**, **THORESON**, **BEISELL**, and other unindicted co-conspirators attended a TCDA meeting on Pleasant Avenue in St. Paul,

organized by **BEISELL** and moderated by **THORESON**, to discuss "de-arrest" and "swarm" training.

86) During the meeting on or about February 17, 2026, **APLAND** presented the vetting process for TCDA.

87) During the meeting on or about February 17, 2026, **SANT** discussed blocking Minnehaha Avenue as they had during the January 23, 2026 direct action at the Whipple Building. **STEWART** suggested organizing a soft blockade with shields. **VAN DE WATER DAVIS** and **SANT** discussed the Red Pine Collective as overseeing direct action at the Whipple Building on March 1, 2026. Individuals associated with the Red Pine Collective requested that TCDA coordinate a hard blockade.

88) On or about February 17, 2026, at approximately 9:12 p.m, **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "…the basic plan for 03/01 is as follows: Rally point will be at 9AM at the Whiskey the Horse Gravesite at fort Snelling. They rally will then take the street and walk under the freeway to whipple…There will be a more focused meeting to hash out further details on Friday at 4:30 PM, no location yet."

89) On or about February 17, 2026, at approximately 9:08 p.m., **THORESON** asked **SANT** to be added to the 3/1 Whipple action planning chat.

90) On or about February 17, 2026, at approximately 9:18 p.m., **SANT** sent a message in the "Whip 03/01" Signal group chat, stating, "Melt the Ice organizers are asking us to do the same thing we did the 23rd, block Minnehaha…While their march takes the street on the other side by 62E." **STEWART** responded, "So soft blockade with shields?" **MISTEREK** replied, "I say if we can figure it out we go further than just that."

91) On or about February 17, 2026, at approximately 9:55 p.m., **SANT** posted in the "Whip 3/1" Signal group chat, a screenshot of a map of the Melt the Ice organization's proposed route for the March 1, 2026 direct action at the Whipple Building.

92) From approximately February 18, 2026 to approximately March 30, 2026, **SANT** sent numerous messages in the "Whipple Plates" and "Whipple Watch (Refresh)" Signal group chats, detailing descriptions of government-issued vehicles and license plates.

93) On or about February 18, 2026, at approximately 10:31 a.m., **SANT** sent a message in the "Whip 03/01" Signal group chat, stating, "I'm watching Whipple this morning. Looks like Natl guard is in 2 humvees near Base Camp on airport service rd, but not in the south lot. 2 sheriff cars near light rail, 1 posted up VERY close to 62E on ramp."

94) On or about February 18, 2026, at approximately 10:39 a.m., **APLAND** sent a message in the "TC DA (2)" Signal group chat, summarizing the "vetting"

process discussed at the February 17, 2026 TCDA meeting. **APLAND** wrote, "...TCDA will draft a code of conduct to send to prospective members. TCDA will also author a set of organizing principles to serve as a metric for who to recruit/admit to the organization...Vetting team will be sized accordingly to workload. Members of the vetting team will volunteer but their service on the vetting team must be approved by TCDA. Members must have been active in TCDA for a minimum of 3 months..." **APLAND** continued, "Vetting structure committee also came up with some suggestions for future structural work including: Decide on definition of direct action – Write organizing principles – Draft an ejection structure – Draft a "call list" for structure." **APLAND** noted that, "Ike raised the opinion that we cannot actually avoid infiltration, especially by the federal government, but we should either do a 'real' vetting procedure (i.e. ask candidates their 'legal' name and do an internet background check accessing public knowledge (addresses, legal history, work history – any info available publicly) which would actually catch/deter some spooks/infiltrators, or alternatively should not pretend to vet at all, but simply have a loose vouching system. Anything in between Ike characterized as 'security theater'...Please thumbs up to this message if you would be comfortable undergoing vetting via an internet background check of your legal name, as above. This would be done to all members, not just you, and those who refuse would be excluded from tcda."

95) On or about February 18, 2026, at approximately 12:39 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "Meeting info for Friday: 4:30 on friday it is then! I can host at my house..."

96) On or about February 18, 2026, at approximately 5:14 p.m., **DOYLE** sent a message in the "Whip 03/01" Signal group chat, stating, "I've been delayed on the shield building as I'm battle a bad cold. I'll get back on it and pump out the remainder when I recover."

97) On or about February 19, 2026, at approximately 9:31 p.m., **SANT** sent a message in the TC DA (2) Signal group chat, stating, "For the Whipple action – we looked at some maps; we came up with a specific plan for the 1st; we flagged roles we need to fill like drivers, deployment, marshals and medics…and we verified that we can use Melt the ICE's jail support we don't need to set up our own version.

98) On or about February 20, 2026, at approximately 2:46 p.m., **VAN DE WATER DAVIS** posted a link for the TCDA GoFundMe account in "TC DA (2)" Signal group chat. The link had a TCDA logo and read "Donate to Support Twin Cities Direct Action Against ICE…Hi, I'm Gabe, and I'm representing Twin Cities Direct Action…Gabriel Van de Water needs your support for Support Twin Cities Direct Action Against ICE."

99) On or about February 20, 2026, at approximately 3:45 p.m., **KENNEDY** posted in the "Art/Money/Comms Club" Signal group chat, in response to **VAN DER WATER DAVIS**'s post about being nervous including their name on a GoFundMe page, that he "[r]eally appreciate the risk you are taking and of possible support as much obfuscation of your identity as you want/is possible. Hopefully we can reach our goal and pull it before anything really connect with you or us."

100) On or about February 20, 2026, at approximately 4:24 p.m., **MISTEREK** sent a message in the "Whip 3/1" Signal group chat, stating "If anyone has an idea of where some 4'' or wider square tubing/ I Beams are hit me up. Scrap just need scrap."

101) On or about February 21, 2026, at approximately 9:44 a.m., **KENNEDY** posted in the "TC DA (2)" Signal group chat "Folks been tracking them closely and while there are rumors of secondary facilities in Edina/Minnetonka, I haven't seen any confirmation…There is a private airport in Eden Prairie it sounds like they do some deportations out of as well. I think Whipple still very much remains a target but we should definitely investigate potential other sites."

102) On or about February 21, 2026, at approximately 2:52 p.m., **THORESON** sent a message in the "Whip 03/01" Signal group chat, stating, "DM me to be added to a marshals planning chat."

103) On or about February 21, 2026, at approximately 2:58 p.m., **STEWART** sent a message in the "Whip 03/01" Signal group chat, "we're gonna be somewhat autonomous from the main march. They'll be on federal coming down from Whiskey horse and we'll be holding Minehaha. We designated a couple commons people and we'll coordinate scouts between both sides. We decided two scouts on bikes with burners and radios on our side to watch for kettling from the north side of Minehaha. We'll deploy shields and some other stuff on Minehaha....we'll be more of a soft blockade hybrid...Start time is looking like 10:00 and we're going to check in every hour to determine holding the following hour."

104) On or about February 22, 2026, at approximately 10:19 a.m., **STEWART** sent a message in the "Whip 03/01" Signal group chat, asking, "Anybody down to bike scout for our side? We'd like two." **THORESON** responded, "Reviewing – We are a week out from this action...I'm coordinating with someone from WoA for OTG phones...Mac is coordinating walkies as a plan B...Our GFM is at 2k...additional material procurement is underway...is there a shield training coming up? @Plotnikov we weren't sure at the Friday meeting."

105) On or about February 22, 2026, at approximately 12:30 p.m., **KENNEDY** and other unindicted co-conspirators were scheduled to take part in "de-

arrest" training at Loring Park in Minneapolis, however it was canceled due to inclement weather.

106) On or about February 23, 2026, at approximately 12:10 p.m., **STEWART** sent a message in the "Whip 03/01" Signal group chat, stating, "Please start brainstorming spots to meet…" **VAN DE WATER DAVIS** responded, "Library meeting rooms are not the worst spot for this kind of thing unless people have security concerns." **KIM** replied, "I can also look into the warehouse spot I booked in Seward if needed. Will be talking with a friend who manages it today."

107) On or about February 23, 2026, at approximately 11:26 a.m., **ROBINET** posted an "ICE OUT: March Against Ice Collaborators" for an event scheduled for February 27, 2026 in the "TC DA (2)" Signal group chat. The flyer contained logos for the BCWC, Rainbolt Memorial Shooting Club, and other groups. **ROBINET** messaged, "Looking for help with marshals for this. It's a broader coalitional thing, so it won't be exactly the same as we've been doing for the assemblies. Hoping to get at least 10 volunteers between here and Rainbolt."

108) On or about February 23, 2026, at approximately 12:18 p.m., **THORESON** sent a message in the "TC DA (2)" Signal group chat, stating, "I'm looking for marshals for the Whipple action. Please dm if you're interested."

109) On or about February 23, 2026, at approximately 5:48 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat stating, "9 phones are going to be purchased. Someone on the WoA team who is good with radios and tactical comms and offered to act as a liaison between our crews to ensure we have a working system."

110) On or about February 23, 2026, at approximately 1:13 p.m., **STEWART** sent a message in the "SecuritAs" Signal group chat, stating, "Sorry to make another ask, but we're looking for a couple hard and soft security to help with a march at Whipple on Sunday 3/1. This is just a precaution in case actual fash…not soft handed Jake show up. Also, anybody willing to loan 5-10 radios for that march? DM me for more details….It will be a march/blockade hybrid with anywhere from 200-800 people…"

111) On or about February 23, 2026, at approximately 9:55 p.m., **SANT** sent a message in the "Whip 03/01" Signal group chat, stating, "I'm asking Melt the ICE organizers which welcome center is the most inoffensive one for us to have a shield training at…I don't know if a particular one is better for finding people who might participate on Sunday, but I think we should plan to use them to recruit some people. People will be coming from out of town looking to get involved in stuff like what we're doing."

112) On or about February 24, 2026, at approximately 12:48 p.m., **SANT** added **ROBINET** as a participant in the "Whip 03/01" Signal group chat.

113) On or about February 24, 2026, at approximately 3:18 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "Another important need to get squared away is exfil vehicles. We need folks with cars that are willing to post up in the north lot and come down Minnehaha towards the light rail station to pick people up if we need to leave in a hurry. I did exhfil at the Daunte Wright protests in 2021 and can chat with you about it if you are not sure."

114) On or about February 24, 2026, at approximately 4:51 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, asking, "I have one person so far who can scout, can we get one more person to volunteer?" An unindicted coconspirator responded, "The scout is a biking position, correct? I have a potential volunteer, not a member though."

115) On or about February 25, 2026, at approximately 2:59 p.m., **DOYLE** removed several shields from the backyard of his residence on Snelling Avenue and placed them in the back of his vehicle, concealed under a tarp.

116) On or about February 25, 2026, at approximately 10:02 a.m., **SANT** sent a message in the "Whip 3/1" Signal group chat, stating, "We need numbers. I'm already going to the week of action welcome centers and recruiting out-of-towners for it by word of mouth. I think vetted rapid responders are welcome…Having big numbers is going to make this action safer. If we're too cagey about inviting people, and we have small numbers, it'll be more

dangerous. I hope everyone here invites a friend. Especially cause we can't put this one on social media."

117) On or about February 25, 2026, at approximately 10:11 a.m., **VAN DE WATER DAVIS** posted a flyer for "Autonomous Action Against ICE" in the "TC DA (2)" Signal group chat. **VAN DE WATER DAVIS** messaged, "This is not for social media. We need numbers on our end of the 03/01 action at whipple we are coordinating with Melt the Ice! Please share this directly with friends and comrades. Even inviting one person will potentially help us out a lot! Hope to see you there!"

118) On or about February 25, 2026, at approximately 11:16 a.m., **STEWART** sent a message in the "Whip 03/01" Signal group chat, stating, "I forgot to mention last night, but I think we could use 5-10 traffic cones, 5 gal palls with lids, or big water jugs, and a couple of hand held blowers. I think I can get one blower."

119) On or about February 25, 2026, at approximately 12:35 p.m.., **SANT, VAN DE WATER DAVIS,** and other unindicted co-conspirators discussed the planned March 1, 2026 action at the Whipple Building in the "TC DA (2)" Signal group chat. **VAN DE WATER DAVIS** messaged, "At this time we are primarily looking for people to come be part of the crow with the understanding that this particular crowd will have a more confrontational character than the main March that will be coming out to whipple that

day…the best way to get plugged into a supportive role is to join the project group…People who want to Marshal on Sunday please get in touch with @Schatzi."

120) On or about February 25, 2026, at approximately 2:41 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "…One of the reasons we want to recruit more exfil drivers is so that we can help people get out if things get blocked." An unindicted coconspirator asked, "How arrestable do we think the exfil role is?" **VAN DE WATER DAVIS** responded, "In my experience exfil is a lower risk role." The unindicted coconspirator replied, "OK I've got two more for exfil then…"

121) On or about February 25, 2026, at approximately 10:59 p.m., **KIM** sent a message in the "Whip 03/01" Signal group chat, stating, "The walking trail is really chill and you can go pretty for up it. 30 mins north takes you out a dog park by light rail if you're feeling paranoid. Good spots to change and ditch clothes along the way if needed."

122) On or about February 27, 2026, at approximately 2:21 p.m., **DOYLE** drove his vehicle to **SANT's** residence in St. Paul.

123) On or about February 27, 2026, at approximately 2:30 p.m., **DOYLE** and **SANT** departed **SANT's** residence in **DOYLE's** vehicle and drove in or around Peavey Plaza in Minneapolis.

124) On or about February 27, 2026, at approximately 3:07 p.m., **DOYLE**, **SANT**, and other unindicted co-conspirators removed signs from **DOYLE**'s vehicle.

125) On or about February 27, 2026, at approximately 6:44 p.m., **DOYLE** and another individual loaded shields into the back of **DOYLE's** vehicle at the rear of his residence.

126) On or about February 27, 2026, at approximately 7:10 p.m., **DOYLE** drove his vehicle to Hamline Park in St. Paul and unloaded the concealed shields from his vehicle to other unindicted co-conspirators.

127) On or about February 27, 2026, at approximately 7:15 p.m., **DOYLE**, **SANT**, **KENNEDY**, and other unindicted co-conspirators participated in shield training at Hamline Park in St. Paul.

128) At the shield training on or about February 27, 2026, **DOYLE** stated "…fighting with the fascists rather than just going at them just chest to chest with no shields, if you have a shield wall, you are going to be more effective and much more safe than they are…Take your strongest, heaviest, fastest most aggressive people and put them at the point of that wedge…have your strongest people pushing through…"

129) At the shield training on or about February 27, 2026, **SANT** stated, "Find two scrawny looking cops and get between…and in that case, somebody just used an umbrella as a wedge…and just parted the two cops."

130) On or about February 28, 2026, at approximately 8:53 a.m., **APLAND** sent a message in the "TC DA (2)" Signal group chat, stating, "If the plastic really is better for repelling projectiles…we should look into getting a bunch of flat plastic that we can cut flat shields out of."

131) On or about February 28, 2026, at approximately 9:02 p.m., **VAN DE WATER DAVIS** sent a message in the "Whip 03/01" Signal group chat, stating, "Hey folks. My buddy for my vehicle dipped on me. I need a backup, anyone who can act in that role dm me ASAP."

132) On or about March 1, 2026, at approximately 7:22 a.m., **VAN DE WATER DAVIS** sent a message in the "Leave and Delete" Signal group chat, stating, "Sparky and I are en route to Whipple for first scout…1 sheriff at North Lot…2 sheriffs parked by train tracks at light rail station…4 sheriffs at 6000 minnehaha…5-6 Sheriffs at gate 3…2 sheriffs at the freeway exit…2 sheriffs at fort snelling park And ride south lot." **STEWART** and an unindicted coconspirator sent "thumbs up" emojis.

133) On March 1, 2026, from on or about 8:45 a.m. to on or about 8:55 a.m., **THORESON** and several other unindicted co-conspirators arrived at the Fort Snelling Light Rail station.

134) On March 1, 2026, at approximately 8:56 a.m., **THORESON** provided radios to multiple unindicted co-conspirators at the Fort Snelling Light Rail station.

135) On March 1, 2026, at approximately 9:01 a.m., **SANT** and multiple unindicted co-conspirators arrived at the Fort Snelling Light Rail station.

136) On March 1, 2026, at approximately 9:05 a.m., **SANT** handed out goggles to unindicted co-conspirators at the Fort Snelling Light Rail station.

137) On March 1, 2026, at approximately 9:06 a.m., **SANT** and **THORESON** directed unindicted co-conspirators at the Fort Snelling Light Rail station.

138) On March 1, 2026, at approximately 9:11 a.m., **SANT** and several unindicted co-conspirators walked eastbound from the Fort Snelling Light Rail station.

139) On March 1, 2026, at approximately 9:22 a.m., **THORESON** left the Fort Snelling Light Rail station and walked to the Park and Ride North lot near the Whipple Building.

140) On March 1, 2026, at approximately 9:25 a.m., several unindicted co-conspirators wearing gas masks and carrying umbrellas walked to the Park and Ride North lot.

141) On March 1, 2026, at approximately 9:29 a.m., **VAN DE WATER DAVIS** and **BEISELL** drove a van, registered to **STEWART**, to the Park and Ride North lot where they distributed shields to unindicted co-conspirators.

142) On March 1, 2026, at approximately, 9:33 a.m., unindicted co-conspirators, armed with shields, walked along Minnehaha Avenue towards the Whipple Building.

143) On March 1, 2026, at approximately 9:56 a.m., unindicted co-conspirators, armed with shields, blocked access to Minnehaha Avenue North, near Park and Ride North Lot.

144) On March 1, 2026, at approximately 9:58 a.m., **DOYLE** and other unindicted co-conspirators, armed with shields, blocked access to Minnehaha Avenue North, obstructing access to the Whipple Building.

145) On March 1, 2026, at approximately 10:01 a.m., **DOYLE** was present with unindicted co-conspirators who placed obstructions on Minnehaha Avenue near the Park and Ride North lot, obstructing access from the Whipple Building.

146) On March 1, 2026, at approximately 10:06 a.m., **MISTEREK** drove **STEWART** and **KIM** in his vehicle to Minnehaha Avenue North, near the Whipple Building.

147) On March 1, 2026, at approximately 10:07 a.m., **SANT**, **DOYLE**, **KIM**, **STEWART**, and unindicted co-conspirators removed obstructions, including multiple "Czech hedgehogs," from **MISTEREK**'s vehicle.

148) On March 1, 2026, beginning at approximately 10:08 a.m., **SANT** and unindicted co-conspirators participated in a hard blockade on Minnehaha Avenue North, preventing access to the Whipple Building.

149) On March 1, 2026, from approximately 10:50 a.m. to 10:56 a.m., Hennepin County Sheriff deputies gave multiple dispersal orders to the conspirators.

150) On March 1, 2026, at approximately 11:00 a.m., unindicted co-conspirators threw projectiles at Hennepin County Sheriff deputies near the Whipple Building's east gate.

151) On or about March 2, 2026, at approximately 12:52 p.m., **THORESON** sent a message in the "3_1 Marshals" Signal group chat, requesting to set up a debrief pertaining to the March 1, 2026 direct action at the Whipple Building.

152) On or about March 3, 2026, at approximately 6:40 p.m., **THORESON** led a "virtual debrief" in the "3_1 Marshals" Signal group chat. The group noted that law enforcement's response to the March 1, 2026 Whipple Building action was quick. The group stated that shield deployment took too long and that dropping shields closer to the "hard blockade" could yield better results. The group also agreed that rental cars and U-Haul cargo carriers could be used as distractions for future actions. **THORESON** encouraged people to join TCDA and get vetted.

153) On or about March 4, 2026, at approximately 11:58 a.m., an unindicted coconspirator sent a message in the "Renegades" Signal group chat, stating, "INFO FROM @MOONBEAR about moving barricades/walls: Heavy duty cutters https://www.grainger.come/product/5MK42 Ppl use these sometimes to cut exhaust pipes cleanly. It's also very quiet and only needs a fraction of a turn at a time."

154) On or about March 7, 2026, at approximately 5:23 p.m., **KENNEDY** posted a link to a GoFundMe page to support a martial arts class hosted by Left Jab in the "DAMN" Signal group chat.

155) From approximately March 11, 2026 to approximately May 21, 2026, **RAKOTZ** sent numerous messages in the "Whipple Plates," "Whipple Watch (Refresh)," and other Signal group chats, detailing descriptions of government-issued vehicles and license plates, as well as physical descriptions of suspected federal law enforcement.

156) On or about March 11, 2026, at approximately 8:20 a.m., **RAKOTZ** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "I signed up for 3:00 to 5:00 as well as shadowing if possible. If not I have recorded plates before just not the same way that you guys do it. But either way I'll be there from 3:00 to 5:00."

157) On or about March 18, 2026, at approximately 3:33 p.m., **RAKOTZ** sent a message in the "Whipple Plates" Signal group chat, stating, "Out g3. Shades and hood up. Florida plates blacked out windows."

158) On or about March 20, 2026, at approximately 11:58 a.m., **KENNEDY** sent a message in the "DAMN" Signal group chat, stating, "…Being able to drag forces away from Whipple with a feint opens up other opportunities along with the idea of driving vehicles through to get them to follow us. We can

use their predictable aggressiveness to our advantage, goad them into the city away from Whipple and maybe another attempt at Whipple itself thereafter."

159) On or about March 21, 2026, at approximately 9:20 a.m., **RAKOTZ** sent a message in the "Whipple Plates" Signal group chat, stating, "Out g3. Female driver. Passenger hiding face."

160) On or about March 25, 2026, at approximately 9:39 a.m., **RAKOTZ** messaged in the "Whipple Watch (Refresh)" Signal group chat, stating, "If they have a front plate I try to get it at the stop sign. Otherwise I zoom in more and just take a bunch of pictures as they drive up if possible and usually at least one of them is clear enough."

161) On or about March 29, 2026, at approximately at 2:14 p.m., **SANT** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "Hennepin sheriffs are posted upon the median strip on 62E on-ramp, many departing ICE agents are stopping to talk to them. More observers down at Whipple would be much appreciated right now."

162) On or about April 2, 2026, **ROBINET** attended the "Anarchist Speaking Tour" in Chicago, Illinois. Speaking at the event, **ROBINET** stated, "A lot of people like to think about this as just community defense kind of a thing, which I think it's true in some ways, you know, but community defense also means attack, right? Some people are purely here for creating safe….there's

also like an inherent militancy into this project and it's all part of like a chain of insurgency."

163) On or about April 8, 2026, **ROBINET**, **MORGAN**, and other unindicted co-conspirators attended the "Anarchist Speaking Tour" in Ann Arbor, Michigan. During the event, **MORGAN** stated, "another part of our rapid response infrastructure that's rather critical is relays. Just for context, like ICE is an entirely car-based operation. They're driving from one place to another and they're driving fast. So they rarely stay in one place for very long. And it's important that when they leave one area and enter another, the area they're entering is alerting so that place's rapid responders and patrollers can address the situation. This is known through relays in each hyper local chat."

164) While speaking at the Anarchist Speaking Tour on or about April 8, 2026, **ROBINET** discussed "rapid response," stating it "is an inherently militant project…this is something with the explicit aim of combating and stopping a federal agent with a gun." **ROBINET** further stated, "We found that time and time again that the centralized model is a model of telling other people what to do…and what does work is that we stand out together where we see each other as only human beings, and we adopt this horizontal power structure, right? We all contribute in the way that we can. When we don't stop the people who are trying something different or something new, even

if we don't agree with it, you know, this may be an opportunity for discussion, but we're not going to try and tear each other down because that's not helpful, right? This is the kind of everyday anarchism that made this resistance function right."

165) On or about April 17, 2026, at approximately 11:19 a.m., **ROBINET** sent a message in the "Whipple Watch" Signal group chat, providing a license plate he believed to be a decoy for a law enforcement vehicle. **ROBINET** then messaged, "Van convoy headed up post road…van convoy headed to checkpoint gate 222." **ROBINET** continued that, "That convoy was 3 large vans full of detainees from Whipple to gate 222." At 2:34 p.m., **ROBINET** messaged that, "Cora and I followed that…black Dodge charger up Hiawatha. then he turned his lights on and floored it after Franklin -nearly caused an accident heading towards 7th st exit and last minute cut to 35w. Lost him around 35w bridge. We're calling it for today. Stay safe and chill, fuck ice."

166) On or about April 18, 2026, **SANT**, **KENNEDY**, and **MORGAN** participated in the "Anarchist Speaking Tour" in Seattle, Washington. While speaking at the event, **SANT** stated, "We're here from Minneapolis. We're on tour to talk about our experiences resisting the ICE occupation." **KENNEDY** described the looting and burning of the Minneapolis Police Department's Third Precinct as "the happiest moment of my life."

167) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **SANT** described taking part in the January 14, 2026 theft of materials from law enforcement vehicles. **SANT** explained he observed individuals break into a law enforcement vehicle and "pry open a gun safe." **SANT** stated, "some kids like like rip open the glove box and start live streaming on Instagram the sensitive documents that were inside. And we got the full names of like 10 ICE agents and some operational details from Whipple from that. I remember getting out my phone and being like yeah these look like ICE…and like checking their license plates against a database that we maintain and feeling really stupid for doing clerical work in the middle of a riot."

168) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **KENNEDY** discussed the January 23, 2026 direct action at the Whipple Building and using a "soft blockade with shields at one entrance." **KENNEDY** stated "…those deployment teams had trailers that they had bought off of Facebook Marketplace for really cheap and they essentially tried to blockade the other entrances simultaneously with this blockade. One of those trailers was deployed and flipped and successfully shut access. The other was about 30 seconds away from successful deployment before the team was actually pepper sprayed. They managed to avoid arrest…and they managed to drive away, albeit losing the trailer in the process."

169) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **SANT** stated, "We don't recommend that anybody ever commute or control by yourself because it's an inherently dangerous thing. So, you always want to do that with a buddy who's your copilot. So, like you're driving and looking for ice, your co-pilots on the phone talking to dispatch and however many other commuters on a Signal call…you might ask that dispatcher for plate checks, like they're looking at a database of license plates and you're not. And you might be like, so a lot of like your day and you're like, hey I wonder if that's ICE…And like you see a suspicious looking white Jeep Wagoneer, your copilot like reports a dispatch…and then you follow that car until you can't anymore." **SANT** then described "Whipple Watch" as a "counter surveillance project," stating, "This is a very like boring and unglamorous and unsexy side of our work, but basically what I and my comrades do is we go down to Whipple building and hang out there all day and photograph every ICE vehicle that's coming in and out of the vehicle." **SANT** continued that, "Now in April and we have it down to a science and it's more or less instantaneous. We maintain a searchable database in conjunction with data collection group called Defrost that's publicly searchable on a website…Defrost is the list of every vehicle that we've ever seen ICE in make and model plates and like where and how many times it's been spotted…So what we've started to experiment with now is we maintain

a second database that's only current plates. We erase it at the end of every night and we refresh it the next morning…and hot dishes is just a database of like all the active plates that left Whipple that day. So commuters can know like what we're, we have confirmed on the road at the moment….What we do is, I mean we have a two fold motive of like getting their plates and blasting those out to all the neighborhoods and also just like wasting their time and resources."

170) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **KENNEDY** stated, "the anarchist movement will achieve the ability to have fluid communication between independent groups without any centralized leadership…I believe that's exactly what we're seeing in Minneapolis."

171) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **SANT** stated, "I think that Twin Cities real contribution to the field of revolutionary organization, of insurrectionary organization is these rapid response networks…"

172) On or about April 18, 2026, while speaking at the "Anarchist Speaking Tour," **MORGAN** stated, "Now we've talked about patrolling rapid responding and Whipple Watch, we want to give you a glimpse into the rest of the breadth of tactics that we've used in our insurgency against the occupation of our state."

173) On or about April 20, 2026, at approximately 12:49 p.m., **RAKOTZ** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "I am here to commute but waiting on copilot."

174) On or about April 21, 2026, at approximately 10:28 a.m., **RAKOTZ** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "Will be at whip to commute around 12."

175) On or about April 24, 2026, **KENNEDY** posted on Facebook "...We make a very strong and compelling case that militant confrontations with ICE are what made our movement explode in numbers, drastically reduce deportation numbers and ultimately get the feds to retreat from operation Metro Surge (we even used graphs depicting the change in deportation rates before and after militant confrontations) in addition to the vast network of mutual aid and decentralized community rapid response networks." **KENNEDY** criticized a non-violent approach to opposing immigration enforcement, referring to pacificism as "an anti intellectual blight."

176) On or about April 28, 2026, at approximately 1:24 p.m., **SANT** sent a message in the "DAMN" Signal group chat, stating, "There's an effort tomorrow morning to commute around ICE's hotels by Mall of America. 7am-10am. Anybody interested in joining me to copilot?"

177) On or about May 1, 2026, at approximately 5:17 p.m., **RAKOTZ** sent a message in the "Renegades" Signal group chat, "I would love to find out

more direct action/civil disobedience stuff when re the goal is to be arrested for the optics."

178) On or about May 4, 2026, **SANT** followed a federal immigration officer in his vehicle from the Whipple Building to Hudson, Wisconsin.

179) On or about May 4, 2026, at approximately 2:08 p.m., **SANT** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "494 E approaching concord st s…Just getting to woodbury…Nb on 494…Do we have any rr (rapid response) calls in hudson? We're looking to handoff if possible…We're in WI. we're going to keep following. We won't get back to Whipple for another one…Carmichael rd nb…" At 2:29 p.m., **SANT** messaged, "Cop pulling us over…stopped by police in Hudson WI…They let us go with a warning. Threatened us with criminal charges."

180) On or about May 7, 2026, **APLAND** messaged the "DAMN" Signal group chat, stating, "Terrorism is direct action."

181) On or about May 7, 2026, **KIM** messaged the "DAMN" Signal group chat, stating, "My new bio: anti-American, radically pro-transgender, and anarchist."

182) On or about May 7, 2026, **KENNEDY** messaged the "DAMN" Signal group chat, stating "Unless we can organize large numbers and direct them to swarm Whipple, losing the gates provides almost as much challenge as having them there. It did make blocking the entrances easier with smaller

numbers. It will be a lot easier for a large group to overwhelm them now and challenge the actual building but without the numbers, it seems difficult to use it to our advantage at least in the short term."

183) On or about May 9, 2026, at approximately 10:27 a.m., **MORGAN** sent a message in the "Whipple Watch (Refresh)" Signal group chat, stating, "Is anyone available to copilot today? Baul plart is unavailable."

184) On or about May 12, 2026, **SANT, APLAND, BEISELL**, and other coconspirators attended a DAMN meeting in St. Paul. At the meeting, participants distributed a document titled, "Direct Action Minnesota: Missions and Values." The document listed the mission statement, which read, "Direct Action Minnesota (DAMN) is a decentralized, anti-capitalist, and anti-authoritarian organization of working class people committed to defending our community against the violence committed by the state and the far right. We employ an intersectional approach of resisting oppression in all of its forms, and seek to foster a greater capacity within our group, and within the working class more generally, to meet this end. We also look to the future. We realize that tearing down oppressive systems is only the beginning and we work towards building upon existing interdependent community to rectify the many failing of the current system." The document also explained DAMN's vetting process, stating, "Candidates that come to us on their own accord are assigned a point person from the vetting team and

given a list of questions/instructions to reply, including…orgs you've been involved in the past 5 years, how you found DAMN, why you want to be part of this group, and how you define 'direct action'. Describe a direct action you participated in or you have detailed knowledge of (without naming names or admitting to illegal acts)…Members of vetting team will volunteer but their service on the vetting team must be approved by DAMN. Members must have been active in DAMN for a minimum of 3 months…before they can volunteer…Candidates that are being recommended by a current DAMN member will be asked for a character review from this member, including how they know the candidate, how long, any traits that will be helpful to DAMN, any concerns. They will also be asked about past participation in direct action that they have witnessed from the candidate (without any illegal acts identified to anyone as above)…an initial vote on each prospective member shall be conducted over a period not to exceed 7 days…All new members have the option to be assigned a 'supportive comrade'…"

185) At the DAMN meeting, on or about May 12, 2026, **SANT, APLAND,** and other unindicted co-conspirators discussed shield training on May 30, 2026.

186) At the DAMN meeting, on or about May 12, 2026, **SANT** said, "I really feel like that we need to engineer some sort of clash with ICE…I think the fact that like that happened on a daily basis in January is why the movement

swelled to the numbers it did…the propaganda value of that happening and that being like filmed and publicized is very important."

187) At the DAMN meeting, on or about May 12, 2026, **APLAND** stated, "We are challenging them on their turf where they have all that Whipple, right, where they have all their concentrated force…the part of the impetus of the experimentation was the sort of impromptu improvised fashion, luring them to our turf and then overwhelming them." **APLAND** continued, "I was just going to say we could arrange a sort of decoy maneuver with the federal courthouse in order to lure them…they have encountered us before…we've encountered them before. They know what to look for. And so we could easily bake them."

188) On May 12, 2026, **MORGAN** followed a federal law enforcement officer in their vehicle from the Whipple Building to an area near the federal law enforcement officer's residence in Hudson, Wisconsin.

189) On or about May 15, 2026, at approximately 11:25 a.m., **SANT** sent a message in the "DAMN" Signal group chat stating, "Alerta alerta: There's an ICE raid in progress RIGHT NOW at 28th and Bloomington. Ford F150…" **SANT** provided the license plate number for a government-issued vehicle and continued, "three agents out of vehicle. I am not on scene. Get over there if you can!"

190) On or about May 15, 2026, while federal law enforcement agents were conducting interviews at 28th and Bloomington, **MORGAN** and **SANT** approached a federal agent in the course of his duty and **MORGAN** struck the agent's notebook out of his hand to the ground.

191) On or about May 15, 2026, at approximately 11:26 a.m., **MORGAN** repeatedly kicked a federal law enforcement vehicle near 28th and Bloomington, causing damage to the vehicle.

192) On or about May 15, 2026, at approximately 1:17 p.m., **SANT** sent a message in the "DAMN" Signal group chat, stating, "ICE situation in south mpls is resolved for now – one vehicle left, the other one got a flat tire somehow and pulled into the police station lot on Nicollet."

193) On or about May 18, 2026, **RAKOTZ** followed a federal law enforcement officer from the Whipple Building in her vehicle to the area of Minnesota State Highway 55 and Minnesota State Highway 5. **RAKOTZ** used her vehicle to "brake check" the officer and then drove her vehicle into the government vehicle, causing a collision and resulting in damage to the government vehicle.

194) On or about May 18, 2026, at approximately 2:14 p.m., an unindicted co-conspirator sent a message in the "DAMN" Signal group chat, stating, "Remove anuran" At approximately 2:17 p.m., the chat administrator

messaged "On it" and removed **RAKOTZ** from the "DAMN" Signal group chat.

195) On or about May 18, 2026, at approximately 4:43 p.m., **RAKOTZ** sent a message in the "Whipple Watch 3.0" Signal group chat, stating, "I was never in custody to be clear but good job y'all I'm being so quick to boot me just in case…Oh hell yeah group safety is way more important than my admission to a group! Like I said I was hella impressed."

196) On or about May 18, 2026, at approximately 7:12 p.m., an unindicted coconspirator added **RAKOTZ** back to the "DAMN" Signal group chat.

197) On or about May 21, 2026, at approximately 2:23 p.m., **SANT** sent a message in the "DAMN" Signal group chat, stating, "NEED OBSERVERS. STAGING." **SANT** then sent a description and license plate number for a government-issued vehicle and continued, "parked in front of Cayuga Park. Attempted abduction here earlier today. Still in cars but at least 4 occupants. If able to respond please join RLA." **SANT** again described government-issued vehicles and license plate numbers. **SANT** explained, "Confirmed ICE by East Metro Garage…They're still there, mostly in their cars. I'm circling." **SANT** later texted, "Great work today. everyone. DAMN showed up strong and moved the need on this Cuyhoga Park situation. I'm proud of us."

198) On or about May 26, 2026, **APLAND, VAN DE WATER DAVIS, BEISELL,** and other unindicted co-conspirators attended a DAMN meeting in St. Paul. **VAN DE WATER DAVIS** discussed a planned direct action at Federal Ammunition on July 11, 2026. The group discussed upcoming shield training and a shield building day.

199) On or about May 31, 2026, **SANT** and other unindicted co-conpsirators messaged the "DAMN" Signal group chat to discuss supplying and assisting a direct action at the Delaney Hall immigration facility in New Jersey. **SANT** stated, "[URGENT CALL FOR SUPPLIES] MN > NJ ] Vehicles are heading to the Delaney detention center protests between now and Tuesday. PRIORITY NEEDS: gas masks, especially MIRA…goggles…"

200) On or about June 6, 2026, at approximately 8:52 a.m., participants in the "DAMN" Signal group chat discussed the direct action occurring at the Delaney Hall immigration facility. **KENNEDY** stated it was "intense" and "those cars need to be stopped by any means necessary…blockades, tire spikes, bashing windows and disabling. Anything. When cars are used as a weapon, all bets are off.

All in violation of Title 18, United States Code, Section 372.

**COUNT TWO**
**Solicitation to Commit a Crime of Violence**
**(Violation of 18 U.S.C. § 373)**

On or about January 24, 2026, in the District of Minnesota and elsewhere, the defendant, **KYLE WAGNER,** with the intent that another person would engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against property or against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicited, commanded, induced, or otherwise endeavored to persuade another to engage in such conduct, that is assault with a dangerous or deadly weapon against an officer or employee of the United States, in violation of Title 18 United States Code, Section 111(b), in violation of Title 18, United States Code, Section 373.

**COUNT THREE**
**Interstate Threats**
**(Violation of 18 U.S.C. § 115(a)(1)(B))**

On or about January 24, 2026, in the District of Minnesota and elsewhere, the defendant, **KYLE WAGNER,** did threaten to assault, kidnap, and murder a federal law enforcement officer, with intent to impede, intimidate, and interfere with the officer while he or she was engaged in the performance of his or her official duties or with intent to retaliate against such officer on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT FOUR**
**Interstate Stalking**
**(Violation of 18 U.S.C. § 2261A(1)(B))**

On or about May 4, 2026, in the District of Minnesota and elsewhere, the defendant, **ISAAC AUMAN SANT,** traveled in interstate or foreign commerce, with the intent to kill, injure, harass, intimidate, or place under surveillance another person, and in the course of, or as a result of, such travel or presence, engaged in conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A(1)(B).

**COUNT FIVE**
**Interstate Stalking**
**(Violation of 18 U.S.C. § 2261A(1)(B))**

On or about May 12, 2026, in the District of Minnesota and elsewhere, the defendant, **WILLIAM MORGAN,** traveled in interstate or foreign commerce, with the intent to kill, injure, harass, intimidate, or place under surveillance another person, and in the course of, or as a result of, such travel or presence, engaged in conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A(1)(B).

**COUNT SIX**
**Assault on a Federal Officer**
**(Violation of 18 U.S.C. § 111(a)(1))**

On or about May 15, 2026, in the District of Minnesota and elsewhere, the defendant, **WILLIAM MORGAN,** forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer or employee of the United States or an agency in a branch of the United States Government, designated in 18 U.S.C. § 1114, who was engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1)).

**COUNT SEVEN**
**Destruction of Government Property**
**(Violation of 18 U.S.C. § 1361)**

On or about May 15, 2026, in the District of Minnesota and elsewhere, the defendant, **WILLIAM MORGAN,** willfully and by means of kicking a Government-issued vehicle, injured and committed a depredation against property of the United States and of any department or agency thereof, specifically, a Government-issued vehicle, and the resulting damage exceeded $1,000, in violation of Title 18, United States Code, Section 1361.

**COUNT EIGHT**
**Assault on a Federal Officer**
**(Violation of 18 U.S.C. § 111(a)(1))**

On or about May 18, 2026, in the District of Minnesota and elsewhere, the defendant, **NATASHA RAKOTZ,** forcibly assaulted, resisted, opposed, impeded,

intimidated, and interfered with an officer or employee of the United States or of an agency in a branch of the United States Government, designated in 18 U.S.C. § 1114, who was engaged in the performance of official duties, and caused physical contact and inflicted bodily injury, and used a dangerous weapon, specifically, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON