UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Isaac Sant,

Defendant.

Court File No. 26-cr-115 (KMM/DTS)

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

Defendant's post-hearing brief (related to the October 20, 2026 hearing in this matter) is currently due November 16, 2026. ECF 304. The government's post-hearing brief is due December 4, 2026. *Id.* For the reasons stated below, Defendant respectfully requests an extension of time to file his post-hearing brief until November 20, 2026. The government does not object to this request.

After the October 20, 2026 hearing, the government committed to producing receipts documenting Operation Keyhole expenses related to Operation Puppet Master and Project Whipple Shield. The government is still working on producing these materials, and they are relevant to and will inform Defendant's brief. Further, Defendant's counsel was caught up in the travel chaos arising from the recent nationwide ground-stop, resulting in the cancellation of a flight, substantial time spent seeking alternative travel arrangements, and ultimate need to drive from New Orleans to Minneapolis, complicating preparation of the post-hearing brief.

For these reasons, Defendant respectfully requests an extension of time to file his post-hearing brief until November 20, 2026.

Respectfully submitted,

DATED: November 16, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach, #389277
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachlaw.com
*Attorney For Defendant*