**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>ISAAC AUMAN SANT, et al.,<br>*Defendants*. | Case No. 26-cr-115 (KMM/DTS)<br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Alicia Granse, hereby certify that the Brief of Amici Curiae Minnesota Churches complies with length limitations of Local Rule 7.1(f) and the type size requirement in Local Rule 7.1(h).

I further certify that this brief was prepared using Microsoft Office Word, which has been applied to all text including headings, footnotes, and quotations.

I further certify that the above-referenced brief contains 5,499 words, exclusive of the portions excluded by Local Rule 7.1(f)(c).

DATED: November 18, 2026

Respectfully submitted,

*/s/ Alicia Granse*

Alicia Granse (MN #0400771)
Anderson Tuggle (MN #0400277)
Chelsea Walcker (MN#0396792)
Irina Vaynerman (MN #0396759)
**GROUNDWORK LEGAL**
1650 West End Blvd., Suite 100
St. Louis Park, MN 55416 (612) 208-9349
alicia@groundworklegal.org
anderson@groundworklegal.org

chelsea@groundworklegal.org
irina@groundworklegal.org

*Attorneys for Amici Curiae Minnesota Churches*