From:
Subject:
Date:
To: [redacted]

[redacted]

[redacted]

## Thank you for your purchase!

[redacted]

We're getting your order ready to be shipped. We will notify you when it has been sent.

View your order

or Visit our store

## Order summary



**WisMesh Repeater | Reliable Meshtastic Range Extender | RAK10721 × 2**
Meshtastic Repeater with regular Solar Battery Lite / 9XX MHz for US915/AU915/KR920/AS923 / None
**$598.00**

| | |
|---|---|
| Subtotal | **$598.00** |
| Shipping | **$217.11** |
| Total | **$815.11 USD** |

**From:** [redacted]
**Subject:**
**Date:**
**To:**

[redacted]

# PAYMENT CONFIRMATION

[redacted]



## PAYMENT DETAILS

| | |
|---|---|
| Amount Paid | USD 63.69 |
| Transaction ID | [redacted] |
| Payment Date | 5/29/2026 |

DHL Express - Excellence. Simply delivered.

DHL Express | Contact DHL | Privacy Notice

2026 © DHL International GmbH. All rights reserved.

[redacted]

[illegible]

[illegible]

TRIP END
Thu, 25 Jun, 2026, [illegible]
CDT

[redacted]

[redacted]

[illegible]

DISTANCE INCLUDED
[illegible]

TRIP PRICE
31 days @ [illegible]
Distance limited to 200 [illegible]

MONTHLY DISCOUNT
May 25, 2026 to Jun 25, 2[illegible]

TRIP FEE
31 days [illegible]

STANDARD PROTECTION
31 days @ [illegible]

PROTECTION PLAN DISCOUNT

SALES TAX

TRIP TOTAL $2,016.92

YOU PAID $1,951.86
[illegible]

YOU PAID $65.06
[illegible]

[illegible] $0.00

[illegible]

[redacted]







Post-Hearing Brief Exhibit 2

[redacted]

## Order Confirmation

[redacted]

[redacted]



Price

**LILYGO T-Lora Pager ESP32 LoRa 915Mhz NFC RTC AI Smart Sensor TTGO Development Board with 2.3 inch IPS LCD (Meshcore Firmware)** — **$97.00**

Only 15 left in stock - order soon.
FREE delivery **May 19 - 22** available at checkout
☐ This is a gift Learn more
**Model:** Meshcore Firmware
− 4 + Delete Save for later Share

**GRA-SCH32 SMA-Male Connector Mini Tri-Band Handheld Antenna | 145/435/915 MHz, Ultra-Compact 1.9", Durable Whip** — **$17.39**

In Stock
FREE delivery **Sun, May 17** available at checkout
FREE Returns
☐ This is a gift Learn more
**Style:** SMA
− 6 + Delete Save for later Compare with similar items Share

**LILYGO T-Deck Plus ESP32-S3 Single Board Computer 915Mhz LORA-89 GPS 2.8-inch Display Development Board External Antenna** — **$90.00**

Only 17 left in stock - order soon.
Shipped from: Lily GO
$28 delivery **Jun 4 - 12**
Gift options not available. Learn more
**Style:** Ublox Meshtastic Firmware
− 6 + Delete Save for later Share

Subtotal (16 items): **$1,032.34**

Part of your order quali
Shipping. Choose this o
See details

Subtotal (16 items)
☐ This order contains a
Proceed to che

**Customers Who Bo in Your Recent Hist Bought**



SenseCA
★★★
$50.99
Get it as :
May 17
FREE Shi
Add to



muzi wc
★★★
$12.90
Get it as :
May 17
FREE Shi
over $35
Amazon
Add to



RAKwire
★★★
$34.97
Get it as :
Wednesc
Add to

Post-Hearing Brief Exhibit 2

# OFFICIAL TRAVEL AUTHORIZATION

*(Note: See Privacy Act Statement on reverse)*

1. AUTHORIZATION NUMBER: [redacted]

2. TRAVELER *(first name, middle initial, last name)*: [redacted]

3. TITLE: Agent

4. PEGASYS VENDOR CODE:

5. CURRENT RESIDENCE ADDRESS:
Whipple Building
1 Federal Drive, Ste 1340
Fort Snelling, MN 55111

6A. OFFICE/SERVICE AND DIVISION:

6B. CORRESPONDENCE SYMBOL:

7. OFFICIAL DUTY STATION *(City, State)*: [redacted]

8. CONTACT TELEPHONE NUMBER:

9. TYPE: [X] ORIGINAL [ ] AMENDMENT

10. PEGASYS DOCUMENT NUMBER *(If Applicable)*:

11. TRAVEL PURPOSE *(Check only one)*: [ ] Conference - Other than Training [ ] Training [X] Mission *(Operational)* [ ] Special Agency Mission [ ] Employee Emergency [ ] Relocation [ ] Educational Travel [ ] Tour Renewal

12. BRIEF DESCRIPTION OF REASON FOR TRAVEL
Travel for various undercover meetings in Minneapolis, MN area. July 19-25, 2026

13. TRANSPORTATION AUTHORIZED *(check all that apply)*
[X] Air [ ] Rail [ ] Bus [X] Rental Car [ ] Government Owned Vehicle (GOV) [X] Taxi [X] Other *(Specify)* Uber

[ ] Personally Owned Vehicle (POV) *(Check One)* ▶ [ ] Advantageous to the Government [ ] For personal convenience. Mileage and per diem limited to constructive cost of common carrier (air/rail).

Rate per mile $ ____________ https://www.gsa.gov/mileage

## 14. AUTHORIZED OFFICIAL ITINERARY

NOTE: DO NOT include any personal/leisure travel. See Item 15.

| DATE (MM/DD/YYYY) (a) | ITINERARY POINT (b) CITY | STATE | PER DIEM RATE: MAXIMUM LODGING (c) | PER DIEM RATE: MEAL & INCIDENTAL EXPENSES (M&IE) RATE (d) | TOTAL (e) | ACTUAL EXPENSE RATE (f) |
|---|---|---|---|---|---|---|
| | FROM: [redacted] | UT | | | | |
| 07/19/2026 | TO: Minneapolis | MN | 148.00 | 92.00 | 240.00 | |
| 07/25/2026 | TO: [redacted] | MN | | | | |
| | TO: | | | | | |

| | YES | NO |
|---|---|---|
| **15. IS TRAVELER MAKING ANY DEVIATIONS FROM OFFICIAL ITINERARY FOR PERSONAL CONVENIENCE, (e.g. TAKING OF LEAVE, OR USING A MODE OF TRANSPORTATION NOT ADVANTAGEOUS?** *(If "Yes", explain in Item 22.) (Note: deviations from the official itinerary requires a comparative cost statement on the travel voucher.)* | [ ] | [X] |
| **16. IF AIR TRANSPORTATION IS AUTHORIZED, IS THE LOWEST PRICED CONTRACT CARRIER BEING USED BETWEEN ITINERARY LOCATIONS?** *(If "No", justify in Item 22.)* | [X] | [ ] |
| **17. IS OTHER-THAN-COACH** *(first, business)* **OR ACELA AUTHORIZED?** *(If "Yes", justify in Item 22.)* | [ ] | [X] |
| **18. IS ACTUAL EXPENSE (not to exceed 300% per diem) AUTHORIZED?** *(If "Yes", justify in Item 22.)* | [ ] | [X] |
| **19. DOES TRAVELER HAVE A GOVERNMENT TRAVEL CHARGE CARD?** *(If "No", justify in Item 22.)* | [X] | [ ] |

20. ESTIMATED COST AIR/RAIL $ 678.81 PER DIEM $ 920.00 OTHER $ 1,957.76 TOTAL $ 3,556.57

21. TRAVEL ADVANCE OBTAINED BY: [ ] ATM/TRAVEL CARD [ ] STANDARD FORM (SF) 1038, ADVANCE OF FUNDS APPLICATION AND ACCOUNT AMOUNT AUTHORIZED $ ____________

22. REMARKS/JUSTIFICATONS
Airfare: $678.81
Omega: $43.95
Hotel: $896.80
Hotel Tax: $121.46 ($35/Nightly)
M&IE: $598.00 ($69x2 + $92x5)
Rental Car: $646.39
Fuel for Rental Car: $48.03
Baggage: $90
Uber: $111.13

## 23. Pegasys ACCOUNT CLASS *(Fields marked with "*" are required)*

| BEGINNING BUDGET FISCAL YEAR (BBFY)* | ENDING BUDGET FISCAL YEAR (EBFY) | FUND* | REGION* | PROGRAM* | ORGANIZATION CODE* | ACTIVITY* | SUB-OBJECT CLASS* | PROJECT CODE | BUILDING NUMBER | WORK ITEM | SYSTEM | AGREEMENT NUMBER | AGREEMENT LINE NUMBER | CONTRACT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

24A. TRAVELER/ARRANGER SIGNATURE: [redacted] [redacted]

24B. DATE:

25A. AUTHORIZING OFFICIAL SIGNATURE: MICHAEL S MCCARTHY
Digitally signed by MICHAEL S MCCARTHY
Date: 2026.08.19 16:05:52 -05'00'

25B. DATE: 8/19/2026

GENERAL SERVICES ADMINISTRATION GSA 87 (REV. 1/2020)

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

**1. DEPARTMENT OR ESTABLISHMENT, BUREAU, DIVISION, OR OFFICE**
DHS/ICE/HSI

**2. TYPE OF TRAVEL**
☒ TEMPORARY DUTY
☐ PERMANENT CHANGE OF STATION

**3. VOUCHER NUMBER**

**4. SCHEDULE NUMBER**

**5. TRAVELER (PAYEE)**

a. NAME *(Last, First, Middle Initial)*
[redacted]

b. SOCIAL SECURITY NUMBER
[redacted]

c. MAILING ADDRESS *(Include ZIP Code)*
[redacted]

d. OFFICE TELEPHONE NUMBER
[redacted]

e. PRESENT DUTY STATION
[redacted]

f. RESIDENCE *(City and State)*
[redacted]

**6. PERIOD OF TRAVEL**
a. FROM 7/19/2026
b. TO 07/25/2026

**7. TRAVEL AUTHORIZATION**
a. NUMBER(S)
b. DATE(S)

**8. TRAVEL ADVANCE**
a. Outstanding
b. Amount to be applied
c. Amount due Government
*Attached:* ☒ *Check* ☐ *Cash*
d. Balance outstanding

**9. CASH PAYMENT RECEIPT**
a. DATE RECEIVED
b. AMOUNT RECEIVED
c. PAYEE'S SIGNATURE

**10. CHECK NUMBER**

**11. PAID BY**

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH**
*(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below. ▶ Traveler's Initials

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER *(Initials)* (b) | MODE, CLASS OF SERVICE, AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| [redacted] | 678.81 | DL | Coach | | [redacted] | Minneapolis, MN |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

**TRAVELER SIGN HERE** ▶ [redacted] DATE 08/19/2026 **AMOUNT CLAIMED** ▶ $3,234.57

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. ***(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)***

**APPROVING OFFICIAL SIGN HERE** ▶ MICHAEL S MCCARTHY Digitally signed by MICHAEL S MCCARTHY Date: 2026.08.19 16:07:44 -05'00'
**DATE** 08/19/2026

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**
a. VOUCHER NUMBER
b. DISBURSING OFFICE SYMBOL
c. MONTH AND YEAR

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**
**AUTHORIZED CERTIFYING OFFICIAL SIGN HERE** ▶ [redacted]
**DATE**

17. FOR FINANCE OFFICE USE ONLY
**COMPUTATION**
a.
DIFFERENCES, IF ANY *(Explain and show amount)*
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION
Certifier's Initials:
c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol)*:
**NET TO TRAVELER** ▶

**18. ACCOUNTING CLASSIFICATION**

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

Column (c): If the voucher includes per diem allowances for members of employee's immediate family, show member's names, ages, and relationship to employee and marital status of children *(unless information is shown on the travel authorization.)*

Column (d) thru (g) Show amount incurred for each meal, including tax and tips, and daily total meal cost.

(h) Show expenses, such as laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. *(other than for meals)*.

**Complete only for actual expense travel**

(i) Complete for per diem and actual expense travel.

(j) Show total subsistence expense incurred for actual expense travel.

(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from column (j) or maximum rate.

(n) Show expenses, such as taxi/limousine fares, air fare *(if purchased with cash)*, local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

**Complete this information if this is a continuation sheet.**

PAGE OF PAGES

TRAVEL AUTHORIZATION NUMBER

TRAVELER'S LAST NAME

[redacted]

| DATE | TIME *(Hour and am/pm)* | DESCRIPTION *(Departure/arrival city, per diem computation, or other explanations of expense)* | ITEMIZED SUBSISTENCE EXPENSES: MEALS: BREAKFAST | LUNCH | DINNER | TOTAL | MISCELLANEOUS SUBSISTENCE | LODGING | TOTAL SUBSISTENCE EXPENSE | MILEAGE RATE: ¢ NUMBER OF MILES | AMOUNT CLAIMED: MILEAGE | SUBSISTENCE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| 07 / 19 | | Airfare | | | | | | | | | | | $678.81 |
| 07 / 19 | | Lodging/Per Diem/Hotel Tax | | | | | $69.00 | $141.55 | $210.55 | | | $210.55 | $12.07 |
| 07 / 19 | | Uber x2 trips | | | | | | | | | | | $111.13 |
| 07 / 19 | | Baggage x2 days | | | | | | | | | | | $90.00 |
| 07 / 19 | | Turo Car Rental | | | | | | | | | | | $646.39 |
| 07 / 25 | | Concur Fee/ per diem travel day | | | | | $69.00 | | $69.00 | | | $69.00 | $43.95 |
| 07 / 20 | | Lodging/Per Diem/Hotel Tax | | | | | $92.00 | $155.80 | $247.80 | | | $247.80 | $13.29 |
| 07 / 21 | | Lodging/Per Diem/Hotel Tax | | | | | $92.00 | $127.30 | $219.30 | | | $219.30 | $20.41 |
| 07 / 22 | | Lodging/Per Diem/Hotel Tax | | | | | $92.00 | $146.30 | $238.30 | | | $238.30 | $23.45 |
| 07 / 23 | | Lodging/Per Diem/Hotel Tax | | | | | $92.00 | $136.80 | $228.80 | | | $228.80 | $21.93 |
| 07 / 24 | | Lodging/Per Diem/Hotel Tax | | | | | $92.00 | $189.05 | $281.05 | | | $281.05 | $30.31 |
| 07 / 24 | | Fuel for rental | | | | | | | | | | | $48.03 |
| | | | | | | | | | | TOTALS ▶ | | $1,494.80 | $1,739.77 |

*If additional space is required, continue on another Optional Form 1012 BACK, leaving the front blank.*

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to proved the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

Enter the total of columns (l), (m), and (n) below and in item 13 on the front of this form.

**TOTAL AMOUNT CLAIMED** ▶ $3,234.57



Post-Hearing Brief Exhibit 2