


Post-Hearing Brief Exhibit 3