UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-115 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **UNOPPOSED JOINT REQUEST BY ALL DEFENDANTS TO EXTEND MOTION FILING DEADLINE AND RELATED DATES** |
| Plaintiff, | ) | |
| v. | ) | |
| TREASURE THORESON (9) , | ) | |
| Defendant. | ) | |

Treasure Thoreson, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. Counsel submits this Joint Request by All Defendants to Extend Motion Filing Deadline. The current deadline to file pre-trial motions is December 18, 2026, with a motion hearing date of January 8, 2027. Defendants move the Court to extend the motion filing deadline to February 23, 2027, and to set subsequent deadlines and a new motion hearing date on the Court's schedule.
2. Undersigned counsel has conferred with counsel for all fifteen (15) defendants in this matter and with Assistant United States Attorney Tory Sailor on behalf of the Government which does not oppose this motion.
3. Currently pending before the Court is a Motion for Discovery (ECF# 212). Defendants have submitted briefing following an evidentiary hearing and

the Government has until December 4, 2026, to file any further response/reply. Upon full submission of the matter to the Court, the Court will have to issue a Report and Recommendation. Given the nature of the issues raised by the Motion for Discovery, it is likely that one or both parties may file an objection to the Report and Recommendation. Thus, the important discovery issues related to ECF #212 will not be resolved by December 18, 2026, or in time for Defendants to comply with the current motion filing deadline.

4. On October 22, 2026, the Government filed a Superseding Indictment (ECF# 308). The Superseding Indictment substantially revises the alleged "overt acts," expands the claimed "victims" of the charged offenses to include all federal employees at the Bishop Whipple Federal Building, and otherwise introduces significant new factual and legal issues into this proceeding. As a result, Defendants require additional time to review, evaluate, and prepare relevant pretrial motions in light of the filing of the Superseding Indictment.

5. This matter has previously been designated "complex" by the Court (ECF# 205). Given the volume of discovery, the number of defendants, the filing of a Superseding Indictment with significantly changed factual allegations and legal issues, and the "complex case" designation, exclusion of any additional time under the Speedy Trial Act as a result of this Motion to Extend would be appropriate. 18 USC §3161(h)(7)(B)(ii).

6. ECF #212 has been pending before the Court since August 13, 2026. All time since that date until the motion is resolved would be excludable under the Speedy Trial Act. 18 USC §3161(h)(1)(D).

7. Defendants request that any additional time or delay as a result of the granting of this Motion to Extend be excluded under the Speedy Trial Act in the interests of justice and because the need for such additional time outweighs the interest of the parties and public in a speedy trial. 18 USC §3161(h)(7)(A). Exclusion of time is also appropriate under §3161(h)(7)(B)(iv), in that failure to grant the continuance would deny Defendants the reasonable time necessary for effective preparation Defendants shall file a Statement of Facts in Support of Exclusion of Time if deemed necessary and requested by the Court.

WHEREFORE, all Defendants jointly move the Court, without opposition by the Government, to cancel the current deadline December 18, 2026, to file pre-trial motions, to cancel the motion hearing date of January 8, 2027, and to extend the motion filing deadline to February 23, 2027, with subsequent deadlines and a new motion hearing date to be set by the Court.

Date: November 23, 2026

S/BRUCE D. NESTOR
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR TREASURE THORESON