**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, et al.,

Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

Defendant Treasure Thoreson moves on behalf of all Defendants for an extension of the motion filing deadline and related dates. Counsel for Defendant Thoreson has "conferred with counsel for all fifteen (15) defendants in this matter and with Assistant United States Attorney Tory Sailor [sic] on behalf of the Government which does not oppose this motion." *Id*. Defendant makes this request due to "the volume of discovery, the number of defendants, the filing of a Superseding Indictment with significantly changed factual allegations and legal issues, and the 'complex case' designation…." *Id*. Based on all the files, records, and proceedings herein, and for good cause shown,

**IT IS HEREBY ORDERED**:

1. All motions in this case shall be filed by **February 23, 2027**. Counsel is directed to read the Court's Case Management Order, Dkt. No. 117, prior to filing any discovery motion.

2. Counsel must file a letter on or before **February 23, 2027,** if no motions will be filed and there is no need for a motions hearing.

3. Responses to the motions must be filed by **March 9, 2027**.

4. Any Notice of Intent to Call Witnesses must be filed by **March 9, 2027**. D. Minn. LR 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses must be filed by **March 12, 2027**. D. Minn. LR 12.1(c)(3)(B).

6. The motions shall be heard before Magistrate Judge David T. Schultz on **March 17, 2027** at **10:00 a.m.**, in **Courtroom 15**, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

7. The period from **November 24, 2026 through the motions filing date of February 23, 2027 shall be excluded from Speedy Trial Act computations for this case**. The Court finds, based on the entire record of this case, that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

8. Counsel must contact the Courtroom Deputy for District Judge Katherine M. Menendez to confirm the new trial date.

Dated: November 24, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge